UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

        Plaintiff,

v.                                            Case No.   19-cv-00772-VMC-JSS

BOCA CIEGA YACHT CLUB, INC.,

        Defendant.
_____/

## AMENDED NOTICE OF SCHEDULED MEDIATION

PLEASE BE ADVISED that mediation will be held on Wednesday, October 30, 2019, at 10 A.M. at Phelps Dunbar LLP, 100 South Ashley Drive, Suite 1900, Tampa, FL 33602, with mediator Karl J. Brandes, Esq., as previously reported in the Case Management Report [DE 15] jointly filed by the Parties on April 22, 2019. Mediation will be conducted in conformity with the Case Management and Scheduling Order, Middle District of Florida Local Rules, and Federal Rules of Civil Procedure.

Jointly submitted this 9th day of May, 2019.

| *Counsel for Plaintiff* | *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|---|
| MARCY I. LAHART, P.A. | VENZA LAW, PLLC | COLE, SCOTT & KISSANE, PA |
| *s/Marcy LaHart* | *s/ Denese Venza* | *s/ Elisabeth A. Fontugne* |
| Marcy I. LaHart, Esq. | Denese Venza, Esq. | Elisabeth A Fontugne, Esq. |
| 207 SE Tuscawilla Road | 931 Village Boulevard, #905-322 | *s/ Brian D. Rubenstein* |
| Micanopy, FL 32667 | West Palm Beach, FL 33409 | Brian D. Rubenstein, Esq. |
| (352) 545-7001 | (561) 596-6329 | 4301 West Boy Scout Blvd. Ste 400 |
| marcy@floridaanimallawyer.com | dvenza@venzalawpllc.com | Tampa, FL 33607 |
| Florida Bar No. 0967009 | Florida Bar No. 0599220 | (813) 864-9324 |
| | | Elisabeth.fontugne@csklegal.com |
| | | Florida Bar No. 115854 |
| | | brian.rubenstein@csklegal.com |
| | | Florida Bar No. 16997 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2019, a true and correct copy of the foregoing NOTICE OF SCHEDULED MEDIATION has been furnished via CM/ECF electronic

mail service to the Clerk of the Court. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and that a courtesy copy has been sent via email transmission to Karl Brandes, Esq. at karl.brandes@phelps.com.

BY: *s/Denese Venza*
Denese Venza, Esq.