```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

SAMANTHA RING,

       Plaintiff,

v.                                       Case No. 8:19-cv-772-T-33JSS

BOCA CIEGA YACHT CLUB INC.,

       Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Amended Notice of Scheduled Mediation (Doc. # 22), filed on May 9, 2019, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:   Karl J. Brandes, Esq.

    **Address**:           Phelps Dunbar LLP
                          100 South Ashley Drive, Suite 1900
                          Tampa, Florida 33602

    **Telephone:**       (813) 472-7550

By agreement of the parties, the mediation conference is scheduled for **October 30, 2019, at 10:00 A.M.** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of May, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE