Dear Samantha Ring,

It was brought to our attention that you again took your dog into the clubhouse. You were upset that you were talked down to by a fellow member while in the midst of breaking this rule only a couple weeks ago. I wrote to you in email correspondence that although the fellow member should not address you personally in such a way, that you are fully aware of the rule. Here you are breaking the same rule yet again. This is a formal reprimand as stated in the bylaws as proper procedure.

I no longer feel reminding you of the rule is going to dissuade you from taking your dog into the clubhouse as you certainly haven't stopped after the many times you've been reminded. After discussing this with the board we believe a fine is next in line. To that end if you are caught with Piper in the clubhouse again we are going to fine you $150.00.

You have tried to argue that the club is not private and I've responded that until a court has stated that we are not a private club, that we do not agree with your assessment. You further stated that you have spoken with a rights watch group and that they agree with your assessment. You then stated that rather than having that organization fine the club, that you would have them make their assertions to us directly but that it will be some time before we hear from them. I accepted that we will discuss this with them if they contact us but until any of that comes to fruition you know the rules and have to abide by them.

If you are caught with Piper in the club and are assessed a fine you will be responsible for paying it and after that fine, if the rule is broken again we will increase the fine for further transgressions. So for now, abide by the rule as you know you are supposed to and you will not have to pay any such fine. If the day comes when we change the rule, for whatever reason, to allow dogs into the club house you will no longer have to worry about any fines. Until then, you need to abide by the rules.


Larry Brown
Commodore 2018