Boca Ciega Yacht Club, Inc.
4600 Tifton Dr. S.
Gulfport, FL 33711

Attn: Ms. Samantha Ring
6800 Gulfport Blvd. S., # 201-124
South Pasadena, FL 33707

Date of Notice:     1/22/2019
Copy to Member:  1/26/2019

**RE: Notice of $150 fine assessment for repeat violation of BCYC Clubhouse Policy 7(A)**

Dear Ms. Ring:

Please allow this letter to serve as BCYC's Notice of Clubhouse Policy Violation and Fine Assessment, issued to you under BCYC Rule Enforcement Policy 3(d). The amount of the fine assessed in connection with this repeat violation is one hundred and fifty Dollars ($150.00), payable to BCYC within 30 days of the date on which you receive this Notice.

**Basis for fine assessment**

On December 23, 2018, the acting BCYC Commodore observed you bringing your pet dog into the clubhouse, and issued you a written reprimand in connection with your continued failure to comply with BCYC Clubhouse Policy 7(A). This policy provides:

> *No pets or animals are allowed inside the clubhouse at any time, although they are allowed on the screened porch.  No pets or animals are allowed on the screened porch during club dinners.*
>
> BCYC Clubhouse Policy 7(A)

In this first written reprimand letter, BCYC placed you on notice that any future violation of BCYC Clubhouse Policy 7(A) would result in BCYC assessing a fine of one hundred and fifty Dollars ($150.00) for the first violation, with any subsequent violations resulting in a fifty-Dollar ($50.00) increase to the amount of the fine.

On January 21, 2019, you were observed bringing your dog into the clubhouse. Further, you remained in the clubhouse with your dog for approximately one hour on that day. As a result, BCYC had no other option than to assess a fine in the amount of one hundred and fifty Dollars ($150.00) in connection with your repeat violation of BCYC Clubhouse Policy 7(A) on January 21.

Under BCYC Rule Enforcement Policy 3(d), BCYC has the authority to assess fines to members who repeatedly violate BCYC Clubhouse Policies after receiving a written warning or reprimand:

> *Fines of no less than $100.00 will be assessed for ignoring a written reprimand.*
>
> BCYC Rule Enforcement Policy 3(d)

You were assessed a fine of $150 today for violating BCYC Clubhouse Policy 7(A) on January 21, 2019 after receiving a written reprimand in relation to an identical violation on December 23, 2018. This fine is being assessed for the sole purpose of ensuring your compliance with BCYC Rules. The amount of the fine will be increased by $50 for each subsequent repeat violation of BCYC Clubhouse Policy 7(A).

The BCYC Clubhouse Policies were adopted to promote the enjoyment and use of the BCYC Clubhouse by all BCYC members alike. When new members join BCYC, they adopt these same rules, and agree to abide by them for the benefit of the BCYC membership as a whole. When you joined BCYC, you also agreed to follow these rules, which apply equally to all BCYC members. We hope that no further written reprimands and fine assessments will be needed, and thank you for your prompt attention to this matter.

Sincerely,


Nick Southard
Commodore 2019