

March 19, 2019

From: Board of Directors
Boca Ciega Yacht Club

To: Samantha Ring

Ms. Ring,

At the special board meeting on March 14, the Board of Directors of Boca Ciega Yacht Club voted 12-1 to initiate the process for expelling you as a member of BCYC. The Board will decide at the April 1 regular board meeting whether to recommend your expulsion to the general membership at the April general membership meeting. You may attend this Board meeting and speak on your behalf during discussion of that motion. These actions are all in compliance with BCYC bylaws 1.04 and 1.05.

In further compliance with these bylaw sections, the Board is providing you its reasons for the initiation of the expulsion procedure and a list of your violations of club rules as documented in the minutes of Board meetings.


Nick Southard
BCYC Commodore, 2019

Reasons for the BCYC Board of Directors to recommend expulsion of Samantha Ring

1. Providing false addresses
2. Pattern of violations of club rules
3. Pattern of dishonesty
4. Undermining the club's mission to be part of the Gulfport Community by damaging the club's relationship with the City.
5. Sowing discord among members
6. Two previous attempts to expel
7. Pattern of offensive and boorish conduct - toward members and guests – that is not aligned with the standards of the BCYC community.


Violations of BCYC bylaws and policies by Samantha Ring
As documented in the minutes of BCYC board meetings

1. March 23, 2015   letter from Dan Chesnut, Fleet Captain, Samantha Ring in violation of policy prohibiting members living on their boat in the BCYC boat basin following verbal conference about this matter.  Minutes of March, 2016 board meeting

2. January 24, 2016   letter from Don Rogers, Fleet Captain, Samantha Ring in repeated violation of the club's T Dock policy, following verbal conference about this policy.   Minutes of February, 2016 board meeting.

3. February 5, 2016   letter from Lee Nell, Vice Commodore, 2 violations by Samantha Ring of the BCYC pet policy following verbal conferences with Samantha Ring about this policy, minutes of March 2016 board meeting

4. July 2018   verbal conference with Larry Brown, Commodore, violation of the club's bylaws definitions of a member in good standing, conduct of Samantha Ring toward another member.  Minutes of July 2018 board