UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

    **Plaintiff,**

v.    Case No.: 8:19-cv-00772-VMC-JSS

BOCA CIEGA YACHT CLUB, INC.,

    **Defendant.**

_____/

BCYC'S EXHIBIT INDEX
TO MOTION FOR SUMMARY JUDGMENT

| NUMBER | TITLE |
|---|---|
| EXHIBIT A | Deposition Transcript of Nicholas Southard |
| EXHIBIT B | IRS Confirmation Letter and Certificate of Incorporation from Florida Secretary of State |
| EXHIBIT C | Lease with City of Gulfport |
| EXHIBIT D | Deposition Transcript of Larry Brown |
| EXHIBIT E | Club By-Laws and Clubhouse Rules |
| EXHIBIT F | Deposition Transcript of Samantha Ring |
| EXHIBIT G | Motion for Expulsion February 10, 2016 |
| EXHIBIT H | Excerpt of Deposition Transcript of Dr. Andres Santayana, MD |

| EXHIBIT I | Deposition Transcript of Dena Collins as Corporate Representative for Bay Point Middle School |
|---|---|

Dated this 17th Day of January, 2020.

                                    Respectfully submitted,

                                    <u>s/ Elisabeth A Fontugne</u>
                                    BRIAN RUBENSTEIN
                                    Florida Bar No.:  16997
                                    ELISABETH A FONTUGNE
                                    Florida Bar No.:  115954

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD -  SUITE 400  -  TAMPA, FLORIDA 33607  -  (813) 289-9300  -  (813) 286-2900 FAX

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court, using the CM/ECF system, which will send a notice of electronic filing to: Ms. Marcy I. LaHart, Esq., c/o Marcy I. LaHart, P.A., 207 S.E. Tuscawilla Rd., Minacopy, FL 32667, (352) 545-7001 (T), (888) 400-1464 (F), marcy@floridaanimallawyer.com; and Ms. Deneze Venza, c/o Venza Law, PLLC, 931 Village Blvd., #905-322, West Palm Beach, FL 33409, (561) 596-6329 (T), dvenza@venzalawpllc.com.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant Boca Ciega Yacht Club, Inc.*
> 4301 West Boy Scout Boulevard
> Suite 400
> Tampa, Florida 33607
> Telephone (813) 864-9324
> Facsimile (813) 286-2900
> Primary e-mail: brian.rubenstein@csklegal.com
> Secondary e-mail: elisabeth.fontugne@csklegal.com
> Alternate e-mail: patricia.toney@csklegal.com
> hollis.simmons@csklegal.com
>
> By: s/ Elisabeth A Fontugne
> BRIAN D. RUBENSTEIN
> Florida Bar No.: 16997
> ELISABETH A FONTUGNE
> Florida Bar No.: 115954