UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

        Plaintiff,                      Case No. 8:19-cv-00772-VCM-JSS

vs.

BOCA CIEGA YACHT CLUB, INC.,

        Defendant.

_____/

## AFFIDAVIT OF SAMANATHA RING
## IN SUPPORT OF SUMMARY JUDGMENT

I, SAMANTHA RING, being first duly sworn, makes this Affidavit in support of Plaintiff's Motion for Summary Judgment and pursuant to 28 U.S.C. § 1746, and states and declares as follows:

1. My name is Samantha Ring. I am over the age of 18 years, have personal knowledge of the facts and matters contained below, and am otherwise competent to testify as those facts and matters.

2. I am employed as a teacher at Bay Point Middle School in St. Petersburg, Florida.

3. I have severe allergies to bees and sunflower seeds. When I was in elementary school my grandfather gave me a sunflower seed from a flower he had grown. I put it in my mouth and immediately had a severe allergic reaction, my tongue swelled up and I had trouble breathing. I was rushed to the emergency room and was told I had suffered an anaphylactic reaction and that the reactions would likely get worse over time.

4. When I was approximately ten years-old, I was stung by a bee and had another anaphylactic attack which required me to be rushed to the emergency room.

5. I am still allergic to bee stings and sunflower seeds. I carry a medical emergency bag at all times which contains my epinephrine injector, commonly known as an EpiPen, as well as my anxiety medication, my spare glasses, and my inhaler.

6. I have had allergic reactions twice in the last couple of months. The first time was on November 14, 2019. A teacher became sick and had to go home, and I was directed to cover her class. As I entered her classroom, the librarian was sweeping the floor because some students had tossed sunflower seeds on it. She intended to sweep up the seeds and dispose of them outside the classroom before I arrived, but, unfortunately, the sweeping only compounded the problem. My tongue started to swell, my throat began tightening, and I had to rush back to my classroom for my EpiPen. I injected myself in the school office and had to be driven home by a friend.

7. I had another severe reaction and had to use my EpiPen again on December 27, 2019. I opened a box of assorted organic produce from a "Misfits" subscription box and peeled and licked what I thought was a fresh piece of ginger. What I thought was ginger was in fact a Jerusalem artichoke root. Jerusalem artichokes are a species of sunflower. I did not think to have Piper, my service dog, check the box because at first glance nothing had been shipped to me that looked like it could possibly contain seeds. My tongue immediately swelled and my throat was contracting. Thankfully I was able to inject myself with my EpiPen which halted the reaction.

8. I obtained Piper, my border collie mix, in August of 2015. I did not obtain Piper with the idea of training her to be a service animal. Piper's owners, who kept her chained up in their backyard, did not want her anymore. I agreed to take Piper but intended to find her another home after teaching her basic obedience.

9. Shortly after I obtained Piper, I took her out on my boat. I was far from shore when a bee started buzzing around me, and Piper, without training or encouragement, jumped

up and snatched the bee out of the air and "eliminated" it. It was a day when I had inadvertently left my medi-pack with my EpiPen in the car, and I was alone on the boat with Piper. If the bee had stung me and I could not make it back to shore before I was unable to breathe, I literally could have died. At that point I decided to add Piper to my family, and work with her natural abilities to train her to be my service dog.

10. I have had dogs all my life and always taught them basic obedience. I learned more about dog training by taking classes at the Dog Training Club of St. Pete, reading books and watching educational videos on the subject. Additionally, I have a master's degree in Montessori teaching and use the same behavioral modification techniques to train dogs as I learned in obtaining my master's degree, including reward wanted behavior.

11. Piper is so well trained that on January 20, 2019, she took the Canine Good Citizen ("CGC") test and passed the very first time. She had to demonstrate that she had successfully mastered ten (10) different skills: accepting a friendly stranger; sitting politely for petting; allow herself to be groomed; allow her ears and front feet to be examined; walk through a crowd without jumping on people; sit, lie down, and stay on command; come when called; not react to another dog; not panic or show aggression when distractions are presented; and allow herself to be handled by the evaluator when I was out of sight for three (3) minutes. It is not required that a dog pass the CGC test in order for the dog to be a service dog.

