To Whom it May Concern:

The Following is information regarding the medical history of my daughter, Samantha Ring,

When we moved to the Chicago area, Samantha began developing asthma-like symptoms, which were attributed to air-born bacteria and dust. We saw an allergist who tested her for a variety of substances and foods

In grammar school, about 2nd grade, she had a severe allergic reaction to sunflower seeds, requiring a trip to the emergency room at Skokie Valley Hospital (the name of the hospital has changed) ... we were told she had an anaphylactic attack and that reactions would get worse over time

At about age 10 she had a violent reaction to a bee sting and was treated at St Francis Hospital in Evanston, IL

She has had several food allergies over the years, some of which have stopped

Samantha suffers panic attacks and anxiety attacks, which we feel were originally brought on by trauma caused by her father when she was young

I am sorry not to be able to provide exact dates, but I have moved cross country a couple times, and boxes of papers and records have been lost, and her pediatrician retired years ago

J.D. Wohlers

*[signature]*

State of Nevada
County of Clark
This instrument was acknowledged
by J.D. Wohlers
on 11-04-2019

JIM LIAOS
Notary Public - State of Nevada
County of Clark
APPT. NO. 07-1102-1
My App. Expires Dec. 29, 2022

*[signature]*
11/04/2019