

# Boca Ciega Yacht Club - Board Meeting
# 7 January 2019 @ 7:32 pm
# Agenda

*Reminder: Please turn down all cell phones during the meeting.*

### Roll Call (Secretary)
**Present:** Nick Southard, Sheri Ogorek, Don Rogers, Jenn Buckley, John McLeod, Beth Berkobein, Richard Walters, Picot Floyd, Nancy Bennett, Doug Fuller, Patty Tishuk, Nancy May-Hatch, Becky Gilmore, Tony Angel, Ruth Peterson

**Absent:** Larry Brown

### Approval of the Minutes

Approval of minutes of previous meeting: The December 4, 2018 Board Meeting minutes has been distributed in advance for your review.

**Attachment:** Board Meeting Minutes for December 4, 2018

Motion made by Picot Flpyd
Seconded by John McLeod
Yeas = 14   Nays = 0   Abstains = 0
**Motion Passed**

### Visitors

Are there any Visitors? If so, please identify yourself and your reason for visiting.

List of Visitors: No visitors.

### Membership Chair

Present new prospective members:

Harold & Trish Small
St. Petersburg, FL
Boat: 30' MaineCat
Name: Tranquility

James & Valerie Turley
St. Petersburg, FL
Boat: 26' Leisurecat

Derik (Terry) & Suzanne Stansell
St. Petersburg, FL
Boat: None

Allan Fenley & Barbara Busenbark
Gulfport, FL
Boat: R-31' Ranger Tug
Name: Little Prince

Andrew Tanger & Elizabeth Flynn
Seffner, FL
Boat: 32' O'Day
Name: Salty Spirits

Paul & Jennie Lachance
St. Petersburg, FL
34' Catalina
Name: Mach 1 Too

### Flag Officers' Reports

1  **Commodore -** Nick Southard

Welcome to the 54th year of BCYC January board meeting: Thank you for a great turn out for our installation banquet it was great seeing all of you and the rest of the other 98 members.

Tonight, being our first board meeting we have quite a lot of protocol motions to discuss this evening. In order to keep our board meetings productive and moving swiftly, I would like to discuss some of our board meeting procedures;



We will have a great year with the lineup of officers, directors, and chairs we have who stepped up to keep this great club running smoothly. Ray has been a huge help in making my transition into the "AssT" position as non-painful as possible. I will produce a Deposit report for our dues when they are made. The two attached are the first reports of the year for Q1. Going to Chase to deposit them today.  I have sent emails out to a few members who didn't update the dues amount from their bank but all is going smoothly and people are making the necessary changes.

We had one resignation from Philip Raia dated 12/31/18. Also, Mike Mogavero, and Glen & Louise Dobos have resigned.

If you get a dinghy, or get rid or one, please remember to let me know so that I can adjust your membership level. I'm not sure what the process is for discontinuing membership in WA so I will contact Jimmy/Ray. We probably need to document these processes if not already done so we can have smooth transitions for new officers.

I met with Nick this morning and will be updating the Installation Banquet Play Book. We will have a great time and I'm honored to have been asked to MC again. Still the pay sucks but the party will be great. I drink Bourbon for anyone who doesn't know that by now.

| 7 | **Secretary** – Jenn Buckley |
|---|---|
| | The goal is to provide an agenda 3-days prior to each meeting this year. So, as a reminder for the Board and all Committee Chairs: Please send me your reports (or "no reports") by the Friday before the Board meeting or the Tuesday before a General Meeting so I can include them in the Agenda. For the minutes, please provide me your written report no later than the meeting itself for inclusion in the minutes. This includes any motions that you plan to introduce. Reminder emails will go out. Thank you! |
| 8 | **Immediate Past Commodore -** Larry Brown         No report (he's in Vegas!) |

**Standing Committee Reports**

| 1 | **Activities** - Gary Rhoads | No report |
|---|---|---|
| 2 | **Audit** - Steve Conn | |
| | The next meeting of the Audit Committee will be Thursday, 31 January, at 7 pm in the clubhouse. | |
| 3 | **Blessing of the Fleet** - Guy O'Connor | No report |
| 4 | **Boat Show** - (Russell Matter) | No report |
| 5 | **Capital Budget** - Doug Fuller | (See attached 2019 Budget from Dec Meeting) |
| 6 | **Merchants Chamber** - Diane Benedetti | No report |
| 7 | **Chaplain** - Joye Swisher | |
| | I am honored to be asked to be chaplain this year.  I understand my responsibilities as stated in the directory. I will offer a listening ear for emotional and grief support when requested as appropriate.  I will continue to send get well and sympathy cards as I learn of the member's needs.  Understanding not everyone likes to be open about illnesses or grief issues, I will share the information with the club at large when given the permission to do so. Otherwise, I will send a card signed by "Your BCYC family" instead of passing a card around. | |
| 8 | **Christmas Boat Parade** – Samantha & Kim | |
| | We had 23 boats plus one that called in and asked if they could just crash the parade for a total of 24 boats! We cannot say thank you enough for all the help that was given to us. It was amazing to see everyone pull together and make the parade flow smoothly on all sides. | |
| | We are humbled by all the help given by so many- there were so please do not be upset if we leave off your name -  First- Jonathan Cornwell, You made this parade!!! Larry Brown, Nick Southard, Keating | |



