Case 8:19-cv-00772-VMC-JSS   Document 128-7   Filed 01/24/20   Page 1 of 2 PageID 1980

# FOR THE JOY OF THE SALTY SEA AND THE WIND IN OUR SAILS

BOCA CIEGA YACHT CLUB · FRIDAY, SEPTEMBER 28, 2018

Founded in 1965, Boca Ciega Yacht Club…

Well, actually, the yacht club's history begins a bit further back than that with a bunch of characters who wouldn't take no for an answer. In the early 1940s, there were about a dozen guys with powerboats who wanted a dock and club of their own. The City of St. Pete said no so they built a dock offsite, trucked it to the Vinoy Basin in the dark of night, and pretended like it had always been there while (probably) sipping rum. The Sunshine City Boat Club, as it was called, eventually wangled a lease out of the city, grew to 110 slips, and had an awful lot of fun on the waters of the Tampa Bay area. And so it was high times until 1965, when the M.G.M. Bounty (the set ship for the Mutiny on the Bounty movie) came to the 'Burg, and walking papers were issued to the club.

The Sunshine City Boat Club found a willing partner in the City of Gulfport which was improving its waterfront at the time, and happy to have someone ready to invest in the work of carving out and dredging a marina basin. The club built a sea wall and docks for 48 slips (later expanded to 75). On July 21, 1965, the club changed its name to Boca Ciega Yacht Club in honor of its new home. While the club lost some members because of the new location, the never-say-die folks of BCYC took it as a challenge and came up with the idea doing a sailing school. In 1967, the club opened the sail school to 170 students! Even today, the sail school brings us a great many new members who fall in love with sailing after getting a little salt water in their veins.

Today, we not only operate at least two sail school classes per year, we also host of ton of other programs from Sea Scouts and youth sailing activities, to community events like Funday, Raft Up, and the Gulfport Christmas Boat Parade. We have an active schedule of cruises and races because, well, that's what a yacht club is all about, right? And we've been known to throw a party or two (or ten), like our monthly themed potlucks.

But you know what really makes our club special? We're a community of friends who truly love sailing in all its glory, and our club and the City of Gulfport that has been our good home for over 50 years now. This club is a volunteer-run operation that sparkles because of the work we all put back into it, like our 3rd Saturday Work Days where we roll up our sleeves, and fix, build, paint, clip, blow, and polish for a few hours. That's the kind of people we are because that's the kind of people we've always been at BCYC: the kind that finds a way and gets it done for the sheer joy of the salty sea and the wind in our sails.