UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

Plaintiff,

v.          Case No.: 8:19-cv-00772-VCM-JSS

BOCA CIEGA YACHT CLUB, INC.,

Defendant.

_____/

VOLUME I
DEPOSITION OF:
NICK SOUTHARD

TAKEN BY:    Attorney for Plaintiff

DATE:    October 14, 2019

TIME:    12:56 p.m. - 7:16 p.m.

PLACE:    Executive Reporting Service
13555 Automobile Boulevard
Clearwater, Florida 33762

Examination of the witness taken before:
Jerry Lefler RPR CRR CM
Executive Reporting Service
Ulmerton Business Center
13555 Automobile Boulevard, Suite 100
Clearwater, Florida 33762

---

1  APPEARANCES:
2
3  DENESE VENZA, ESQ.
   Venza Law, PLLC
   931 Village Boulevard, #905-322
4  West Palm Beach, Florida 33409
   Dvenza@venzalawpllc.com
5
   MARCY I. LAHART, ESQ.
6  Marcy I. Lahart, P.A.
   207 SE Tuscawilla Road
7  Micanopy, Florida 32667
   Marcy@floridaanimallawyer.com
8
   Counsel for Plaintiff
9
10 ELISABETH FONTUNGE, ESQ.
   Cole, Scott & Kissane
11 4301 West Boy Scout Boulevard, #400
   Tampa, Florida 33607
12 Elisabeth.Fontunge@csklegal.com
13 Counsel for Defendant
14
15
16
17
18
19
20
21
22
23
24
25

---

1           I N D E X
2                           PAGE
3  Direct Examination by Ms. Venza        4
4
5
6
                    EXHIBIT INDEX
7
                           MARK
8  Ring
9  1   Medical letter               114
10 2   Email January 22, 2019 at 7:49 am    137
11 3   Email January 12, 2019 at 1:37:01 pm   142
12 4   Email January 15, 2019          147
13 5   Email January 15, 2019 at 12:08:04 pm  148
14
15
16
17
18
19
20
21
22
23
24
25

---

1       THEREUPON,
2           NICHOLAS JOSEPH SOUTHARD
3  was adduced as the deponent herein, and being first
4  duly sworn upon oath, was questioned and testified
5  as follows:
6           DIRECT EXAMINATION
7  BY MS. VENZA:
8       Q.  Sir, would you please state your full legal
9  name?
10      A.  Nicholas Joseph Southard.
11      Q.  Do you go by "Nick"?
12      A.  Yes.
13      Q.  I'll call you "Mr. Southard," if that's okay.
14      A.  Fine.
15      Q.  How many times have you ever been deposed
16 before?
17      A.  Never.
18      Q.  You weren't present at the last deposition, so
19 I don't know how much has been explained to you, so
20 forgive me if you have some familiarity with the
21 process.
22          But I'm going to ask questions.  You need to
23 extend the courtesy to listen to the whole question and
24 then answer the question as best as you can.  I will
25 extend the same courtesy to you.

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    If you don't understand a question, either the
2    way I've asked it or the word I used, or sometimes it's
3    just a bad question, I want you to stop me and say, "I
4    don't understand the question." Okay?
5        A.  Okay.
6        Q.  Otherwise, you will be held to the questions --
7    you will be held to the answers given today and you
8    won't be able to say, "Oh, I didn't understand the
9    question."  If you don't stop me, that means you
10    understood it.
11        A.  I understand.
12        Q.  Okay.  Where do you live, sir?
13        A.  106 25th Avenue Northeast, St. Pete 33704.
14        Q.  Do you live there with anyone?
15        A.  I do.  My wife, Betty.
16        Q.  And is she a member of Boca Ciega Yacht Club?
17        A.  Yes, she.
18        Q.  Anyone else?
19        A.  No.
20        Q.  Do you go by any aliases?
21        A.  Other than "Nick."
22        Q.  How long have you lived at the 25th Avenue
23    address?
24        A.  Approximately 20 years.
25        Q.  Also with Betty?

1        A.  Yes.
2        Q.  Have you ever been arrested?
3        A.  No.
4        Q.  What's your highest level education?
5        A.  B.A., college degree.
6        Q.  Where did you go to school?
7        A.  St. Leo College.
8        Q.  I'm sorry?
9        A.  St. Leo College.
10        Q.  Where's that?
11        A.  Dade City, Florida.  Or actually St. Leo,
12    Florida.
13        Q.  What did you get a degree in?
14        A.  Business administration.
15        Q.  You currently work for Regal Commodities?
16        A.  Yes.
17        Q.  You are a National Sales Manager?
18        A.  Yes.
19        Q.  Since January 2016?
20        A.  January '16?  No.  Yes, that is correct.  That
21    is correct.
22        Q.  What does Regal Commodities do?
23        A.  Buy and sell coffee.
24        Q.  What do you do for them?
25        A.  I call on national accounts to buy our product.

1        Q.  So you sell a product?
2        A.  Coffees and cappuccino powdered items.
3        Q.  You sell products and services?
4        A.  Not service, per se.  We're a private label
5    company, so we private label for the customer their
6    product.
7        Q.  Did you work your way up to the position of
8    National Sales Manager?
9        A.  Not through Regal, no.
10        Q.  Through other employers?
11        A.  Yes.
12        Q.  Currently you're in charge of other sales
13    personnel?
14        A.  No.
15        Q.  Tell me about your relationship with Boca Ciega
16    Yacht Club.  What I mean by that is, how did you first
17    come to learn of their existence.
18        A.  Approximately 2004, I was active in sailing,
19    wanted to learn more about sailing.  I had heard that
20    there was a club that had a lot of knowledgeable people
21    and I went online, I believe, and asked around, found
22    out about it.  Then applied.
23        Q.  Who would you have heard from?  You said you
24    heard about it from other people.
25        A.  Other sailing friends in the community.

1        Q.  By "community," you're referring to the
2    Gulfport community?
3        A.  Pinellas County community.
4        Q.  So, that was in 2004.  Did you join in 2004?
5        A.  Yes.
6        Q.  What did you do to join?
7        A.  I applied for membership.  I believe I had a
8    background check.  I was interviewed.  I paid initiation
9    fees.  The background check I paid for, and then the
10    first quarter dues.
11        Q.  So you applied.
12        A.  Right.
13        Q.  And you applied by getting an application,
14    filling out a physical application?
15        A.  Yes.
16        Q.  Where did you get that physical application
17    from?
18        A.  I don't recall.
19        Q.  And I appreciate that in 2004 it might not have
20    been as accessible over the Internet.
21        A.  Right.
22        Q.  Do you recall how long, how many pages?  Is it
23    a thick stack?  Are we talking one to two pages?
24        A.  Three, four, five pages.
25        Q.  As best you can recall, did that application in

Executive Reporting Service

1  2004 ask about your nautical experience?
2  　　A.  Well, in terms, "Do you like boating?  Do you
3  like to sail?  What kind of boat do you have"? things
4  like that.  It asked about that.
5  　　Q.  Did it test your knowledge?
6  　　A.  No.
7  　　Q.  Boating terms or anything like that?
8  　　A.  That was a good thing.
9  　　Q.  Was it a requirement that one own a boat to
10 apply?
11 　　A.  Not to my knowledge, no.
12 　　Q.  The background check.  Did you pay the club to
13 run the background check or did you get it done, pay for
14 it, and provide the results?
15 　　A.  No.  It was done through -- I believe through
16 the club itself.  It wasn't separate.
17 　　Q.  What was the fee?
18 　　A.  Back then, I really don't recall.
19 　　Q.  I'm sorry.  Did you pay the fee to the club?
20 　　A.  I assume so, yes.
21 　　Q.  Did you ever see the results of that background
22 check?
23 　　A.  No.
24 　　Q.  So you're not really sure.  You say "background
25 check."  Do you even know what they checked?

1  　　A.  I assume criminal background.
2  　　Q.  Not assuming.  Do you know?
3  　　A.  No.
4  　　Q.  Do you even know if they actually did one?
5  　　A.  No.
6  　　Q.  Then you said as part of the application
7  process back in 2004 you were interviewed.  Who
8  interviewed you?
9  　　A.  At that time -- I don't know the names
10 particularly, but it was the Membership Committee.
11 　　Q.  About how many people were on the committee?
12 　　A.  I don't remember.  A couple people.
13 　　Q.  A couple?  Two people?
14 　　A.  Yes.
15 　　Q.  And you don't recall their title or rank within
16 the Boca Ciega Yacht Club, correct?
17 　　A.  I do not.
18 　　Q.  And you said you also paid an initiation fee,
19 correct?
20 　　A.  Yes.
21 　　Q.  What was the initiation fee in 2004?
22 　　A.  I do not recall.
23 　　Q.  Was the initiation fee the same thing as
24 membership dues?
25 　　A.  No.  I believe it was separate.

1  　　Q.  Do you remember what the membership dues were
2  in 2004?
3  　　A.  I do not.  But low.
4  　　Q.  I was going to ask you:  Do you have a
5  ballpark?  Are we talking $100?  $300?
6  　　A.  That would be fair.  Yeah.  $100.
7  　　Q.  For membership.
8  　　A.  Right.
9  　　Q.  And for initiation, would that have been a
10 lesser amount?
11 　　A.  I would think so.
12 　　Q.  And the hundred dollars was for the whole year,
13 or whatever amount it actually was?
14 　　A.  The initiation fee?
15 　　Q.  No.  The member fee.
16 　　A.  The member fee is just for the quarter.
17 　　Q.  So there's four, so it would have been --
18 　　A.  Right.
19 　　Q.  -- $400 a year, maybe.
20 　　A.  Maybe.
21 　　Q.  I understand.  Okay.
22 　　A.  I know it was less than a dollar a day at the
23 time.
24 　　Q.  I appreciate that.
25 　　　　Then other than those things of an application,

1  background check, which may or may not have been done,
2  an interview by two people, and paying your initiation
3  fees and dues, was there anything else you did in 2004
4  to become a member of the Boca Ciega Yacht Club?
5  　　A.  Not prior to being a member, no.
6  　　Q.  Are you indicating there was something you did
7  after you became a member?
8  　　A.  Got very involved.
9  　　Q.  I meant to become a member.
10 　　A.  No.  No.
11 　　Q.  Did your wife join at that time?
12 　　A.  Yes.
13 　　Q.  Did she also share the same boating passion at
14 that time?
15 　　A.  No.
16 　　Q.  She has since joined you in that boating
17 passion?
18 　　A.  Yes.
19 　　Q.  You hesitate.
20 　　A.  She can't swim.  But she did take sail school.
21 　　Q.  How many members in 2004 there were in Boca
22 Ciega Yacht Club, as best you can recall?
23 　　A.  I'm going to say pretty much what we have now.
24 200, thereabouts.
25 　　Q.  Today, as in 2019, you are Commodore, correct?

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1     A.  Yes.
2     Q.  Is it fair to say that title could be
3  equivalent to president, or is equivalent to president?
4     A.  Could be.
5     Q.  How did you work your way up to becoming the
6  President, Commodore, of Boca Ciega Yacht Club?
7     A.  Well, I'm not sure I worked my way up.  I've
8  taken on various responsibilities with the club.  I've
9  held -- Let's see -- Raft Up Chairman.  I've held Fleet
10  Captain, Rear Commodore, Vice Commodore positions.
11     Q.  I'm sorry.  What was --
12     A.  Vice Commodore.
13     Q.  Okay.  When was the first time that you
14  obtained a -- I don't know if we call it an
15  "administrative position" within the club?  Roughly.
16     A.  Geez.  I'm really not sure.
17     Q.  I was just -- If you were in 2004, was it about
18  10 years, and then after that you started to take on
19  some of the positions?
20     A.  No.  I think I was more active initially than
21  during the latter part.  I kind of faded out and I came
22  back in again, in the club, so I would say the first
23  part.  The first five years.
24     Q.  In 2018, what role or position did you have at
25  Boca Ciega Yacht Club?

1     A.  2018?  I had -- I was Rear Commodore.
2     Q.  How did you get that position?
3     A.  By default.  A previous person in that position
4  left the club.  I believe that was back in April.  There
5  was a void.
6     Q.  April of 2018?
7     A.  Right.  Thereabouts.  Between April and May.
8  And I was asked, "Would I consider filling in?" and I
9  said, "Yes."
10        Prior to that, I had not been very active in
11  the club for the past three or four years.  A member,
12  but just not active.
13     Q.  So February of 2018, did you have any
14  managerial or administrative position in Boca Ciega
15  Yacht Club?
16     A.  February of '18?  No.
17     Q.  Who left, that you took the default position?
18     A.  Let's see.  Garfield.  My mind went blank.  I'm
19  sorry.
20     Q.  Was that a man or woman?
21     A.  It was a man.
22     Q.  Do you know why he left?
23     A.  I'm not totally sure why.  I think it was a
24  personality issue with the board.
25     Q.  Tell me more about that.  What do you mean by

1  "personality issue"?
2     A.  He felt like he wasn't being backed under a
3  disciplinary problem that they had.
4     Q.  I'm sorry.  He wasn't being what?
5     A.  Wasn't being backed --
6     Q.  Oh, "backed."
7     A.  By the Commodore.  Not the Commodore, but the
8  board.
9     Q.  So if I'm understanding you correctly, he,
10  whoever this was that left that had been holding the
11  position of Rear Commodore, wanted to enforce some type
12  of policy with a member of the Boca Ciega Yacht Club?
13     A.  Yes.  And the policy was somewhat clouded.  He
14  felt it was very clear.
15     Q.  What was the policy?
16     A.  It had to do with I believe a bicycle being
17  left on the property or being vacated -- just being
18  left.  About as much as I know.
19     Q.  He felt he did not have the support of the
20  board?
21     A.  Right.
22     Q.  How did you get that understanding?
23     A.  Just by rumors, by talk.
24     Q.  You said by rumors?
25     A.  Right.

1     Q.  So it's kind of unfounded.  It's speculation on
2  your part, you're telling me.
3     A.  It is.
4     Q.  What were your duties as Rear Commodore?
5     A.  Rear Commodore is basically responsible for the
6  upkeep of the building, making sure that the galley, the
7  pantry, the things are being repaired, taken care of.
8  You're responsible for Work Day, getting various
9  projects done once a month.
10        Also you're responsible for the Installation
11  Banquet at the end of the year.
12     Q.  The what banquet?
13     A.  Installation.
14     Q.  Is that for new members?
15     A.  No.  That's for the new slate of board members.
16     Q.  Okay, got you.
17        Larry Brown was in here and testified before.
18  Would you disagree with his testimony that the Rear
19  Commodore did everything?
20     A.  No.  No, the Rear Commodore doesn't do
21  everything.  Mainly it's labor intensive.  It's getting
22  things fixed.
23     Q.  Is it actually fixing them as well?  You're
24  saying "labor intensive"?
25     A.  Yeah.  In other words, we're asking members to

1    make repairs on the building, cleaning from, you know,
2    the porch up to painting. Just various odds and ins to
3    keep the club up. This is an all volunteer club.
4         Q. You had said that among the duties of a Rear
5    Commodore is Work Day, correct?
6         A. Correct.
7         Q. And Work Day I assume is one day in the month
8    with all the volunteers?
9         A. Right.
10        Q. Get together to fix some particular project?
11        A. Yes.
12        Q. Let's say in 2018. Was that a challenge to get
13   participation on Work Day?
14        A. It depended on the time of year. Either it was
15   too hot or it was seasonal, where a lot of members in
16   the summer time go back up north. So that was the only
17   reason. Mainly seasonal.
18        Q. Is it a fair statement that sometimes it was a
19   challenge to get some members of Boca Ciega Yacht Club
20   to come on Work Day and do the work labor?
21        A. It was a challenge for some members. Some
22   members thought it was a challenge.
23        Q. I meant for you as, at that time, being in the
24   position of Rear Commodore, was it a challenge for you
25   to inspire --

1         A. No.
2         Q. -- the members to come?
3         A. No, it was not a challenge to me.
4         Q. You were able to get people?
5         A. I could.
6         Q. How many people would you say on a Work Day --
7    You started in April or May -- April 2018 Work Day,
8    about how many members showed up?
9         A. On average, probably 30, 40 people.
10        Q. 30, 40 every Work Day?
11        A. Uh-huh.
12        Q. That's a "Yes"?
13        A. Yes.
14        Q. That's another thing. You've been great about
15   it so far. It's important to verbalize responses,
16   because the court reporter sitting to your left is
17   taking down everything said, everything I say, you say,
18   other people in the room may say. So if I ask you to
19   clarify, I'm not picking on you. I'm just trying to
20   make sure there's a clear record. Okay?
21        A. Got it.
22        Q. Did the Rear Commodore position have any duties
23   that involved enforcing policy of Boca Ciega Yacht Club?
24        A. Yes. I would say -- Yes.
25        Q. Such as? What type of policies?

1         A. Cleaning up after yourself in the kitchen.
2         Q. Anything else?
3         A. That was usually the biggest pet peeve of any
4    person in that position: Cleaning up behind yourself.
5         Q. And what would you in the position of Rear
6    Commodore do to enforce that policy?
7         A. No more than what the other people have done in
8    the past, is just remind people to clean up behind
9    yourself.
10        Q. So you would verbally speak to a member?
11        A. Yeah. Or to members in general at our General
12   meeting that we would have once a month on a Friday.
13        Q. So you might do one of two things: For
14   example, somebody didn't clean up in the kitchen. You
15   might go to them personally and discuss with them that
16   they needed to clean up after themselves?
17        A. Could do that. I would do that if I saw it.
18        Q. And --
19        A. So often you don't see this, though.
20        Q. And in addition, you might -- or you would --
21   every Friday there's a meeting?
22        A. No. Once a month.
23        Q. Once a month. That meeting is attended by --
24        A. All.
25        Q. -- all members. Or it's open to all members?

1         A. Right.
2         Q. At that meeting, you'll bring up each, if I
3    understand correctly, all of the administrative
4    positions, such as Commodore, Rear Commodore, et cetera,
5    report at that meeting?
6         A. It's a report, right.
7         Q. As do individual members who are in charge of
8    various committees, correct?
9         A. Chair people do, yes.
10        Q. Are they called "Chair people"?
11        A. Yes.
12        Q. Okay. So you might also bring it up at that
13   Friday meeting. And is it your -- Rear Commodore: Did
14   you discuss with any other administrative members,
15   either board members or committee members, what the
16   policy was or that somebody was violating a policy?
17        Or you just on your own said, "Humm. They
18   didn't clean up. I'm going to go talk to them, and I'm
19   going to talk to them at the Friday meeting about it"?
20        A. Well, I've been advised by other people in the
21   club if there was, you know, violations going on by
22   leaving things in the refrigerator too long by certain
23   members, and we've asked these members to "Please, you
24   know, date your food. You only have 'X' amount of days
25   to keep it in the refrigerator or it goes bad and gets

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1  thrown out."
2      Q.  What I'm asking you is, you didn't have to go
3  to a committee or have a vote.  You saw that somebody
4  was violating a policy and you took it upon yourself to
5  bring it to that person's attention that they were
6  violating a policy; is that correct?
7      A.  Yes.
8      Q.  So the policy, by the way, that is something
9  written in what?  The amendments?  The bylaws?  Is it
10  just a written policy?
11      A.  It's policies usually in the back of the book,
12  the handbook.
13      Q.  What's the "book"?
14      A.  The handbook.  The Club Handbook.
15      Q.  It's called the "Club Handbook"?
16      A.  Right.  Yes.
17      Q.  Is that published physically?
18      A.  Yes, once a year.  A new edition every year.
19      Q.  Does that contain your amendments to your
20  Articles of Incorporation?
21      A.  No.
22      Q.  Does it contain bylaws?
23      A.  Yes.
24      Q.  What else does it contain?
25      A.  Waterfront policies, rules and regulations.

1      Q.  Rules and -- waterfront policy.  Is that all
2  one thing?
3      A.  No, it's different.
4      Q.  What are the rules and regulations you're
5  referring to?
6      A.  You'll have to look at the manual, ma'am.
7      Q.  Are they from Boca Ciega Yacht Club?  Are they
8  from the city?
9      A.  It's a combination of both.
10      Q.  What else is in this handbook?
11      A.  The members themselves, a listing of the
12  members.
13      Q.  Members along with address, phone number,
14  emergency contact, anything like that?
15      A.  No.  Just basically their -- I believe their
16  address -- No.  I think it's just -- if they have a
17  contact -- They put in whatever they want to put in.
18          Some people don't have their email address.
19  Some people have their phone number.  Usually most
20  people have their phone number in there.
21      Q.  Definitely have a name?
22      A.  Have a name, and some will have a picture of
23  themselves.
24      Q.  Is it fair to say it's up to the members what
25  they --

1      A.  Would it be best if I show you what this is, if
2  I have it?
3      Q.  Sure.
4      A.  I didn't bring it.  I thought I did.  I'm
5  sorry.
6      Q.  So fair to say, in terms of your position as
7  Rear Commodore, if you were going to enforce a policy,
8  you determined on your own that a member had violated a
9  policy and then took action on it.  Is that fair?
10      A.  Yes.
11      Q.  In 2004, when you applied, and ultimately
12  became a member, did you own a boat?
13      A.  I'm sure I did, yes.
14      Q.  Do you remember what you owned?
15      A.  I really don't.
16      Q.  You say you're sure you did.  Is that just
17  because you're somebody who loves boats and you've
18  always owned them your whole life?
19      A.  Yes.
20      Q.  Okay.  In 2004, was -- I think I asked you
21  this.  I apologize if I did.  Was it a requirement that
22  one own a boat to become a member?
23      A.  No.
24      Q.  Now, the yacht club's appointment years run
25  January to December, correct?

1      A.  Yes, ma'am.
2      Q.  So at the end of 2018, when you were ready to
3  have completed your fill-in position as Rear Commodore,
4  how did you end up stepping up into the position of
5  Commodore?
6      A.  The Nomination Committee asked me if I have
7  interest.
8      Q.  By the way.  Going back to Rear Commodore, you
9  said it was by default.  Was that the same situation?
10  The other person left and a Nominating Committee or
11  someone approached you and said, "Hey, will you fill
12  in?"
13      A.  Yes.
14      Q.  So, how was the default position different than
15  the Nomination Committee coming to you for the Commodore
16  position?
17      A.  I used the default, because I wasn't really
18  anticipating being involved in the club as an officer.
19  That's what I mean by "default."
20          Like I said, I had not been that active over
21  the last few years.  A lot of different reasons.  But I
22  felt like there was a need to serve the club, so I
23  agreed to it.
24      Q.  So you -- default position.  Going back to your
25  Commodore.

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1      You were nominated in the same way.  Some
2  people from the Nominating Committee came up to you and
3  said, "Hey, can you assume this position?"
4      A.  Yes.
5      Q.  Is that fair?  Does anyone vote on it?
6      A.  Yes.  I believe the board does.
7      Q.  Tell me about the board.  How many people are
8  on it?
9      A.  Eight.
10      Q.  What's their titles?
11      A.  Board of Directors or Director.
12      Q.  They're not the same as Commodore, Vice
13  Commodore, et cetera?
14      A.  Those are Flag Officers.
15      Q.  Flag Officers.  Okay.
16      So the entire Board of Directors comprised of
17  eight people or more?
18      A.  Eight.
19      Q.  Eight is the entire Board of Directors?
20      A.  Yes.
21      Q.  And it those eight individuals who said,
22  "Yep, he's good.  He's in.  He's our new Rear
23  Commodore"?
24      A.  Well, including the Flag Officers.  Total Board
25  of Directors include the Directors as well as the Flag

1  Officers.  It's a little confusing even for me.
2      Q.  I wasn't trying to trick you.
3      How many Flag Officers are there?
4      A.  Seven.
5      Q.  It's my lack of familiarity with nautical
6  terms.
7      So seven.  And those seven Flag Officers hold
8  titles such as actually Commodore, Vice Commodore --
9      A.  Rear Commodore, Fleet Captain, Secretary,
10  Assistant Treasurer, and Past Commodore.
11      Q.  What was the last one?  I'm sorry.
12      A.  Past Commodore.
13      Q.  Past?
14      A.  Yeah.  In other words, at the end of this year
15  I will go from Commodore to Past Commodore for next
16  year.
17      Q.  You're saying past, P-A-S-T?
18      A.  Right.
19      Q.  I thought it had to do with passing in the
20  boat?
21      A.  Oh, pass out.  No.
22      Q.  Okay.  Given the club's propensity for rum
23  running, et cetera, you might need a Past Officer.
24      So there's a total of 15?
25      A.  Yes.

1      Q.  Was that the case in 2004?
2      A.  I don't believe so.  I don't think we had
3  Assistant Treasurer at that time.
4      Q.  Was that the same in 2018?
5      A.  We had Assistant Treasurer at that time, so
6  yes.
7      Q.  And that's the case today --
8      A.  Yes.
9      Q.  -- in the year 2019?
10      So one needs to pass by a majority vote of
11  those 15 members in order to become --
12      A.  Yes.
13      Q.  -- the nomination to be successful?
14      A.  Yes.
15      Q.  Is that the same 15 individuals who vote to
16  suspend members?
17      A.  Yes.
18      Q.  And the same 15 individuals who vote to expel
19  members?
20      A.  They make the recommendation to expel, but the
21  club itself actually makes the final decision on that?
22      Q.  But suspension is limited to those 15?
23      A.  For the recommendation of.
24      Q.  I'm sorry.  Then I'm not clear.
25      A.  For the recommendation of.

1      Q.  For both.  For the recommendation of
2  suspension --
3      A.  Yes.
4      Q.  -- is 15, and for the recommendation of
5  expulsion it's 15.
6      A.  Yes.
7      Q.  For the actual suspension, it's more than the
8  15?
9      A.  No.  Once it goes for suspension, it's my
10  understanding that it goes to the general membership and
11  they're the ones that ultimately make the final decision
12  on a suspension.
13      Q.  Okay.  So then --
14      A.  I'm sorry.  Not a suspension.  On
15  expulsion.  I apologize.
16      Q.  Okay.  So there's a member.
17      A.  Right.
18      Q.  Let's say someone like Ms. Ring here, who,
19  however it comes to pass that the board is voting on
20  whether to suspend.  And that is limited to the 15
21  individuals to decide whether or not she should be
22  suspended, correct?
23      A.  Yes.
24      Q.  After that, whether or not that member -- in
25  this case, for example, Ms. Ring -- should be expelled,

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    that is a recommendation by the 15.
2          Do they have a committee meeting and say, "Yes,
3    we definitely recommend expulsion"?
4       A.  Yes.
5       Q.  And thereafter, after they get their
6    recommendation, then it's opened up to all the members?
7       A.  At the fall and General meeting.
8       Q.  In terms of individuals becoming a member of
9    the Board of Directors, is it 15 individuals who vote on
10   a Board of Director's position?
11       So, you became Rear Commodore.  Did 15 people,
12   or 14 people vote and say, "Yeah, he should be the new
13   Rear Commodore"?
14      A.  No.  It's voted by -- Well, normally it's voted
15   by the general membership.  There's a slate put up for
16   going into the new year.  There's a slate put up in
17   September showing who the new officers are going to be,
18   the new Flag Officers, as well as the new Board of
19   Directors.  That slate stays up through the October --
20   through September/October General meeting.  Then it's
21   voted upon in November.
22      Q.  So you were voted in as Rear Commodore.
23      A.  Right.
24      Q.  And as well as Commodore.
25      A.  Right.

1       Q.  Has anyone ever been impeached?
2      A.  Not to my knowledge, no.
3      Q.  In addition to the one person you can't
4    recall, other people have left before their term is up?
5      A.  Yes.
6      Q.  Have you ever been a committee member?
7      A.  Yes.
8      Q.  What committees?
9      A.  Raft up.
10      Q.  You told me that.  What is that?
11      A.  It's a fun event we have.  We bring in all the
12   members.  It's like one long weekend.  One evening is a
13   great cookout, entertainment.  The following day we raft
14   up.  We have anywhere from 50 up to -- actually, we hold
15   the World Guinness record.  180 boats tied up in Boca
16   Ciega Bay.
17      Q.  Any nonmembers participate?
18      A.  Only if they are invited by the guest of the
19   member.
20      Q.  180 boats do what?  They tie up where?
21      A.  Right out in front of Boca Ciega Bay.
22      Q.  Boca Ciega Bay.  Is that where the yacht club's
23   marina is?
24      A.  That's part of it, yes.
25      Q.  So it's open to others, that area where they

1    tie up?
2      A.  Where we tie up is a public access area.  But
3    actually tieing up to our boats is only by membership or
4    guest membership only.
5      Q.  Is somebody walking around checking to see if
6    they were members or not --
7      A.  Well --
8      Q.  Let me finish the question.
9          Was anyone walking around to verify that boats
10   that were tied up were actually members of the club?
11      A.  Yes.
12      Q.  Who?
13      A.  It would be a total of probably four to six
14   people.  There's an A Committee, B Committee.  For
15   tieing up that many boats, it takes a lot of time, and
16   you have to come in at the right time.  You're given a
17   time slot to come in.
18         And you're either on the B Team or A Team.  It
19   depends on which side of the raft up you go on.  And
20   it's normally by appointment.  You're identified as a
21   boat coming in.
22      Q.  How are they going around?  They're going
23   around by boat?
24      A.  Yeah.  These are boats being tied up to one
25   another.

1       Q.  I understand the boats are tied up.  The
2    individual or individuals who are checking, how is it
3    that they're getting about to check?
4      A.  From one -- Well, to each boat that's opened up
5    when another boat comes in, that's how they get about.
6    You're at the last boat with the new boats coming in.
7    So they're actually walking on these boats.
8      Q.  They're walking across the boats?
9      A.  Right.
10      Q.  And they're asking people for identification
11   or --
12      A.  They're asking who -- they already know -- We
13   already know who they are, because we've given them a
14   time slot.
15      Q.  You know if they're a member or not a member?
16      A.  Not a member.  We already know they're on the
17   list.  They can't get on the list unless they've already
18   been approved prior to the raft up.
19      Q.  Is this raft up once a year?
20      A.  Yes.
21      Q.  Any other committee members that you've been in
22   charge of?
23      A.  Nomination Committee.
24      Q.  What's the Nomination Committee?
25      A.  That's where you have a committee where you

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1   nominate people from your group to take on new
2   positions, such as Directors and Flag Officers, for the
3   new year.
4     Q.  Okay.  The Nomination Committee has nothing to
5   do with new membership.
6     A.  No.
7     Q.  That's a correct statement by me?
8     A.  Yes.
9     Q.  In terms of administrative roles within the
10  yacht club, would you agree that there's -- you
11  explained the board members and the Flag Officers, and
12  in addition, there's the committee members.
13     A.  Yes.
14     Q.  Is that a "Yes"?  Committee chairs?
15     A.  Yes.
16     Q.  Is that the same thing?  Are those two
17  different things or the same?
18     A.  The same.
19     Q.  And volunteers.
20     A.  Yes.
21     Q.  Would you say that the president is one of the
22  most powerful, or has the most authority out of any
23  position in the yacht club?
24     A.  No.
25     Q.  Do you have an opinion as to which position is?