12. Piper is a very trainable dog; she is smart and eager to please. I have trained Piper to find my medi-pack if I drop it or misplace it. More importantly, on the boat, going to and from shore, she is able to search and locate a lost medi-pack. I live alone and if my glasses fall off I am legally blind as my eye sight is 400 in my left eye and 250 in my right eye. In a boating environment, Piper is essential for me. I keep an extra pair

of glasses in my medi-pack. She is also trained to fetch and retrieve the medi-pack, bringing it to me on my command. Additionally, she has learned to seek help upon command.

13. Piper is sensitive to my moods and stress level, and when I am having a panic attack she Deep Pressure Therapy ("DPT") by using her body weight on me, her touch helps ground and calm me.

14. I am working with a well-respected trainer named Dawn Scheu to fine tune Piper's ability to detect sunflower seeds. Our sessions are by video conference. During the summer when I was not teaching, the sessions were weekly, now they are not as frequent, but I am still working with Ms. Scheu and Piper is making good progress.

15. I do not take Piper to school with me for a variety of reasons. I teach middle schoolers, many of whom are already easily distracted. Some students are allergic to dogs and some are phobic of dogs. The school is enclosed, and the windows are not open to the environment, making the likelihood of a bee sting minimal. I am never totally alone in the school. My classroom is close to the office by design; if I have a panic attack, which happens at school approximately once a year, I can send a student to get another adult to cover my class until I have calmed down and regained my composure. If an incident of exposure happens, like when I covered another teacher's class and had a severe reaction to sunflower seeds, people are available to help me.

16. Despite the nature and severity of my allergies, sailing is a passion of mine. I enjoy both it and socializing and joined the Boca Ciega Yacht Club ("BCYC") in 2007. I was an active member of that group for more than a decade.

17. I need to be able to be accompanied by Piper in the BCYC clubhouse because the clubhouse windows are almost always open to take advantage of the breeze, and the windows are not screened. There are often flowers blooming around the clubhouse

that attract bees. There were many times when I was alone in the clubhouse during my twelve years with BCYC. If I had gotten stung and could not find my EpiPen, or get to it in time during an anaphylactic reaction, I could have been seriously injured or died.

18. I did not attempt to bring Piper into the clubhouse until I was completely confident she would be well behaved. Before bringing her into the clubhouse I talked to Larry Brown, who was at the time BCYC's "Commodore," and provided him a letter from my treating physician that indicated I needed my service dog for my anxiety and allergies. He told me that BCYC does not have to comply with the ADA because it is a private club.

19. Although I'm no longer a part of BCYC, I am a member of Florida Women's Sailing Association ("FWSA"), Bay Sailors, and The Gulfport Historical Society.

20. All of these organizations/groups use BCYC's marina, clubhouse, and facilities at least two (2) times in a calendar year, and often more.

21. When using BCYC property, these organizations/groups have unfettered access and unrestricted movement in, on, and to BCYC's property and facilities.

22. Although BCYC gives members a key when they join, or at least they did in 2007, it is mostly symbolic. I know of some members who never received a key and I cannot remember ever needing mine. The area designated for BCYC was – in my twelve years with BCYC – rarely, if ever, locked and I often saw "strangers" freely walking around. By strangers I mean people who weren't BCYC members, guests of BCYC members, or even with any of the organizations who use the BCYC facilities or area.

23. To belong to any of those organizations/groups one need only complete and submit an information sheet, ranging from one to three pages regarding one's basic

biographical information (i.e., name, address, phone number, why joining, method of payment, and pay money designated as either "membership fees" and/or "dues").

24. For the FWSA and the Historical Society, those fees are, at best, nominal. For either, it costs only $25.00 to join for a year and become a member.

25. For Bay Sailors, $125.00 covers the joinder fee and the first quarter dues.

26. No background check was required or even requested to join any of these organizations/groups. There was no vetting, no meeting or interview, all one has to do is just fill out an application and pay and he/she is a member right away.

27. Further sayeth the Affiant naught.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of January, 2020.

_____
Samantha Ring

STATE OF FLORIA )
COUNTY OF Pinellas ) to wit:

Sworn to and subscribed before me this 23 day of January, 2018 by SAMANTHA RING, who is personally known to me or produced _____ as identification.

_____
NOTARY (SIGNATURE)

Celena Zekri
NOTARY (PRINTED)

SEAL:



CELENA ZEKRI
Notary Public - State of Florida
Commission # FF 985499
My Comm. Expires Aug 16, 2020