Floyd- thank for help with prizes! James Masson, you are the best fleet captain- a calming energy at all times. Patty Tishuk, You are the registration and Prize package queen!!! Don Rogers for helping run the Captain's meeting! Renee Best, the Gecko Queen (John Ziegler), and Ray Lastra for the hard work as judges! Captain Sandbar (Richard Walters), Guy O'Conner, and Karen Wacker- for the live entertainment. Robert Westerfield & Nate Whitfield for helping with signs!  Brandon Dillard (official Santa representing Gulfport PD), Sergeant Burkhart, Francine Whitten & Cynthia Hayes (Operation Santa). ==Elloise Ullman, who just came by to find out about the club and membership and stayed and help cook and clean all night without knowing a soul here- amazing... let's make sure to thank her in person when she finally joins the club.== Asa Folsom. Lezlee Kramer, Russ Matter, Melissa McCue, Gerri Angel, Suzy Floyd, Picot Floyd, Gary Gertis, Mary Simpson, Mike Cook, Debbie Roberto, Ellen Alexander, Meg Banitch, Bethany Keough, Mary Crawford, John McLeod, Susan McQuillan, Carol and Marty Southard, and everyone else - again - so many people helped to make this possible - Thank you so much!

The winners:
- #1 Mirage - Sea Scout Ship #915
- # 2 Sandy Claws- Scott Hanson
- #3 Dangler- Steve Wallace
- #4 Connected to Water - Stefan Kaschkadayev & Wendy Shelton
- #5 Annie B - Marty & Carol Southard
- #6 Seahawk- Richard Walters
- #7 Ocean Hiatus- Mark Robinson
- #8 Ding Dong- Steve Clinton
- #9 Aquasition- Nick & Betty Southard
- #10 Bella Vita- Gary Gertis

Again- thank you to everyone, Kim & Samantha

| | | |
|---|---|---|
| 9 | **Cruising** - Susan McQuillan | |
| | We're going to Terra Ceia! January 12th, Captain's meeting is at 9am. Bring a snack to share==, and your drink of choice.== | |
| 10 | **Financial & Investment** - Doug Fuller | No report |
| 11 | **Fun Day (Open House)** - Lee Nell | No report |
| 12 | **Historian** - Richard Walters | No report |
| 13 | **Landscaping/Grounds** - Linda Maloy | No report |
| 14 | **Membership** - Gerri Angel | Report (see above) |
| 15 | **Merchandise** - Patty Tishuk | |
| | Due to no December General meeting, no deposit was made. I have three orders en-route that will be here by the January general meeting. New aprons, lightweight jackets, women's sport tec shirts and a new shipment of caps. The club donated a burgee and license plate to the new porch. I'd like to donate an apron to the club. | |
| 16 | **Nominating** - Tom Buckley (as read by Jimmy Meyer) | |
| | This year's nominating committee has been formed and the members are: Jimmy Meyer, Juli Jacoby Nancy Hatch, Roger Gilmore, and Tom Buckley as chair. | |
| 17 | **PR & Advertising** - Jonathan Cornwell | No report |



| | | |
|---|---|---|
| 3 | Motion to approve a new Standing Committee – the Fish & Grab Committee<br><br>Discussion: This committee is to promote fishing and "grabbing" (shellfish: shrimp, clamming, scalloping) as a series of ongoing activities for the club. This will include learning how to fish, shrimp, clam, scallop, cook it up and tell tall stories. Marty Southard to be the chair of this committee. | Motion made by **John McLeod**<br>Seconded by Richard Walters<br>Yeas = 14    Nays = 0    Abstains = 0<br>**Motion Passed** |
| 4 | Motion to approve the following individuals as Committee Chairs:<br>    Activities - Gary Rhoads<br>    Audit - Steve Conn<br>    Blessing of the Fleet - Guy O'Connor<br>    Boat Show - Russell Matter<br>    Capital Budget - Doug Fuller<br>    Merchants Chamber - Diane Benedetti<br>    Chaplain - Joye Swisher<br>    Christmas Boat Parade – Jenn Buckley<br>    Cruising - Susan McQuillan<br>    Financial & Investment - Doug Fuller<br>    Fun Day (Open House) - Lee Nell<br>    Historian - Richard Walters<br>    Landscaping/Grounds - Linda Maloy<br>    Membership - Gerri Angel<br>    Merchandise - Patty Tishuk<br>    Nominating - Tom Buckley<br>    PR & Advertising - Jonathan Cornwell<br>    Racing - Garth Reynolds<br>    Raft Up - Becky Gilmore<br>    Refreshments - Betty Southard<br>    Rhumb Runners – Paula Dube<br>    Sail School - John Meyer<br>    Sea Scouts - Tony Angel<br>    Security - Don Rogers<br>    Small Boats - Mark Rother<br>    Waterway Watch - Dan Chesnut<br>    Website - OPEN<br>    WindWord - Jen Rogers<br>    Youth Sailing - Joel Heyne<br>    Paddle Sports - Ann New & Becky Gilmore<br>    Fish & Grab - Marty Southard | Motion made by **Sheri Ogorek**<br>Seconded by Richard Walters<br>Yeas = 14    Nays = 0    Abstains = 0<br>**Motion Passed** |
| 5 | Motion to approve the Nominating Committee consisting of:<br>    **Chair** – Tom Buckley; Jimmy Meyer; Juli Jacoby; Nancy May-Hatch; Roger Gilmore | Motion made by **Sheri Ogorek**<br>Seconded by Nancy Bennett<br>Yeas = 14    Nays = 0    Abstains = 0<br>**Motion Passed** |
| 6 | ==Motion to approve a webmaster from the bids submitted and my recommendation is Jenn Buckley.== | Motion made by **Sheri Ogorek**<br>Seconded by Nancy May Hatch<br>Yeas = 13    Nays = 0    Abstains = 1 (Jenn Buckley)<br>==**Motion Passed**== |