1     A.  All positions have equal voting power.
2     Q.  Aside from the voting power, you would agree
3  that a president may have the appearance to others of
4  having more authority and more power?
5     MS. FONTUGNE:  Objection.
6     THE DEPONENT:  I think it depends on the
7  Commodore.
8  BY MS. VENZA:
9     Q.  Well, individuals aside -- And I can appreciate
10  certain personalities may be someone who inspires just a
11  feeling more of authority than others.
12     Aside from that, on paper, someone's name is
13  there and it says "Commodore" after it, one may presume
14  that they have more power than somebody who is just a
15  member.  Would you agree?
16     A.  Could be a presumption, yes.
17     MS. FONTUGNE:  Objection.
18  BY MS. VENZA:
19     Q.  But you would agree with that?
20     A.  Yes.
21     Q.  Whose decision was it to hire a private
22  investigator to investigate Ms. Samantha Ring?
23     A.  It was recommended by one of the Board of
24  Directors.
25     Q.  Who?

1     A.  Toni Angel.
2     Q.  It was recommended by Toni Angel to who?
3     A.  To me.
4     Q.  Anyone else?
5     A.  Not to my knowledge.
6     Q.  And you, on behalf of Boca Ciega Yacht Club,
7  retained Edwards Investigative Group, LLC; is that
8  right?
9     A.  Yes.
10     Q.  And that was in December of 2018?
11     A.  I'm not sure of the date.
12     Q.  In your position, with Mr. Larry Brown
13  overlapping around that time in December of 2018.  Is
14  that fair?
15     A.  Yes.
16     Q.  When did you know you were going to become
17  Commodore?
18     A.  November.
19     Q.  So -- And you said before that there's -- one
20  of the positions is Past Commodore.
21     A.  Yes.
22     Q.  And so there's that overlap between the Past
23  Commodore and the new Commodore coming in.  Fair
24  statement?
25     A.  Yes.

1     Q.  So nonetheless, you were pretty certain when
2  you answered me that it was you under your authority
3  that the private investigator was retained, correct?
4     A.  Yes.
5     Q.  Have you ever hired a private investigator to
6  investigate a Boca Ciega Yacht Club member before?
7     A.  This is the same one we've used in the past to
8  do all background checks.
9     Q.  My question was, have you ever hired someone to
10  investigate --
11     A.  No.
12     Q.  Let me finish -- I understand your answer.
13  I've just got to get it out.
14     A.  Okay.
15     Q.  Have you ever hired a private investigator to
16  investigate one of Boca Ciega Yacht Club's members
17  before?
18     A.  No.
19     Q.  How much did it cost?
20     A.  I believe approximately $200.
21     Q.  Did you put that to a vote?
22     A.  No.
23     Q.  This was different than a background check,
24  correct?
25     A.  Yes.

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    Q.  So, you say you've used them before.  By
2   "them," you mean Edwards Investigative Group, LLC.  When
3   you used them before, you used that service before?
4    A.  Yes.
5    Q.  But you hired an individual to go out and
6   actually do specific investigation of someone, correct?
7    A.  Yes.
8    Q.  Not just run it through some service or system,
9   correct?
10    A.  That's correct.
11    Q.  Which is what is done with a background check.
12    A.  I believe so.
13    Q.  When you get background checks done -- When I
14   say "you," I mean the Boca Ciega Yacht Club -- it is not
15   your understanding that an investigator is going out for
16   each and every individual and tracking down all their
17   information.  Fair statement?
18    MS. FONTUGNE:  Objection.
19    THE DEPONENT:  I'm not sure, because I think
20   there's been circumstances where it's gone beyond
21   that.  There's been questions, I've been told.
22   BY MS. VENZA:
23    Q.  Do you know what?  When a background check is
24   done by Boca Ciega Yacht Club, do you even know if it's
25   done then?

1    A.  It's been done, because it's the
2   responsibilities of the New Membership Committee.
3    Q.  So what was done?  What did it entail?
4    A.  I believe they verify their address, criminal
5   background.  That's as much as I know.
6    Q.  So you said you "believe."  So you're guessing.
7    A.  Assumption.  Assuming.
8    Q.  And you're guessing that the background check
9   which is done for applications to Boca Ciega Yacht Club
10   membership includes a verification of address, correct?
11    A.  Yes.
12    Q.  What does that mean?
13    A.  It verifies that they're actually living where
14   they say they're living.
15    Q.  I'm sorry.  What I meant was, how do they
16   verify it?  Do you know what that entails?
17    A.  No.
18    Q.  And you said there's a criminal background
19   done.  That's your assumption that that is done.  Do you
20   know what that entails?
21    A.  No.
22    Q.  What that means?
23    Were background checks part of a membership
24   application in 2018?
25    A.  Yes.

1    Q.  Is that -- The same question with regard to
2   2019.
3    A.  Yes.
4    Q.  It's fair to say that in 2018 and 2019 you
5   still don't really know what that included, correct?
6    A.  Yes.
7    MS. FONTUGNE:  Objection.
8   BY MS. VENZA:
9    Q.  Ms. Ring was already a member when the private
10   investigator was hired to investigate her, correct?
11    A.  Yes.
12    Q.  Was his -- the retention of his services
13   limited to anything in particular?
14    A.  I don't understand the question.
15    Q.  What did you hire him to do?
16    A.  Verify her current address.
17    Q.  Anything else?
18    A.  Not to my knowledge.
19    Q.  Would there -- Help me understand that.  So
20   Toni Angel recommended to you to have an investigator go
21   out and check on Ms. Ring, or he recommended that
22   particular entity?
23    A.  He recommended that she be -- her background --
24   verify the address was correct, and use the same agency
25   that we've been using in the past for background checks.

1    Q.  Okay.  And so you took his recommendation and I
2   guess you thought it's a good idea.
3    A.  Yes.
4    Q.  Fair?  And so did you -- Are you the one that
5   made the call to hire --
6    A.  No.
7    Q.  Who did -- Who made the phone call or --
8    A.  Toni Angel.
9    Q.  So Toni Angel spoke to and gave the marching
10   orders to do the investigation?
11    A.  Yes.
12    Q.  The investigator, if you will.  And that's why
13   you said to the best of your knowledge.
14    A.  Yes.
15    Q.  Fair?  You're not really sure what Toni Angel
16   instructed the investigator to do?
17    A.  Other than what I previously said, no.
18    Q.  Why was Ms. Ring being singled out?
19    A.  We --
20    MS. FONTUGNE:  Objection.
21    MS. VENZA:  You can answer.
22    THE DEPONENT:  We had concerns about her
23   being a live-aboard.
24   BY MS. VENZA:
25    Q.  We.  Who is "we"?

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    A.  We, the members -- I say the past Commodores,
2  in particular, had concerns.
3    Q.  Let's talk about that.  You said "Commodores,"
4  plural, correct?
5    A.  Uh-huh.
6    Q.  That's a "Yes"?
7    A.  Yes.
8    Q.  And that was -- One of those Past Commodores
9  was Larry Brown?
10    A.  Larry Brown.
11    Q.  And who else?
12    A.  Toni Angel.  Lee Neal.
13    Q.  I'm sorry.  Who was -- I got distracted.
14    A.  That's all right.
15    Q.  Who was the other name?
16    A.  Lee Neal.
17    Q.  Lee Neal.
18    MS. RING:  Nell.
19    THE DEPONENT:  Nell.
20  BY MS. VENZA:
21    Q.  Anyone else?
22    A.  That's it.  That I recall.
23    Q.  So, 2019 you're Commodore.  2018, Larry Brown
24  was Commodore.  Was Toni Angel the Commodore in 2017?
25    A.  No.

1    Q.  Okay.  Was Lee Neal or -- Lee Nell?
2    A.  Nell.
3    Q.  Was he Commodore in 2017?
4    A.  Yes.
5    Q.  When was Toni Angel Commodore?
6    A.  Way back.  Toni Angel is a lifetime member of
7  the club.
8    Q.  When you say the "Commodores," plural, you're
9  just referring to people who held the title at one time
10  or another.
11    A.  Yes.
12    Q.  Are you particularly friendly with those three
13  individuals?
14    A.  Yes.  Can I clarify that?  At times.  We have
15  our disagreements.
16    Q.  But you said it's a club.  What's the current
17  membership?
18    A.  Approximately 200.
19    Q.  The 200 people, there's going to be some
20  people -- Correct me if I'm wrong -- some people you'll
21  hang out with a little more and some people you won't.
22  Is that fair?
23    A.  Yes.
24    Q.  So these three individuals I spoke of, they
25  would be in the category of "hang out with more,"

1  correct?
2    A.  No.  No.  I really didn't -- I really don't
3  hang out with them at all.
4    Q.  Any of them?
5    A.  Any of them.
6    Q.  But you were friendly with them?
7    A.  Friendly with them.
8    Q.  And you were comfortable discussing things such
9  as concerns about Ms. Ring and her live-aboard.  Is that
10  what you said?
11    A.  Yes.
12    Q.  How long has Ms. Ring been a member of Boca
13  Ciega Yacht Club?
14    A.  I believe since 2004.  Wait a minute.
15    Q.  That's when you joined.
16    A.  That's when I joined.
17    Q.  Okay.
18    A.  She's here.  I'm not sure.  It's been a while.
19    Q.  Okay.  So it's been a while.  If I said 2007 --
20    A.  That would be fair.
21    Q.  And she's a member from 2007 up and through
22  2019.  Do you know if that's true or not true?
23    A.  I believe that's true, yes.
24    Q.  And it's 2019 that it's decided to hire a
25  private investigator to check her or verify her address,

1  correct?
2    A.  Yes.
3    Q.  It was not done at any time before, correct?
4    A.  Not to my knowledge, no.
5    Q.  In July of 2018, Ms. Ring made a request to
6  have her service animal, her dog, Piper, permitted to be
7  in the clubhouse, correct?
8    A.  What was the date again?  I'm sorry.
9    Q.  July 2018.
10    A.  She might have.
11    Q.  If I represent to you -- And your counsel can
12  correct me -- that it was July 16th, 2018, on or around
13  that date that Ms. Ring provided a medical request
14  record to Commodore Larry Brown, do you have any reason
15  to dispute that?
16    A.  No.
17    Q.  So is it fair to say that six months -- Let's
18  see.  It was in January.  So about six months before
19  Boca Ciega Yacht Club decided, on your authority, to
20  hire a private investigator to look into Ms. Ring's
21  address is when she requested permission to have a
22  service animal, correct?
23    A.  Yes.
24    Q.  Her request was denied, correct?
25    A.  On what?

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1     Q.  Her request to bring a service animal into the
2  clubhouse was denied, correct?
3     A.  Yes.
4     Q.  Is it possible that the decision to hire a
5  private investigator to look into her residency was in
6  retaliation?
7        MS. FONTUGNE:  Objection.
8        THE DEPONENT:  Absolutely not.
9  BY MS. VENZA:
10    Q.  It's not even possible?
11    A.  No.
12    Q.  Whose a web master?
13    A.  That's a person that keeps our website up.
14    Q.  Who was it in January of 2019?
15    A.  Jennifer Buckley.  Or Jenn Buckley.
16    Q.  Jenn Buckley?
17    A.  Uh-huh.
18    Q.  That's a "Yes"?
19    A.  Yes.
20    Q.  Does Jennifer Buckley work at your authority as
21 to what she does on the website or doesn't do on the
22 website?
23    A.  She works for the Board of Directors and Flag
24 Officers, not at my direction.
25    Q.  Does she exercise her own authority on what to

1  do on the website?
2     A.  She makes recommendations of what she needs to
3  do.
4     Q.  So your answer to my question is?
5        Does she exercise her own authority on what
6  goes on or doesn't go on the website?
7        She may be -- Granted, I understand the board
8  may say, "Hey, we want to do this.  We want to add this.
9  Put this event up for -- in this month's section," blah,
10 blah, blah.
11       But she can add her own decisions and choices
12 as to what is on the website.  Or no?
13    A.  I don't believe she can, no.
14    Q.  So at all times she's operating under the
15 authority and the direction of the Board of Directors?
16    A.  And her work scope.  She has a work scope to
17 work from.
18    Q.  What do you mean by "work scope"?
19    A.  It's an outline of her responsibilities as the
20 web master.
21    Q.  Okay.  Which is determined by who?
22    A.  It's determined by the board.
23    Q.  So the board -- does the Board of Directors,
24 those -- How many individuals did we say?  15?
25    A.  Yes, ma'am.

1     Q.  15 individuals determine the work scope and
2  then they determine maybe something that's aside from
3  the work scope.
4     A.  Well, they approve the work scope.  I'm not
5  saying they actually create it.  Some people know a lot
6  about the website.  Others do not, such as myself.
7        So we take their recommendations and look at
8  the job description and the work scope and say, "Yes,
9  this makes sense to improve our social media."
10    Q.  Nonetheless, you're saying it's a Board of
11 Directors choice as to what goes on or doesn't go on the
12 website.
13    A.  Yes.
14    Q.  So on January 31st, 2019, when Ms. Ring's
15 membership was suspended by the web master, that was
16 under the authority and direction of the Board of
17 Directors, correct?
18    A.  Yes.
19    Q.  So to suspend her on the web meant what?
20    A.  I'm not --
21    Q.  To remove her name?
22    A.  I'm not sure what it means on the website.  We
23 just know once she's suspended, she's inactive.  And
24 it's my understanding that once she's inactive, the
25 website counts as not being a member, I believe.

1  Again, this is not my expertise, but this is my
2  belief.
3     Q.  Who's in charge of obtaining your insurance
4  policies for the club?
5     A.  That would be the Vice Commodore.
6     Q.  Do you know what premium is paid for your
7  insurance?  By years, I mean, at the Boca Ciega Yacht
8  Club.
9     A.  I believe we approved up to $18,000 for
10 insurance.  It's in our budget, annual budget.  So I
11 assume there's not much left over after that.
12    Q.  You currently are being provided -- not you,
13 per se.  Again, Boca Ciega Yacht Club is being provided
14 a legal defense paid for by an insurance company; is
15 that correct?
16    A.  Yes.
17    Q.  Who in Boca Ciega Yacht Club made the contact,
18 the call, whatever you want to say, to the insurance
19 company and retain counsel?  Who would --
20    A.  I did.
21    Q.  When did you do that?
22    A.  In, I believe, January of this year.
23    Q.  2019?  And that was after what incident or what
24 action?
25    A.  I believe when we got a notice from the

Executive Reporting Service

1 Pinellas County Human Services.
2 Q. What notice?
3 A. Of charges being brought against us from
4 Samantha Ring.
5 Q. For what?
6 A. ADA.
7 Q. "ADA," meaning "Americans With Disabilities
8 Act"?
9 A. Yes, ma'am.
10 Q. ADA what? Violation of the ADA?
11 A. Yes.
12 Q. And do you know for what specifically?
13 A. I just know it's pet related, service dog
14 related.
15 Q. Do you understand that "pet" and "service
16 animal" are not the same?
17 A. Yes.
18 Q. So it was upon the notice from Pinellas County
19 Office of Human --
20 A. Resources or Services.
21 MS. FONTUGNE: Rights.
22 BY MS. VENZA:
23 Q. Okay. That you then reached out to the
24 insurance company, who then retained legal counsel to
25 defend Boca Ciega Yacht Club, correct?

1 A. Yes.
2 Q. So fair to say before January of 2019 you
3 personally were unfamiliar with the Americans With
4 Disability Act and the nuances of a service animal?
5 Would that be a fair statement?
6 A. Yes.
7 Q. Would you agree that that would apply as well
8 to Boca Ciega Yacht Club overall, that prior to January
9 of 2019 there was --
10 A. I would say they were less familiar with it.
11 We have some people who are very astute to it --
12 Q. In January of 2019?
13 A. Yes. We have members that are very astute to
14 it. But I'm saying overall, it's probably been more of
15 a learning curve.
16 Q. Who in the club, in January 2019, do you feel
17 was a member who was very astute with the Americans With
18 Disability Act and service animals?
19 A. Jenn Buckley.
20 Q. Beckly?
21 A. Buckley.
22 Q. What's his position?
23 A. It's the same person. It's the web master.
24 Q. Oh. Jenn. I'm sorry. I thought you said
25 "Jim."

1 A. And also she's our secretary.
2 Q. Is she an attorney?
3 A. No.
4 Q. Do you have any understanding or information as
5 to why she is very astute, in your opinion?
6 A. She gave a lot of compelling backup information
7 about the ADA and service animals.
8 Q. She gave?
9 A. To me.
10 Q. Gave to who?
11 A. To me.
12 Q. When?
13 A. January.
14 Q. January of 2019?
15 A. Right.
16 Q. What kind of information?
17 A. The difference between a pet and a service dog.
18 If a service dog misbehaves, you have a right to ask the
19 dog to leave, but not the person themselves, off the
20 premise.
21 Q. Anything else?
22 A. That was the main contents of it.
23 Q. Why are you calling that "compelling"?
24 A. Well, because I'm a million mile flier myself.
25 I spend a lot of days on the plane. I'm in the

1 bulkhead. I see a lot of service animals. What I've
2 noticed there versus other animals I've seen. Just
3 observance. That's all.
4 Q. Let's cut to the chase. It was compelling
5 because Boca Ciega Yacht Club had a member who requested
6 accommodation of a service animal, correct?
7 A. Yes.
8 Q. Okay. And Boca Ciega Yacht Club did not want
9 to accommodate her, correct?
10 MS. FONTUGNE: Objection.
11 THE WITNESS: No. It wasn't didn't want to
12 accommodate her. We just didn't feel that this
13 dog was acting as a service dog because of its
14 aggressiveness, where she could not handle the
15 dog, and the dog would lick you, at that time.
16 BY MS. VENZA:
17 Q. So based on -- Strike that.
18 Were you involved in the evaluation of
19 Ms. Ring's request for a service animal in July of 2018?
20 A. No.
21 Q. When you assumed control, if you will, of Boca
22 Ciega Yacht Club in the position as Commodore, what was
23 your understanding as to that situation?
24 A. I didn't really have any real understanding of
25 that situation. The only thing I became aware of is she

Executive Reporting Service

1  continued to bring the dog in, inside the clubhouse, and
2  Larry, the Commodore at that time, had given her a
3  warning.
4      Q.  So had Boca Ciega Yacht Club determined that
5  Ms. Ring's dog was a service animal?
6      A.  There's never been a determination of that.
7      Q.  But you said that you found -- you received
8  compelling information from Jennifer Buckley that if a
9  service dog misbehaves, you can ask the person to leave.
10     A.  That's correct.
11         MS. FONTUGNE:  Objection.
12 BY MS. VENZA:
13     Q.  So you felt you had information that armed you
14 with the right to ask her to remove her service animal?
15     A.  Other than firsthand knowledge.
16         MS. FONTUGNE:  Objection.
17         THE DEPONENT:  I've witnessed and heard or seen
18 the dog misbehave.
19 BY MS. VENZA:
20     Q.  My question stands.
21     A.  And my answer stands.
22     Q.  So after Jenn Buckley came to you in January of
23 2019 with this, quote, "compelling," end quote
24 information, you now felt armed to ask Ms. Ring for her
25 and her service dog to leave the clubhouse.  Is that

1  fair?
2          MS. FONTUGNE:  Object to form.
3          THE DEPONENT:  No.  I only felt compelled
4  because we already had a warning given to her by
5  the Past Commodore.
6  BY MS. VENZA:
7      Q.  I didn't say "Were you compelled?"  I said the
8  compelling information.
9          You called Jenn Buckley's information that she
10 gave to you about the fact that a service animal could
11 be asked to leave compelling.  Those were your words.
12     A.  Yes.
13     Q.  And now I'm saying to you, did you find that
14 information compelling -- Your words -- because now you
15 felt armed with information to ask Ms. Ring for her and
16 her service animal to leave the clubhouse?
17     A.  No.
18         MS. FONTUGNE:  Objection.
19 BY MS. VENZA:
20     Q.  So the information was compelling from
21 Ms. Buckley just because?
22     A.  It's educational.
23     Q.  Do you know if you're defended under a
24 Reservation of Rights?  "You," again, I mean Boca Ciega
25 Yacht Club.

1      A.  I don't understand the question.
2      Q.  Do you know if there's any questions about
3  whether the insurance policy is providing coverage to
4  Boca Ciega Yacht Club?  Is there any issues?
5      A.  I have to deflect this to my attorney.  I don't
6  know.
7      Q.  Are there any other claims pending against Boca
8  Ciega Yacht Club by any member at this time?
9      A.  I believe not.
10     Q.  Have you ever had a claim filed against you?
11     A.  Me personally?
12     Q.  Yes.
13     A.  Not to my knowledge.
14     Q.  Has your employer ever had a claim filed
15 against it for something you were alleged to have done
16 or not done?
17         MS. FONTUGNE:  Objection.
18         THE DEPONENT:  No.
19 BY MS. VENZA:
20     Q.  In June -- on or around June 21 of this year,
21 the bylaws for the club were recommended to be revised,
22 correct?
23     A.  I'm sorry.  Give me the date again, please.
24     Q.  January -- I'm sorry.  June 21st, 2019.
25     A.  Might have.

1      Q.  Are you aware that there's pending proposed
2  changes to the club's bylaws?
3      A.  I'd have to look at the minutes.  I don't
4  recall.
5      Q.  In --
6      A.  There's certainly not -- You know, I've looked
7  in the minutes.  There's no old business or new business
8  pending in our minutes right now, so I would assume that
9  it would not be.
10     Q.  Okay.  Then I apologize.
11         Do you know if there were changes made in June
12 of 2019 of this year?  Do you know if there were changes
13 made to the bylaws?
14     A.  I'd have to look at the minutes.
15     Q.  I'm not trying to trick you.  I don't have a
16 printout of this.
17         I'll draw your attention to the club's, Boca
18 Ciega Yacht Club Windward, June 2019 edition.  What's
19 the Windward?
20     A.  That's a publication that the club does once a
21 month about our club.
22     Q.  Do you read it?
23     A.  Most of the time, yes.
24     Q.  Would you have any reason to believe that if
25 it's stated in there that on June 21st, 2019, there were

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1  amendments made to the bylaws, do you have any reason to
2  believe that was untrue, if it was printed in the
3  Windward?
4        MS. FONTUGNE: Objection.
5        THE DEPONENT: No. No. Can you tell me
6  what the bylaws changes were?
7  BY MS. VENZA:
8    Q. We're going to get to that as soon as it
9  scrolls down.
10       In 2018 -- 2018 now. I'm talking the year
11  before. Do you know what the membership requirements
12  were?
13       Someone wants to become a member. What was
14  required?
15   A. Well, they go through the New Membership
16  Committee.
17   Q. Before we even get there, I'm someone; I want
18  to become a member. So what do I do?
19   A. You would have to get with the New Member
20  Committee.
21   Q. Do I apply, or do I get with the New Member
22  Committee first?
23   A. You apply.
24   Q. Okay.
25   A. Either fill out an application. I believe we

1  have a written application, or you go online.
2    Q. I was going to say, where do I get this
3  application from?
4    A. I think you can get it either online, or at the
5  clubhouse there's applications there.
6    Q. Is it like the one you did in 2004?
7    A. I don't know if it's the same one, but it's
8  similar.
9    Q. Similar?
10   A. Yeah. Yes.
11   Q. Does anybody have to have any particular
12  criterion or standard before they can even fill one out?
13   A. Other than -- No. Not until you fill it out,
14  no.
15   Q. For example, do they have to be over 18?
16   A. You have to be over 21. Twenty-one and older,
17  yes.
18   Q. To fill out an application?
19   A. Yes.
20   Q. Over 21. Anything else?
21   A. I think that's it.
22   Q. Fair to say that even if someone couldn't read
23  or write, if they had the assistance of someone else and
24  they were over 21, they could dictate the answers and
25  fill them out?

1    A. They could during that process.
2    Q. And that would --
3    A. Yes.
4    Q. That would be okay. Okay.
5        So after they do the written application -- By
6  the way, on that application, does it require that they
7  have any boating background?
8    A. No.
9    Q. Does it require that they own a boat?
10   A. No.
11   Q. Okay. By the way, these are all questions
12  about in 2018. And I'll ask you -- and then -- so I'm
13  going to give you a head's up.
14       I'm going to ask you when we're done, to make
15  it shorter, all these questions and ask you if any of
16  that has changed in 2019. Okay?
17       So there's no background requirements. You
18  don't have to own a boat, correct?
19   A. Right.
20   Q. You don't even have to know how to sail a boat,
21  correct?
22   A. Correct.
23   Q. You don't have to know any particular nautical
24  terms, correct?
25   A. Correct.

1    Q. You don't even have to know what a Commodore
2  is, correct?
3    A. Absolutely correct.
4    Q. So now after the individual fills out an
5  application, what's the next step, in 2018?
6    A. The next step would be the Membership Committee
7  would give that person a call. They would talk to them,
8  vet them, just ask general questions. "Why? Since you
9  don't have any of these attributes you just mentioned,
10  why would you want to be in our club?"
11       Usually the reason is, "I want to learn. I
12  want to know more about. I've always had an aspiration
13  to be out on the water. Just didn't have the right
14  training."
15       So those are general vetting questions
16  initially. Then I believe --
17   Q. Let me stay at that one.
18       You said, so Step 2. One, fill out an
19  application. Two, you said the Membership Committee
20  calls. Is that one person calling the applicant?
21   A. Normally, yes, it's just one person.
22   Q. So it's just one person from the Membership
23  Committee?
24   A. Right.
25   Q. So that person, do they have a script that

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1  they're reading from of questions that they ask?
2      A.  I'm not sure.  I can say this person has been
3  doing it for probably 15 years.
4      Q.  Who is it?
5      A.  Gerri Angel.
6      Q.  Related to Toni Angel?
7      A.  Yes.
8      Q.  What's the relationship?
9      A.  Married.
10     Q.  Is it "Jerry" or "Gerri"?
11     A.  Gerri.  Who just turned 80 last week.
12     Q.  Must be all that boating and rum running.
13         So Mr. Angel will call and ask the questions
14  that he's been asking for 15 years.
15     A.  She has.
16     Q.  I'm sorry.  She has.  That she's been asking
17  for 15 years.
18     A.  I just assume, through her experience, yes.
19     Q.  So it's up to her what she asks, basically.
20     A.  Presently, yes.  Then, yes.
21     Q.  2018?  Yes?
22     A.  Yes.
23     Q.  So then after Jerry decides that they're okay,
24  what's the next step?
25     A.  They go through the investigation check.

1      Q.  Is that the criminal background check we talked
2  about?
3      A.  Yes.
4      Q.  And that's the one we don't know what it's
5  comprised of, correct?
6      A.  Right.
7      Q.  What's the next step?
8      A.  Afterwards, when it comes back, she, the
9  committee gives them a call and they meet at the
10  clubhouse.
11         Usually it's designated a certain night once a
12  month where there will be a few other people on the
13  committee.
14         And they will talk to these new members and try
15  to answer their questions while they ask them questions.
16     Q.  So up to this point -- "this point" being after
17  the criminal background check -- when you say
18  "committee" -- "Committee" sounds like it's more than
19  one person.
20     A.  It is.
21     Q.  But at this point, "committee" has only been
22  one person, right?
23     A.  No.  No.  It's always been -- the Chair Person
24  usually heads up, and there's committee members.
25     Q.  In terms of actual action, there's the

1  application, the member fills out, and then the
2  Membership Committee calls.  It's not a committee that's
3  calling.  We clarified this.  It's just one person,
4  correct?
5      A.  Right.
6      Q.  So the criminal background is done and then
7  Jerry again calls the applicant to come in, correct?
8      A.  Yes.
9      Q.  Does the applicant have to come in?
10     A.  I do not know.
11     Q.  So if there's more than one applicant in this
12  time period, they might ask all the applicants to come
13  in on the same night?
14     A.  Yes.
15     Q.  And the committee -- Now, how many people is
16  that?
17     A.  I believe it's at least two other people.  The
18  only other person I can think of off the top of my head
19  would be the Vice Commodore, Sherry.
20     Q.  You say -- I'm a little confused about how many
21  people.  Is that Jerry and Sherry?
22     A.  And two others.
23     Q.  A total of three people, or a total of two?
24     A.  It would be at least three people total.  And
25  I'm not actually familiar at the present time how many

1  people are on that committee.
2         Realize, there's 29 standing committees in this
3  club.
4      Q.  Okay.  So with regard --
5      A.  Yeah.
6      Q.  With regard to the -- With regard to the
7  application process, are you saying you're not that
8  familiar with it?  Is that what you're saying?
9      A.  Yes.
10     Q.  Okay.  And I'm sorry.  You're saying yes,
11  you're not familiar with it?
12     A.  I'm not totally familiar, but familiar enough
13  that I have a feel of what goes on, and it's been
14  consistent.
15     Q.  So it's been that way.  And you've been a
16  member since 2004.
17     A.  Right.
18     Q.  All right.  So in 2018.  So now you don't know
19  if -- There's a "Come to the clubhouse and meet us," but
20  the real purpose of that, you said, was also to get
21  questions from the applicants about what Boca Ciega
22  Yacht Club is about, correct?
23     A.  Yes.
24     Q.  So it's almost a way to sell, if you will.
25     A.  Well, they've already made -- they've already

1   put money in.
2       Q.  Okay.  You skipped that step.  When's that
3   occur?
4       A.  Well, it comes right with the deposit.  You
5   make a deposit and you also pay for --
6       Q.  When do you make a deposit?
7       A.  The same time I believe you make your money for
8   your background check.
9       Q.  Okay.  How much is the background check?
10      A.  I believe it's $35 now.
11      Q.  What's the deposit?
12      A.  I believe 100, $125.
13      Q.  That's a deposit on your --
14      A.  No.  That's just -- That's a deposit that you
15  put for membership fee.  It does not include your
16  quarterly payment.
17      Q.  If one is an applicant and is rejected, they
18  get their hundred back?
19      A.  Yes.
20      Q.  The $35 is nonrefundable.
21      A.  Right.
22      Q.  So the individual has paid that.  And you don't
23  know whether they actually need to come to this meeting?
24      A.  Well, no.  I don't think anything is mandatory,
25  but I think it would reflect if we vote them in or not.