| | | |
|---|---|---|
| | Email sent out to members to submit an RFP if they were interested. We received 2 RFPs in the time allotted (end of December) and we evaluated these bids. The two bids were received from Jenn Buckley and Gerard Gaudry.<br><br>Recommendation is based upon the skill set, previous knowledge of our systems and how they work, and completeness of the response.<br><br>Keating was not considered because he did not submit an RFP until after the deadline (1/7/2018).<br><br>**Attachment:** Gerard Gaudry RFP for Webmaster.pdf<br><br>**Attachment:** Jenn Buckley RFP for Webmaster.pdf | |
| 7 | Motion to approve hiring a paid bookkeeper to replace the role of the Assistant Treasurer. | **TABLED until next meeting** |
| 8 | Update on Letter of Reprimand – Sent to Samantha Ring for bringing her dog into the clubhouse.<br><br>• Nick – Has a meeting with the city tomorrow and has asked Lee Nell re: letter they received. More to come on this. Also, will be meeting with an attorney later this week. At that point, I will call a special meeting of the board to discuss the proceedings. Please DO NOT discuss this matter until this special meeting.<br><br>**Attachment:** Samantha Reprimand.pdf<br>**Attachment:** RPeterson_Piper.pdf (for documentation purposes) | |
| 9 | Motion to move the September 2, 2019 Board meeting (Labor Day) to Tuesday, September 3, 2019. | Motion made by **Jenn Buckley**<br>Seconded by Nany May Hatch<br>Yeas = 14   Nays = 0   Abstains = 0<br>**Motion Passed** |
| 10 | Motion for Picot to sponsor Chris Krietlein to use the club to deliver his course on Celestial Navigation to be held February 22 & 23rd. | Motion made by **Picot Floyd**<br>Seconded by John McLeod<br>Yeas = 14   Nays = 0   Abstains = 0<br>**Motion Passed** |
| 11 | Awarding of Best Covered Dish of the Year – John & Katie Meyer.<br><br>John claims that all he did was pay for the beverages during the planning and gave all the praise to Beth Berkobein & Katie Meyer for their idea and hard work. | |

### For the Good of the Club

- About extra vessels in the Dinghy Racks – what is the limit to this? Can people store a kayak on top of their dinghy? Or should they pay for another rack/space? Do we want other things in the dingy racks? Like kayaks? Or do we build something else to store them? We need to discuss this more thoroughly. In the past when you paid for a dinghy, you paid for 1 dinghy. If you had two, you paid for 2.

- Articles in the WindWord – Jen is asking for more articles on fun stuff that is of interest to the club: sailing, boating, etc.  Also, she is going to change how we show new members in the Windword. She is going to remove the personal info (address, phone, etc.) and maybe their interests instead.



- Tony passed out legal summary of "Reasonable accommodate" for service animals and emotional support animals. Please read and educate yourselves on this. This is not for conversation but for education for future decision making.
- January Potluck – Sponsored by the Officers & Board. Sheri & Jenn will organize this. Board: look for an email with the menu & ask for help & sides.
- Parliamentary procedure report by Dan. Explained the principle of "Unanimous Approval".
- Reminder: Motions can only be made under Old or New business
- Richard issued a plea for everyone to attend the January General Meeting on January 18th. He wants to pass the BCYC Standards at that time. This is now holding up the directories!

**Motion to Adjourn**

Meeting ended on January 7th, 2019 at 9:02 pm.