1       Q.  Now, what happens after this meeting, and maybe
2   speared by one -- I'm sorry -- by two or three people,
3   or --
4       A.  It's attended.
5       Q.  Which may or may not be attended by the
6   applicant.  What happens next?
7       A.  Next is at the board meeting the Membership
8   Committee will make a report on potential incoming
9   members, give a little background on them.  If anyone
10  knows them or has anything to say, they can.  Normally
11  they don't.
12      Q.  And so then the board meeting; then they
13  vote --
14      A.  No.
15      Q.  -- in or out?  No.  What next?
16      A.  Then the General meeting we ask the Membership
17  person to come up, introduce potential new members.  She
18  makes an introduction.  She talks about each one:  If
19  they have a boat, where they live and so on.
20      After that, I call for a vote to accept them or
21  not accept them.  Afterwards, they're asked to come up.
22  They get a welcome package, the key to the club, and so
23  on.
24      Q.  Too fast.
25      A.  Okay.

1       Q.  Going all the way back to with, I'm going to
2   call it Step 4.  That was the meeting where the people
3   come in and learn more about the club.
4       At that point, we go next to Step 5, which is
5   the board meeting.
6       A.  Right.
7       Q.  Okay.  At the end of the board meeting, is it
8   determined whether these people are going to be put up
9   at the General meeting?
10      A.  It's fait accompli.  It's already decided once
11  she brings those people up.
12      Q.  If they're at the -- if they're at Step Number
13  5 at the boarding meeting, they're going to be --
14      A.  Yes.
15      Q.  -- up for vote to become a member.
16      A.  Yeah.  Basically the purpose of the board
17  meeting is to vent them in front of all us, in case any
18  of us know anything bad -- good or bad.
19      Then the following meeting, which is a General
20  meeting, she's asked to come up, or asked to come up and
21  talk about the potential new members.  They're there.
22      Q.  She.  Who is "she"?  Jerry?
23      A.  Right.  Gerri.
24      Q.  Gerri.  I keep saying the wrong --
25      A.  That's all right.  It took me a while, too.

1       Q.  Gerri Angel?
2       A.  Angel, right.
3       Q.  I'm sorry.  Go ahead.
4       A.  She introduces each one.  They stand up.
5   They're talked about where they're from.  Do they have a
6   boat?  What are some of their interests?  Each one is
7   introduced.
8       After that --
9       Q.  Each one is introduced.  The applicants aren't
10  actually there.
11      A.  Yes, they are.
12      Q.  They are there?
13      A.  At the General meeting, they're there.
14      Q.  Okay.  Step 5 at the board meeting.  Let me go
15  back.  You said Mrs. Angel will bring up all the
16  applicants and give a background.  Is that fair?
17      A.  Uh-huh.
18      Q.  That's a "Yes"?
19      A.  Yes.  Sorry.
20      Q.  And the purpose of that is to see whether any
21  of the board members know if the individual is good or
22  bad, correct?  Your words.
23      A.  Yes.
24      Q.  What do you mean by that?  Good or bad in what
25  way?

Executive Reporting Service

1    A.  Well, have anyone heard anything negative about
2  why this person wouldn't have -- meet the standards of
3  the BCYC community.
4    Q.  What are the standards?
5    A.  We'll start out with accountability,
6  camaraderie, and being responsible.
7    Q.  Are those written down anywhere?
8    A.  Number 3 page in the handbook.
9    Q.  In your handbook.  Okay.
10    A.  In our handbook, yes.
11    Q.  And those are -- any other standards that are
12  not so subjective?  Things like "Must have been a sailor
13  for five years.  Must have a degree.  Must have owned a
14  home.  Must have this level of wealth."  Anything like
15  that?
16    A.  No.
17    Q.  They're all just touchy feel good standards?
18    A.  As --
19      MS. FONTUGNE:  Objection.
20      THE DEPONENT:  As most private clubs would
21  have, yes.
22  BY MS. VENZA:
23    Q.  You understand that it's disputed that Boca
24  Ciega Yacht Club is a private club?
25    A.  I also understand we have a judicial system,

1  too, to prove otherwise.
2    Q.  So other than the touchy-feely that you agreed
3  with, standards, there's nothing else at the board
4  meeting that is discussed about these applicants?
5    A.  No.
6    Q.  That's a correct statement by me?
7    A.  Yes.
8    Q.  Now, going forward next to the General meeting:
9  All of those individuals who applied are invited to the
10  General meeting?
11    A.  They must attend.
12    Q.  Okay.  What happens if they don't?
13    A.  Then they're not voted in.
14    Q.  If they do attend, then they're in?
15    A.  Yes.  After the vote of all the members at the
16  meeting.
17    Q.  Do any of the applicants have to obtain a
18  sponsorship?
19    A.  No.
20    Q.  Do any of the applicants have to provide a
21  reference?
22    A.  No.
23    Q.  Let me ask you:  Has any of the things we just
24  went over about 2018 changed in 2019 in terms of the
25  application process for an applicant?

1    A.  Not to my knowledge, no.
2    Q.  Well, you're Commodore now, so fair to say that
3  you would know about it if there was a change?
4    A.  I can tell you there's work in progress.
5    Q.  I'm not asking you about that.
6      I'm asking in 2019 right now -- You're
7  Commodore -- any changes to the application process?
8    A.  I feel confident none have occurred yet.
9    Q.  I'm sorry?
10    A.  I feel confident none have changed yet.
11    Q.  The General meeting vote about applicants,
12  whether they're in or out, is that individual or as a
13  panel?
14    A.  It's a panel.
15    Q.  So, we've got five new applicants.  Everybody
16  says --
17    A.  All in favor.  New members say "Aye."  Those
18  opposed say "No."
19    Q.  How many times a year are these meetings, these
20  group -- these General meetings about whether or not an
21  applicant --
22    A.  Eleven.
23    Q.  Eleven.  Once a month.
24    A.  Other than December.
25    Q.  Almost once a month.  Skipping Christmas time?

1    A.  Right.
2    Q.  Has there ever been a time that you've been at
3  one of these General meetings where applicants who were
4  present were not admitted?
5    A.  No.
6    Q.  At any time that you've ever been -- since --
7  at any time you've ever been at one of these General
8  meetings since you've been a member in 2004, has any
9  applicant not been voted in?
10    A.  Not to my knowledge, no.
11    Q.  Is it fair to say that if an applicant wasn't
12  voted in, if they've made it to this step, that it was
13  only because they didn't show up?
14    A.  Yes.
15    Q.  And when I say "didn't show up," didn't show up
16  to that General meeting, correct?
17    A.  Right.
18      MS. LAHART:  Could we go off the record for
19    a minute?
20      (Recess held at this time.)
21  BY MS. VENZA:
22    Q.  Prior to July 2018, was there any limit on
23  membership in Boca Ciega Yacht Club?
24    A.  Limit of number of members.
25    Q.  Yes.  A cap.

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1   A.  No.
2   Q.  Among the proposed amendments to the bylaws in
3   May of 2018 was to place a cap of 250 members, correct?
4   A.  I believe that was brought up, yes.
5   Q.  Were these changes -- Fair to say -- We just
6   discussed these.  June 2019, that's after Ms. Ring's
7   claim has been brought both with the Pinellas County
8   Office of Human Resources and in federal court, correct?
9   A.  Yes.
10  Q.  So this is after Boca Ciega Yacht Club has had
11  the benefit of legal counsel on what is a private club
12  and what is not a private club, correct?
13      MS. FONTUGNE:  Objection.
14      THE DEPONENT:  Give me that date again,
15  please.
16  BY MS. VENZA:
17  Q.  Okay.  May 2019.  That's after the Pinellas
18  County --
19  A.  Right.
20  Q.  -- office of Human Resources complaint has been
21  filed?
22  A.  Right.
23  Q.  And it's after the lawsuit that we're here for
24  today filed by Ms. Ring against Boca Ciega Yacht Club
25  was initiated, correct?

1   A.  Yeah.  I would say correct, with prejudice.
2   Because also at that time --
3   Q.  That's all I need, is "Correct."
4   A.  Okay.
5   Q.  So both of those events, okay, occurred before
6   the proposed amendments, and they are after Boca Ciega
7   Yacht Club had the benefit of legal counsel as to what
8   is a private club and what is not a private club,
9   correct?
10      MS. FONTUGNE:  Can you please clarify what
11  amendments we're talking about, if we're talking
12  about May or June 2019?  We've never seen any
13  amendments to the bylaws.
14      THE DEPONENT:  Well, never passed.  They
15  were certainly brought up.
16      MS. FONTUGNE:  Okay.  Can you clarify that?
17      MS. VENZA:  Okay.
18  BY MS. VENZA:
19  Q.  I'm reading from, as I explained to you
20  before --
21      MS. FONTUGNE:  Because I haven't seen it.
22      MS. VENZA:  And I -- I'm sorry.  It's the
23  only thing I have.
24      MS. FONTUGNE:  I need to see it.
25      MS. VENZA:  It's the June 2019.

1       MS. FONTUGNE:  Okay.
2       MS. VENZA:  Winward.  We discussed before.
3   BY MS. VENZA:
4   Q.  That's the publication --
5   A.  Right.
6   Q.  -- by Boca Ciega Yacht Club?
7   A.  Right.
8   Q.  Right.  You said you usually read them.
9   A.  Yeah.  Okay.
10  Q.  So in May, proposed for amendment were things
11  to the bylaws.
12  A.  Right.
13  Q.  And I'm saying to you, those proposed
14  amendments all occurred after the Pinellas County claim
15  and this lawsuit, correct?
16  A.  Yes.
17  Q.  And, thus, they occurred after the yacht club
18  had the benefit of legal counsel about what is a private
19  club and what is not a private club, correct?
20      MS. FONTUGNE:  Objection.
21      THE DEPONENT:  The club, per se, had not.  I
22  had.
23  BY MS. VENZA:
24  Q.  Okay.  So you had.  And you were the steward of
25  the club, being the president, correct?

1   A.  I do not bring motions of bylaws to the table
2   of a board meeting.
3   Q.  You just do things unilaterally, right, like
4   hire a private investigator.
5       MS. FONTUGNE:  Objection.
6       THE DEPONENT:  I'm following the rules of
7   the club.  A motion is brought up by someone on
8   the floor and it's either voted upon or tabled,
9   whatever.  I believe that particular one --
10  BY MS. VENZA:
11  Q.  Which particular one?
12  A.  The one you're talking about, the cap, was
13  brought up, but it was never voted upon.  It was tabled.
14  So...
15  Q.  I didn't talk about voting.  I said that on
16  this date -- Forget the actual bylaws.  I said on this
17  date in May 2019, it was after the Boca Ciega Yacht Club
18  had the benefit of legal counsel --
19  A.  I'm saying --
20  Q.  -- to advise as to what is or is not a private
21  club, correct?
22  A.  No, it's not correct.
23  Q.  Why is it not correct?
24  A.  Because these members were not given any legal
25  advice from our counselor.

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1   Q.  The amendments are -- the amendments that go
2   before the members are not brought up by the members,
3   correct?  You said it has to be nominated by a board?
4   A.  No.  It can be brought by a member, but it's
5   brought up by the floor at the board meeting.
6       A member can have something they want to bring
7   up.  Usually the motion is made by someone on the board
8   representing that member.
9   Q.  Okay.
10  A.  Okay?
11      Our legal counsel here has not instructed any
12  of our board members or any of our members of our club
13  on what is, quote, a "private club," in your opinion.
14      So the answer to your question is no, it was
15  not.
16  Q.  I didn't understand that last part.  That's
17  okay.
18  A.  Okay.
19  Q.  So, in May of 2019 Boca Ciega Yacht Club had
20  the benefit of legal counsel, correct, provided by an
21  insurance company, correct?
22  A.  Yes.
23  Q.  Provided with regard to Ms. Ring's claim
24  against the yacht club for denial of her right to bring
25  a service animal into the clubhouse property.

1   A.  Yes.
2   Q.  And for retaliating against her for exercising
3   that right, correct?
4   A.  Yes.
5   Q.  So it stands to reason that when these bylaws
6   were being proposed, at that time the club had the
7   benefit of legal counsel as to what was or was not a
8   private club, correct?
9       MS. FONTUGNE:  Objection.
10      THE DEPONENT:  Not from our attorney.  So
11  "no" to your question.
12  BY MS. VENZA:
13  Q.  You had the benefit of legal counsel.
14  A.  No one has a Florida law practice, no.
15  Q.  Proposed in May was a change to the General
16  Membership section to add "Membership in Boca Ciega
17  Yacht Club is open to any natural person," and to add,
18  "and with an interest in boating."  Correct?
19  A.  Yes.
20  Q.  Prior to that, the requirement was not  "and
21  with an interest in boating."  That's why it was being
22  added, correct?
23  A.  Yes.
24  Q.  Also proposed to be amended in May of 2019 to
25  Boca Ciega Yacht Club's bylaws was to add that in

1   addition to the fact that the person had to be a natural
2   person, the applicant, adding at that time a "person
3   with an interest in boating," also proposed to be added
4   was "who maintains a local residence ashore or who
5   legally lives in a local marina or who legally lives in
6   a sanctioned mooring field."  Correct?
7   A.  Yes.
8   Q.  And that was added because of Mrs. Ring's
9   claims, correct?
10      MS. FONTUGNE:  Objection.
11  BY MS. VENZA:
12  Q.  Or that was proposed to be added?
13  A.  No.
14  Q.  With regard to Subsection 3 -- You can look on
15  with me if you want.  I'm sorry.  I can't make it any
16  bigger.
17      With regard to subsection -- Never mind.
18  Strike that, because we already went over that.  You
19  denied that that had to do with Mrs. Ring.
20      Although that time, May 2019, was the first
21  time that the yacht club proposed to have any limit on
22  its membership, correct?
23  A.  Yes.
24  Q.  Also proposed at that time were changes to the
25  admission process, correct?

1   A.  Yes.
2   Q.  At that time, new, as a part of the process,
3   was a six-month probationary period to membership,
4   correct?
5   A.  Yes.
6   Q.  And at the end of six months, proposed to be
7   amended, was that at the end of six months, the
8   Membership Committee will review the member's
9   application and request for membership, correct?
10  A.  Yes.
11  Q.  And at that point a majority vote of the board
12  will approve or disapprove the probationary member for
13  continued membership, correct?
14  A.  Yes.
15  Q.  And that was a proposed amendment.
16  A.  Yes.
17  Q.  Can these did not pass.  Is that what you're
18  telling me?
19  A.  Did not pass.  It was tabled.
20  Q.  "Tabled" means it can be brought up again?
21  A.  Yes.
22  Q.  What's the current annual membership fee?  By
23  that, I mean 2019.
24  A.  Okay.  I believe it's 145 a quarter.
25  Q.  And that's four quarters?

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1  A. Yes.
2  Q. That's a "Yes"?
3      Is there an admission fee or initiation fee? I
4  don't know -- is there an admission fee?
5  A. Initiation fee.
6  Q. Just an initiation fee. What is that in 2019?
7  A. I believe it's 125 or 150. I'm not sure.
8  Q. And that's a person. Per applicant, I should
9  say.
10  A. Yes. But "per applicant" can mean to two
11  people within that application.
12  Q. Oh, okay. So a husband and wife team.
13  A. Right.
14  Q. Could apply. And then whether or not it is 125
15  or 150, the two can apply for the same price.
16  A. Right.
17  Q. You've got a two-for-one special?
18  A. Right.
19  Q. If it's a four member of a household, can they
20  apply for the same amount? Four people --
21  A. No. Only two adults. We say "two adults." I
22  mean, what their marriage classification is or anything
23  else, it's two adults are per household.
24  Q. Do the people have to live together?
25  A. Yes, the same household.

1  Q. Two friends that live up the street and say,
2  "Ha, let's just join the club" and --
3  A. No. They need to live together.
4  Q. So 2 at 125. Does the two-for-one also apply
5  to the annual membership as well?
6  A. Yes.
7  Q. So two adults in the same household will pay
8  just one membership fee of 125 a quarter?
9  A. Right.
10  Q. And that's in 2019.
11  A. Right.
12  Q. Is there a renewal fee?
13  A. No.
14  Q. Are there any other quarterly fees or dues of
15  any kind?
16  A. No.
17  Q. So once you're in, it's just the annual
18  membership fee.
19  A. Right.
20  Q. Which may be a full 145, or cut in half if you
21  have someone else with you, correct?
22  A. Yes. The total bill is 145. We don't care who
23  pays it, as long as it's paid.
24  Q. When are they due? What are the quarterly
25  membership dues due?

1  A. 30 days --
2  Q. What do you mean --
3  A. -- from billing.
4  Q. I'm sorry. Thirty days from what?
5  A. Thirty days from billing.
6  Q. Okay. Put it this way. Are they due the first
7  of the month, the last of the month?
8  A. The first of the month.
9  Q. The first of the month they're due, but they
10  have until the 30th of the month?
11  A. Yes.
12  Q. And I'm not being difficult. But if it's 31
13  days in the year, like January 31st, they're due on the
14  31st then?
15  A. Yes. But in real world accounting, no. It
16  should be on the 30th, period.
17  Q. First they're billed; 30th they're due, if it's
18  the 31st.
19  A. Right.
20  Q. Is there a grace period for late fees?
21  A. There's a late fee I believe up to 10 days
22  after that.
23  Q. How much is the late fee?
24  A. $15, I think.
25  Q. What happens if a member is late? After -- Say

1  Day 11 the member is late paying. What happens?
2  A. Then they're -- I believe they lose their
3  membership and they have to reapply again.
4  Q. Is there a vote on that?
5  A. No.
6  Q. Who decides it?
7  A. It's in the bylaws, so it's automatic.
8  Q. Is it a Treasurer --
9  A. Assistant Treasurer does that one.
10  Q. Do general members have control over revenue
11  decisions?
12  A. The budget is approved by the board and
13  presented to the general membership I believe in January
14  of each year. Once the budget is approved, then whoever
15  is within that budget or responsible for that budget,
16  such as a committee person or whatever, needs to
17  maintain that budget.
18  Q. Can play within that budget --
19  A. Right. Within the year.
20  Q. -- what they do for certain things within that
21  budget.
22  A. Related to their committee, yes.
23  Q. I'm going to guess from your other statements
24  that you're not familiar with the Boca Ciega Yacht
25  Club's web page. Is that a fair statement?

Executive Reporting Service

1    A.  That's fair.
2    Q.  Have you even looked at?
3    A.  Oh, I go on.  Yes, I go on it.  But as far as
4   how it's made up and everything else --
5    Q.  All right.  Then my questions are about what it
6   says.
7    A.  Right.
8    Q.  You're familiar with that?
9    A.  Yes.
10    Q.  And you've reviewed it on occasion?
11    A.  Yes.
12    Q.  When you became Rear Commodore, did you review
13   the website?
14    A.  No.
15    Q.  When you became Commodore, the position
16   transitioned, did you review the website?
17    A.  I do now more often, yes.
18    Q.  You do now.  Since when?  What was the "now"?
19    A.  Since being Commodore, periodically I review
20   it.
21    Q.  Why's that?
22    A.  To get updates for my own benefit.
23    Q.  Is there things different on the web page than
24   there are in the Windward?
25    A.  Oh, yes.

1    Q.  Is the Windward available on the web page?  Is
2   there like a link --
3    A.  Yes.  For members, yes.
4    Q.  There's a link only accessible by members to
5   the Windward?
6    A.  I believe so, yes.
7    Q.  How does that work?
8    A.  Everyone has -- all members have a code to get
9   in.
10    Q.  To get into what?
11    A.  Into our website itself, where it says "Members
12   only."
13        In other words, the website is open to the
14   general public, and then there's a part where you go in
15   as member, you go in to different columns there to find
16   information out about certain things, such as the
17   minutes of the club and so on.
18        And I believe that's also where the Windward is
19   posted.  Now, you might be able to go on our -- for the
20   most current Windward, I know it's posted on Members
21   Only.  I think you can still get Windward still on the
22   overall site.  I'm not sure how current that is.
23    Q.  I'm going to represent to you that the Windward
24   that I'm looking at right here, I Google searched and it
25   came right up.

1    A.  Okay.
2    Q.  There was no protection.  Let the record show
3   I'm not a member.
4        Do you have any reason to think that this
5   particular edition -- What did I say it was -- the June
6   2019 edition is some exception?
7    A.  No.  I just know in past conversations we've
8   had discussions about having it available openly.  I
9   didn't know it's been taken care of or not.  This has
10   been discussed.
11    Q.  In 2019?
12    A.  Yes.
13    Q.  Were you making changes because of the
14   litigation and the claim --
15    A.  No.
16    Q.  Let me finish the question.
17        -- by Ms. Ring?
18    MS. FONTUGNE:  Objection.
19    THE DEPONENT:  No.  We were doing it because
20   at times in the Windward there was information
21   out there where they can make contact with our
22   members, and we didn't feel that that was proper.
23   And it might have had their phone number.  It
24   might have had their email address.  We wanted to
25   protect our members from outside people from the

1   membership.
2   BY MS. VENZA:
3    Q.  Let's talk about the website as you know it
4   that's available to the general public.
5        That --
6    A.  I guess I don't know much, because you got it.
7    Q.  In March 29, 2019, I was able to go on the Boca
8   Ciega Yacht Club's website, had access to its
9   description of benefits of membership.  It's a
10   hyperlink.
11        Do you know what a hyperlink is?  You click on
12   it and it takes you to the next section.
13        Posted on March 29th, 2019, it stated "Everyone
14   interested in sailing" -- I'm sorry -- "in sailboating,
15   sailboat racing, or social activities and willing to
16   help maintain our club can be a member of BCYC.  Contact
17   our Membership Chairman, Gerri Angel" -- her name"
18   -- "with any questions.  Dues are surprisingly
19   reasonable and we are always ready to welcome new
20   members."
21        Were you a proponent of this description of the
22   benefits of membership?
23    A.  I had no reason not to be.
24    Q.  So it was open to anybody with one of three
25   sets of interest:  Sailboating, sailboat racing, or

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1  social activities, correct?
2      A.  Yes.
3      Q.  And they -- "they," the writers of this
4  particular phrase, wanted to emphasize that dues are
5  surprisingly reasonable, correct?
6      A.  Yes.
7      Q.  Fair to say they wanted to encourage membership
8  participation, correct?
9      A.  Yes.
10     Q.  They were inviting members of the public to
11 come and join.
12     A.  Yes.
13     Q.  Would you say that the website, this language
14 in particular, was designed to increase the patronage of
15 the clubhouse and the Boca Ciega Yacht Club in general?
16         MS. FONTUGNE:  Objection.
17         THE DEPONENT:  I would say it was
18 encouraging new membership.
19 BY MS. VENZA:
20     Q.  Encouraging new membership, increase patronage.
21 Do you make a distinction?
22     A.  I prefer to say "new membership."
23     Q.  What's the "Gabber"?
24     A.  Good question.
25     Q.  Are you familiar with the Gabber?

1      A.  Yes.
2      Q.  So what did you mean by it when you answered
3  "Yes" to that?
4      A.  It's a local publication within the -- I
5  believe the Gulfport community.
6      Q.  And the Boca Ciega Yacht Club encourages new
7  membership in that publication as well, correct?
8      A.  I'm not sure.
9      Q.  Does the Boca Ciega Yacht Club ever post its
10 social events?
11     A.  Possibly, yes.
12     Q.  Does it advertise its sailing schools?
13     A.  Possibly, yes.
14     Q.  Would you agree that Boca Ciega Yacht Club's
15 membership fees are nonsubstantial?
16         MS. FONTUGNE:  Objection.
17         THE DEPONENT:  I think it's a great value.
18 BY MS. VENZA:
19     Q.  I said "nonsubstantial."
20     A.  I don't understand what "nonsubstantial" is.
21     Q.  Okay.  This piece of paper really isn't that
22 substantial.  This pad is more substantial than this.
23 That's what I was asking.  So I'll repeat the question.
24         Would you agree that Boca Ciega Yacht Club's
25 membership fees are nonsubstantial?

1         MS. FONTUGNE:  Objection.
2         THE DEPONENT:  No.
3  BY MS. VENZA:
4      Q.  Are you a member of any other yacht clubs?
5      A.  I am.
6      Q.  What other yacht clubs?
7      A.  I was at St. Pete Yacht Club.
8      Q.  What's the membership fees there?
9      A.  Annually it's $2,400.
10     Q.  For the year?
11     A.  Yes.
12     Q.  Do you think that's more substantial than Boca
13 Ciega Yacht Club's?
14     A.  It's two different type of yacht clubs.
15     Q.  Do you agree that that fee is higher than Boca
16 Ciega Yacht Club's?
17     A.  Mathematically, yes.
18     Q.  And so that one could say that $2,400 versus
19 the -- By the way, $2,400, is that for one person, one
20 applicant?
21     A.  Per family household.
22     Q.  Is that limited to two people?
23     A.  No.  Just children must be under 18.
24     Q.  Okay.  So two adults, and if they have
25 children, they're allowed.

1      A.  Right.
2      Q.  So it's close.
3      A.  Right.
4      Q.  So 2,400 versus -- I'm bad about math.  What's
5  145 --
6      A.  About 450, 480.
7      Q.  You agree there's a difference?
8      A.  Certainly.  There's a difference in club.
9      Q.  You would agree that that price difference, at
10 St. Pete, that might keep some people who are currently
11 members of Boca Ciega Yacht Cluot out of the St. Pete
12 Yacht Club just based on the membership fee alone?
13     A.  Yes.
14     Q.  I don't remember your answer.  Does Boca Ciega
15 Yacht Club advertise in the Gabber?
16     A.  I think the areas you just brought out, we do
17 for special occasions such as, I believe, Open House.
18 Possibly sails school.
19         Again, we're promoting our activities within
20 the Gulfport community, so I would think that would be a
21 means of communication.
22     Q.  What's "Open House"?
23     A.  Open House is an event we have once a year.  It
24 usually is like a four-hour event.  We open to the
25 public to come, enjoy face painting for the kids,

1    sailboat rides for the adults.
2        Q.  So --
3        A.  Food.  Free food.
4        Q.  Do members of the public have to be accompanied
5    by a guest at that time?
6        A.  No.  It's open to the general public.
7        Q.  And they can use the facilities?
8        A.  Yes.
9        Q.  Sailing school, who is that open to?
10       A.  That's open to the general community.
11       Q.  "General community," you mean the general
12   public, correct?
13       A.  Yes.
14       Q.  Does any member have to accompany a member of
15   the general public for sailing school?
16       A.  To join sailing school?
17       Q.  Okay.  So, somebody's at sailing school.  Do
18   they join it?
19       A.  Yes.  They pay a fee.
20       Q.  They pay a fee.  And they're a member of
21   sailing school, which is different than membership in
22   Boca Ciega Yacht Club, correct?
23       A.  Well, the biggest difference is they are a
24   member for 90 days.  Once --
25       Q.  A member of which one.

1        A.  Boca Ciega Yacht Club.  Okay.  They're a member
2    for 90 days while they're in sail school.  They do not
3    have any voting power whatsoever in the club during
4    those 90 days.
5        Q.  And at the end of 90 days, they can join or not
6    join?
7        A.  Well, if they join, then they have to apply
8    like any other new member would.  But I do believe they
9    do get a discount if they join after sail school.
10       Q.  To become a member of sail school, any
11   application process?
12       A.  Not to my knowledge, no.
13       Q.  Do you have to pay a fee?
14       A.  You pay a fee, yes.
15       Q.  And that's for the sailing instruction?
16       A.  The instruction.
17       Q.  And I guess you get access to sailboats and --
18       A.  Yes.
19       Q.  -- all that stuff.
20           Members of the sailing school, do they ever
21   bring guests with them?
22       A.  I don't -- I'm not sure, to be honest with you.
23   They would.  They're permitted to if they are a member
24   of the club.  But they can't bring them in to learn how
25   to sail without paying forward the fee.

1        Q.  Does Boca Ciega Yacht Club advertise on
2    Facebook?
3        A.  I don't know.
4        Q.  It does have a web page, right?
5        A.  Yes.
6        Q.  And it's -- I should say "website," correct?
7        A.  On our website, yes.
8        Q.  Are you aware that on March 29th, 2019, Boca
9    Ciega Yacht Club advertised on its website that its
10   membership is, quote, "Just $1.5 per day"?
11       A.  Yes.  That's a bargain.
12       Q.  Being the salesman that you are, and the
13   successful salesman that you are -- You have that smile
14   on your face.  Do you think that's a good marketing ploy
15   by Boca Ciega Yacht Club to increase its membership?
16           MS. FONTUGNE:  Objection.
17           THE DEPONENT:  I think that's part of it.
18       Just the same as what you mentioned previously,
19       you know, about "Come one, come all."  That's
20       just a welcome, as you stated previously, about
21       all the benefits of the club.  It's just a
22       welcome.
23   BY MS. VENZA:
24       Q.  It's a good way to get more people to come.
25       A.  Sure.  A welcome.