Respectfully submitted, Jennifer Buckley, 2019 Secretary

## Next Board Meeting: February 4, 2019 at 7:30 pm

# BOCA CIEGA YACHT CLUB
## 2018 / 2019 Budget Comparison

| | 2018 Actual | 2018 Budget | Over Budget | % of Budget | Proposed 2019 Budget | Budget Change |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| 4999 Uncategorized Income | $ 1.07 | | $ 1.07 | | | |
| 602 Dry Slip Rental | $ 32.28 | | $ 32.28 | | | |
| 603 Dinghy Rack Rental | $ 2,265.00 | $ 2,000.00 | $ 265.00 | 113.25% | $ 2,000.00 | 0.00% |
| 604 Dues Income | 97,433.70 | $ 100,000.00 | $ (2,566.30) | 97.43% | $ 110,200.00 | 10.20% |
| 605 Initiation Fees | 6,255.00 | $ 7,000.00 | $ (745.00) | 89.36% | $ 9,250.00 | 32.14% |
| 606 Late Fees | $ 527.80 | $ 1,000.00 | $ (472.20) | 52.78% | $ 500.00 | -50.00% |
| 608 Sail School | $ 10,370.00 | $ 11,000.00 | $ (630.00) | 94.27% | $ 12,500.00 | 13.64% |
| 6095 Sales Taxes Paid Incl in Sales | -7,702.42 | $ (8,300.00) | $ 597.58 | 92.80% | $ (10,448.00) | 25.88% |
| 610 Activities Income | | | | | | |
| 615 Installation Banquet Income | 6,185.00 | $ 3,600.00 | $ 2,585.00 | 171.81% | $ 4,000.00 | 11.11% |
| 617 Raftup | | | | | | |
| 6172 Raft-Up Dinner | $ 1,659.02 | $ 2,000.00 | $ (340.98) | 82.95% | $ 2,000.00 | 0.00% |
| Total 617 Raftup | $ 1,659.02 | $ 2,000.00 | $ (340.98) | 82.95% | $ 2,000.00 | 0.00% |
| 618 Racing | -138.86 | | | | | |
| 6182 Women's Challenge Regatta | $ 405.00 | $ 400.00 | $ 5.00 | 101.25% | $ 400.00 | 0.00% |
| Total 618 Racing | $ 266.14 | $ 400.00 | $ (133.86) | 66.54% | $ 400.00 | 0.00% |
| 6198 Bait & Tackle Unregatta | | $ 1,000.00 | $ (1,000.00) | 0.00% | $ 1,000.00 | 0.00% |
| 6199 One Design Regatta | $ 1,995.00 | $ 1,450.00 | $ 545.00 | 137.59% | $ 1,450.00 | 0.00% |
| Total 610 Activities Income | $ 10,105.16 | $ 8,450.00 | $ 1,655.16 | 119.59% | $ 8,850.00 | 4.73% |
| 633 Merchandise Sales | $ 4,173.00 | $ 3,500.00 | $ 673.00 | 119.23% | $ 4,700.00 | 34.29% |
| 662 Directory Income | $ 50.00 | | $ 50.00 | | | |
| 664 Windword Income | 1,645.00 | $ 3,500.00 | $ (1,855.00) | 47.00% | $ 3,500.00 | 0.00% |
| 671 Security Deposit Income | | $ 700.00 | $ (700.00) | 0.00% | $ 1,250.00 | 78.57% |
| 699 Non-Tax Income | | | $ - | | | |
| 6991 Contributions | 1,020.00 | | $ 1,020.00 | | | |
| Total 699 Non-Tax Income | $ 1,020.00 | $ - | $ 1,020.00 | | | |
| Services | $ 300.00 | | $ 300.00 | | | |
| **Total Income** | $ 126,475.59 | $ 128,850.00 | $ (2,374.41) | 98.16% | $ 142,302.00 | 10.44% |
| **Gross Profit** | $ 126,475.59 | $ 128,850.00 | $ (2,374.41) | 98.16% | $ 142,302.00 | |
| | | | | | | |
| **Expenses** | | | | | | |
| 800 Board Approved | | | | | | |
| 8001 Board Approved Capital Budget | 1,200.00 | | $ 1,200.00 | | | |
| 8002 Board Approved Other Items | 1,575.00 | $ 9,300.00 | $ (7,725.00) | 16.94% | | |
| Total 800 Board Approved | $ 2,775.00 | $ 9,300.00 | $ (6,525.00) | 29.84% | | |
| 801 Slip Rental Expense | 2,329.84 | $ - | $ 2,329.84 | | | |
| 808 Sailing School Expense | 2,100.40 | $ 3,500.00 | $ (1,399.60) | 60.01% | $ 3,500.00 | 0.00% |
| 809 Youth Sailing | $ 116.00 | $ 200.00 | $ (84.00) | 58.00% | $ 250.00 | 25.00% |
| 810 Activities | | | | | | |
| 8100 Boat Parade Expense | $ 560.66 | $ 750.00 | $ (189.34) | 74.75% | $ 750.00 | 0.00% |
| 811 Covered Dish Expense | 2,456.74 | $ 3,000.00 | $ (543.26) | 81.89% | $ 3,000.00 | 0.00% |
| 8111 Thanksgiving Dinner | | | | | $ 300.00 | new |
| 8112 New Year's Expense | $ 447.86 | $ 200.00 | $ 247.86 | 223.93% | $ 450.00 | 125.00% |
| 8113 Officers Dinner for Members | $ 522.22 | $ 300.00 | $ 222.22 | 174.07% | $ 300.00 | 0.00% |
| 812 Entertainment | | $ 500.00 | $ (500.00) | 0.00% | $ 1,000.00 | 100.00% |
| 8120 Cruise Expense | | $ 150.00 | $ (150.00) | 0.00% | $ 500.00 | 233.33% |
| 8122 4th of July | | $ 200.00 | $ (200.00) | 0.00% | $ 300.00 | 50.00% |
| 814 General Meeting Expense | $ 311.62 | $ 250.00 | $ 61.62 | 124.65% | $ 330.00 | 32.00% |
| 815 Installation Banquet Exp. | | | | | | |
| 8151 Next Year | 1,597.05 | $ 2,000.00 | $ (402.95) | 79.85% | $ 6,000.00 | 200.00% |
| 8152 This Year | 5,609.74 | $ 5,000.00 | $ 609.74 | 112.19% | $ 2,000.00 | -60.00% |