1        Q.  More people to become a member.
2        A.  "Come and see us."
3        Q.  Is there -- This is where I was confused about
4    my question.
5            It's advertised on March 29th, 2019, that any
6    member of the public that attends Boca Ciega Yacht
7    Club's adult sails school program is automatically given
8    a free three-month membership in Boca Ciega Yacht Club.
9        A.  Yes.  I just stated that previously.
10       Q.  Okay.  I misunderstood.
11           So they're automatically.  So someone who
12   applies to become a member of the sales school -- We
13   already discussed other than paying their fee, they
14   don't have to do an application.  They don't have to be
15   vetted, correct?
16       A.  Correct.
17       Q.  So somebody could sneak in the back door, if
18   you will.  We don't have the check on whether you think
19   they're a good guy or a bad guy.  They can join the
20   sails school, get in there, get their three-month
21   membership, and then they're in.
22       A.  Well, they get -- Yeah, they have the
23   three-month membership, but they're not in, per se.
24           They will still be criminal backcheck if they
25   actually join the club after that probationary time or

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    90-day grace period.  Eventually they'll get a
2    background check.
3           But to your point earlier, no.
4        Q.   So they can sneak in for a period of time --
5        A.   Yes.
6        Q.   -- if you will.
7           Are you aware that in March 29th, 2019, it was
8    advertised on Boca Ciega Yacht Club's web page that it
9    is known for quote, "throwing a party or two, or 10,
10   like its monthly pot lucks, with sailing as a backdrop,
11   and its self-described rum loving roots."
12          Are you aware that was on its website in March?
13   And I haven't checked today.
14       A.   Yes, I'm aware of that.
15          I just want to clarify "pot luck" is where
16   members bring food instead of marijuana with them.
17       Q.   Okay.  Thank you for that clarification.  I
18   didn't go there.
19          But they are love rhumbing roots.  And that's
20   written to be cute, R-H-U-M-B, meaning "rum" as in
21   "alcohol," correct?
22       A.   Well, I would assume that.  We have Rum
23   Runners.  That's actually an all women's sailing event
24   or group.  But I would assume it would be alcohol, yes.
25       Q.   But one of the three interests asked about is

1    you could be interested in sailboating, sailboat racing,
2    or social activities, correct?
3        A.   Yes.
4        Q.   And drinking is a big social activity that goes
5    on at Boca Ciega Yacht Club.  Drinking -- I mean
6    alcohol.
7        A.   I think overall boating and being on the water.
8        Q.   In addition to maybe boating, Boca Ciega Yacht
9    Club, they enjoy a good social party, true?
10       A.   True.
11       Q.   As advertised.  "We're known" -- This is Boca
12   Ciega Yacht Club's words.  "We're known for throwing a
13   party or two, or 10."
14          It sounds like a very social, rum-loving,
15   alcohol loving group of people.
16       A.   Well, yes.  Because we have 10 or more pot luck
17   dinners in a given year.
18       Q.   At your boat show, Boca Ciega Yacht Club's, do
19   you recruit new members?
20       A.   At the boat show?
21       Q.   Yes.
22       A.   Yes.
23       Q.   How many boat shows do they participate in?
24       A.   One.  None this year.
25       Q.   And how do they recruit new members at that

1    boat show?
2        A.   Just handing a brochure about who we are.
3        Q.   What would that brochure be?
4        A.   It would talk about our boating activities, our
5    sailing school.
6        Q.   Do you have an example of the brochure with
7    you?
8        A.   No, I don't have that.
9        Q.   Where would it be?  Is it available on your
10   website?
11       A.   I'm not sure.
12       Q.   Is the brochure different than the Windward,
13   that printed document?
14       A.   Sure.  This is like a sales leaflet, or
15   whatever, talking about the club.
16       Q.   Is that something you could provide to your
17   counsel to provide to us?  It's been asked for in
18   discovery.  I'm not sure.
19          Since we don't have one this year, I don't know
20   if we retained that information or not.  But we'll be
21   happy to check.
22       Q.   You said it's a sales leaflet, though.  Your
23   words, correct?
24       A.   Right.
25       Q.   The pot luck dinners, how often are those?

1        A.   We have I believe up to 11 a year, once a
2    month.
3        Q.   And can members of the public attend?
4        A.   Only if they're with a member.
5        Q.   Can more than -- Can a member bring more than
6    one not member?
7        A.   I don't believe we have a limitation on it, no.
8        Q.   So when Samantha Ring was a member, she could
9    have brought all of us in this room, five people?
10       A.   I would think so, sure.
11       Q.   Ten people?
12       A.   Yeah.
13       Q.   Just members of the general public.
14       A.   Members -- People that she's bringing in as
15   guests.
16       Q.   Bad question by me.  I apologize.
17          So just people of the general public, a member
18   could bring in, correct?
19       A.   As her guest, yes.
20       Q.   There's no background check done?
21       A.   No.
22       Q.   There's no guest passes provided?
23       A.   No.
24       Q.   So, that's a good question.
25          When a member does bring a guest, is the guest

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1 given any identification? A wrist band, a stamp on the
2 hand?
3     A. No.
4     Q. To get -- How does one know that someone
5 walking around is a guest and not a member?
6     A. Only from knowing who our members are that come
7 continually to the pot luck. Usually it's the same
8 members most of the time.
9     Q. In 2018/'19, there was about 200 members,
10 correct?
11     A. 200 members. But obviously a pot luck you
12 probably have on the average of 80 members that will
13 come. Usually those are the same members that come most
14 of the year. It will change. Depends on the time of
15 the year.
16     Q. Eighty people could possibly bring two guests?
17     A. Well, that would make 160. So that would be --
18 that would probably not happen. Because we only have
19 "X" amount of food.
20     Q. It could happen?
21     A. We usually plan for 80 people to attend. And,
22 yeah, if everyone brought two, we would not have enough
23 food for pot luck.
24     Q. But it could happen.
25     A. But it hasn't.

1     Q. But there would be no way -- if a member
2 brought other guests to a pot luck, they might bring
3 extra food. True?
4     A. True.
5     Q. So you might -- it might very well happen, and
6 there's no check or stop on it by Boca Ciega Yacht Club,
7 correct?
8     A. Correct.
9     Q. And the guests don't pay a guest fee, correct?
10     A. Correct.
11     Q. The Xmas Boat Parade is once a year, correct?
12 Christmas Boat Parade?
13     A. Yes.
14     Q. And that's open to the public?
15     A. No.
16     Q. That's members only?
17     A. Members to our club. And then also our members
18 will bring guests, once again. But the parade itself is
19 actually along the shoreline of Boca Ciega Bay.
20     Q. Don't members of the public come and help
21 decorate boats?
22     A. No. It's members and their guests.
23     Q. And their guests are members of the public.
24     A. Well, yeah.
25     Q. It's about 10 hours long? You're looking to

1 Samantha Ring for that.
2     She used to be in charge of that, correct?
3     A. Yes.
4     Q. Individuals who are in the sailing school --
5 How long is sailing school?
6     A. It lasts two weeks.
7     Q. Two weeks?
8     A. Right.
9     Q. During that time, do those individuals have
10 unfettered access to the club?
11     A. Yes.
12     Q. The boat show, does Boca Ciega Yacht Club give
13 away one sail school space?
14     A. Depends on the given year. I believe last year
15 we did, yes.
16     Q. So whoever wins it gets to come on and have
17 unfettered access to Boca Ciega Yacht Club's facilities,
18 correct?
19     A. Well, they come and will be instructed on how
20 to use the sailboat.
21     Q. In terms of the facilities and walking around,
22 entering and exiting the clubhouse, the parking lot --
23     A. Yes. They pay -- yes.
24     Q. That individual who has won a free
25 membership --

1     A. Yes.
2     Q. -- has unfettered access, correct?
3     A. Correct.
4     Q. And there's no background check or anything
5 done with regard to that individual, correct?
6     A. Yes.
7     Q. Are there any wedding events hosted at Boca
8 Ciega Yacht Club?
9     A. Yes. By guest or members.
10     Q. So members may have a wedding.
11     A. Yes.
12     Q. And they invite guests?
13     A. Yes.
14     Q. And those guests may not be members of Boca
15 Ciega Yacht Club, correct?
16     A. Correct.
17     Q. Does weddings have to be approved by the board
18 or anyone?
19     A. Yes. It comes at the board. We check for
20 calendar, any calendar conflicts. Then we see if
21 there's actually a member who is going to be sponsoring
22 this event.
23     Q. So the individuals getting married don't have
24 to be members.
25     A. I don't think so. But they would have to be a

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1  member -- they would have to be a guest of a member.
2  Q.  Okay.  So --
3  A.  Because we're having one happening right now.
4  We're having a Chairperson and his fiance are going to
5  be married, so this is why it's all kind of fresh right
6  now.
7  I don't remember a lot of marriages being held
8  at BCYC, but this particular one is coming in the
9  forefront.
10  Q.  So a member could sponsor a wedding?
11  A.  Yes.
12  Q.  And that wedding could have a hundred people?
13  A.  Yes.
14  Q.  And those -- all hundred could not be members
15  of Boca Ciega Yacht Club, correct?
16  A.  Right.
17  Q.  And during that wedding, that ceremony -- And
18  we're talking reception, too.
19  Fair to say that we're talking about a wedding
20  and reception being held there?  They could have
21  unfettered access to the facilities during that time,
22  correct?
23  A.  Yes.
24  Q.  And more than one wedding can occur in a year,
25  correct?

1  A.  Yes.
2  Q.  Now I'll be clear.  Are we talking about the
3  wedding ceremony, and is that different than the
4  reception ceremony?
5  A.  It's all the same.  It's using the facility at
6  no charge.
7  Q.  Birthday parties, the same thing?
8  A.  The same concept, guest.
9  Q.  One guest can sponsor it.  There's no charge,
10  correct?
11  A.  Right.
12  Q.  And it's, within reason, as big as they want,
13  correct?
14  A.  Yes.
15  Q.  And the people that attend that party, birthday
16  party, need not be members of Boca Ciega Yacht Club,
17  correct?
18  A.  Correct.
19  Q.  And at that time and during that event they
20  have unfettered access to the club's facilities,
21  correct?
22  A.  Yes.
23  Q.  What about graduations?  The same thing?
24  A.  Yes.
25  Q.  The "same thing" being just need sponsorship by

1  a member, no fees charged, no cap on the number of
2  invitees to that event, and unfettered access, correct?
3  A.  And no conflict on the date.
4  Q.  Okay.  No conflict on the date.  But otherwise
5  everything else I said was correct?
6  A.  Yes.
7  Q.  To short shrift it -- And I won't go through
8  every possible occasion there could be.  But basically
9  any big party or event, anniversary, coming-out parties,
10  Sweet 16 parties, there's parties and events at the Boca
11  Ciega Yacht Club clubhouse and the facilities all year
12  long.
13  A.  There's that accessibility.  But remember,
14  there's no AC or heating the clubhouse.
15  Q.  Sea Scouts:  What are those?  There's something
16  called "Sea Scouts."  Are they young kids who sail?
17  A.  Yes.
18  Q.  Did I make this up?  You looked at me like --
19  A.  Similar to a boy scout, but it's all related
20  towards the water.
21  Q.  And what's the age generally.
22  A.  I'm not sure.  I'm going to say a range of --
23  Well, I've seen around 11 to 16.  Boys and girls.
24  Q.  So most of these -- these are children.
25  They're not driving, correct?

1  A.  Yes.
2  Q.  Do their parents have to be members of Boca
3  Ciega Yacht Club?
4  A.  No.
5  Q.  And the Sea Scouts, is that like a once a week
6  thing, or is that a summer camp?  Or how is that set up?
7  A.  It's once a week for not all year around.  It's
8  somewhat seasonal.  It's not year around.
9  But, yeah, it's once a week they meet.  And
10  then also they do their various activities for the club
11  and for the community.
12  Q.  So they meet on Boca Ciega Yacht Club's
13  premises?
14  A.  Right.
15  Q.  In the clubhouse?
16  A.  Yes.
17  Q.  And they park in the -- Well, their parents --
18  Back up.
19  They're children in the Sea Scout, so they are
20  brought there mostly by parents or some adult.  Fair to
21  say?
22  A.  Right.
23  Q.  And that whoever brings them parks in the
24  parking lot, correct?
25  A.  Yes.

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    Q.  And can stay on the premises while the meeting
2  goes on?
3    A.  I believe so, yes.
4    Q.  In addition to that, you said once a week
5  meeting, the Sea Scouts do activities during the week as
6  well.
7    A.  They have their meeting once a week, but then
8  they have their activities normally on the weekends when
9  they're out of school.
10    Q.  Is that at Boca Ciega Yacht Club's facilities,
11  too?
12    A.  Yes.  They have boats at our facility that's
13  been granted by the city.
14    Q.  So weekends, so maybe more than one day.  Maybe
15  Saturday, maybe Sunday.
16    A.  Could be.
17    Q.  Maybe both?
18    A.  Right.
19    Q.  And, again, those children usually are getting
20  transportation provided by a parent, adult, or someone,
21  correct?
22    A.  Yes.
23    Q.  Who comes and has access to the facilities
24  while the Sea Scout activity or meeting is going on,
25  correct?

1    A.  Possible, yes.
2    Q.  And the Sea Scouts are not members of Boca
3  Ciega Yacht Club.
4    A.  No.  Well, yes, they are.
5    Q.  Their parents --
6    A.  No.  If they're a scout, they are a member of
7  the club, with no voting whatsoever.
8    Let me back up.  They -- There's another
9  classification of Sea Scouts.  I'm a little -- I'm not
10  quite sure.  I just know that they can only be on the
11  premise when there is a scout person there that's with
12  the club to monitor them.  That's the best of my
13  knowledge.
14    I've never attended a Sea Scout meeting during
15  the middle of the week.
16    Q.  I don't know what you mean.  You said a "scout
17  person."  That does not mean member?
18    A.  No.  A member.  We sponsor the Sea Scouts.
19  "We" being our members.  I'd say probably a dozen or
20  half a dozen members are the ones that actually work
21  with these children.
22    Q.  Does a Sea Scout have to have a parent who is a
23  member?
24    A.  No.
25    Q.  We said earlier you have to be over 21 to apply

1  to become a member of Boca Ciega Yacht Club, correct?
2    A.  Right.
3    Q.  Therefore, these children, 11 to 16, they're
4  not members, correct?
5    MS. FONTUGNE:  Objection.
6    THE DEPONENT:  Right, they're not members.
7  BY MS. VENZA:
8    Q.  And so do their parents have to be members in
9  order for them to be a Sea Scout?
10    A.  No.
11    Q.  Okay.  So non-Boca Ciega Yacht Club members,
12  both the children and the parents of Sea Scouts, are on
13  Boca Ciega Yacht Club property once a week for a
14  meeting.
15    A.  Sponsored by the members of the club, yes.
16    Q.  What are you saying?  What do you mean by
17  "sponsored by members of the club"?
18    A.  Because the skipper and the people that work
19  with these children are members of BCYC.
20    Q.  The people that are teaching.
21    A.  Right.
22    Q.  So -- I'm not familiar.  Help me out by saying
23  "Boy Scout."  So there's the Boy Scout leader?
24    A.  The skipper.
25    Q.  Skipper.

1    A.  Right.
2    Q.  But that's just -- there's a class or a
3  meeting, and the person running it is a member of the
4  club, correct?
5    A.  That person is.  And normally we have a few
6  other people there that are also instructors for the
7  children during this period of time.
8    Q.  Other than that, but the kids aren't.
9    A.  Right.
10    Q.  Don't have to be.  And their parents don't have
11  to be, correct?
12    A.  Correct.
13    Q.  And those children and their parents have
14  access to the Boca Ciega Yacht Club clubhouse and
15  parking lot, correct?
16    A.  Yes.
17    Q.  And that could be once a week or three times a
18  week, correct?
19    A.  Yes.
20    Q.  How long has Boca Ciega Yacht Club been a club?
21    A.  Eighty years May 22nd, 2020.
22    Q.  When was the first time you met Samantha Ring?
23    A.  I think a couple years after she joined.
24    Q.  She helped us out earlier by saying that was in
25  2007.  Does that --

Executive Reporting Service

1    A.  When did she start?  2007?  Yeah.
2    Q.  Does 2009 ring a bell with you?
3    A.  Yeah.
4    Q.  Were you involved in her indoctrination at all
5    to the Boca Ciega Yacht Club?
6    A.  I wasn't really that familiar with Samantha.
7    Q.  Was she among any of the members you're
8    friendly with at any time?
9    A.  Not that I recall.  Again, I didn't really know
10   Samantha.
11   Q.  So you didn't know her, and you still don't
12   know her.
13   A.  I knew of her, but I didn't -- yeah.
14   Q.  So it's fair to say she wasn't among those you
15   were friendly with?
16   A.  Well, I'd say I'm friendly with everybody.
17   Q.  We discussed earlier with regard to the Past
18   Commodores.
19   A.  Yeah.
20   Q.  You agree that those individuals --
21   A.  Then I'm confused with the question.
22   Q.  Okay.  Were you ever friendly with Samantha
23   Ring?
24   A.  I've been friendly with Samantha Ring, yes.
25   Q.  Was she among those who you'd say you hung out

1    with?
2    A.  No.
3    Q.  In July of 2018, were you involved in any way
4    with the decision to deny her service animal access to
5    the clubhouse?
6        MS. FONTUGNE:  Objection.
7        THE DEPONENT:  I don't recall that, no.
8    BY MS. VENZA:
9    Q.  Did you see -- I'm going to hand you what the
10   court reporter can mark as Exhibit 1.
11       For the record, it's been used and marked as
12   Exhibit B to the Second Amended Complaint.  It's been
13   attached to all the prior complaints.
14       It is the medical letter signed by Dr. Santiana
15   regarding Samantha Ring's disability.
16       (Plaintiff's Exhibit 1 was marked for
17   identification.)
18   BY MS. VENZA:
19   Q.  Have you seen this before?
20   A.  Yes.  But not during the period of time of
21   July 16th, 2018.
22   Q.  When's the first time you recall seeing
23   Exhibit 1?
24   A.  I'd say more towards the end of 2018.
25   Q.  How was it presented to you?

1    A.  Presented to me I believe by the Past
2    Commodore.
3    Q.  Larry Brown?
4    A.  Yes.
5    Q.  What context?
6    A.  Having concern about her needing a service
7    animal.
8    Q.  Tell me about that.  So, how does this happen?
9    Larry comes -- So, you said the end of 2018, so it's
10   December 2018, correct?
11   A.  Right.
12   Q.  And you're getting ready to do the transition.
13   Larry is out, you're in as Commodore, correct?
14   A.  Functionally, yes.
15   Q.  Okay.  I'm sorry if you didn't like the way I
16   described it.  I was trying to be a little quicker.
17       So he's going to pass on the baton to you.
18   Fair to say?
19   A.  Yes.
20   Q.  Or maybe the steering wheel of the boat, ship.
21   So he's going to tell you about some issues that are
22   going on.  Is that fair?
23   A.  Yes.
24   Q.  Okay.  And was Samantha Brown's -- I'm sorry --
25   Samantha Ring's request to have her service animal among

1    those matters or issues he was bringing to your
2    attention?
3    A.  Yes.
4    Q.  Okay.  Tell me about what he said to you or
5    what he represented.  What was going on with it?
6    A.  He basically, you know, said that, "We have a
7    history here of Samantha wanting her pet becoming a
8    service animal," and he had received this note that he
9    felt like, in his view, did not really address her true
10   needs of having a service animal.
11   Q.  What do you mean, it did not address her true
12   needs?
13   A.  It didn't -- He felt like that the letter that
14   was sent to him, or this note that was sent to him, the
15   doctor really didn't prescribe any real need.  Only that
16   he only agreed with maybe she might have a need.
17   Q.  Was it your understanding or belief that a
18   physician had to prescribe a service animal?
19   A.  You know, again, I'm not a professional on
20   this, so I didn't take it one way or another.  I just
21   listened to what he had to say.
22   Q.  What were you going to do about the situation?
23       So, here's the Past Commodore bringing it to
24   your attention, telling you his feelings on the matter.
25   You said you didn't have any feeling one way or the

1    other.  What were you going to do with this situation?
2        A.  Personally, I didn't feel like I had to
3    challenge this or not challenge this.
4        My only thing is what I observed of Piper,
5    either hearing or seeing, that this dog was a menace to
6    our club.  I felt like it had the possibility of
7    attacking one of our members, and then we'd have a
8    different type of lawsuit.
9        Q.  So let's back up.
10       In July of 2018, was this brought to your
11   attention?  "This" being --
12       A.  No.
13       Q.  -- that Samantha Ring had a service animal?
14       A.  This was not really brought to my attention
15   until the latter part of the year.
16       Q.  Until that conversation with Larry Brown.
17       A.  Right.
18       Q.  And so you said you didn't think anything of
19   it.  I'm sorry.  I don't remember your exact words.
20       A.  No.  I didn't really get involved in this,
21   because I didn't really feel like it was something that
22   I needed to be involved in.
23       Q.  And that's December of 2018, correct?
24       A.  Right.
25       Q.  When's the first time you saw Samantha's dog,

1    Piper, behaving in a manner that you felt was menacing?
2        A.  It was at a board meeting where one of --
3        Q.  Give me a date.
4        A.  I really can't.  I would say it was the latter
5    part of the year.
6        Q.  Which year?
7        A.  Of 2018.
8        Q.  Okay.  I'm sorry.  Go ahead.  The latter
9    part of --
10       A.  Yeah.
11       Q.  -- the board meeting.
12       Now, the dog is behaving menacingly, according
13   to you.  What's that?
14       A.  It was our -- Let's see.  Was it -- The
15   Treasurer walked in the door and I heard Piper acting
16   aggressively towards him.
17       And I really had a concern about that, knowing
18   that, you know, this is usually not the temperament of
19   what, you know, a service dog was supposed to be.
20       Q.  So this is a meeting of the board?
21       A.  Yeah.  It's a board meeting that we had.
22       Q.  Was Samantha on the board?
23       A.  No.
24       Q.  What was she doing there?
25       A.  She can come to any board meeting at that time.

1        Q.  It's open to anybody?
2        A.  Right.
3        Q.  Open to any member?
4        A.  Right.
5        Q.  What was this board meeting about?  A General
6    meeting?
7        A.  No.
8        Q.  A special meeting?
9        A.  No.  It's just a regular board meeting we have
10   once a month, the first Monday of the month.
11       Q.  Who was the Treasurer at that time?
12       A.  I don't recall.
13       Q.  A man or woman?
14       A.  A man.
15       Q.  Walked in the door of the clubhouse?
16       A.  In the clubhouse front porch.
17       Q.  And you said you heard Piper acting aggressive.
18   What do you mean?
19       A.  A growl.  More like anger, attack.  Barking,
20   mad barking.
21       Q.  Wait.  What was the noise you heard?  Before
22   you ascribed your personal interpretation, what was the
23   noise?
24       A.  I just heard a dog, you know, barking.
25       Q.  You heard barking.

1        A.  Right.
2        Q.  Dogs barking.  And you interpreted barking to
3    be aggressive.
4        A.  Yes.
5        Q.  Was the dog on a leash?
6        A.  To my knowledge, yes.
7        Q.  Did the dog lunge at the Treasurer?
8        A.  I did not see that.  I heard.
9        Q.  Where were you?
10       A.  I was in the clubhouse itself.
11       Q.  I'm sorry.  You were inside?
12       A.  Inside the clubhouse.
13       Q.  I'm sorry.  I misunderstood.  You said he
14   walked through the doors.  I assumed that the individual
15   we're talking about walked inside to the clubhouse.
16       A.  The porch is the first entrance to the
17   clubhouse.
18       Q.  You were all the way inside, and this person is
19   going from the outside to the porch?
20       A.  I'm 20 feet away, but yes.  It's not a big
21   clubhouse.
22       Q.  Where was Samantha?  More importantly, where
23   was Piper, the dog?
24       A.  By the entrance.  I assume by the entrance of
25   the front porch of the clubhouse.

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    Q.  The dog was outside?
2    A.  No.  It was on the front porch.
3    Q.  It was on the porch.  Because is the porch
4    enclosed?
5    A.  Yes.  Screened.
6    Q.  So any person needs to come from the outside,
7    walk in through the screened porch and then come into
8    the clubhouse.
9    A.  Right.
10   Q.  You're inside the clubhouse?
11   A.  Right.
12   Q.  You can't see what's going on.  Is that --
13   A.  I did not see.
14   Q.  You did not see.  And you heard a dog barking.
15   A.  Right.
16   Q.  And then after that, after the dog barked, the
17   Treasurer came in?
18   A.  Right.
19   Q.  And you -- did anything happen?
20   A.  Well, yes.  Some people said, "We saw the dog
21   go after him."  I did not see that.
22   Q.  Okay.  I'm talking about you for right now.
23   A.  I just heard.  I heard the dog bark.  He came
24   in.  I heard other people say, "Wow, he got aggressive
25   with you."

1    Q.  So he came in.  "He's" referring to the
2    Treasurer.
3    A.  He came in.
4    Q.  The dog is barking.  The Treasurer comes in and
5    then other people in the room said, "Wow, he got
6    aggressive."
7    A.  Right.
8    Q.  Referring to the dog, I'm assuming.  Maybe the
9    Treasurer.  "He got aggressive."
10       Who are those people saying that?
11   A.  I believe we have it on record.  You'll have to
12   check.  But we have documentation who said what at that
13   meeting.
14   Q.  You have documentation.  Because this would
15   have been a general --
16   A.  This would have been the board meeting, and one
17   of the officers saw it.
18   Q.  And they have meeting minutes?
19   A.  I don't know if we put it in the minutes, but I
20   know we got an affidavit.
21   Q.  These other people were in the room with you,
22   correct?
23   A.  Yes.
24   Q.  They weren't outside.
25   A.  Yes.  We were all getting ready for the meeting

1    to start.
2    Q.  So they didn't see what was going on, because
3    they were in the room with you.
4    A.  No.  They had a view of it.  They could see.
5    Q.  Did you see what precipitated the barking?
6    A.  No.
7    Q.  So all you know is you heard barking and then
8    you saw somebody come in the door.
9    A.  Yes.
10   Q.  Okay.  So you just assumed that the dog was
11   barking at the Treasurer.
12   A.  That's the only time he barked.
13       MS. FONTUGNE:  Objection.
14       THE DEPONENT:  Yes.
15   BY MS. VENZA:
16   Q.  But you don't know.
17   A.  That's the only time he barked.
18   Q.  But you don't know, because you didn't see what
19   was going on outside, right?
20   A.  I said I heard.
21   Q.  You heard barking.
22   A.  That's my statement.  I heard the dog bark.
23   Other people actually saw the dog bark and act
24   aggressive.
25   Q.  Before the dog barked, you didn't see anything,

1    correct?
2    A.  No.
3    Q.  And after the dog barked, you didn't see
4    anything outside --
5    A.  No.
6    Q.  -- correct?
7    A.  Yes.
8    Q.  And the people, the other people in the room,
9    those names you don't know --
10   A.  I believe it's Nancy Hatch is the one that
11   actually saw the --
12   Q.  And that's the extent of it.  The dog barked;
13   the Treasurer came in; and that's the end of --
14   A.  That's the only time I witnessed it.  We have
15   other --
16   Q.  Wait, wait.  We'll get there.
17       That's the extent of whatever it is we're
18   talking about here.
19   A.  Yes.
20   Q.  A dog was barking and someone walked into a
21   room.
22   A.  Uh-huh.
23   Q.  Correct?
24   A.  Yes.
25   Q.  Nobody got bitten, correct?

1    A. That's correct.
2    Q. Nobody got mauled, correct?
3    A. Correct.
4    Q. Nobody fell, correct?
5    A. Correct.
6    Q. When you say "observed," in this situation,
7  it's inaccurate, because all you did was hear something,
8  correct?
9    A. That's what I said originally, correct.
10   Q. So now was there any other time -- Okay. Let
11 me go back.
12       This was all the end of 2018, correct?
13   A. No.
14   Q. This incident, this barking incident.
15   A. It was in the summertime, so I wouldn't say
16 it's at the end.
17   Q. You said the latter part of 2018.
18   A. Okay. The latter part. September maybe.
19   Q. Okay. September of 2018. Explain to me how in
20 September of 2018 you heard this incident. You were
21 present at a board meeting; you're representing to us
22 today that your description of the event was that the
23 dog was behaving in a menacing manner.
24       But in December of 2018, when Larry Brown
25 brings Exhibit 1, the medical record of Dr. Santiana, to

1  your attention, you didn't think anything of it. You
2  didn't think you needed to get involved.
3    A. Again, I wasn't looking at this as a service
4  situation. I was still looking at it as a pet.
5    Q. So you just ignored that letter. That "letter"
6  being Exhibit 1.
7    A. Right.
8    Q. And you were going to tell me about another
9  incident. I said any incidents that you were aware of
10 where the dog behaved in what you believe or describe as
11 a "menacing manner."
12       You told me about that one incident. Is there
13 another one?
14   A. I believe we have record of other affidavits
15 that the attorney has that she would be happy --
16   Q. Okay. I'm sorry. Go ahead.
17   A. The attorney has, that she can give to you.
18   Q. Did you observe or hear or witness any incident
19 yourself?
20   A. Other than what I heard that one time, no.
21   Q. You said "affidavits." How many affidavits are
22 there?
23   A. You need to refer to counsel. I believe
24 there's two or three.
25   Q. Were you involved in the solicitation of those

1  affidavits?
2    A. Humm, I'm not sure.
3    Q. You got a "Humm," which is hard to translate.
4    A. No. I'm not sure.
5    Q. Is it possible you were involved in soliciting
6  those affidavits?
7    A. Not at that time, no.
8    Q. When were they obtained?
9    A. I think starting in the first of 2019.
10   Q. Why did you say "not at that time"? You were
11 Commodore then.
12   A. No, I wasn't Commodore then.
13   Q. January 2019?
14   A. Well, we're going back into the latter part of
15 September when I first heard the situation. That's when
16 I first observed it.
17       Then other witnesses came forward, and that
18 information became available once I became Commodore
19 starting sometime in January or February --
20   Q. Of 2019.
21   A. Right.
22   Q. When you were Commodore.
23   A. Right.
24   Q. And you said that the two, three affidavits
25 were obtained somewhere around the first of 2019.

1    A. It came in sometime in January of -- January or
2  February of 2019.
3    Q. When you were Commodore, correct?
4    A. Right.
5    Q. So you could have been involved in the
6  solicitation at that time --
7    A. At that time.
8    Q. -- of those affidavits, correct?
9    A. At that time, yes.
10   Q. In September of 2018, were you aware of the
11 compelling information that Jennifer Buckley shared with
12 you or represented to you about service animals and
13 aggression?
14   A. I don't understand your question. Sorry.
15   Q. Do you recall that we had talked earlier about
16 when Jennifer Buckley presented to you, your words,
17 "compelling information"? You're nodding "Yes."
18   A. Right.
19   Q. Okay. That meeting, if you will, with
20 Jennifer, when did that happen?
21   A. I think it was towards the end or the first of
22 the year. That's when it happened. Of '18 to '19.
23   Q. Okay. So somewhere between December 2018 and
24 January 2019.
25   A. Right.