| Account | Actual | Budget | Variance | % | Next Budget | % Change |
|---|---|---|---|---|---|---|
| **Total 815 Installation Banquet Exp.** | $ 7,206.79 | $ 7,000.00 | $ 206.79 | 102.95% | $ 8,000.00 | 14.29% |
| 8161 Oktoberfest | | | | | $ 300.00 | new |
| 8165 Rhumb Runners Expense | $ 297.98 | $ 500.00 | $ (202.02) | 59.60% | $ 750.00 | 50.00% |
| 817 Raft-Up Expense | $ 2,305.52 | $ 2,000.00 | $ 305.52 | 115.28% | $ 2,000.00 | 0.00% |
| 818 Racing Expense | 790.10 | $ 1,500.00 | $ (709.90) | 52.67% | $ 1,500.00 | 0.00% |
| 8182 Women's Challenge Regatta | 2,157.29 | $ 1,500.00 | $ 657.29 | 143.82% | $ 2,000.00 | 33.33% |
| **Total 818 Racing Expense** | $ 2,947.39 | $ 3,000.00 | $ (52.61) | 98.25% | $ 3,500.00 | 16.67% |
| 8198 Bait & Tackle Unregatta | | $ 1,000.00 | $ (1,000.00) | 0.00% | $ 1,000.00 | 0.00% |
| 8199 One Design Regatta | $ 1,037.71 | $ 1,500.00 | $ (462.29) | 69.18% | $ 1,600.00 | 6.67% |
| **Total 810 Activities** | $ 18,094.49 | $ 20,350.00 | $ (2,255.51) | 88.92% | $ 24,080.00 | 18.33% |
| 820 Club Boats Expense | | | | | $ 1,772.00 | new |
| 821 Day Sailers | $ 2,218.03 | $ 2,000.00 | $ 218.03 | 110.90% | $ 3,000.00 | 50.00% |
| 822 Club Power Boat | $ 1,786.77 | $ 1,500.00 | $ 286.77 | 119.12% | $ 2,000.00 | 33.33% |
| 825 Prams Expense | | $ 150.00 | $ (150.00) | 0.00% | $ 500.00 | 233.33% |
| 826 Sunfish Expense | $ 460.26 | $ 1,500.00 | $ (1,039.74) | 30.68% | $ 2,000.00 | 33.33% |
| 827 420s Expense | $ 2,690.58 | $ 2,000.00 | $ 690.58 | 134.53% | $ 2,000.00 | 0.00% |
| **Total 820 Club Boats Expense** | $ 7,155.64 | $ 7,150.00 | $ 5.64 | 100.08% | $ 11,272.00 | 57.65% |
| 830 Supplies | | | | | | |
| 831 Galley Supplies | 3,569.93 | $ 3,500.00 | $ 69.93 | 102.00% | $ 4,000.00 | 14.29% |
| 832 Ice Expense | | $ 500.00 | $ (500.00) | 0.00% | $ 500.00 | 0.00% |
| 833 Merchandise Purchase | 3,261.85 | $ 1,600.00 | $ 1,661.85 | 203.87% | $ 3,000.00 | 87.50% |
| 834 Office Supplies | 242.09 | $ 750.00 | $ (507.91) | 32.28% | $ 750.00 | 0.00% |
| **Total 830 Supplies** | $ 7,073.87 | $ 6,350.00 | $ 723.87 | 111.40% | $ 8,250.00 | 29.92% |
| 840 Facilities Maintenance Expense | | | | | | |
| 841 Building | 12,527.17 | $ 3,500.00 | $ 9,027.17 | 357.92% | $ 6,000.00 | 71.43% |
| 842 Docks/Dinghy Racks | $ 618.69 | $ 750.00 | $ (131.31) | 82.49% | $ 750.00 | 3,569.93 |
| 8425 Hoist | $ 340.00 | $ 250.00 | $ 90.00 | 136.00% | $ 500.00 | 100.00% |
| 843 Grounds, Mowing | 2,551.47 | $ 2,500.00 | $ 51.47 | 102.06% | $ 2,800.00 | 12.00% |
| 8435 Grounds, Beautification | $ 1,141.33 | $ 700.00 | $ 441.33 | 163.05% | $ 1,000.00 | 42.86% |
| 844 Workday Expense | $ 654.49 | $ 1,500.00 | $ (845.51) | 43.63% | $ 1,500.00 | 0.00% |
| 846 Janitorial | $ 2,597.90 | $ 3,000.00 | $ (402.10) | 86.60% | $ 3,200.00 | 6.67% |
| 847 Bldg & Grounds Security | $ 581.81 | $ 1,000.00 | $ (418.19) | 58.18% | $ 1,500.00 | 50.00% |
| 848 Pest Control | $ 892.57 | $ 500.00 | $ 392.57 | 178.51% | $ 600.00 | 20.00% |
| 849 Flag Pole | | | | | $ 500.00 | new |
| **Total 840 Facilities Maintenance Expense** | $ 21,905.43 | $ 13,700.00 | $ 8,205.43 | 159.89% | $ 18,350.00 | 33.94% |
| 850 Professional | | | | | | |
| 851 Accounting Services | $ 1,257.19 | $ 1,500.00 | $ (242.81) | 83.81% | $ 6,000.00 | 300.00% |
| 852 Bank Charge | $ 1,102.05 | $ 3,000.00 | $ (1,897.95) | 36.74% | $ 2,250.00 | -25.00% |
| 853 Insurance Expense | $ 17,549.66 | $ 17,500.00 | $ 49.66 | 100.28% | $ 18,000.00 | 2.86% |
| 854 Legal Expense | | $ 7,500.00 | $ (7,500.00) | 0.00% | $ 5,000.00 | -33.33% |
| 855 Storage Unit | $ 642.12 | $ 600.00 | $ 42.12 | 107.02% | $ 700.00 | 16.67% |
| 858 PayPal Fees | 2,920.52 | $ 400.00 | $ 2,520.52 | 730.13% | $ 2,250.00 | 462.50% |
| 859 Organization Dues | $ 225.00 | $ 750.00 | $ (525.00) | 30.00% | $ 500.00 | -33.33% |
| **Total 850 Professional** | $ 23,696.54 | $ 31,250.00 | $ (7,553.46) | 75.83% | $ 34,700.00 | 11.04% |
| 860 Communications & PR | | | $ - | | | |
| 861 Chamber of Commerce Dues | | $ 100.00 | $ (100.00) | 0.00% | $ 100.00 | 0.00% |
| 8615 Contributions | $ 2,682.76 | | $ 2,682.76 | | $ 1,000.00 | new |
| 862 Directory Expense | 1,136.88 | $ 1,200.00 | $ (63.12) | 94.74% | $ 1,400.00 | 16.67% |
| 864 Windword | 6,950.12 | $ 7,500.00 | $ (549.88) | 92.67% | $ 8,000.00 | 6.67% |
| 865 Public Relations | $ 1,793.36 | $ 2,000.00 | $ (206.64) | 89.67% | $ 2,000.00 | 0.00% |
| 866 Membership | $ 500.00 | $ 250.00 | $ 250.00 | 200.00% | $ 600.00 | 140.00% |
| 867 Open House Expense | $ 1,811.25 | $ 2,000.00 | $ (188.75) | 90.56% | $ 2,200.00 | 10.00% |
| 868 Sympathy | $ 60.06 | $ 300.00 | $ (239.94) | 20.02% | $ 300.00 | 0.00% |
| 869 WebSite | $ 855.00 | $ 500.00 | $ 355.00 | 171.00% | $ 6,000.00 | 1100.00% |
| **Total 860 Communications & PR** | $ 15,789.43 | $ 13,850.00 | $ 1,939.43 | 114.00% | $ 21,600.00 | 55.96% |
| 880 Taxes-Licenses | | | | | | |
| 881 Federal Income Tax | $ 765.00 | $ 7,500.00 | $ (6,735.00) | 10.20% | $ 2,000.00 | -73.33% |
| 882 Real Property Tax | $ 1,251.24 | $ 1,300.00 | $ (48.76) | 96.25% | $ 1,300.00 | 0.00% |
| 883 Tangible Property Tax | $ 257.20 | $ 500.00 | $ (242.80) | 51.44% | $ 500.00 | 0.00% |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| 885 Corporate License | $ 61.25 | $ 100.00 | $ (38.75) | 61.25% | $ 100.00 | 0.00% |
| 886 License Tags | $ 78.01 | $ 200.00 | $ (121.99) | 39.01% | $ 200.00 | 0.00% |
| **Total 880 Taxes-Licenses** | $ 2,412.70 | $ 9,600.00 | $ (7,187.30) | 25.13% | $ 4,100.00 | -57.29% |
| 890 Utilities | | | $ - | | | |
| 891 Electric | $ 4,894.88 | $ 4,200.00 | $ 694.88 | 116.54% | $ 5,500.00 | 30.95% |
| 892 Cable TV | 1,668.69 | $ 2,000.00 | $ (331.31) | 83.43% | $ 2,100.00 | 5.00% |
| 894 Gas | $ 99.51 | $ 500.00 | $ (400.49) | 19.90% | $ 600.00 | 20.00% |
| 895 Water & Garbage | $ 7,399.06 | $ 6,900.00 | $ 499.06 | 107.23% | $ 8,000.00 | 15.94% |
| **Total 890 Utilities** | $ 14,062.14 | $ 13,600.00 | $ 462.14 | 103.40% | $ 16,200.00 | 19.12% |
| 899 Misc. Expense | $ 361.29 | | $ 361.29 | | | |
| **Total Expenses** | $ 117,558.72 | $ 128,850.00 | $ (11,291.28) | 91.24% | $ 142,302.00 | 10.44% |
| **Net Operating Income** | $ 8,916.87 | $ - | $ 8,916.87 | | | |
| **Other Income** | | | | | | |
| 7010 Interest Income | $ 7.90 | | $ 7.90 | | | |
| 7030 Other Income | $ 200.00 | | $ 200.00 | | | |
| **Total Other Income** | $ 207.90 | $ - | $ 207.90 | | | |
| **Net Other Income** | $ 207.90 | $ - | $ 207.90 | | | |
| **Net Income** | $ 9,124.77 | $ - | $ 9,124.77 | | | |