Executive Reporting Service

1    Q.   In the end of January 2019, you had a meeting
2  about assessing a fine against Ms. Ring, or did you
3  unilaterally impose a fine against Ms. Ring?
4    A.   I believe I imposed the fine against Ms. Ring.
5    Q.   Unilaterally, just yourself?
6    A.   Yes.
7    Q.   You didn't discuss it with anyone else?
8    A.   No.
9    Q.   Did you feel that was within your authority as
10  Commodore?
11    A.   Yes.
12    Q.   And that fine was being assessed against her
13  for what reason?
14    A.   Bringing the dog inside the clubhouse, a second
15  violation.
16    Q.   Bringing her dog, Piper?
17    A.   Right.
18    Q.   A service animal.
19    A.   I don't know if it is or not.
20    Q.   Do you dispute that Piper is a service animal?
21    A.   I'm not an expert.
22        MS. FONTUGNE:  Objection.
23  BY MS. VENZA:
24    Q.   You'll defer to an expert?
25    A.   Right.

1    Q.   Did you find an expert to evaluate whether her
2  dog was a service animal?
3    A.   I had no involvement whatsoever in it.
4    Q.   In December of 2018, when you unilaterally
5  imposed a fine against Ms. Ring --
6    A.   No, I didn't.  I didn't impose the fine against
7  her then.  I imposed the fine in January.
8    Q.   In January of 2019?
9    A.   Right.  I'm following up what had already been
10  issued to her in 2018.  She had already been warned
11  about not bringing her dog in:  Piper.
12        She once again brought it in, Martin Luther
13  King day, and that's when I told her the dog has to get
14  out.  She hesitated.  She didn't want to do it.  She
15  finally did.  And that's when I assessed the fine on
16  her.
17    Q.   That was you personally.
18    A.   Yes.
19    Q.   So you personally observed Ms. Ring in the
20  clubhouse with Piper.
21    A.   Yes.
22    Q.   And this was -- this incident happened in
23  December or January?
24    A.   January.  Martin Luther King Day.
25    Q.   That's what you said.  I'm sorry.

1        And you were aware that in -- at least as of
2  December, at the end of December, when Larry Brown
3  passed on the baton of Commodore to you, that she had
4  presented a letter from a medical doctor stating that
5  her service animal was of benefit to her and that she
6  had functional limitations, correct?
7    A.   I'm aware --
8        MS. FONTUGNE:  Objection.
9        THE DEPONENT:  -- what the letter said, yes.
10  BY MS. VENZA:
11    Q.   Okay.  And despite that, in January of 2019,
12  when you saw Ms. Ring with her dog in the clubhouse, you
13  approached her and told her that her dog needed to get
14  out, correct?
15    A.   Yes.
16    Q.   And that was because you were enforcing the
17  rules?
18    A.   The existing warning that she had received,
19  yes, and the rules, yes.
20    Q.   And the rules --
21    A.   Prohibiting.
22    Q.   -- being no pets allowed in the clubhouse.
23    A.   Right.
24    Q.   And you didn't have any opinion as to whether
25  Piper was a service animal at that time, correct?

1    A.   That's correct.
2    Q.   Because you're not an expert, correct?
3    A.   Correct.
4    Q.   And you did nothing in December of 2018 to
5  determine whether Piper was or was not a service animal,
6  correct?
7    A.   Correct.
8    Q.   And that statement applies in 2019 as well, in
9  January 2019, correct?
10    A.   Yes.
11    Q.   So without knowing whether her dog was a
12  service animal, you enforced and imposed fines against
13  her, correct?
14    A.   Yes.
15        MS. FONTUGNE:  Objection.
16  BY MS. VENZA:
17    Q.   What's your relationship with James O'Reilly?
18    A.   He's our -- basically our landlord.  He's City
19  Commissioner, City manager.
20    Q.   Other than that role, what's your relationship
21  with him?
22    A.   That's it.
23    Q.   Have you met him in person?
24    A.   Yes.
25    Q.   Before January of 2019?

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1      A.  I think -- I think the first time was in
2   January.  The first time ever was Commodore summons to
3   his office, as Commodore, so I obliged him and attended
4   his meeting.
5      Q.  Was that in January of 2019?
6      A.  It was in January, yes.
7      Q.  Of 2019?
8      A.  Yes.  I was called to the principal's office.
9      Q.  And you were summoned there for what reason?
10     A.  Reasons to do with Ms. Ring.  I didn't know at
11  the time.
12     Q.  Well, after you got there --
13     A.  Yes.
14     Q.  -- what did you learn the charges were?
15     A.  He was upset.
16        MS. FONTUGNE:  Objection.
17        THE DEPONENT:  Because this was -- this
18  information from Samantha Ring was going to him
19  as well as everyone else on the City Council
20  about her complaints against BCYC.
21  BY MS. VENZA:
22     Q.  What was your understanding?  What did he tell
23  you?  He said, "We're getting these complaints from
24  Samantha Ring" about what?
25     A.  About she's filing for ADA, a service animal.

1   I believe maybe discrimination that time.  So, this is
2   all coming -- all had to do with what she outlined to
3   the city.  Which is very unusual for a member to do
4   that.
5      Q.  Okay.  So what did "filing for ADA service
6   animal" mean?
7      A.  He was trying to figure out why he's getting
8   involved in internal workings of BCYC.  He didn't
9   understand this.  "Why is the city now getting involved,
10  since we've been there for since 1965?  Why all the
11  sudden this is occurring?"
12        And I, quite --
13  BY MS. VENZA:
14     Q.  What I'm asking you is, what did you -- you
15  said he told you that you were being summoned there and
16  it had to do with information from Samantha Ring and
17  that she was filing ADA for a service animal.  I don't
18  understand what that means.  She is filing a complaint
19  against you for violation of the ADA?
20     A.  Yeah.  She was going to the Pinellas County
21  Human Resources to file a complaint.
22     Q.  For discrimination?
23     A.  That too.
24     Q.  And did you understand that that had to do with
25  the fining and denial of her accommodation of disability

1   in allowing her service animal to be in the clubhouse?
2         MS. FONTUGNE:  Objection.
3         THE DEPONENT:  That's why I referred it to
4   legal counsel.  I'm not that familiar with that.
5   I think it's about the time I called the
6   attorney.
7   BY MS. VENZA:
8      Q.  You decided to fine her.
9      A.  It had already been established in the club
10  that she had a warning.  Yes, I'm just following
11  through.
12     Q.  You did no independent investigation, correct?
13     A.  I witnessed it.  No.
14     Q.  You witnessed --
15     A.  I witnessed her having the dog after she had
16  been warned.
17     Q.  Let's talk about service animal.  Okay?
18     A.  I'm not getting into service animals.  I was
19  not involved in that context of service animals.
20        All I saw was a dog in the clubhouse, where she
21  had been warned back in December.  I asked her to
22  "Please remove your dog."
23     Q.  You decided it just wasn't -- Never mind.
24  Strike that.
25        So what was the message you were getting from

1   Jim O'Reilly when he summoned you to his office in
2   January of 2019?  What was the message you were getting?
3      A.  The message was, "Your club needs to get this
4   cleaned up."  And because of this, led into another
5   discussion that was pretty obvious.
6         They had a lease agreement on the desk, of his
7   desk, with BCYC.  And of course I asked the question,
8   "Well, I guess we're not going to be talking about lease
9   negotiations anytime soon."
10     Q.  I'm sorry.  Lease what?
11     A.  Negotiations.
12        And he says, "Not until we get this mess
13  cleaned up."
14     Q.  He said, "Not until we get this mess cleaned
15  up"?  So the Boca Ciega Yacht Club entered a lease with
16  the City of Gulfport, correct?
17     A.  Yes.
18     Q.  And that was first entered December 21st of
19  2007, and it was for a period of 13 years, correct?
20     A.  Yes.
21     Q.  And it was one dollar a year in rent, correct?
22     A.  Yes.
23     Q.  So now this is -- Well, if it's 13 years, the
24  lease is up.  This is January 2019.
25     A.  That's what made us nervous.  We negotiated

Executive Reporting Service

1  that lease far in advance before it became due. To this
2  date, we have no lease agreement or negotiations.
3       Q. So what made you nervous was that the
4  discriminatory actions of the yacht club could sway the
5  city to deny any renewal of a lease.
6       MS. FONTUGNE: Object to form.
7       THE DEPONENT: It put us in a spotlight that
8       we weren't in a good situation to start
9       negotiations anytime soon.
10 BY MS. VENZA:
11      Q. Was that a "Yes." Was that a really long way
12 of saying "Yes"?
13      A. Yes.
14      MS. VENZA: Okay. I'm going to hand you what
15 I'm going to ask the court to mark as Deposition
16 Exhibit 2.
17      (Plaintiff's Exhibit 2 was marked for
18      identification.)
19      MS. VENZA: I do have one for your counsel.
20      MS. FONTUGNE: Thank you.
21 BY MS. VENZA:
22      Q. Go ahead and take a look at that. Let me know
23 when you've had a moment to look at it.
24      A. Okay.
25      Q. Let the record show that the bottom portion is

1  an email from you, Nicholas Joseph Southard,
2  Nsouthard@att.net. Is that your email address?
3       A. Yes, that is.
4       Q. Is that your current email address today?
5       A. Yes.
6       Q. And the subject matter is "BCYC," Boca Ciega
7  Yacht Club, correct?
8       A. Yes.
9       Q. And it is directed to City Manager, City of
10 Gulfport, Florida, JOReilly@mygulfport.us, correct?
11      A. Yes.
12      Q. This was sent January 22nd, 2019, at 7:49 a.m.,
13 correct?
14      A. Yes.
15      Q. Or at least it reflects that.
16      And it states, "Good morning Mr. Jim O'Reilly.
17 Again I want to apologize for all the troublesome emails
18 you, Council members and the Mayor are receiving from
19 these members." Did I read that correctly?
20      A. Yes.
21      Q. What are you referring to in that email about
22 "troublesome emails"? What are those?
23      A. All these allegations they're getting involved
24 in that contains BCYC matters.
25      Q. All these other -- There's other matters other

1  than those of dealing with Samantha Ring and her service
2  animal request?
3       A. I think at that moment it was just Samantha
4  Ring.
5       Q. You consider those to be troublesome matters?
6       A. Yes, I do.
7       Q. "These harassment emails should be internal
8  club business." Did I read that correctly?
9       A. Yes, you did.
10      Q. And you were referring to Ms. Ring's emails?
11      A. Yes.
12      Q. To who?
13      A. To the City Council members, the Mayor, and
14 Mr. O'Reilly.
15      Q. So you felt those were harassing why?
16      MS. FONTUGNE: Objection.
17      THE DEPONENT: Because you're going outside
18      our club to discuss club business.
19 BY MS. VENZA:
20      Q. It was your belief at that time that the things
21 that were going on with the club had to do with the
22 club, should stay within the club, correct?
23      A. Yes.
24      MS. FONTUGNE: Objection.
25      /////////////////

1  BY MS. VENZA:
2       Q. And is that your sentiments today?
3       A. As a private club, yes.
4       Q. In your opinion, what makes Boca Ciega Yacht
5  Club a private club?
6       MS. FONTUGNE: Objection.
7       THE DEPONENT: Well, you just can't walk on
8       the property. You have to be a member. You have
9       to pay dues. You have to be current. You have
10      to -- we ask you to work within the BCYC
11      community to help promote boating, safe boating,
12      and good camaraderie within the club.
13 BY MS. VENZA:
14      Q. So, these two can be combined. You can't walk
15 onto the property; you have to be a member.
16      A. Right.
17      Q. That's really the same thing. You're saying
18 you have to be a member.
19      A. Sure.
20      Q. With the exception of all those exceptions we
21 already discussed.
22      A. Right.
23      Q. Sea Scouts, the annual once a year --
24      A. Open House.
25      Q. Thank you. All those things we discussed, with

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

1    the exception of that, you've got to be a member to walk
2    on the club, correct?
3         A.   Right.
4         Q.   And then pay dues, be current on your dues.
5    Again we can collapse that, too, correct?  You're
6    nodding your head "Yes."
7         A.   Yes.
8         Q.   And you have to be in Boca Ciega Yacht Club
9    proven to have -- oh, an interest in boating.
10        A.   Yes.
11        Q.   So you just need to be interested in boating.
12        A.   Right.
13        Q.   And have good camaraderie.
14        A.   Right.
15        Q.   You then went on to say in that email, "I would
16   add that we have referred the entire thing to our
17   attorneys and are taking steps to deal with these
18   members as quickly as reasonably possible and legally
19   prudent."  Did I read that correctly?
20        A.   Yes.
21        Q.   And then you forwarded that email -- I'm sorry.
22   You sent that to the City Manager.
23             Is Jim O'Reilly one of those sitting manager --
24   yeah.  Jim O'Reilly.  You sent that to Jim O'Reilly and
25   then he forwarded that email.  That's what is reflected

1    on the top.
2         A.   I don't know if he forwarded it or not.  I
3    don't have that.
4         Q.   At the very top.  That's part of it.  It's from
5    City Manager to DeMuth Lesley.  Forward:  BCYC.
6    Tuesday, January 22nd.  Attachment:  General membership
7    admission and standards.
8         A.   I'm not familiar with those people.  They could
9    be on the City Council.  I'm not sure.
10        Q.   Nonetheless, you chose to email Mr. O'Reilly.
11        A.   Yes.
12        Q.   You initiated contact with him and you were
13   apologizing for matters that you believe were internal
14   in the club, correct?
15        A.   Yes.
16             MS. FONTUGNE:  Objection.
17             MS. VENZA:  I'm going to ask the court
18        reporter to mark this as Deposition Exhibit 3.
19             (Plaintiff's Exhibit 3 was marked for
20        identification.)
21   BY MS. VENZA:
22        Q.   Tell me when you've had a minute to just look
23   it over.
24        A.   Okay.
25        Q.   Starting at the bottom of the page, there

1    appears to be an email, is what it looks like, from
2    Samantha Ring, dated January 12, 2019, to, among other
3    people, Lroach@myGulfport, and Jim O'Reilly, correct?
4         A.   Yes.
5         Q.   Are you with me?  It says "Subject:  Forward:
6    All Communications."  Do you see that?
7         A.   Yes.
8         Q.   And it states, "So- The club does not allow
9    service animals.  And I am still going to be fined if I
10   bring her to the clubhouse."  And then the signature
11   line of Samantha.  Did I read that correctly?
12        A.   Yes.
13        Q.   That email was sent by Samantha to Jim
14   O'Reilly, who then sent an email to the Mayor.  Do you
15   see that top email?
16        A.   Yes.
17        Q.   It says, "Mayor.  Denis, David and I met with
18   the Commodore this past Tuesday."  Did I read that
19   correctly?
20        A.   Yes.
21        Q.   That Commodore was you, correct?
22        A.   Yes.
23        Q.   And so this is dated Saturday, January 12th, so
24   it looks you met Tuesday, January 8th, 2019.  Does that
25   sound about right to you?

1         A.   Yes.
2         Q.   Who's Denis, or what's his position with the
3    city?
4         A.   I'm not sure.  He was just in the room.  I
5    believe David was their counselor.
6         Q.   Their attorney?
7         A.   Right.
8         Q.   Okay.  Tell me about how this meeting -- how
9    did this meeting come about?
10        A.   He summons me to come and meet with him the
11   first week I became Commodore.
12        Q.   So this precipitated Exhibit --
13        A.   Yes.
14        Q.   The previous exhibit -- Okay.
15        A.   And then he sent this out.
16        Q.   So you -- This is when you were summoned, when
17   we were discussing that earlier?
18        A.   Right.
19        Q.   You're nodding your head "Yes."
20             You were summoned on January 12th; you went in
21   and had this meeting.  It was just you from Boca Ciega
22   Yacht Club?
23        A.   Actually --
24             MS. FONTUGNE:  Objection.
25             THE DEPONENT:  -- it's Lee Nell also was

Executive Reporting Service

1  with me.  The Past Commodore.
2  BY MS. VENZA:
3      Q.  Why Mr. Nell?
4      A.  Because he -- two ears -- four ears are better
5  than two to listen.
6      Q.  But --
7      A.  I brought him in because of his past experience
8  as being a Commodore, his past experience with Ms. Ring.
9  And I just wanted to make sure, since this is the first
10 time a Commodore has been asked to come meet with the
11 City Manager, I wanted to make sure I didn't miss
12 anything during the conversation.
13     Q.  Okay.  Now I'm referring to the Exhibit 3.  Jim
14 O'Reilly represented to the Mayor, "Explain to him that
15 needed to explore a remedy before the city becomes
16 involved by the club's landlord.  Hence the Commodore's
17 attempt to meet with Ms. Ring this morning."  What's
18 that in reference to?
19     A.  I don't have a clue.
20     Q.  The city -- the next line reads, "The city has
21 been advised by BCYC that as a member of BCYC, she's
22 entitled to a grievance hearing.  Per the Commodore,
23 Ms. Ring's grievance hearing is scheduled for
24 January 15th."  Did I read that correctly?
25     A.  Yes.

1      Q.  Was that accurate?  Was there a grievance
2  hearing scheduled for January 15th?
3      A.  I know that we have a grievance.  I don't
4  recall that, to be honest with you.
5      Q.  Did you dictate the meeting?  Did you dictate
6  the date of that meeting?
7      A.  No, I wouldn't have.  There's a whole different
8  committee that dictates that.
9      Q.  So the way this went down is Samantha Ring had
10 emailed people at the city about things that were going
11 on at the clubhouse, Boca Ciega Yacht Club, correct?
12     A.  Right.
13     Q.  At which point then the city got in touch with
14 you and said, "Come on in.  We're getting these emails."
15 Is that a fair description?
16     A.  Yes.
17     Q.  Okay.  Then there's a January 15th meeting
18 which you are representing was set by others at Boca
19 Ciega Yacht Club with Ms. Ring.  A grievance hearing.
20     A.  I'm not aware of that.  I'm not on that
21 committee.
22     Q.  So you don't know -- you just don't know where
23 that representation came from?
24     A.  I don't know.
25         MS. VENZA:  Okay.  I'm going to show you

1  another exhibit.  We can mark this as deposition
2  Exhibit 4.
3         (Plaintiff's Exhibit 4 was marked for
4  identification.)
5         MS. VENZA:  Hold on.  I'm missing -- Can I
6  see that?  I think I jumped one page ahead.
7         Take a moment and look at Exhibit 4.
8         THE DEPONENT:  All right.
9  BY MS. VENZA:
10     Q.  In the center of that Exhibit 4, it is an email
11 from James E. O'Reilly, City Manager, City of Gulfport,
12 on January 15th, 2019, at 11:44 a.m.  It appears to be
13 written to Ms. Ring.  Is that fair?
14     A.  Yes.
15     Q.  And it states, "My staff and I have met with
16 and discussed your" -- Ms. Ring's -- "complaint with
17 BCYC Commodore Southard.  I was informed that he was
18 going to attempt to meet with you to resolve your issue
19 and that you had a scheduled grievance hearing for your
20 issues to be addressed.  Have you met with the
21 Commodore?  Have you availed yourself of the club's
22 grievance procedure?  At this point I will continue to
23 avail myself of the opportunity to take input from both
24 parties.  Thank you."
25         I read that correctly.  Yes?

1      A.  Yes.
2      Q.  Do you know what he's talking about in here
3  about the grievance --
4      A.  No, I really don't.
5      Q.  -- hearing?
6         Now I'm going to get to the next exhibit, which
7  was previously marked as Exhibit 5.  I think that --
8         MS. FONTUGNE:  I need one.  If you've got an
9  extra one.
10        (Plaintiff's Exhibit 5 was marked for
11 identification.)
12        THE WITNESS:  Okay.  I didn't read the
13 bottom part.  I'm sorry.
14 BY MS. VENZA:
15     Q.  Actually, I'm not going to ask you about that.
16 You can read it if you want.
17     A.  The bottom?  No.  Okay.
18     Q.  So to get us back in a frame of reference.  The
19 predecessor exhibit was Exhibit 4, and it was James
20 O'Reilly's email to Samantha Ring saying, "hey, do you
21 have your grievance meeting?  What's going on?  What did
22 the Commodore say?"
23        So it appears that deposition Exhibit 5 is
24 Samantha Ring's response to Jim O'Reilly saying, "so, he
25 told me he would meet with me on Sat morning" --

Executive Reporting Service

1  Saturday morning -- "but that was not a time that worked
2  for me.  He didn't offer me another time.  He just sent
3  me the following, which does not sound like he wanted to
4  resolve my issue without going to a lawyer.  This
5  doesn't have the tone of trying to work things out with
6  me, his email to me."  Did I read that correctly?
7     A.  Yes.
8     Q.  And then the next part is her forwarding of an
9  email you wrote stating, "Samantha, since you could not
10  meet with me this morning at the BCYC clubhouse after
11  the Skipper's cruising meeting, I am sending you this
12  email.  All further accusations or discussions you make
13  about BCYC will need to be directed to our legal
14  counsel.  All of our board members will be instructed
15  not to discuss anything with you as well."
16     A.  Okay.
17     Q.  Did I read that correctly?
18     A.  Yes.
19     Q.  Would you say that that's working it out with
20  Ms. Ring?
21       MS. FONTUGNE:  Objection.
22       THE DEPONENT:  It was initially trying to
23  work it out.  However, she could not meet.  And
24  then after being advised by legal counsel all
25  communication needs to be referred back to legal

1  counsel, so I stopped.
2  BY MS. VENZA:
3     Q.  You had represented to Jim O'Reilly that you
4  were going to try to work things out with Ms. Ring,
5  right?
6     A.  Right.
7     Q.  And it was in the club's best interest to do
8  that, correct?
9     A.  Yes.
10     Q.  For many reasons, correct?
11       MS. FONTUGNE:  Objection.
12       THE DEPONENT:  Yes.
13  BY MS. VENZA:
14     Q.  And there's a January 15th meeting that you
15  don't recall being set, correct?
16     A.  Well, I recall now after seeing that, yes.
17     Q.  You do.  Okay.
18       But it sounds like "You could not meet with me
19  this morning at the clubhouse after the Skipper's
20  cruising meeting.  I'm sending this email."  So you gave
21  her one shot.  "Hey, meet here, meet after this
22  meeting," and that's it, correct?
23     A.  Yes.
24     Q.  It's reasonable that someone may not be
25  available at the one opportunity you give them, correct?

1       MS. FONTUGNE:  Objection.
2       THE DEPONENT:  Yes.
3  BY MS. VENZA:
4     Q.  So it doesn't say in here that you gave her any
5  other options to meet.  True?
6     A.  Yes.
7     Q.  And so you immediately resorted to just sending
8  an email next, correct?
9     A.  Yes.
10     Q.  And then telling her that there's no
11  discussion.  Everything's going to go right to the
12  attorneys, correct?
13     A.  Yes.
14     Q.  So now I go back to my original question.  Does
15  that sound like you're trying to work it out with
16  Ms. Ring?
17       MS. FONTUGNE:  Objection.
18       THE DEPONENT:  I had no choice.
19       (Recess held at this time.)
20       (Deposition continued in Volume II.)
21
22
23
24
25

Executive Reporting Service

9b63ad80-4da0-4ba8-bfca-4c1a50f22dfd

**A**

**a.m** 138:12
  147:12
**able** 5:8 18:4
  86:19 88:7
**Absolutely** 45:8
  60:3
**AC** 107:14
**accept** 66:20,21
**access** 31:2 88:8
  94:17 103:10
  103:17 104:2
  105:21 106:20
  107:2 109:23
  112:14 114:4
**accessibility**
  107:13
**accessible** 8:20
  86:4
**accommodate**
  52:9,12
**accommodation**
  52:6 134:25
**accompanied**
  93:4
**accompany**
  93:14
**accompli** 67:10
**accountability**
  69:5
**accounting**
  83:15
**accounts** 6:25
**accurate** 146:1
**accusations**
  149:12
**act** 49:8 50:4,18
  123:23
**acting** 52:13
  118:15 119:17
**action** 23:9
  48:24 62:25
**actions** 137:4
**active** 7:18
  13:20 14:10,12
  24:20
**activities** 88:15
  89:1 92:19

98:2 99:4
  108:10 109:5,8
**activity** 98:4
  109:24
**actual** 28:7
  62:25 76:16
**ADA** 49:6,7,10
  49:10 51:7
  133:25 134:5
  134:17,19
**add** 46:8,11
  78:16,17,25
  141:16
**added** 78:22
  79:3,8,12
**adding** 79:2
**addition** 19:20
  30:3 33:12
  79:1 98:8
  109:4
**address** 5:23
  22:13,16,18
  38:4,10 39:16
  39:24 43:25
  44:21 87:24
  116:9,11 138:2
  138:4
**addressed**
  147:20
**adduced** 4:3
**administration**
  6:14
**administrative**
  13:15 14:14
  20:3,14 33:9
**admission** 79:25
  81:3,4 142:7
**admitted** 72:4
**adult** 96:7
  108:20 109:20
**adults** 81:21,21
  81:23 82:7
  91:24 93:1
**advance** 137:1
**advertise** 90:12
  92:15 95:1
**advertised** 95:9
  96:5 97:8

98:11
**advice** 76:25
**advise** 76:20
**advised** 20:20
  145:21 149:24
**affidavit** 122:20
**affidavits**
  126:14,21,21
  127:1,6,24
  128:8
**age** 107:21
**agency** 39:24
**aggression**
  128:13
**aggressive**
  119:17 120:3
  121:24 122:6,9
  123:24
**aggressively**
  118:16
**aggressiveness**
  52:14
**agree** 33:10 34:2
  34:15,19 50:7
  90:14,24 91:15
  92:7,9 113:20
**agreed** 24:23
  70:2 116:16
**agreement**
  136:6 137:2
**ahead** 68:3
  118:8 126:16
  137:22 147:6
**alcohol** 97:21,24
  98:6,15
**aliases** 5:20
**allegations**
  138:23
**alleged** 55:15
**allow** 143:8
**allowed** 91:25
  131:22
**allowing** 135:1
**amended** 78:24
  80:7 114:12
**amendment**
  75:10 80:15
**amendments**

21:9,19 57:1
  73:2 74:6,11
  74:13 75:14
  77:1,1
**Americans** 49:7
  50:3,17
**amount** 11:10
  11:13 20:24
  81:20 101:19
**Angel** 35:1,2
  39:20 40:8,9
  40:15 41:12,24
  42:5,6 61:5,6
  61:13 68:1,2
  68:15 88:17
**anger** 119:19
**animal** 44:6,22
  45:1 49:16
  50:4 52:6,19
  53:5,14 54:10
  54:16 77:25
  114:4 115:7,25
  116:8,10,18
  117:13 129:18
  129:20 130:2
  131:5,25 132:5
  132:12 133:25
  134:6,17 135:1
  135:17 139:2
**animals** 50:18
  51:7 52:1,2
  128:12 135:18
  135:19 143:9
**anniversary**
  107:9
**annual** 48:10
  80:22 82:5,17
  140:23
**Annually** 91:9
**answer** 4:24
  36:12 40:21
  46:4 53:21
  62:15 77:14
  92:14
**answered** 36:2
  90:2
**answers** 5:7
  58:24

**anticipating**
  24:18
**anybody** 58:11
  88:24 119:1
**anytime** 136:9
  137:9
**apologize** 23:21
  28:15 56:10
  100:16 138:17
**apologizing**
  142:13
**appearance**
  34:3
**APPEARAN...**
  2:1
**appears** 143:1
  147:12 148:23
**applicant** 60:20
  63:7,9,11
  65:17 66:6
  70:25 71:21
  72:9,11 79:2
  81:8,10 91:20
**applicants** 63:12
  64:21 68:9,16
  70:4,17,20
  71:11,15 72:3
**application** 8:13
  8:14,16,25
  10:6 11:25
  38:24 57:25
  58:1,3,18 59:5
  59:6 60:5,19
  63:1 64:7
  70:25 71:7
  80:9 81:11
  94:11 96:14
**applications**
  38:9 58:5
**applied** 7:22 8:7
  8:11,13 23:11
  70:9
**applies** 96:12
  132:8
**apply** 9:10 50:7
  57:21,23 81:14
  81:15,20 82:4
  94:7 110:25

appointment 23:24 31:20
appreciate 8:19 11:24 34:9
approached 24:11 131:13
approve 47:4 80:12
approved 32:18 48:9 84:12,14 104:17
approximately 5:24 7:18 36:20 42:18
April 14:4,6,7 18:7,7
area 30:25 31:2
areas 92:16
armed 53:13,24 54:15
arrested 6:2
Articles 21:20
ascribed 119:22
ashore 79:4
aside 34:2,9,12 47:2
asked 5:2 7:21 9:4 14:8 20:23 23:20 24:6 54:11 66:21 67:20,20 97:25 99:17 135:21 136:7 145:10
asking 16:25 21:2 32:10,12 61:14,16 71:5 71:6 90:23 134:14
asks 61:19
aspiration 60:12
assessed 129:12 130:15
assessing 129:2
assistance 58:23
Assistant 26:10 27:3,5 84:9
assume 9:20 10:1 17:7 25:3

48:11 56:8 61:18 97:22,24 120:24
assumed 52:21 120:14 123:10
assuming 10:2 38:7 122:8
assumption 38:7 38:19
astute 50:11,13 50:17 51:5
attached 114:13
Attachment 142:6
attack 119:19
attacking 117:7
attempt 145:17 147:18
attend 70:11,14 100:3 101:21 106:15
attended 19:23 66:4,5 110:14 133:3
attends 96:6
attention 21:5 56:17 116:2,24 117:11,14 126:1
attorney 1:13 51:2 55:5 78:10 126:15 126:17 135:6 144:6
attorneys 141:17 151:12
attributes 60:9
authority 33:22 34:4,11 36:2 44:19 45:20,25 46:5,15 47:16 129:9
automatic 84:7
automatically 96:7,11
Automobile 1:17,24
avail 147:23

available 86:1 87:8 88:4 99:9 127:18 150:25
availed 147:21
Avenue 5:13,22
average 18:9 101:12
aware 52:25 56:1 95:8 97:7 97:12,14 126:9 128:10 131:1,7 146:20
Aye 71:17

_____

**B**

B 31:14,18 114:12
B.A 6:5
back 9:18 10:7 13:22 14:4 17:16 21:11 24:8,24 42:6 62:8 65:18 67:1 68:15 96:17 108:18 110:8 117:9 125:11 127:14 135:21 148:18 149:25 151:14
backcheck 96:24
backdrop 97:10
backed 15:2,5,6
background 8:8 8:9 9:12,13,21 9:24 10:1 12:1 36:8,23 37:11 37:13,23 38:5 38:8,18,23 39:23,25 59:7 59:17 62:1,17 63:6 65:8,9 66:9 68:16 97:2 100:20 104:4
backup 51:6
bad 5:3 20:25 67:18,18 68:22