## Webmaster job description:

**Security and compliance**
Perform a comprehensive audit of current and future code to identify High-risk vulnerabilities and Low-risk vulnerabilities
Inventory use of open source software, update to the latest version and verify current status of unaddressed issues
Audit hosting company regularly:
OS system is latest recommended version
Proper back up procedures exist and implemented
Database software is up to date, sensitive information encrypted
Identify all applicable compliance requirements (PCI, data protection...)
As personally identifiable data is being stored, insure privacy policy and terms of use are available and meet requirements.

**Performance**
Troubleshoot issues and develop solutions
Identify broken links and make necessary corrections
Monitor site up time and identify reasons for downtime.
Use analytic tools and statistics to monitor traffic
Develop and implement a Search Engine Optimization strategy

**Continuous user experience improvement**
Implement intuitive and responsive modern designs
Insure website is compatible with all major browsers
Insure website can be accessed from all platforms ( PC, tablet, smart phone...)
Provide training and support to internal users
Collect data from internal and first time users to identify opportunity for improvements

**Administration**
Insure proper registration of all domain names
Maintain all certificates current

**Further Enhancements**
Develop social media strategies to increase website exposure
Consider adding sponsors advertisement


Here is a demo of common features found in a modern website:
https://comesailwithceilidh.jsp-servlet.net

I would like a compensation in the $20-25/hour.
(if needed I can provide a copy of my latest resume)

If interested in my proposal, I'd like the opportunity to review the current agreement with Wild Apricot as their pricing appears to be way out of line with current hosting practices.