68:24 92:4 96:19 100:16
ballpark 11:5
band 101:1
banquet 16:11 16:12
bargain 95:11
bark 121:23 123:22,23
barked 121:16 123:12,17,25 124:3,12
barking 119:19 119:20,24,25 120:2,2 121:14 122:4 123:5,7 123:11,21 124:20 125:14
based 52:17 92:12
basically 16:5 22:15 61:19 67:16 107:8 116:6 132:18
baton 115:17 131:3
Bay 30:16,21,22 102:19
BCYC 69:3 88:16 105:8 111:19 133:20 134:8 136:7 138:6,24 140:10 142:5 145:21,21 147:17 149:10 149:13
Beach 2:4
Beckly 50:20
becoming 13:5 29:8 116:7
behalf 35:6
behaved 126:10
behaving 118:1 118:12 125:23
belief 48:2 116:17 139:20
believe 7:21 8:7

9:15 10:25 14:4 15:16 22:15 25:6 27:2 36:20 37:12 38:4,6 43:14,23 46:13 47:25 48:9,22 48:25 55:9 56:24 57:2,25 60:16 63:17 65:7,10,12 73:4 76:9 80:24 81:7 83:21 84:2,13 86:6,18 90:5 92:17 94:8 100:1,7 103:14 109:3 115:1 122:11 124:10 126:10,14,23 129:4 134:1 142:13 144:5
bell 113:2
benefit 73:11 74:7 75:18 76:18 77:20 78:7,13 85:22 131:5
benefits 88:9,22 95:21
best 4:24 8:25 12:22 23:1 40:13 110:12 150:7
better 145:4
Betty 5:15,25
beyond 37:20
bicycle 15:16
big 98:4 106:12 107:9 120:20
bigger 79:16
biggest 19:3 93:23
bill 82:22
billed 83:17
billing 83:3,5
birthday 106:7 106:15

**bitten** 124:25
**blah** 46:9,10,10
**blank** 14:18
**board** 14:24
  15:8,20 16:15
  20:15 25:6,7
  25:11,16,19,24
  28:19 29:9,10
  29:18 33:11
  34:23 45:23
  46:7,15,22,23
  46:23 47:10,16
  66:7,12 67:5,7
  67:16 68:14,21
  70:3 76:2 77:3
  77:5,7,12
  80:11 84:12
  104:17,19
  118:2,11,20,21
  118:22,25
  119:5,9 122:16
  125:21 149:14
**boarding** 67:13
**boat** 9:3,9 23:12
  23:22 26:20
  31:21,23 32:4
  32:5,6 59:9,18
  59:20 66:19
  68:6 98:18,20
  98:23 99:1
  102:11,12
  103:12 115:20
**boating** 9:2,7
  12:13,16 59:7
  61:12 78:18,21
  79:3 98:7,8
  99:4 140:11,11
  141:9,11
**boats** 23:17
  30:15,20 31:3
  31:9,15,24
  32:1,6,7,8
  102:21 109:12
**Boca** 1:6 5:16
  7:15 10:16
  12:4,21 13:6
  13:25 14:14
  15:12 17:19

18:23 22:7
30:15,21,22
35:6 36:6,16
37:14,24 38:9
43:12 44:19
48:7,13,17
49:25 50:8
52:5,8,21 53:4
54:24 55:4,7
56:17 64:21
69:23 72:23
73:10,24 74:6
75:6 76:17
77:19 78:16,25
84:24 88:7
89:15 90:6,9
90:14,24 91:12
91:15 92:11,14
93:22 94:1
95:1,8,15 96:6
96:8 97:8 98:5
98:8,11,18
102:6,19
103:12,17
104:7,14
105:15 106:16
107:10 108:2
108:12 109:10
110:2 111:1,13
112:14,20
113:5 136:15
138:6 140:4
141:8 144:21
146:11,18
**book** 21:11,13
**bottom** 137:25
  142:25 148:13
  148:17
**Boulevard** 1:17
  1:24 2:3,11
**boy** 2:11 107:19
  111:23,23
**Boys** 107:23
**bring** 20:2,12
  21:5 23:4
  30:11 45:1
  53:1 68:15
  76:1 77:6,24

94:21,24 97:16
100:5,18,25
101:16 102:2
102:18 143:10
**bringing** 100:14
  116:1,23
  129:14,16
  130:11
**brings** 67:11
  108:23 125:25
**brochure** 99:2,3
  99:6,12
**brought** 49:3
  73:4,7 74:15
  76:7,13 77:2,4
  77:5 80:20
  92:16 100:9
  101:22 102:2
  108:20 117:10
  117:14 130:12
  145:7
**Brown** 16:17
  35:12 41:9,10
  41:23 44:14
  115:3 117:16
  125:24 131:2
**Brown's** 115:24
**Buckley** 45:15
  45:15,16,20
  50:19,21 53:8
  53:22 54:21
  128:11,16
**Buckley's** 54:9
**budget** 48:10,10
  84:12,14,15,15
  84:17,18,21
**building** 16:6
  17:1
**bulkhead** 52:1
**business** 1:24
  6:14 56:7,7
  139:8,18
**buy** 6:23,25
**bylaws** 21:9,22
  55:21 56:2,13
  57:1,6 73:2
  74:13 75:11
  76:1,16 78:5

78:25 84:7

**C**

**calendar** 104:20
  104:20
**call** 4:13 6:25
  13:14 40:5,7
  48:18 60:7
  61:13 62:9
  66:20 67:2
**called** 20:10
  21:15 54:9
  107:16 133:8
  135:5
**calling** 51:23
  60:20 63:3
**calls** 60:20 63:2
  63:7
**camaraderie**
  69:6 140:12
  141:13
**camp** 108:6
**cap** 72:25 73:3
  76:12 107:1
**cappuccino** 7:2
**Captain** 13:10
  26:9
**care** 16:7 82:22
  87:9
**case** 1:5 27:1,7
  28:25 67:17
**category** 42:25
**center** 1:24
  147:10
**ceremony**
  105:17 106:3,4
**certain** 20:22
  34:10 36:1
  62:11 84:20
  86:16
**certainly** 56:6
  74:15 92:8
**cetera** 20:4
  25:13 26:23
**Chair** 20:9,10
  62:23
**Chairman** 13:9
  88:17

**Chairperson**
  105:4
**chairs** 33:14
**challenge** 17:12
  17:19,21,22,24
  18:3 117:3,3
**change** 71:3
  78:15 101:14
**changed** 59:16
  70:24 71:10
**changes** 56:2,11
  56:12 57:6
  71:7 73:5
  79:24 87:13
**charge** 7:12 20:7
  32:22 48:3
  103:2 106:6,9
**charged** 107:1
**charges** 49:3
  133:14
**chase** 52:4
**check** 8:8,9 9:12
  9:13,22,25
  12:1 32:3
  36:23 37:11,23
  38:8 39:21
  43:25 61:25
  62:1,17 65:8,9
  96:18 97:2
  99:21 100:20
  102:6 104:4,19
  122:12
**checked** 9:25
  97:13
**checking** 31:5
  32:2
**checks** 36:8
  37:13 38:23
  39:25
**children** 91:23
  91:25 107:24
  108:19 109:19
  110:21 111:3
  111:12,19
  112:7,13
**choice** 47:11
  151:18
**choices** 46:11

**chose** 142:10
**Christmas**
  71:25 102:12
**Ciega** 1:6 5:16
  7:15 10:16
  12:4,22 13:6
  13:25 14:14
  15:12 17:19
  18:23 22:7
  30:16,21,22
  35:6 36:6,16
  37:14,24 38:9
  43:13 44:19
  48:7,13,17
  49:25 50:8
  52:5,8,22 53:4
  54:24 55:4,8
  56:18 64:21
  69:24 72:23
  73:10,24 74:6
  75:6 76:17
  77:19 78:16,25
  84:24 88:8
  89:15 90:6,9
  90:14,24 91:13
  91:16 92:11,14
  93:22 94:1
  95:1,9,15 96:6
  96:8 97:8 98:5
  98:8,12,18
  102:6,19
  103:12,17
  104:8,15
  105:15 106:16
  107:11 108:3
  108:12 109:10
  110:3 111:1,11
  111:13 112:14
  112:20 113:5
  136:15 138:6
  140:4 141:8
  144:21 146:11
  146:19
**circumstances**
  37:20
**city** 6:11 22:8
  109:13 132:18
  132:19 133:19

134:3,9 136:16
137:5 138:9,9
139:13 141:22
142:5,9 144:3
145:11,15,20
145:20 146:10
146:13 147:11
147:11
**claim** 55:10,14
  73:7 75:14
  77:23 87:14
**claims** 55:7 79:9
**clarification**
  97:17
**clarified** 63:3
**clarify** 18:19
  42:14 74:10,16
  97:15
**class** 112:2
**classification**
  81:22 110:9
**clean** 19:8,14,16
  20:18
**cleaned** 136:4
  136:13,14
**cleaning** 17:1
  19:1,4
**clear** 15:14
  18:20 27:24
  106:2
**Clearwater** 1:17
  1:25
**click** 88:11
**close** 92:2
**clouded** 15:13
**club** 1:6 5:16
  7:16,20 9:12
  9:16,19 10:16
  12:4,22 13:6,8
  13:15,22,25
  14:4,11,15
  15:12 17:3,3
  17:19 18:23
  20:21 21:14,15
  22:7 24:18,22
  27:21 31:10
  33:10,23 35:6
  36:6 37:14,24

38:9 42:7,16
43:13 44:19
48:4,8,13,17
49:25 50:8,16
52:5,8,22 53:4
54:25 55:4,8
55:21 56:18,20
56:21 60:10
64:3,22 66:22
67:3 69:24,24
72:23 73:10,11
73:12,24 74:7
74:8,8 75:6,17
75:19,19,21,25
76:7,17,21
77:12,13,19,24
78:6,8,17
79:21 82:2
86:17 88:16
89:15 90:6,9
91:7 92:8,11
92:12,15 93:22
94:1,3,24 95:1
95:9,15,21
96:8,25 98:5,9
99:15 102:6,17
103:10,12
104:8,15
105:15 106:16
107:11 108:3
108:10 110:3,7
110:12 111:1
111:11,13,15
111:17 112:4
112:14,20,20
113:5 117:6
135:9 136:3,15
137:4 138:7
139:8,18,18,21
139:22,22
140:3,5,5,12
141:2,8 142:14
143:8 144:22
146:11,19
**club's** 23:24
  26:22 30:22
  36:16 56:2,17
  78:25 84:25

88:8 90:14,24
91:13,16 96:7
97:8 98:12,18
103:17 106:20
108:12 109:10
145:16 147:21
150:7
**clubhouse** 44:7
  45:2 53:1,25
  54:16 58:5
  62:10 64:19
  77:25 89:15
  103:22 107:11
  107:14 108:15
  112:14 114:5
  119:15,16
  120:10,12,15
  120:17,21,25
  121:8,10
  129:14 130:20
  131:12,22
  135:1,20
  143:10 146:11
  149:10 150:19
**clubs** 69:20 91:4
  91:6,14
**clue** 145:19
**CM** 1:23
**code** 86:8
**coffee** 6:23
**Coffees** 7:2
**Cole** 2:10
**collapse** 141:5
**college** 6:5,7,9
**columns** 86:15
**combination**
  22:9
**combined**
  140:14
**come** 7:17 17:20
  18:2 31:16,17
  63:7,9,12
  64:19 65:23
  66:17,21 67:3
  67:20,20 89:11
  92:25 95:19,19
  95:24 96:2
  101:6,13,13

102:20 103:16
103:19 118:25
121:6,7 123:8
144:9,10
145:10 146:14
**comes** 28:19
  32:5 62:8 65:4
  104:19 109:23
  115:9 122:4
**comfortable**
  43:8
**coming** 24:15
  31:21 32:6
  35:23 105:8
  134:2
**coming-out**
  107:9
**Commissioner**
  132:19
**committee**
  10:10,11 20:15
  21:3 24:6,10
  24:15 25:2
  29:2 30:6
  31:14,14 32:21
  32:23,24,25
  33:4,12,14
  38:2 57:16,20
  57:22 60:6,19
  60:23 62:9,13
  62:18,18,21,24
  63:2,2,15 64:1
  66:8 80:8
  84:16,22 146:8
  146:21
**committees** 20:8
  30:8 64:2
**Commodities**
  6:15,22
**Commodore**
  12:25 13:6,10
  13:10,12 14:1
  15:7,7,11 16:4
  16:5,19,20
  17:5,24 18:22
  19:6 20:4,4,13
  23:7 24:3,5,8
  24:15,25 25:12

Page 156

25:13,23 26:8
26:8,9,10,12
26:15,15 29:11
29:13,22,24
34:7,13 35:17
35:20,23,23
41:23,24,24
42:3,5 44:14
48:5 52:22
53:2 54:5 60:1
63:19 71:2,7
85:12,15,19
115:2,13
116:23 127:11
127:12,18,22
128:3 129:10
131:3 133:2,3
143:18,21
144:11 145:1,8
145:10,22
147:17,21
148:22
**Commodore's**
145:16
**Commodores**
41:1,3,8 42:8
113:18
**communication**
92:21 149:25
**Communicati...**
143:6
**community** 7:25
8:1,2,3 69:3
90:5 92:20
93:10,11
108:11 140:11
**company** 7:5
48:14,19 49:24
77:21
**compelled** 54:3
54:7
**compelling** 51:6
51:23 52:4
53:8,23 54:8
54:11,14,20
128:11,17
**complaint** 73:20
114:12 134:18

134:21 147:16
**complaints**
114:13 133:20
133:23
**completed** 24:3
**comprised**
25:16 62:5
**concept** 106:8
**concern** 115:6
118:17
**concerns** 40:22
41:2 43:9
**confident** 71:8
71:10
**conflict** 107:3,4
**conflicts** 104:20
**confused** 63:20
96:3 113:21
**confusing** 26:1
**consider** 14:8
139:5
**consistent** 64:14
**contact** 22:14,17
48:17 87:21
88:16 142:12
**contain** 21:19,22
21:24
**contains** 138:24
**contents** 51:22
**context** 115:5
135:19
**continually**
101:7
**continue** 147:22
**continued** 53:1
80:13 151:20
**control** 52:21
84:10
**conversation**
117:16 145:12
**conversations**
87:7
**cookout** 30:13
**correct** 6:20,21
10:16,19 12:25
17:5,6 20:8
21:6 23:25
28:22 33:7

36:3,24 37:6,9
37:10 38:10
39:5,10,24
41:4 42:20
43:1 44:1,3,7
44:12,22,24
45:2 47:17
48:15 49:25
52:6,9 53:10
55:22 59:18,21
59:22,24,25
60:2,3 62:5
63:4,7 64:22
68:22 70:6
72:16 73:3,8
73:12,25 74:1
74:3,9 75:15
75:19,25 76:21
76:22,23 77:3
77:20,21 78:3
78:8,18,22
79:6,9,22,25
80:4,9,13
82:21 89:1,5,8
90:7 93:12,22
95:6 96:15,16
97:21 98:2
99:23 100:18
101:10 102:7,8
102:9,10,11
103:2,18 104:2
104:3,5,15,16
105:15,22,25
106:10,13,17
106:18,21
107:2,5,25
108:24 109:21
109:25 111:1,4
112:4,11,12,15
112:18 115:10
115:13 117:23
122:22 124:1,6
124:23,25
125:1,2,3,4,5,8
125:9,12 128:3
128:8 131:6,14
131:25 132:1,2
132:3,6,7,9,13

135:12 136:16
136:19,21
138:7,10,13
139:22 141:2,5
142:14 143:3
143:21 146:11
150:8,10,15,22
150:25 151:8
151:12
**correctly** 15:9
20:3 138:19
139:8 141:19
143:11,19
145:24 147:25
149:6,17
**cost** 36:19
**Council** 133:19
138:18 139:13
142:9
**counsel** 2:8,13
44:11 48:19
49:24 73:11
74:7 75:18
76:18 77:11,20
78:7,13 99:17
126:23 135:4
137:19 149:14
149:24 150:1
**counselor** 76:25
144:5
**counts** 47:25
**County** 8:3 49:1
49:18 73:7,18
75:14 134:20
**couple** 10:12,13
112:23
**course** 136:7
**court** 1:1 18:16
73:8 114:10
137:15 142:17
**courtesy** 4:23,25
**coverage** 55:3
**create** 47:5
**criminal** 10:1
38:4,18 62:1
62:17 63:6
96:24
**criterion** 58:12

**CRR** 1:23
**cruising** 149:11
150:20
**current** 39:16
42:16 80:22
86:20,22 138:4
140:9 141:4
**currently** 6:15
7:12 48:12
92:10
**curve** 50:15
**customer** 7:5
**cut** 52:4 82:20
**cute** 97:20

## D

**D** 3:1
**Dade** 6:11
**date** 1:14 20:24
35:11 44:8,13
55:23 73:14
76:16,17 107:3
107:4 118:3
137:2 146:6
**dated** 143:2,23
**David** 143:17
144:5
**day** 11:22 16:8
17:5,7,7,13,20
18:6,7,10
30:13 84:1
95:10 109:14
130:13,24
**days** 20:24
51:25 83:1,4,5
83:13,21 93:24
94:2,4,5
**deal** 141:17
**dealing** 139:1
**December** 23:25
35:10,13 71:24
115:10 117:23
125:24 128:23
130:4,23 131:2
131:2 132:4
135:21 136:18
**decide** 28:21
**decided** 43:24

Executive Reporting Service

44:19 67:10
135:8,23
**decides** 61:23
84:6
**decision** 27:21
28:11 34:21
45:4 114:4
**decisions** 46:11
84:11
**decorate** 102:21
**default** 14:3,17
24:9,14,17,19
24:24
**defend** 49:25
**Defendant** 1:7
2:13
**defended** 54:23
**defense** 48:14
**defer** 129:24
**definitely** 22:21
29:3
**deflect** 55:5
**degree** 6:5,13
69:13
**DeMuth** 142:5
**DENESE** 2:2
**denial** 77:24
134:25
**denied** 44:24
45:2 79:19
**Denis** 143:17
144:2
**deny** 114:4
137:5
**depended** 17:14
**depends** 31:19
34:6 101:14
103:14
**deponent** 4:3
34:6 37:19
40:22 41:19
45:8 53:17
54:3 55:18
57:5 69:20
73:14 74:14
75:21 76:6
78:10 87:19
89:17 90:17

91:2 95:17
111:6 114:7
123:14 131:9
133:17 135:3
137:7 139:17
140:7 144:25
147:8 149:22
150:12 151:2
151:18
**deposed** 4:15
**deposit** 65:4,5,6
65:11,13,14
**deposition** 1:12
4:18 137:15
142:18 147:1
148:23 151:20
**describe** 126:10
**described**
115:16
**description** 47:8
88:9,21 125:22
146:15
**designated**
62:11
**designed** 89:14
**desk** 136:6,7
**despite** 131:11
**determination**
53:6
**determine** 47:1
47:2 132:5
**determined** 23:8
46:21,22 53:4
67:8
**dictate** 58:24
146:5,5
**dictates** 146:8
**difference** 51:17
92:7,8,9 93:23
**different** 22:3
24:14,21 33:17
36:23 85:23
86:15 91:14
93:21 99:12
106:3 117:8
146:7
**difficult** 83:12
**dinners** 98:17

99:25
**Direct** 3:3 4:6
**directed** 138:9
149:13
**direction** 45:24
46:15 47:16
**Director** 25:11
**Director's** 29:10
**Directors** 25:11
25:16,19,25,25
29:9,19 33:2
34:24 45:23
46:15,23 47:11
47:17
**Disabilities** 49:7
**disability** 50:4
50:18 114:15
134:25
**disagree** 16:18
**disagreements**
42:15
**disapprove**
80:12
**disciplinary**
15:3
**discount** 94:9
**discovery** 99:18
**discrimination**
134:1,22
**discriminatory**
137:4
**discuss** 19:15
20:14 129:7
139:18 149:15
**discussed** 70:4
73:6 75:2
87:10 96:13
113:17 140:21
140:25 147:16
**discussing** 43:8
144:17
**discussion** 136:5
151:11
**discussions** 87:8
149:12
**dispute** 44:15
129:20
**disputed** 69:23

**distinction**
89:21
**distracted** 41:13
**DISTRICT** 1:1
1:1
**DIVISION** 1:2
**doctor** 116:15
131:4
**document** 99:13
**documentation**
122:12,14
**dog** 44:6 49:13
51:17,18,19
52:13,13,15,15
53:1,5,9,18,25
117:5,25
118:12,19
119:24 120:5,7
120:23 121:1
121:14,16,20
121:23 122:4,8
123:10,22,23
123:25 124:3
124:12,20
125:23 126:10
129:14,16
130:2,11,13
131:12,13
132:11 135:15
135:20,22
**Dogs** 120:2
**doing** 61:3 87:19
118:24
**dollar** 11:22
136:21
**dollars** 11:12
**door** 96:17
118:15 119:15
123:8
**doors** 120:14
**dozen** 110:19,20
**Dr** 114:14
125:25
**draw** 56:17
**drinking** 98:4,5
**driving** 107:25
**due** 82:24,25
83:6,9,13,17

137:1
**dues** 8:10 10:24
11:1 12:3
82:14,25 88:18
89:4 140:9
141:4,4
**duly** 4:4
**duties** 16:4 17:4
18:22
**Dvenza@venz...**
2:4

**E**
**E** 3:1 147:11
**earlier** 97:3
110:25 112:24
113:17 128:15
144:17
**ears** 145:4,4
**edition** 21:18
56:18 87:5,6
**education** 6:4
**educational**
54:22
**Edwards** 35:7
37:2
**eight** 25:9,17,18
25:19,21
**Eighty** 101:16
112:21
**either** 5:1 17:14
20:15 31:18
57:25 58:4
76:8 117:5
**Eleven** 71:22,23
**ELISABETH**
2:10
**Elisabeth.Fon...**
2:12
**email** 3:10,11,12
3:13 22:18
87:24 138:1,2
138:4,21
141:15,21,25
142:10 143:1
143:13,14,15
147:10 148:20
149:6,9,12

150:20 151:8
**emailed** 146:10
**emails** 138:17
138:22 139:7
139:10 146:14
**emergency**
22:14
**emphasize** 89:4
**employer** 55:14
**employers** 7:10
**enclosed** 121:4
**encourage** 89:7
**encourages** 90:6
**encouraging**
89:18,20
**enforce** 15:11
19:6 23:7
**enforced** 132:12
**enforcing** 18:23
131:16
**enjoy** 92:25 98:9
**entail** 38:3
**entails** 38:16,20
**entered** 136:15
136:18
**entering** 103:22
**entertainment**
30:13
**entire** 25:16,19
141:16
**entitled** 145:22
**entity** 39:22
**entrance** 120:16
120:24,24
**equal** 34:1
**equivalent** 13:3
13:3
**ESQ** 2:2,5,10
**established**
135:9
**et** 20:4 25:13
26:23
**evaluate** 130:1
**evaluation**
52:18
**evening** 30:12
**event** 30:11 46:9
92:23,24 97:23

104:22 106:19
107:2,9 125:22
**events** 74:5
90:10 104:7
107:10
**Eventually** 97:1
**everybody**
71:15 113:16
**Everything's**
151:11
**exact** 117:19
**Examination**
1:22 3:3 4:6
**example** 19:14
28:25 58:15
99:6
**exception** 87:6
140:20 141:1
**exceptions**
140:20
**Executive** 1:16
1:23
**exercise** 45:25
46:5
**exercising** 78:2
**exhibit** 3:6
114:10,12,16
114:23 125:25
126:6 137:16
137:17 142:18
142:19 144:12
144:14 145:13
147:1,2,3,7,10
148:6,7,10,19
148:19,23
**existence** 7:17
**existing** 131:18
**exiting** 103:22
**expel** 27:18,20
**expelled** 28:25
**experience** 9:1
61:18 145:7,8
**expert** 129:21
129:24 130:1
132:2
**expertise** 48:1
**Explain** 125:19
145:14

**explained** 4:19
33:11 74:19
**explore** 145:15
**expulsion** 28:5
28:15 29:3
**extend** 4:23,25
**extent** 124:12,17
**extra** 102:3
148:9
_____
**F**
**face** 92:25 95:14
**Facebook** 95:2
**facilities** 93:7
103:17,21
105:21 106:20
107:11 109:10
109:23
**facility** 106:5
109:12
**fact** 54:10 79:1
**faded** 13:21
**fair** 11:6 13:2
17:18 22:24
23:6,9 25:5
35:14,23 37:17
39:4 40:4,15
42:22 43:20
44:17 50:2,5
54:1 58:22
68:16 71:2
72:11 73:5
84:25 85:1
89:7 105:19
108:20 113:14
115:18,22
146:15 147:13
**fait** 67:10
**fall** 29:7
**familiar** 50:10
63:25 64:8,11
64:12,12 84:24
85:8 89:25
111:22 113:6
135:4 142:8
**familiarity** 4:20
26:5
**family** 91:21

**far** 18:15 85:3
137:1
**fast** 66:24
**favor** 71:17
**February** 14:13
14:16 127:19
128:2
**federal** 73:8
**fee** 9:17,19
10:18,21,23
11:14,15,16
65:15 80:22
81:3,3,4,5,6
82:8,12,18
83:21,23 91:15
92:12 93:19,20
94:13,14,25
96:13 102:9
**feel** 50:16 52:12
64:13 69:17
71:8,10 87:22
117:2,21 129:9
**feeling** 34:11
116:25
**feelings** 116:24
**fees** 8:9 12:3
82:14 83:20
90:15,25 91:8
107:1
**feet** 120:20
**fell** 125:4
**felt** 15:2,14,19
24:22 53:13,24
54:3,15 116:9
116:13 117:6
118:1 139:15
**fiance** 105:4
**field** 79:6
**figure** 134:7
**file** 134:21
**filed** 55:10,14
73:21,24
**filing** 133:25
134:5,17,18
**fill** 24:11 57:25
58:12,13,18,25
60:18
**fill-in** 24:3

**filling** 8:14 14:8
**fills** 60:4 63:1
**final** 27:21
28:11
**finally** 130:15
**find** 54:13 86:15
130:1
**fine** 4:14 129:2,3
129:4,12 130:5
130:6,7,15
135:8
**fined** 143:9
**fines** 132:12
**fining** 134:25
**finish** 31:8 36:12
87:16
**first** 4:3 7:16
8:10 13:13,22
13:23 57:22
79:20 83:6,8,9
83:17 112:22
114:22 117:25
119:10 120:16
127:9,15,16,25
128:21 133:1,2
136:18 144:11
145:9
**firsthand** 53:15
**five** 8:24 13:23
69:13 71:15
100:9
**fix** 17:10
**fixed** 16:22
**fixing** 16:23
**Flag** 25:14,15,24
25:25 26:3,7
29:18 33:2,11
45:23
**Fleet** 13:9 26:9
**flier** 51:24
**floor** 76:8 77:5
**Florida** 1:1,17
1:25 2:4,7,11
6:11,12 78:14
138:10
**following** 30:13
67:19 76:6
130:9 135:10

149:3
**follows** 4:5
**FONTUGNE**
2:10 34:5,17
37:18 39:7
40:20 45:7
49:21 52:10
53:11,16 54:2
54:18 55:17
57:4 69:19
73:13 74:10,16
74:21,24 75:1
75:20 76:5
78:9 79:10
87:18 89:16
90:16 91:1
95:16 111:5
114:6 123:13
129:22 131:8
132:15 133:16
135:2 137:6,20
139:16,24
140:6 142:16
144:24 148:8
149:21 150:11
151:1,17
**food** 20:24 93:3
93:3 97:16
101:19,23
102:3
**forefront** 105:9
**Forget** 76:16
**forgive** 4:20
**form** 54:2 137:6
**forward** 70:8
94:25 127:17
142:5 143:5
**forwarded**
141:21,25
142:2
**forwarding**
149:8
**found** 7:21 53:7
**four** 8:24 11:17
14:11 31:13
80:25 81:19,20
145:4
**four-hour** 92:24

**frame** 148:18
**free** 93:3 96:8
103:24
**fresh** 105:5
**Friday** 19:12,21
20:13,19
**friendly** 42:12
43:6,7 113:8
113:15,16,22
113:24
**friends** 7:25
82:1
**front** 30:21
67:17 119:16
120:25 121:2
**full** 4:8 82:20
**fun** 30:11
**functional** 131:6
**Functionally**
115:14
**further** 149:12

_____

**G**

**Gabber** 89:23
89:25 92:15
**galley** 16:6
**Garfield** 14:18
**Geez** 13:16
**general** 19:11,11
28:10 29:7,15
29:20 60:8,15
66:16 67:9,19
68:13 70:8,10
71:11,20 72:3
72:7,16 78:15
84:10,13 86:14
88:4 89:15
93:6,10,11,11
93:15 100:13
100:17 119:5
122:15 142:6
**generally**
107:21
**Gerri** 61:5,10,11
67:23,24 68:1
88:17
**getting** 8:13
16:8,21 32:3

104:23 109:19
115:12 122:25
133:23 134:7,9
135:18,25
136:2 138:23
146:14
**girls** 107:23
**give** 55:23 59:13
60:7 66:9
68:16 73:14
103:12 118:3
126:17 150:25
**given** 5:7 26:22
31:16 32:13
53:2 54:4
76:24 96:7
98:17 101:1
103:14
**gives** 62:9
**go** 4:11 5:20 6:6
17:16 19:15
20:18 21:2
26:15 31:19
37:5 39:20
46:6 47:11
57:15 58:1
61:25 67:4
68:3,14 72:18
77:1 85:3,3
86:14,15,19
88:7 97:18
107:7 118:8
121:21 125:11
126:16 137:22
151:11,14
**goes** 20:25 28:9
28:10 46:6
47:11 64:13
98:4 109:2
**going** 4:22 11:4
12:23 20:18,19
20:21 23:7
24:8,24 29:16
29:17 31:22,22
35:16 37:15
42:19 57:8
58:2 59:13,14
67:1,1,8,13