Thanks,
Gerard

# Corp-to-Corp Agreement

**Parties:** Corporation-to-Corporation Agreement made between Boca Ciega Yacht Club, and its affiliated entities (collectively "BCYC"), located at 4600 Tifton Drive, Gulfport FL 33711, and J Buckley Consulting, LLC, a Single-Member Limited Liability Company (hereafter "JBC, LLC"), EIN # xx-xxxxxxx, of XXXX XXXXXXXXXXXX, Lutz, Hillsborough County, Florida 33558.

**Services:** Boca Ciega Yacht Club hereby employs JBC, LLC to perform work as a Website Administrator as outlined in the Statement of Work.

**Terms:** This contract shall become effective on January __, 2019 and remain in effect until December 31, 2019 or until it is terminated by either party. JBC, LLC will be closed for business on the following holidays: New Year's Day, Memorial Day, Independence Day, July 14, Labor Day, Thanksgiving & day after, Christmas Eve and Christmas Day, and New Year's Eve. Additionally, limited service will be available on the following dates: 2/5-8, 3/26-28, 5/16-23, 10/9-13, and 10/22-26. Additional closure dates may be negotiated.

**Termination:** Either party may terminate this agreement without cause and without penalty by providing the other party with 10 business day's written notice of intention to terminate this agreement.

**Consideration:** In consideration of the foregoing, Boca Ciega Yacht Club agrees to pay JBC, LLC the flat amount of Four Hundred Dollars, ($400.00) USD, for work, for up to twenty (20) hours per month. JBC, LLC will provide a monthly invoice to the Boca Ciega Yacht Club Accounts Payable department c/o the Treasurer on the last business day of each month. Invoice date will reflect the date the invoice is submitted for payment. Standard payment terms are net 15 days, that is, all payments are due 15 days from the date of invoice or a $50 late fee will be added.

**Travel:** Ciega Yacht Club agrees to pay reasonable travel expenses incurred for the purpose of conducting Boca Ciega Yacht Club business outside of Hillsborough or Pinellas Counties, Florida, provided both parties agree and Boca Ciega Yacht Club provides pre-approval for expenditures in writing.

**Insurance/Taxes:** JBC, LLC understands and agrees that no payroll or employment taxes of any kind shall be withheld or paid by Boca Ciega Yacht Club with respect to payment to JBC, LLC. The payroll and employment taxes that are subject of this paragraph include, but are not limited to FICA, FUTA, federal personal income tax, state personal income tax, state disability insurance tax (where applicable) and state unemployment insurance tax. JBC, LLC shall submit a complete W-9 Form upon a signed Agreement. JBC, LLC will carry a $2M General Liability Insurance policy(#XXXXXXXXXXXX) and a $1M Worker's Comp policy (#XXXXXXXXXXXX), carried by XXXXX, for the duration of this agreement.

**Non-Exclusive Contractor Relationship:** JBC, LLC is not an employee of Boca Ciega Yacht Club under this Agreement. This Agreement will not be construed as a partnership or joint venture between the parties and neither party will be liable for any obligations incurred by the other party, including but not limited to any contract or agreement of employment. JBC, LLC acknowledges that it is not eligible for the worker's compensation, any employee benefits or unemployment insurance benefits of Boca Ciega Yacht Club by reason of JBC, LLC's engagement under this Agreement. JBC, LLC agrees that it has the sole right to control the work of its personnel upon receipt of a work assignment from Boca Ciega Yacht Club. JBC, LLC maintains the right to perform services for other clients for the duration of this contract.

**Confidentiality:** It is understood and agreed to that Boca Ciega Yacht Club may disclose confidential information or may provide certain information that is and must be kept confidential. To ensure the protection of such information, and to preserve any confidentiality necessary under patent and/or trade secret laws, it is agreed that JBC, LLC will not disclose confidential information obtained from Boca Ciega Yacht Club to anyone unless required to do so by law. If applicable, JBC, LLC agrees to execute a mutually agreed upon Confidentiality and Non-Disclosure Agreement with Boca Ciega Yacht Club.

December 23, 2018

Dear Samantha Ring,

It was brought to our attention that you again took your dog into the clubhouse. You were upset that you were talked down to by a fellow member while in the midst of breaking this rule only a couple weeks ago. I wrote to you in email correspondence that although the fellow member should not address you personally in such a way, that you are fully aware of the rule. Here you are breaking the same rule yet again. This is a formal reprimand as stated in the bylaws as proper procedure.

I no longer feel reminding you of the rule is going to dissuade you from taking your dog into the clubhouse as you certainly haven't stopped after the many times you've been reminded. After discussing this with the board we believe a fine is next in line. To that end if you are caught with Piper in the clubhouse again we are going to fine you $150.00.

You have tried to argue that the club is not private and I've responded that until a court has stated that we are not a private club, that we do not agree with your assessment. You further stated that you have spoken with a rights watch group and that they agree with your assessment. You then stated that rather than having that organization fine the club, that you would have them make their assertions to us directly but that it will be some time before we hear from them. I accepted that we will discuss this with them if they contact us but until any of that comes to fruition you know the rules and have to abide by them.

If you are caught with Piper in the club and are assessed a fine you will be responsible for paying it and after that fine, if the rule is broken again we will increase the fine for further transgressions. So for now, abide by the rule as you know you are supposed to and you will not have to pay any such fine. If the day comes when we change the rule, for whatever reason, to allow dogs into the club house you will no longer have to worry about any fines. Until then, you need to abide by the rules.