70:8 84:23
86:23 104:21
105:4 107:22
109:24 114:9
115:17,21,22
116:5,22 117:1
120:19 121:12
123:2,19 126:8
127:14 133:18
134:20 136:8
137:14,15
139:17,21
142:17 143:9
146:10,25
147:18 148:6
148:15,21
149:4 150:4
151:11
**good** 9:8 25:22
40:2 67:18
68:21,24 69:17
89:24 95:14,24
96:19 98:9
100:24 137:8
138:16 140:12
141:13
**Google** 86:24
**grace** 83:20 97:1
**graduations**
106:23
**granted** 46:7
109:13
**great** 18:14
30:13 90:17
**grievance**
145:22,23
146:1,3,19
147:19,22
148:3,21
**group** 33:1 35:7
37:2 71:20
97:24 98:15
**growl** 119:19
**guess** 40:2 84:23
88:6 94:17
136:8
**guessing** 38:6,8
**guest** 30:18 31:4

93:5 100:19,22
100:25,25
101:5 102:9
104:9 105:1
106:8,9
**guests** 94:21
100:15 101:16
102:2,9,18,22
102:23 104:12
104:14
**Guinness** 30:15
**Gulfport** 8:2
90:5 92:20
136:16 138:10
147:11
**guy** 96:19,19

_____

**H**

**Ha** 82:2
**half** 82:20
110:20
**hand** 101:2
114:9 137:14
**handbook** 21:12
21:14,14,15
22:10 69:8,9
69:10
**handing** 99:2
**handle** 52:14
**hang** 42:21,25
43:3
**happen** 101:18
101:20,24
102:5 115:8
121:19 128:20
**happened**
128:22 130:22
**happening**
105:3
**happens** 66:1,6
70:12 83:25
84:1
**happy** 99:21
126:15
**harassing**
139:15
**harassment**
139:7

hard 127:3
Hatch 124:10
head 63:18
  141:6 144:19
head's 59:13
heads 62:24
hear 125:7
  126:18
heard 7:19,23
  7:24 53:17
  69:1 118:15
  119:17,21,24
  119:25 120:8
  121:14,23,23
  121:24 123:7
  123:20,21,22
  125:20 126:20
  127:15
hearing 117:5
  145:22,23
  146:2,19
  147:19 148:5
heating 107:14
held 5:6,7 13:9,9
  42:9 72:20
  105:7,20
  151:19
help 39:19 88:16
  102:20 111:22
  140:11
helped 112:24
hesitate 12:19
hesitated 130:14
hey 24:11 25:3
  46:8 148:20
  150:21
higher 91:15
highest 6:4
hire 34:21 39:15
  40:5 43:24
  44:20 45:4
  76:4
hired 36:5,9,15
  37:5 39:10
history 116:7
hold 26:7 30:14
  147:5
holding 15:10

home 69:14
honest 94:22
  146:4
hosted 104:7
hot 17:15
hours 102:25
House 92:17,22
  92:23 140:24
household 81:19
  81:23,25 82:7
  91:21
Human 49:1,19
  73:8,20 134:21
Humm 20:17
  127:2,3
hundred 11:12
  65:18 105:12
  105:14
hung 113:25
husband 81:12
hyperlink 88:10
  88:11

___

**I**

idea 40:2
identification
  32:10 101:1
  114:17 137:18
  142:20 147:4
  148:11
identified 31:20
ignored 126:5
II 151:20
immediately
  151:7
impeached 30:1
important 18:15
importantly
  120:22
impose 129:3
  130:6
imposed 129:4
  130:5,7 132:12
improve 47:9
inaccurate
  125:7
inactive 47:23
  47:24

incident 48:23
  125:14,14,20
  126:9,12,18
  130:22
incidents 126:9
include 25:25
  65:15
included 39:5
includes 38:10
including 25:24
incoming 66:8
Incorporation
  21:20
increase 89:14
  89:20 95:15
independent
  135:12
INDEX 3:6
indicating 12:6
individual 20:7
  32:2 37:5,16
  60:4 65:22
  68:21 71:12
  103:24 104:5
  120:14
individuals
  25:21 27:15,18
  28:21 29:8,9
  32:2 34:9
  42:13,24 46:24
  47:1 70:9
  103:4,9 104:23
  113:20
indoctrination
  113:4
information
  37:17 51:4,6
  51:16 53:8,13
  53:24 54:8,9
  54:14,15,20
  86:16 87:20
  99:20 127:18
  128:11,17
  133:18 134:16
informed
  147:17
initially 13:20
  60:16 149:22

initiated 73:25
  142:12
initiation 8:8
  10:18,21,23
  11:9,14 12:2
  81:3,5,6
input 147:23
ins 17:2
inside 53:1
  120:11,12,15
  120:18 121:10
  129:14
inspire 17:25
inspires 34:10
Installation
  16:10,13
instructed 40:16
  77:11 103:19
  149:14
instruction
  94:15,16
instructors
  112:6
insurance 48:3,7
  48:10,14,18
  49:24 55:3
  77:21
intensive 16:21
  16:24
interest 24:7
  78:18,21 79:3
  88:25 141:9
  150:7
interested 88:14
  98:1 141:11
interests 68:6
  97:25
internal 134:8
  139:7 142:13
Internet 8:20
interpretation
  119:22
interpreted
  120:2
interview 12:2
interviewed 8:8
  10:7,8
introduce 66:17

introduced 68:7
  68:9
introduces 68:4
introduction
  66:18
investigate
  34:22 36:6,10
  36:16 39:10
investigation
  37:6 40:10
  61:25 135:12
Investigative
  35:7 37:2
investigator
  34:22 36:3,5
  36:15 37:15
  39:10,20 40:12
  40:16 43:25
  44:20 45:5
  76:4
invite 104:12
invited 30:18
  70:9
invitees 107:2
inviting 89:10
involved 12:8
  18:23 24:18
  52:18 113:4
  114:3 117:20
  117:22 126:2
  126:25 127:5
  128:5 134:8,9
  135:19 138:23
  145:16
involvement
  130:3
issue 14:24 15:1
  147:18 149:4
issued 130:10
issues 55:4
  115:21 116:1
  147:20
items 7:2

___

**J**

James 132:17
  147:11 148:19
January 3:10,11

3:12,13 6:19
6:20 23:25
44:18 45:14
47:14 48:22
50:2,8,12,16
51:13,14 53:22
55:24 83:13
84:13 127:13
127:19 128:1,1
128:24 129:1
130:7,8,23,24
131:11 132:9
132:25 133:2,5
133:6 136:2,24
138:12 142:6
143:2,23,24
144:20 145:24
146:2,17
147:12 150:14
**Jenn** 45:15,16
50:19,24 53:22
54:9
**Jennifer** 45:15
45:20 53:8
128:11,16,20
**Jerry** 1:23 61:10
61:23 63:7,21
67:22
**Jim** 50:25 136:1
138:16 141:23
141:24,24
143:3,13
145:13 148:24
150:3
**job** 47:8
**join** 8:4,6 12:11
82:2 89:11
93:16,18 94:5
94:6,7,9 96:19
96:25
**joined** 12:16
43:15,16
112:23
**JOReilly@my...**
138:10
**Joseph** 4:2,10
138:1
**judicial** 69:25

**July** 44:5,9,12
52:19 72:22
114:3,21
117:10
**jumped** 147:6
**June** 55:20,20
55:24 56:11,18
56:25 73:6
74:12,25 87:5

**K**

**keep** 17:3 20:25
67:24 92:10
**keeps** 45:13
**key** 66:22
**kids** 92:25
107:16 112:8
**kind** 9:3 13:21
16:1 51:16
82:15 105:5
**King** 130:13,24
**Kissane** 2:10
**kitchen** 19:1,14
**knew** 113:13
**know** 4:19 9:25
10:2,4,9 11:22
13:14 14:22
15:18 17:1
20:21,24 32:12
32:13,15,16
35:16 37:23,24
38:5,16,20
39:5 43:22
47:5,23 48:6
49:12,13 54:23
55:2,6 56:6,11
56:12 57:11
58:7 59:20,23
60:1,12 62:4
63:10 64:18
65:23 67:18
68:21 71:3
81:4 86:20
87:7,9 88:3,6
88:11 95:3,19
99:19 101:4
110:10,16
113:9,11,12

116:6,19
118:18,19
119:24 122:19
122:20 123:7
123:16,18
124:9 129:19
133:10 137:22
142:2 146:3,22
146:22,24
148:2
**knowing** 101:6
118:17 132:11
**knowledge** 9:5
9:11 30:2 35:5
39:18 40:13
44:4 53:15
55:13 71:1
72:10 94:12
110:13 120:6
**knowledgeable**
7:20
**known** 97:9
98:11,12
**knows** 66:10

**L**

**label** 7:4,5
**labor** 16:21,24
17:20
**lack** 26:5
**Lahart** 2:5,6
72:18
**landlord** 132:18
145:16
**language** 89:13
**Larry** 16:17
35:12 41:9,10
41:23 44:14
53:2 115:3,9
115:13 117:16
125:24 131:2
**lasts** 103:6
**late** 83:20,21,23
83:25 84:1
**law** 2:3 78:14
**lawsuit** 73:23
75:15 117:8
**lawyer** 149:4

**leader** 111:23
**leaflet** 99:14,22
**learn** 7:17,19
60:11 67:3
94:24 133:14
**learning** 50:15
**lease** 136:6,8,10
136:15,24
137:1,2,5
**leash** 120:5
**leave** 51:19 53:9
53:25 54:11,16
**leaving** 20:22
**led** 136:4
**Lee** 41:12,16,17
42:1,1 144:25
**Lefler** 1:23
**left** 14:4,17,22
15:10,17,18
18:16 24:10
30:4 48:11
**legal** 4:8 48:14
49:24 73:11
74:7 75:18
76:18,24 77:11
77:20 78:7,13
135:4 149:13
149:24,25
**legally** 79:5,5
141:18
**Leo** 6:7,9,11
**Lesley** 142:5
**lesser** 11:10
**let's** 13:9 14:18
17:12 28:18
41:3 44:17
52:4 82:2 88:3
117:9 118:14
135:17
**letter** 3:9 114:14
116:13 126:5,5
131:4,9
**level** 6:4 69:14
**lick** 52:15
**life** 23:18
**lifetime** 42:6
**limit** 72:22,24
79:21

**limitation** 100:7
**limitations**
131:6
**limited** 27:22
28:20 39:13
91:22
**line** 143:11
145:20
**link** 86:2,4
**list** 32:17,17
**listen** 4:23 145:5
**listened** 116:21
**listing** 22:11
**litigation** 87:14
**little** 26:1 42:21
63:20 66:9
110:9 115:16
**live** 5:12,14
66:19 81:24
82:1,3
**live-aboard**
40:23 43:9
**lived** 5:22
**lives** 79:5,5
**living** 38:13,14
**LLC** 35:7 37:2
**local** 79:4,5 90:4
**long** 5:22 8:22
20:22 30:12
43:12 82:23
102:25 103:5
107:12 112:20
137:11
**look** 22:6 44:20
45:5 47:7 56:3
56:14 79:14
137:22,23
142:22 147:7
**looked** 56:6 85:2
107:18
**looking** 86:24
102:25 126:3,4
**looks** 143:1,24
**lose** 84:2
**lot** 7:20 17:15
24:21 31:15
47:5 51:6,25
52:1 103:22

105:7 108:24
112:15
**love** 97:19
**loves** 23:17
**loving** 97:11
98:15
**low** 11:3
**Lroach@my...**
143:3
**luck** 97:15 98:16
99:25 101:7,11
101:23 102:2
**lucks** 97:10
**lunge** 120:7
**Luther** 130:12
130:24

**M**

**ma'am** 22:6
24:1 46:25
49:9
**mad** 119:20
**main** 51:22
**maintain** 84:17
88:16
**maintains** 79:4
**majority** 27:10
80:11
**making** 16:6
87:13
**man** 14:20,21
119:13,14
**manager** 6:17
7:8 132:19
138:9 141:22
141:23 142:5
145:11 147:11
**managerial**
14:14
**mandatory**
65:24
**manner** 118:1
125:23 126:11
**manual** 22:6
**March** 88:7,13
95:8 96:5 97:7
97:12
**marching** 40:9

**Marcy** 2:5,6
**Marcy@flori...**
2:7
**marijuana**
97:16
**marina** 30:23
79:5
**mark** 3:7 114:10
137:15 142:18
147:1
**marked** 114:11
114:16 137:17
142:19 147:3
148:7,10
**marketing**
95:14
**marriage** 81:22
**marriages** 105:7
**married** 61:9
104:23 105:5
**Martin** 130:12
130:24
**master** 45:12
46:20 47:15
50:23
**math** 92:4
**Mathematically**
91:17
**matter** 116:24
138:6
**matters** 116:1
138:24,25
139:5 142:13
**mauled** 125:2
**Mayor** 138:18
139:13 143:14
143:17 145:14
**mean** 7:16 14:25
24:19 37:2,14
38:12 46:18
48:7 54:24
68:24 80:23
81:10,22 83:2
90:2 93:11
98:5 110:16,17
111:16 116:11
119:18 134:6
**meaning** 49:7

97:20
**means** 5:9 38:22
47:22 80:20
92:21 134:18
**meant** 12:9
17:23 38:15
47:19
**media** 47:9
**medical** 3:9
44:13 114:14
125:25 131:4
**meet** 62:9 64:19
69:2 108:9,12
144:10 145:10
145:17 147:18
148:25 149:10
149:23 150:18
150:21,21
151:5
**meeting** 19:12
19:21,23 20:2
20:5,13,19
29:2,7,20
65:23 66:1,7
66:12,16 67:2
67:5,7,9,13,17
67:19,20 68:13
68:14 70:4,8
70:10,16 71:11
72:16 76:2
77:5 109:1,5,7
109:24 110:14
111:14 112:3
118:2,11,20,21
118:25 119:5,6
119:8,9 122:13
122:16,18,25
125:21 128:19
129:1 133:4
144:8,9,21
146:5,6,17
148:21 149:11
150:14,20,22
**meetings** 71:19
71:20 72:3,8
**member** 5:16
11:15,16 12:4
12:5,7,9 14:11

15:12 19:10
23:8,12,22
28:16,24 29:8
30:6,19 32:15
32:15,16 34:15
36:6 39:9 42:6
43:12,21 47:25
50:17 52:5
55:8 57:13,18
57:19,21 63:1
64:16 67:15
72:8 77:4,6,8
80:12 81:19
83:25 84:1
86:15 87:3
88:16 91:4
93:14,14,20,24
93:25 94:1,8
94:10,23 96:1
96:6,12 100:4
100:5,6,8,17
100:25 101:5
102:1 104:21
105:1,1,10
107:1 110:6,17
110:18,23
111:1 112:3
119:3 134:3
140:8,15,18
141:1 145:21
**member's** 80:8
**members** 12:21
16:14,15,25
17:15,19,21,22
18:2,8 19:11
19:25,25 20:7
20:14,15,15,23
20:23 22:11,12
22:13,24 27:11
27:16,19 29:6
30:12 31:6,10
32:21 33:11,12
36:16 41:1
50:13 62:14,24
66:9,17 67:21
68:21 70:15
71:17 72:24
73:3 76:24

77:2,2,12,12
84:10 86:3,4,8
86:11,20 87:22
87:25 88:20
89:10 92:11
93:4 94:20
97:16 98:19,25
100:3,13,14
101:6,8,9,11
101:12,13
102:16,17,17
102:20,22,23
104:9,10,14,24
105:14 106:16
108:2 110:2,19
110:20 111:4,6
111:8,11,15,17
111:19 113:7
117:7 138:18
138:19 139:13
141:18 149:14
**membership** 8:7
10:10,24 11:1
11:7 28:10
29:15 31:3,4
33:5 38:2,10
38:23 42:17
47:15 57:11,15
60:6,19,22
63:2 65:15
66:7,16 72:23
78:16,16 79:22
80:3,8,9,13,22
82:5,8,18,25
84:3,13 88:1,9
88:17,22 89:7
89:18,20,22
90:7,15,25
91:8 92:12
93:21 95:10,15
96:8,21,23
103:25 142:6
**menace** 117:5
**menacing** 118:1
125:23 126:11
**menacingly**
118:12
**mentioned** 60:9

95:18
mess 136:12,14
message 135:25
136:2,3
met 112:22
132:23 143:17
143:24 147:15
147:20
Micanopy 2:7
middle 1:1
110:15
mile 51:24
million 51:24
mind 14:18
79:17 135:23
minute 43:14
72:19 142:22
minutes 56:3,7,8
56:14 86:17
122:18,19
misbehave
53:18
misbehaves
51:18 53:9
missing 147:5
misunderstood
96:10 120:13
moment 137:23
139:3 147:7
Monday 119:10
money 65:1,7
monitor 110:12
month 16:9 17:7
19:12,22,23
56:21 62:12
71:23,25 83:7
83:7,8,9,10
100:2 119:10
119:10
month's 46:9
monthly 97:10
months 44:17,18
80:6,7
mooring 79:6
morning 138:16
145:17 148:25
149:1,10
150:19

motion 76:7
77:7
motions 76:1

**N**

N 3:1
name 4:9 22:21
22:22 34:12
41:15 47:21
88:17
names 10:9
124:9
Nancy 124:10
national 6:17,25
7:8
natural 78:17
79:1
nautical 9:1
26:5 59:23
Neal 41:12,16
41:17 42:1
need 4:22 24:22
26:23 65:23
74:3,24 82:3
106:16,25
116:15,16
126:23 141:11
148:8 149:13
needed 19:16
117:22 126:2
131:13 145:15
needing 115:6
needs 27:10 46:2
84:16 116:10
116:12 121:6
136:3 149:25
negative 69:1
negotiated
136:25
negotiations
136:9,11 137:2
137:9
Nell 41:18,19
42:1,2 144:25
145:3
nervous 136:25
137:3
never 4:17 53:6

74:12,14 76:13
79:17 110:14
135:23
new 16:14,15
21:18 25:22
29:12,16,17,18
29:18 32:6
33:1,3,5 35:23
38:2 56:7
57:15,19,21
62:14 66:17
67:21 71:15,17
80:2 88:19
89:18,20,22
90:6 94:8
98:19,25
Nicholas 4:2,10
138:1
Nick 1:12 4:11
5:21
night 62:11
63:13
nodding 128:17
141:6 144:19
noise 119:21,23
nominate 33:1
nominated 25:1
77:3
Nominating
24:10 25:2
nomination 24:6
24:15 27:13
32:23,24 33:4
non-Boca
111:11
nonmembers
30:17
nonrefundable
65:20
nonsubstantial
90:15,19,20,25
normally 29:14
31:20 60:21
66:10 109:8
112:5
north 17:16
Northeast 5:13
note 116:8,14

notice 48:25
49:2,18
noticed 52:2
November
29:21 35:18
Nsouthard@a...
138:2
nuances 50:4
number 22:13
22:19,20 67:12
69:8 72:24
87:23 107:1

**O**

O'Reilly 132:17
136:1 138:16
139:14 141:23
141:24,24
142:10 143:3
143:14 145:14
147:11 148:24
150:3
O'Reilly's
148:20
oath 4:4
Object 54:2
137:6
Objection 34:5
34:17 37:18
39:7 40:20
45:7 52:10
53:11,16 54:18
55:17 57:4
69:19 73:13
75:20 76:5
78:9 79:10
87:18 89:16
90:16 91:1
95:16 111:5
114:6 123:13
129:22 131:8
132:15 133:16
135:2 139:16
139:24 140:6
142:16 144:24
149:21 150:11
151:1,17
obliged 133:3

observance 52:3
observe 126:18
observed 117:4
125:6 127:16
130:19
obtain 70:17
obtained 13:14
127:8,25
obtaining 48:3
obvious 136:5
obviously
101:11
occasion 85:10
107:8
occasions 92:17
occur 65:3
105:24
occurred 71:8
74:5 75:14,17
occurring
134:11
October 1:14
29:19
odds 17:2
offer 149:2
office 49:19 73:8
73:20 133:3,8
136:1
officer 24:18
26:23
officers 25:14,15
25:24 26:1,3,7
29:17,18 33:2
33:11 45:24
122:17
oh 5:8 15:6
26:21 50:24
81:12 85:3,25
141:9
okay 4:13 5:4,5
5:12 11:21
13:13 16:16
18:20 20:12
23:20 25:15
26:22 28:13,16
33:4 36:14
40:1 42:1
43:17,19 46:21

49:23 52:8
56:10 57:24
59:4,4,11,16
61:23 64:4,10
65:2,9 66:25
67:7 68:14
69:9 70:12
73:17 74:4,5
74:16,17 75:1
75:9,24 77:9
77:10,17,18
80:24 81:12
83:6 87:1
90:21 91:24
93:17 94:1
96:10 97:17
105:2 107:4
111:11 113:22
115:15,24
116:4 118:8
121:22 123:10
125:10,18,19
126:16 128:19
128:23 131:11
134:5 135:17
137:14,24
142:24 144:8
144:14 145:13
146:17,25
148:12,17
149:16 150:17
**old** 56:7
**older** 58:16
**once** 16:9 19:12
19:22,23 21:18
28:9 32:19
47:23,24 56:20
62:11 67:10
71:23,25 82:17
84:14 92:23
93:24 100:1
102:11,18
108:5,7,9
109:4,7 111:13
112:17 119:10
127:18 130:12
140:23
**ones** 28:11

110:20
**online** 7:21 58:1
58:4
**open** 19:25
30:25 78:17
86:13 88:24
92:17,22,23,24
93:6,9,10
102:14 119:1,3
140:24
**opened** 29:6
32:4
**openly** 87:8
**operating** 46:14
**opinion** 33:25
51:5 77:13
131:24 140:4
**opportunity**
147:23 150:25
**opposed** 71:18
**options** 151:5
**order** 27:11
111:9
**orders** 40:10
**original** 151:14
**originally** 125:9
**outline** 46:19
**outlined** 134:2
**outside** 87:25
120:19 121:1,6
122:24 123:19
124:4 139:17
**overall** 50:8,14
86:22 98:7
**overlap** 35:22
**overlapping**
35:13
**owned** 23:14,18
69:13

---
**P**
**P-A-S-T** 26:17
**P.A** 2:6
**p.m** 1:15,15
**package** 66:22
**pad** 90:22
**page** 3:2 69:8
84:25 85:23

86:1 95:4 97:8
142:25 147:6
**pages** 8:22,23,24
**paid** 8:8,9 10:18
48:6,14 65:22
82:23
**painting** 17:2
92:25
**Palm** 2:4
**panel** 71:13,14
**pantry** 16:7
**paper** 34:12
90:21
**parade** 102:11
102:12,18
**parent** 109:20
110:22
**parents** 108:2
108:17,20
110:5 111:8,12
112:10,13
**park** 108:17
**parking** 103:22
108:24 112:15
**parks** 108:23
**part** 10:6 13:21
13:23 16:2
30:24 38:23
77:16 80:2
86:14 95:17
117:15 118:5,9
125:17,18
127:14 142:4
148:13 149:8
**participate**
30:17 98:23
**participation**
17:13 89:8
**particular** 17:10
39:13,22 41:2
58:11 59:23
76:9,11 87:5
89:4,14 105:8
**particularly**
10:10 42:12
**parties** 106:7
107:9,10,10
147:24

**party** 97:9 98:9
98:13 106:15
106:16 107:9
**pass** 26:21 27:10
28:19 80:17,19
115:17
**passed** 74:14
131:3
**passes** 100:22
**passing** 26:19
**passion** 12:13,17
**patronage** 89:14
89:20
**pay** 9:12,13,19
65:5 82:7
93:19,20 94:13
94:14 102:9
103:23 140:9
141:4
**paying** 12:2 84:1
94:25 96:13
**payment** 65:16
**pays** 82:23
**peeve** 19:3
**pending** 55:7
56:1,8
**people** 7:20,24
10:11,12,13
12:2 18:4,6,9
18:18 19:7,8
20:9,10,20
22:18,19,20
25:2,7,17
29:11,12 30:4
31:14 32:10
33:1 42:9,19
42:20,20,21
47:5 50:11
62:12 63:15,17
63:21,23,24
64:1 66:2 67:2
67:8,11 81:11
81:20,24 87:25
91:22 92:10
95:24 96:1
98:15 100:9,11
100:14,17
101:16,21

105:12 106:15
111:18,20
112:6 121:20
121:24 122:5
122:10,21
123:23 124:8,8
142:8 143:3
146:10
**period** 63:12
80:3 83:16,20
97:1,4 112:7
114:20 136:19
**periodically**
85:19
**permission**
44:21
**permitted** 44:6
94:23
**person** 14:3 19:4
24:10 30:3
45:13 50:23
51:19 53:9
60:7,20,21,22
60:25 61:2
62:19,22,23
63:3,18 66:17
69:2 78:17
79:1,2,2 81:8
84:16 91:19
110:11,17
112:3,5 120:18
121:6 132:23
**person's** 21:5
**personal** 119:22
**personalities**
34:10
**personality**
14:24 15:1
**personally**
19:15 50:3
55:11 117:2
130:17,19
**personnel** 7:13
**pet** 19:3 49:13
49:15 51:17
116:7 126:4
**Pete** 5:13 91:7
92:10,11

pets 131:22
phone 22:13,19
  22:20 40:7
  87:23
phrase 89:4
physical 8:14,16
physically 21:17
physician
  116:18
picking 18:19
picture 22:22
piece 90:21
Pinellas 8:3 49:1
  49:18 73:7,17
  75:14 134:20
Piper 44:6 117:4
  118:1,15
  119:17 120:23
  129:16,20
  130:11,20
  131:25 132:5
place 1:16 73:3
Plaintiff 1:4,13
  2:8
Plaintiff's
  114:16 137:17
  142:19 147:3
  148:10
plan 101:21
plane 51:25
play 84:18
please 4:8 20:23
  55:23 73:15
  74:10 135:22
PLLC 2:3
ploy 95:14
plural 41:4 42:8
pm 3:11,13
point 62:16,16
  62:21 67:4
  80:11 97:3
  146:13 147:22
policies 18:25
  21:11,25 48:4
policy 15:12,13
  15:15 18:23
  19:6 20:16,16
  21:4,6,8,10

22:1 23:7,9
  55:3
porch 17:2
  119:16 120:16
  120:19,25
  121:2,3,3,7
portion 137:25
position 7:7
  13:15,24 14:2
  14:3,14,17
  15:11 17:24
  18:22 19:4,5
  23:6 24:3,4,14
  24:16,24 25:3
  29:10 33:23,25
  35:12 50:22
  52:22 85:15
  144:2
positions 13:10
  13:19 20:4
  33:2 34:1
  35:20
possibility 117:6
possible 45:4,10
  107:8 110:1
  127:5 141:18
possibly 90:11
  90:13 92:18
  101:16
post 90:9
posted 86:19,20
  88:13
pot 97:10,15
  98:16 99:25
  101:7,11,23
  102:2
potential 66:8
  66:17 67:21
powdered 7:2
power 34:1,2,4
  34:14 94:3
powerful 33:22
practice 78:14
precipitated
  123:5 144:12
predecessor
  148:19
prefer 89:22

prejudice 74:1
premise 51:20
  110:11
premises 108:13
  109:1
premium 48:6
prescribe
  116:15,18
present 4:18
  63:25 72:4
  125:21
presented 84:13
  114:25 115:1
  128:16 131:4
Presently 61:20
president 13:3,3
  13:6 33:21
  34:3 75:25
presume 34:13
presumption
  34:16
pretty 12:23
  36:1 136:5
previous 14:3
  144:14
previously
  40:17 95:18,20
  96:9 148:7
price 81:15 92:9
principal's
  133:8
printed 57:2
  99:13
printout 56:16
prior 12:5 14:10
  32:18 50:8
  72:22 78:20
  114:13
private 7:4,5
  34:21 36:3,5
  36:15 39:9
  43:25 44:20
  45:5 69:20,24
  73:11,12 74:8
  74:8 75:18,19
  76:4,20 77:13
  78:8 140:3,5
probably 18:9

31:13 50:14
  61:3 101:12,18
  110:19
probationary
  80:3,12 96:25
problem 15:3
procedure
  147:22
process 4:21
  10:7 59:1 64:7
  70:25 71:7
  79:25 80:2
  94:11
product 6:25 7:1
  7:6
products 7:3
professional
  116:19
program 96:7
progress 71:4
Prohibiting
  131:21
project 17:10
projects 16:9
promote 140:11
promoting
  92:19
propensity
  26:22
proper 87:22
property 15:17
  77:25 111:13
  140:8,15
proponent
  88:21
proposed 56:1
  73:2 74:6
  75:10,13 78:6
  78:15,24 79:3
  79:12,21,24
  80:6,15
protect 87:25
protection 87:2
prove 70:1
proven 141:9
provide 9:14
  70:20 99:16,17
provided 44:13

48:12,13 77:20
  77:23 100:22
  109:20
providing 55:3
prudent 141:19
public 31:2
  86:14 88:4
  89:10 92:25
  93:4,6,12,15
  96:6 100:3,13
  100:17 102:14
  102:20,23
publication
  56:20 75:4
  90:4,7
published 21:17
purpose 64:20
  67:16 68:20
put 22:17,17
  29:15,16 36:21
  46:9 65:1,15
  67:8 83:6
  122:19 137:7

---

Q

quarter 8:10
  11:16 80:24
  82:8
quarterly 65:16
  82:14,24
quarters 80:25
question 4:23,24
  5:1,3,4,9 31:8
  36:9 39:1,14
  46:4 53:20
  55:1 77:14
  78:11 87:16
  89:24 90:23
  96:4 100:16,24
  113:21 128:14
  136:7 151:14
questioned 4:4
questions 4:22
  5:6 37:21 55:2
  59:11,15 60:8
  60:15 61:1,13
  62:15,15 64:21
  85:5 88:18

**quicker** 115:16
**quickly** 141:18
**quite** 110:10
134:12
**quote** 53:23,23
77:13 95:10
97:9

**R**

**R-H-U-M-B**
97:20
**racing** 88:15,25
98:1
**raft** 13:9 30:9,13
31:19 32:18,19
**range** 107:22
**rank** 10:15
**reached** 49:23
**read** 56:22
58:22 75:8
138:19 139:8
141:19 143:11
143:18 145:24
147:25 148:12
148:16 149:6
149:17
**reading** 61:1
74:19
**reads** 145:20
**ready** 24:2
88:19 115:12
122:25
**real** 52:24 64:20
83:15 116:15
**Realize** 64:2
**really** 9:18,24
13:16 23:15
24:17 39:5
40:15 43:2,2
52:24 90:21
113:6,9 116:9
116:15 117:14
117:20,21
118:4,17
137:11 140:17
148:4
**reapply** 84:3
**Rear** 13:10 14:1