Larry Brown
Commodore 2018

# "REASONABLE ACCOMODATION" FOR SERVICE ANIMALS AND EMOTIONAL SUPPORT ANIMALS

In the 1990 The Fair Housing Act disabled, and emotionally impaired people were clearly granted the right to possess an animal that was needed to cope with their ***physical or mental impairment***. The Americans with Disabilities act of 1990 was amended in 2008 with the Fair Housing Act and the Air Carriers Act. The Florida State Legislature subsequently passed legislation that parallels the federal law as it pertains to individuals with physical or mental disabilities who require a service animal or an emotional support animal to cope with their disability. Any attempt by a Communal Living Facility, a Public Transportation service, a public housing facility, or any facility of public accommodation, to refuse or intimidate a person with physical impairment to enter with a trained "Service Animal" is punishable as a violation of their civil rights.

In 2016 the federal courts cautioned all communal residential communities to review their" Resident Selection Criteria", application process, and procedures to ensure that they are following the current application of the Americans with Disabilities Act. The interview process must not be interpreted to be discouraging a disabled person from renting or purchasing a property in a complex even if the complex has a no-pet rule.

### SERVICE ANIMALS ARE DEFINED AS SPECIFICALLY TRAINED DOGS AND SMALL HORSES ONLY:

Florida and Federal law protect the right to have service dogs or small horses in public places, private housing, and the common areas of public accommodation within private buildings. A "service animal" is a dog or small horse that has been trained to perform tasks for someone with a physical, mental, psychiatric, sensory or intellectual disability. The work the animal does must be directly related to the person's disability.

If an individual presents medical documentation that supports their need for a trained support animal the Board or management Company must make a reasonable accommodation of any "house rules" that would preclude their possession of the animal. Case law has established that <u>no distinction can be made between physical and mental disabilities.</u>

The current fine for refusal to respect the need of a disabled person for the services of a support animal is $50,000 per occurrence.

*Note: there is no federal or state standard for the "training" that a service animal must receive, and this problem has not been clarified in the court system.*

Under ADA, the definition of a public accommodation is very broad. Service animals must be allowed to frequent public places and areas of public accommodation within private businesses. It includes:

- Hotels and other lodging establishments
- Public transportation terminals, depots and stations
- Restaurants and other places that serve food and drink
- Sales or rental establishments
- Any place of public gathering, auditorium, theater, or stadium
- Places of entertainment and exhibit, and educational institutions
- Gyms, and other places of exercise or recreation or parks and zoos
- Libraries, museums, social service

**Private clubs** <u>that do not rent space to the public or allow the public to frequent the facility are not considered a place of public</u> accommodation. They may establish reasonable, uniform rules for the control of all animals that are brought to the facility by the members.

**RULES FOR SERVICE ANIMALS:**

People with disabilities may not be charged to bring their "Service Animal" to any public accommodation. The animal will travel without charge on airlines, trains, and all public means of transportation.

According to federal law and the ADA. "the animal must be of a safe and gentle breed".

A place of public accommodation is not required to allow a service animal to remain " if it poses a threat to the health or safety of others". If the service animal is growling or lunging at other patrons and the owner is unable to stop the aggressive behavior the dog may be required to leave or be secured with a control device such as a leash, or muzzle.

An establishment may exclude a service animal that isn't housebroken, or is out of control, or of the aggressive breeds of "Pit Bull" or "Rottweiler".

The state of Florida will prosecute a animal owner who falsifies information about their disability or the status of their service or EST.

**REQUESTS FOR REASONABLE ACCOMODATION OF RESTRICTIONS:**

A **"reasonable accommodation"** is a change, exception or adjustment to a rule that may be necessary <u>for a person with a disability to have an equal opportunity to use and enjoy a facility.</u>

If a resident of a multi-unit housing facility, or a prospective unit owner, or a member of an organization, requests an accommodation to a pet policy, the Board of the building management or the organization, and/or Condominium Association may request documentation from a medical doctor that supports a need for a "service animal" or an "emotional support animal". The Board may only ask broad questions regarding the disability and the expected remedial effect of the animal. The Board must be cautious not to violate H.I.P.P.A. in their questioning and they may not elicit detail and specific conversation regarding the medical condition of the applicant.

The physical or mental impairment of an individual requesting an accommodation of rules must not be discussed in an open meeting and all records regarding the medical request for an accommodation must be stored in a secure and locked file or safe.

### Emotional Support Animals are those that are traditionally kept in a home for pleasure rather than for a commercial purpose.

Under Florida law or ADA owners of public accommodations are not required to allow "Emotional Support Animals" within their facilities. Emotional support animals lack the training of a "Support Animal". They are prescribed by a physician, or psychologist to calm anxiety, mood disorders, or correct mental depression. A comfort animal or ESA is a pet, prescribed by a medical professional. A Service Animal is a registered dog trained to perform tasks for a handicapped individual.

Emotional support animals are generally confined to "Common household pets". This group includes domesticated dogs, cats, birds, rodents (to include ferrets and rabbits) fish, turtles. It does not usually include reptiles except Turtles. Comfort animals that are repeatedly disruptive can be excluded. Owners of ESA must clean up after their animals.

### Deposits to protect from damage to the property must not be for more than one (1) months' rent but even that can be interpreted to be an attempt to discourage a disabled person from renting or purchasing. Owners are responsible for the damage their pets create.

### An "Emotional Support Animal" does not have to be trained.

The animal simply must be needed by the individual to correct a disability and it must be ordered by a licensed medical Doctor or psychiatrist who presumably is prepared to testify in a legal proceeding to establish the remedial effect that the animal has upon the mental state of the patient. A partial list of the disabilities that an emotional support animal could control are depression, anxiety, panic attacks, mood disorders, bi-polar disorder, post-traumatic stress disorder and other psychological conditions.