15:11 16:4,5
16:18,20 17:4
17:24 18:22
19:5 20:4,13
23:7 24:3,8
25:22 26:9
29:11,13,22
85:12
**reason** 17:17
44:14 56:24
57:1 60:11
78:5 87:4
88:23 106:12
129:13 133:9
**reasonable**
88:19 89:5
150:24
**reasonably**
141:18
**reasons** 24:21
133:10 150:10
**recall** 8:18,22,25
9:18 10:15,22
12:22 30:4
41:22 56:4
113:9 114:7,22
119:12 128:15
146:4 150:15
150:16
**received** 53:7
116:8 131:18
**receiving** 138:18
**reception**
105:18,20
106:4
**Recess** 72:20
151:19
**recommend**
29:3
**recommendat...**
27:20,23,25
28:1,4 29:1,6
40:1
**recommendat...**
46:2 47:7
**recommended**
34:23 35:2
39:20,21,23

55:21
**record** 18:20
30:15 44:14
72:18 87:2
114:11 122:11
125:25 126:14
137:25
**recruit** 98:19,25
**refer** 126:23
**reference** 70:21
145:18 148:18
**referred** 135:3
141:16 149:25
**referring** 8:1
22:5 42:9
122:1,8 138:21
139:10 145:13
**reflect** 65:25
**reflected** 141:25
**reflects** 138:15
**refrigerator**
20:22,25
**Regal** 6:15,22
7:9
**regard** 39:1 64:4
64:6,6 77:23
79:14,17 104:5
113:17
**regarding**
114:15
**regular** 119:9
**regulations**
21:25 22:4
**rejected** 65:17
**related** 49:13,14
61:6 84:22
107:19
**relationship**
7:15 61:8
132:17,20
**remedy** 145:15
**remember**
10:12 11:1
23:14 92:14
105:7 107:13
117:19
**remind** 19:8
**remove** 47:21

53:14 135:22
**renewal** 82:12
137:5
**rent** 136:21
**repaired** 16:7
**repairs** 17:1
**repeat** 90:23
**report** 20:5,6
66:8
**reporter** 18:16
114:10 142:18
**Reporting** 1:16
1:23
**represent** 44:11
86:23
**representation**
146:23
**represented**
116:5 128:12
145:14 150:3
**representing**
77:8 125:21
146:18
**request** 44:5,13
44:24 45:1
52:19 80:9
115:25 139:2
**requested** 44:21
52:5
**require** 59:6,9
**required** 57:14
**requirement** 9:9
23:21 78:20
**requirements**
57:11 59:17
**Reservation**
54:24
**residence** 79:4
**residency** 45:5
**resolve** 147:18
149:4
**resorted** 151:7
**Resources** 49:20
73:8,20 134:21
**response** 148:24
**responses** 18:15
**responsibilities**
13:8 38:2

46:19
**responsible** 16:5
16:8,10 69:6
84:15
**results** 9:14,21
**retain** 48:19
**retained** 35:7
36:3 49:24
99:20
**retaliating** 78:2
**retaliation** 45:6
**retention** 39:12
**revenue** 84:10
**review** 80:8
85:12,16,19
**reviewed** 85:10
**revised** 55:21
**rhumbing** 97:19
**rides** 93:1
**right** 8:12,21
11:8,18 14:7
15:21,25 17:9
20:1,6 21:16
26:18 28:17
29:23,25 30:21
31:16 32:9
35:8 41:14
51:15,18 53:14
56:8 59:19
60:13,24 62:6
62:22 63:5
64:17,18 65:4
65:21 67:6,23
67:25 68:2
71:6 72:1,17
73:19,22 75:5
75:7,8,12 76:3
77:24 78:3
81:13,16,18
82:9,11,19
83:19 84:19
85:5,7 86:24
86:25 92:1,3
95:4 99:24
103:8 105:3,5
105:16 106:11
108:14,22
109:18 111:2,6

111:21 112:1,9
115:11 117:17
117:24 119:2,4
120:1 121:9,11
121:15,18,22
122:7 123:19
126:7 127:21
127:23 128:4
128:18,25
129:17,25
130:9 131:23
140:16,22
141:3,12,14
143:25 144:7
144:18 146:12
147:8 150:5,6
151:11
**Rights** 49:21
54:24
**ring** 1:3 3:8
28:18,25 34:22
39:9,21 40:18
41:5,13 49:4
44:5,13 49:4
53:24 54:15
73:24 79:19
87:17 100:8
103:1 112:22
113:2,23,24
117:13 129:2,3
129:4 130:5,19
131:12 133:10
133:18,24
134:16 139:1,4
143:2 145:8,17
146:9,19
147:13 148:20
149:20 150:4
151:16
**Ring's** 44:20
47:14 52:19
53:5 73:6
77:23 79:8
114:15 115:25
139:10 145:23
147:16 148:24
**Road** 2:6
**role** 13:24

132:20
**roles** 33:9
**room** 18:18
100:9 122:5,21
123:3 124:8,21
144:4
**roots** 97:11,19
**Roughly** 13:15
**RPR** 1:23
**rules** 21:25 22:1
22:4 76:6
131:17,19,20
**rum** 26:22 61:12
97:11,20,22
**rum-loving**
98:14
**rumors** 15:23,24
**run** 9:13 23:24
37:8
**Runners** 97:23
**running** 26:23
61:12 112:3

**S**

**safe** 140:11
**sail** 9:3 12:20
59:20 94:2,9
94:10,25
103:13 107:16
**sailboat** 88:15
88:25 93:1
98:1 103:20
**sailboating**
88:14,25 98:1
**sailboats** 94:11
**sailing** 7:18,19
7:25 88:14
90:12 93:9,15
93:16,17,21
94:15,20 97:10
97:23 99:5
103:4,5
**sailor** 69:12
**sails** 92:18 96:7
96:20
**sales** 6:17 7:8,12
96:12 99:14,22
**salesman** 95:12

95:13
**Samantha** 1:3
34:22 49:4
100:8 103:1
112:22 113:6
113:10,22,24
114:15 115:24
115:25 116:7
117:13 118:22
120:22 133:18
133:24 134:16
139:1,3 143:2
143:11,13
146:9 148:20
148:24 149:9
**Samantha's**
117:25
**sanctioned** 79:6
**Santiana** 114:14
125:25
**Sat** 148:25
**Saturday**
109:15 143:23
149:1
**saw** 19:17 21:3
117:25 121:20
122:17 123:8
123:23 124:11
131:12 135:20
**saying** 16:24
26:17 47:5,10
50:14 54:13
64:7,8,10
67:24 75:13
76:19 111:16
111:22 112:24
122:10 137:12
140:17 148:20
148:24
**says** 34:13 71:16
85:6 86:11
136:12 143:5
143:17
**scheduled**
145:23 146:2
147:19
**school** 6:6 12:20
92:18 93:9,15

93:16,17,21
94:2,9,10,20
96:7,12,20
99:5 103:4,5
103:13 109:9
**schools** 90:12
**scope** 46:16,16
46:18 47:1,3,4
47:8
**Scott** 2:10
**scout** 2:11
107:19 108:19
109:24 110:6
110:11,14,16
110:22 111:9
111:23,23
**Scouts** 107:15
107:16 108:5
109:5 110:2,9
110:18 111:12
140:23
**screened** 121:5
121:7
**script** 60:25
**scrolls** 57:9
**se** 2:6 7:4 48:13
75:21 96:23
**Sea** 107:15,16
108:5,19 109:5
109:24 110:2,9
110:14,18,22
111:9,12
140:23
**searched** 86:24
**seasonal** 17:15
17:17 108:8
**second** 114:12
129:14
**secretary** 26:9
51:1
**section** 46:9
78:16 88:12
**see** 9:21 13:9
14:18 19:19
31:5 44:18
52:1 68:20
74:24 96:2
104:20 114:9

118:14 120:8
121:12,13,14
121:21 123:2,4
123:5,18,25
124:3 143:6,15
147:6
**seeing** 114:22
117:5 150:16
**seen** 52:2 53:17
74:12,21
107:23 114:19
**self-described**
97:11
**sell** 6:23 7:1,3
64:24
**sending** 149:11
150:20 151:7
**sense** 47:9
**sent** 116:14,14
138:12 141:22
141:24 143:13
143:14 144:15
149:2
**sentiments**
140:2
**separate** 9:16
10:25
**September**
29:17 125:18
125:19,20
127:15 128:10
**September/Oc...**
29:20
**serve** 24:22
**service** 1:16,23
7:4 37:3,8 44:6
44:22 45:1
49:13,15 50:4
50:18 51:7,17
51:18 52:1,6
52:13,19 53:5
53:9,14,25
54:10,16 77:25
114:4 115:6,25
116:8,10,18
117:13 118:19
126:3 128:12
129:18,20

130:2 131:5,25
132:5,12
133:25 134:5
134:17 135:1
135:17,18,19
139:1 143:9
**services** 7:3
39:12 49:1,20
**set** 108:6 146:18
150:15
**sets** 88:25
**seven** 26:4,7,7
**share** 12:13
**shared** 128:11
**Sherry** 63:19,21
**ship** 115:20
**shoreline** 102:19
**short** 107:7
**shorter** 59:15
**shot** 150:21
**show** 23:1 72:13
72:15,15 87:2
98:18,20 99:1
103:12 137:25
146:25
**showed** 18:8
**showing** 29:17
**shows** 98:23
**shrift** 107:7
**side** 31:19
**signature**
143:10
**signed** 114:14
**similar** 58:8,9
107:19
**singled** 40:18
**sir** 4:8 5:12
**site** 86:22
**sitting** 18:16
141:23
**situation** 24:9
52:23,25
116:22 117:1
125:6 126:4
127:15 137:8
**six** 31:13 44:17
44:18 80:6,7
**six-month** 80:3

**skipped** 65:2
**skipper** 111:18
111:24,25
**Skipper's**
149:11 150:19
**Skipping** 71:25
**slate** 16:15
29:15,16,19
**slot** 31:17 32:14
**smile** 95:13
**sneak** 96:17
97:4
**So-** 143:8
**social** 47:9 88:15
89:1 90:10
98:2,4,9,14
**solicitation**
126:25 128:6
**soliciting** 127:5
**somebody** 19:14
20:16 21:3
23:17 31:5
34:14 96:17
123:8
**somebody's**
93:17
**someone's** 34:12
**somewhat** 15:13
108:8
**soon** 57:8 136:9
137:9
**sorry** 6:8 9:19
13:11 14:19
15:4 23:5
26:11 27:24
28:14,14 38:15
41:13 44:8
50:24 55:23,24
61:16 64:10
66:2 68:3,19
71:9 74:22
79:15 83:4
88:14 115:15
115:24 117:19
118:8 120:11
120:13 126:16
128:14 130:25
136:10 141:21

148:13
**sound** 143:25
149:3 151:15
**sounds** 62:18
98:14 150:18
**Southard** 1:12
4:2,10,13
138:1 147:17
**space** 103:13
**speak** 19:10
**speared** 66:2
**special** 81:17
92:17 119:8
**specific** 37:6
**specifically**
49:12
**speculation** 16:1
**spend** 51:25
**spoke** 40:9
42:24
**sponsor** 105:10
106:9 110:18
**sponsored**
111:15,17
**sponsoring**
104:21
**sponsorship**
70:18 106:25
**spotlight** 137:7
**St** 5:13 6:7,9,11
91:7 92:10,11
**stack** 8:23
**staff** 147:15
**stamp** 101:1
**stand** 68:4
**standard** 58:12
**standards** 69:2
69:4,11,17
70:3 142:7
**standing** 64:2
**stands** 53:20,21
78:5
**start** 69:5 113:1
123:1 137:8
**started** 13:18
18:7
**starting** 127:9
127:19 142:25

**state** 4:8
**stated** 56:25
88:13 95:20
96:9
**statement** 17:18
33:7 35:24
37:17 50:5
70:6 84:25
123:22 132:8
**statements**
84:23
**states** 1:1 138:16
143:8 147:15
**stating** 131:4
149:9
**stay** 60:17 109:1
139:22
**stays** 29:19
**steering** 115:20
**step** 60:5,6,18
61:24 62:7
65:2 67:2,4,12
68:14 72:12
**stepping** 24:4
**steps** 141:17
**steward** 75:24
**stop** 5:3,9 102:6
**stopped** 150:1
**street** 82:1
**Strike** 52:17
79:18 135:24
**stuff** 94:19
**subject** 138:6
143:5
**subjective** 69:12
**subsection**
79:14,17
**substantial**
90:22,22 91:12
**successful** 27:13
95:13
**sudden** 134:11
**Suite** 1:24
**summer** 17:16
108:6
**summertime**
125:15
**summoned**

133:9 134:15
136:1 144:16
144:20
**summons** 133:2
144:10
**Sunday** 109:15
**support** 15:19
**supposed**
118:19
**sure** 9:24 13:7
13:16 14:23
16:6 18:20
23:3,13,16
35:11 37:19
40:15 43:18
47:22 61:2
81:7 86:22
90:8 94:22
95:25 99:11,14
99:18 100:10
107:22 110:10
127:2,4 140:19
142:9 144:4
145:9,11
**surprisingly**
88:18 89:5
**suspend** 27:16
28:20 47:19
**suspended**
28:22 47:15,23
**suspension**
27:22 28:2,7,9
28:12,14
**sway** 137:4
**Sweet** 107:10
**swim** 12:20
**sworn** 4:4
**system** 37:8
69:25

---

**T**

**table** 76:1
**tabled** 76:8,13
80:19,20
**take** 12:20 13:18
33:1 47:7
116:20 137:22
147:7,23

**taken** 1:13,22
  13:8 16:7 87:9
**takes** 31:15
  88:12
**talk** 15:23 20:18
  20:19 41:3
  60:7 62:14
  67:21 76:15
  88:3 99:4
  135:17
**talked** 62:1 68:5
  128:15
**talking** 8:23
  11:5 57:10
  74:11,11 76:12
  99:15 105:18
  105:19 106:2
  120:15 121:22
  124:18 136:8
  148:2
**talks** 66:18
**Tampa** 1:2 2:11
**teaching** 111:20
**team** 31:18,18
  81:12
**tell** 7:15 14:25
  25:7 57:5 71:4
  115:8,21 116:4
  126:8 133:22
  142:22 144:8
**telling** 16:2
  80:18 116:24
  151:10
**temperament**
  118:18
**Ten** 100:11
**term** 30:4
**terms** 9:2,7 23:6
  26:6 29:8 33:9
  59:24 62:25
  70:24 103:21
**test** 9:5
**testified** 4:4
  16:17
**testimony** 16:18
**Thank** 97:17
  137:20 140:25
  147:24

**thereabouts**
  12:24 14:7
**thick** 8:23
**thing** 9:8 10:23
  18:14 22:2
  33:16 52:25
  74:23 106:7,23
  106:25 108:6
  117:4 140:17
  141:16
**things** 9:3 11:25
  16:7,22 19:13
  20:22 33:17
  43:8 69:12
  70:23 75:10
  76:3 84:20
  85:23 86:16
  139:20 140:25
  146:10 149:5
  150:4
**think** 11:11
  13:20 14:23
  22:16 23:20
  27:2 34:6
  37:19 58:4,21
  63:18 65:24,25
  83:24 86:21
  87:4 90:17
  91:12 92:16,20
  95:14,17 96:18
  98:7 100:10
  104:25 112:23
  117:18 126:1,2
  127:9 128:21
  133:1,1 135:5
  139:3 147:6
  148:7
**Thirty** 83:4,5
**thought** 17:22
  23:4 26:19
  40:2 50:24
**three** 8:24 14:11
  42:12,24 63:23
  63:24 66:2
  88:24 97:25
  112:17 126:24
  127:24
**three-month**

  96:8,20,23
**throwing** 97:9
  98:12
**thrown** 21:1
**tie** 30:20 31:1,2
**tied** 30:15 31:10
  31:24 32:1
**tieing** 31:3,15
**time** 1:15 10:9
  11:23 12:11,14
  13:13 17:14,16
  17:23 27:3,5
  31:15,16,17
  32:14 35:13
  42:9 44:3
  52:15 53:2
  55:8 56:23
  63:12,25 65:7
  71:25 72:2,6,7
  72:20 74:2
  78:6 79:2,20
  79:21,24 80:2
  93:5 96:25
  97:4 101:8,14
  101:14 103:9
  105:21 106:19
  112:7,22 113:8
  114:20,22
  117:25 118:25
  119:11 123:12
  123:17 124:14
  125:10 126:20
  127:7,10 128:6
  128:7,9 131:25
  133:1,2,11
  134:1 135:5
  139:20 145:10
  149:1,2 151:19
**times** 4:15 42:14
  46:14 71:19
  87:20 112:17
**title** 10:15 13:2
  42:9
**titles** 25:10 26:8
**today** 5:7 12:25
  27:7 73:24
  97:13 125:22
  138:4 140:2

**told** 30:10 37:21
  126:12 130:13
  131:13 134:15
  148:25
**tone** 149:5
**Toni** 35:1,2
  39:20 40:8,9
  40:15 41:12,24
  42:5,6 61:6
**top** 63:18 142:1
  142:4 143:15
**total** 25:24
  26:24 31:13
  63:23,23,24
  82:22
**totally** 14:23
  64:12
**touch** 146:13
**touchy** 69:17
**touchy-feely**
  70:2
**tracking** 37:16
**training** 60:14
**transition**
  115:12
**transitioned**
  85:16
**translate** 127:3
**transportation**
  109:20
**Treasurer** 26:10
  27:3,5 84:8,9
  118:15 119:11
  120:7 121:17
  122:2,4,9
  123:11 124:13
**trick** 26:2 56:15
**troublesome**
  138:17,22
  139:5
**true** 43:22,22,23
  98:9,10 102:3
  102:4 116:9,11
  151:5
**try** 62:14 150:4
**trying** 18:19
  26:2 56:15
  115:16 134:7

  149:5,22
  151:15
**Tuesday** 142:6
  143:18,24
**turned** 61:11
**Tuscawilla** 2:6
**Twenty-one**
  58:16
**two** 8:23 10:13
  12:2 19:13
  33:16 60:19
  63:17,22,23
  66:2 81:10,15
  81:21,21,23
  82:1,7 91:14
  91:22,24 97:9
  98:13 101:16
  101:22 103:6,7
  126:24 127:24
  140:14 145:4,5
**two-for-one**
  81:17 82:4
**type** 15:11 18:25
  91:14 117:8

**U**

**Uh-huh** 18:11
  41:5 45:17
  68:17 124:22
**Ulmerton** 1:24
**ultimately** 23:11
  28:11
**understand** 5:1
  5:4,8,11 11:21
  20:3 32:1
  36:12 39:14,19
  46:7 49:15
  55:1 69:23,25
  77:16 90:20
  128:14 134:9
  134:18,24
**understanding**
  15:9,22 28:10
  37:15 47:24
  51:4 52:23,24
  116:17 133:22
**understood** 5:10
**unfamiliar** 50:3

unfettered
103:10,17
104:2 105:21
106:20 107:2
unfounded 16:1
unilaterly
76:3 129:3,5
130:4
UNITED 1:1
untrue 57:2
unusual 134:3
updates 85:22
upkeep 16:6
upset 133:15
use 39:24 93:7
103:20
usually 19:3
21:11 22:19
60:11 62:11,24
75:8 77:7
92:24 101:7,13
101:21 109:19
118:18

**V**

v 1:5
vacated 15:17
value 90:17
various 13:8
16:8 17:2 20:8
108:10
vent 67:17
Venza 2:2,3 3:3
4:7 34:8,18
37:22 39:8
40:21,24 41:20
45:9 49:22
52:16 53:12,19
54:6,19 55:19
57:7 69:22
72:21 73:16
74:17,18,22,25
75:2,3,23
76:10 78:12
79:11 88:2
89:19 90:18
91:3 95:23
111:7 114:8,18

123:15 129:23
131:10 132:16
133:21 134:13
135:7 137:10
137:14,19,21
139:19 140:1
140:13 142:17
142:21 145:2
146:25 147:5,9
148:14 150:2
150:13 151:3
verbalize 18:15
verbally 19:10
verification
38:10
verifies 38:13
verify 31:9 38:4
38:16 39:16,24
43:25
versus 52:2
91:18 92:4
vet 60:8
vetted 96:15
vetting 60:15
Vice 13:10,12
25:12 26:8
48:5 63:19
view 116:9
123:4
Village 2:3
violated 23:8
violating 20:16
21:4,6
violation 49:10
129:15 134:19
violations 20:21
void 14:5
Volume 1:11
151:20
volunteer 17:3
volunteers 17:8
33:19
vote 21:3 25:5
27:10,15,18
29:9,12 36:21
65:25 66:13,20
67:15 70:15
71:11 80:11

84:4
voted 29:14,14
29:21,22 70:13
72:9,12 76:8
76:13
voting 28:19
34:1,2 76:15
94:3 110:7

**W**

wait 43:14
119:21 124:16
124:16
walk 121:7
140:7,14 141:1
walked 118:15
119:15 120:14
120:15 124:20
walking 31:5,9
32:7,8 101:5
103:21
want 5:3 22:17
46:8,8 48:18
52:8,11 57:17
60:10,11,12
77:6 79:15
97:15 106:12
130:14 138:17
148:16
wanted 7:19
15:11 87:24
89:4,7 145:9
145:11 149:3
wanting 116:7
wants 57:13
warned 130:10
135:16,21
warning 53:3
54:4 131:18
135:10
wasn't 9:16 15:2
15:4,5 24:17
26:2 52:11
72:11 113:6,14
126:3 127:12
135:23
water 60:13
98:7 107:20

waterfront
21:25 22:1
way 5:2 7:7 13:5
13:7 21:8 24:8
25:1 42:6 59:6
59:11 64:15,24
67:1 68:25
83:6 91:19
95:24 102:1
114:3 115:15
116:20,25
120:18 137:11
146:9
we'll 69:5 99:20
124:16
we're 7:4 16:25
57:8 59:14
73:23 74:11,11
92:19 98:11,12
105:3,4,18,19
120:15 124:17
127:14 133:23
136:8 146:14
we've 20:23
32:13 36:7
39:25 71:15
74:12 87:7
134:10
wealth 69:14
web 45:12 46:20
47:15,19 50:23
84:25 85:23
86:1 95:4 97:8
website 45:13,21
45:22 46:1,6
46:12 47:6,12
47:22,25 85:13
85:16 86:11,13
88:3,8 89:13
95:6,7,9 97:12
99:10
wedding 104:7
104:10 105:10
105:12,17,19
105:24 106:3
weddings
104:17
week 61:11

108:5,7,9
109:4,5,7
110:15 111:13
112:17,18
144:11
weekend 30:12
weekends 109:8
109:14
weeks 103:6,7
welcome 66:22
88:19 95:20,22
95:25
went 7:21 14:18
70:24 79:18
141:15 144:20
146:9
weren't 4:18
122:24 137:8
West 2:4,11
whatsoever 94:3
110:7 130:3
wheel 115:20
When's 65:2
114:22 117:25
Why's 85:21
wife 5:15 12:11
81:12
willing 88:15
Windward
56:18,19 57:3
85:24 86:1,5
86:18,20,21,23
87:20 99:12
wins 103:16
Winward 75:2
witness 1:22
52:11 126:18
148:12
witnessed 53:17
124:14 135:13
135:14,15
witnesses
127:17
woman 14:20
119:13
women's 97:23
won 103:24
word 5:2

**words** 16:25
26:14 54:11,14
68:22 86:13
98:12 99:23
117:19 128:16
**work** 6:15 7:7
13:5 16:8 17:5
17:7,13,20,20
18:6,7,10
45:20 46:16,16
46:17,18 47:1
47:3,4,8 71:4
86:7 110:20
111:18 140:10
149:5,23 150:4
151:15
**worked** 13:7
149:1
**working** 149:19
**workings** 134:8
**works** 45:23
**world** 30:15
83:15
**wouldn't** 69:2
125:15 146:7
**Wow** 121:24
122:5
**wrist** 101:1
**write** 58:23
**writers** 89:3
**written** 21:9,10
58:1 59:5 69:7
97:20 147:13
**wrong** 42:20
67:24
**wrote** 149:9

———————
**X**
**X** 3:1 101:19
**X'** 20:24
**Xmas** 102:11

———————
**Y**
**yacht** 1:6 5:16
7:16 10:16
12:4,22 13:6
13:25 14:15
15:12 17:19
18:23 22:7

23:24 30:22
33:10,23 35:6
36:6,16 37:14
37:24 38:9
43:13 44:19
48:7,13,17
49:25 50:8
52:5,8,22 53:4
54:25 55:4,8
56:18 64:22
69:24 72:23
73:10,24 74:7
75:6,17 76:17
77:19,24 78:17
78:25 79:21
84:24 88:8
89:15 90:6,9
90:14,24 91:4
91:6,7,13,14
91:16 92:11,12
92:15 93:22
94:1 95:1,9,15
96:6,8 97:8
98:5,8,12,18
102:6 103:12
103:17 104:8
104:15 105:15
106:16 107:11
108:3,12
109:10 110:3
111:1,11,13
112:14,20
113:5 136:15
137:4 138:7
140:4 141:8
144:22 146:11
146:19
**yeah** 11:6 16:25
19:11 26:14
29:12 31:24
58:10 64:5
67:16 74:1
75:9 96:22
100:12 101:22
102:24 108:9
113:1,3,13,19
118:10,21
134:20 141:24

**year** 11:12,19
16:11 17:14
21:18,18 26:14
26:16 27:9
29:16 32:19
33:3 48:22
55:20 56:12
57:10 71:19
83:13 84:14,19
91:10 92:23
98:17,24 99:19
100:1 101:15
102:11 103:14
103:14 105:24
107:11 108:7,8
117:15 118:5,6
128:22 136:21
140:23
**years** 5:24 13:18
13:23 14:11
23:24 24:21
48:7 61:3,14
61:17 69:13
112:21,23
136:19,23
**Yep** 25:22
**young** 107:16

———————
**Z**
———————
**0**
———————
**1**
**1** 3:9 114:10,16
114:23 125:25
126:6
**1.5** 95:10
**1:37:01** 3:11
**10** 13:18 83:21
97:9 98:13,16
102:25
**100** 1:24 11:5,6
65:12
**106** 5:13
**11** 84:1 100:1
107:23 111:3
**11:44** 147:12
**114** 3:9
**12** 3:11 143:2

**12:08:04** 3:13
**12:56** 1:15
**125** 65:12 81:7
81:14 82:4,8
**12th** 143:23
144:20
**13** 136:19,23
**13555** 1:17,24
**137** 3:10
**14** 1:14 29:12
**142** 3:11
**145** 80:24 82:20
82:22 92:5
**147** 3:12
**148** 3:13
**15** 3:12,13 26:24
27:11,15,18,22
28:4,5,8,20
29:1,9,11
46:24 47:1
61:3,14,17
83:24
**150** 81:7,15
**15th** 145:24
146:2,17
147:12 150:14
**16** 6:20 107:10
107:23 111:3
**160** 101:17
**16th** 44:12
114:21
**18** 14:16 58:15
91:23 128:22
**18,000** 48:9
**180** 30:15,20
**19** 128:22
**1965** 134:10

———————
**2**
**2** 3:10 60:18
82:4 137:16,17
**2,400** 91:9,18,19
92:4
**20** 5:24 120:20
**200** 12:24 36:20
42:18,19 101:9
101:11
**2004** 7:18 8:4,4

8:19 9:1 10:7
10:21 11:2
12:3,21 13:17
23:11,20 27:1
43:14 58:6
64:16 72:8
**2007** 43:19,21
112:25 113:1
136:19
**2009** 113:2
**2016** 6:19
**2017** 41:24 42:3
**2018** 13:24 14:1
14:6,13 17:12
18:7 24:2 27:4
35:10,13 38:24
39:4 41:23
44:5,9,12
52:19 57:10,10
59:12 60:5
61:21 64:18
70:24 72:22
73:3 114:3,21
114:24 115:9
115:10 117:10
117:23 118:7
125:12,17,19
125:20,24
128:10,23
130:4,10 132:4
**2018/'19** 101:9
**2019** 1:14 3:10
3:11,12,13
12:25 27:9
39:2,4 41:23
43:22,24 45:14
47:14 48:23
50:2,9,12,16
51:14 53:23
55:24 56:12,18
56:25 59:16
70:24 71:6
73:6,17 74:12
74:25 76:17
77:19 78:24
79:20 80:23
81:6 82:10
87:6,11 88:7

88:13 95:8
96:5 97:7
127:9,13,20,25
128:2,24 129:1
130:8 131:11
132:8,9,25
133:5,7 136:2
136:24 138:12
143:2,24
147:12
**2020** 112:21
**207** 2:6
**21** 55:20 58:16
58:20,24
110:25
**21st** 55:24 56:25
136:18
**22** 3:10
**22nd** 112:21
138:12 142:6
**250** 73:3
**25th** 5:13,22
**29** 64:2 88:7
**29th** 88:13 95:8
96:5 97:7

———— **3** ————
**3** 3:11 69:8
79:14 142:18
142:19 145:13
**30** 18:9,10 83:1
**300** 11:5
**30th** 83:10,16,17
**31** 83:12
**31st** 47:14 83:13
83:14,18
**32667** 2:7
**33409** 2:4
**33607** 2:11
**33704** 5:13
**33762** 1:17,25
**35** 65:10,20

———— **4** ————
**4** 3:3,12 67:2
147:2,3,7,10
148:19
**40** 18:9,10
**400** 2:11 11:19

**4301** 2:11
**450** 92:6
**480** 92:6

———— **5** ————
**5** 3:13 67:4,13
68:14 148:7,10
148:23
**50** 30:14

———— **6** ————

———— **7** ————
**7:16** 1:15
**7:49** 3:10 138:12

———— **8** ————
**8:19-cv-00772...**
1:5
**80** 61:11 101:12
101:21
**8th** 143:24

———— **9** ————
**90** 93:24 94:2,4
94:5
**90-day** 97:1
**905-322** 2:3
**931** 2:3