**Membership Application**

Join BCYC Today ~ Florida's friendliest sailing club

Contact BCYC's Membership Chair with any questions you may have about membership at 727 420-9737. Dues are surprisingly reasonable, and we are always ready to welcome new members.

*We're sorry but liveAboards are **NOT** permitted in the basin or in the bay per our lease with the city. LiveAboards are allowed if docked in a Marina or on a Gulfport mooring ball.*

*Applications must be entered/completed and payment received by the 20th of the month prior to Board Meeting. Applications received after the 20th, will be reviewed the following month.*

To apply for membership you **MUST** complete the BCYC Membership Application online (click the "**Next**" button at the bottom of the page to begin).

The initiation fee, background check fee and dues may be paid by credit card when you complete the application or you may MAIL your check made payable to:

Boca Ciega Yacht Club
PO Box 530848
Saint Petersburg, FL 33747

*Paper applications are no longer accepted. Please do NOT mail any checks to the club's street address!*

Membership Approval Process

- **One Time Membership Fee Breakdown:**
  *PAID VIA THE WEBSITE AS PART OF THE APPLICATION PROCESS*
  $200 One Time Initiation Fee
  $145 Quarterly Membership Fee/Dues ~ *Just $1.59 per day*
  $ 25 Club Key deposit (per key; *returned upon resignation*)
  **$370 Total Due with Application and paid via the website**

- **$35/pp Background Check Fee** - *This fee is to be paid directly to the security company, they will send you a bill*

- All charges must be paid prior to the Board Meeting.

- Once the background check has been completed, the New Member Applicants will receive a call from the Membership Committee and advised of the next steps.

- All prospective members MUST provide proof of residency.

Reinstatement Requests

Former BCYC members who have allowed their membership to lapse may apply for reinstatement using the form below. *Please note that additional steps or process might be required.*

If you have any questions, please contact the Membership Chairperson Gerri Angel at or membership@SailBCYC.org
(727) 345-9837

| Level | 1 BCYC NEW Member Application - $370.00 (USD) |
|---|---|
| | **Subscription period: Unlimited** |

Fill in application form                                                                 * Mandatory fields

* First Name [        ]
ON THE MEMBERSHIP APPLICATION: Include your spouse/partner's first name (e.g. John & Mary). If your spouse/partner has a different last name, please enter their full name in the spouse/partner field below.

FOR DONATIONS: Simply enter your first name

* Last Name [        ]

ON THE MEMBERSHIP APPLICATION: If your spouse/partner has a different last name, enter their full name in the spouse/partner field below.

FOR DONATIONS: Simply enter your first name.

**\* Address** [ ]
Please enter your Florida address. You must have a "local" address to be a member.

**\* City** [ ]
Please enter your Florida address. You must have a "local" address to be a member.

**\* State** [ ⌄ ]
Please enter your Florida address. You must have a "local" address to be a member.

**\* Zip Code** [ ]
Please enter your Florida address. You must have a "local" address to be a member.

**\* Preferred Phone** [ ]
Please enter your complete PREFERRED phone number in the following format: (XXX) 555-5555.
This number will be printed in the paper directory.

**Home Phone** [ ]
Enter your complete home number in the following format: (XXX) 555-5555

**Cell Phone** [ ]
Enter your complete cell phone number in the following format: (XXX) 555-5555

**Work Phone** [ ]
Enter your complete work number in the following format: (XXX) 555-5555

**Email** [ slinkybelle17@yahoo.com ]
ON THE MEMBERSHIP APPLICATION: Enter the email address for the first member listed.

FOR DONATIONS: Simply enter your email address.

**Date of Birth** [ ]
Required for NEW MEMBER APPLICANTS. This information will not visible to others. Your birthday (day only) will be celebrated during your birthday month in Windwords newsletter.

**\* Gender of Primary Member**
○ Female
○ Male

This field is required for background checks

## Family Information (for Membership Privileges)

**Spouse/Partner Full Name** [ ]
Only enter your spouse/partners name here if the last name is DIFFERENT than the primary member. Otherwise, please leave this field blank.

**Spouse/Partner Preferred Phone** [ ]
Please enter your complete phone number in the following format: (XXX) 555-5555

**Gender of Spouse/Partner** Clear selection
○ Male
○ Female

This field is required for background checks

**Spouse/Partner Other Phone** [ ]
Please enter your complete phone number in the following format: (XXX) 555-5555

**Spouse/Partner Email** [ ]
This email appears in the member directory. You can NOT use this email to log into your membership record.

**Spouse/Partner Date of Birth** [ ]
This information will not visible to others. Your birthday (day only) will be celebrated during your birthday month in Windwords newsletter.

**Children - Names & Ages** [ ]
Please list all names and ages of children, 20 years and under, that would like to have Member privileges. There is no additional charge as BCYC memberships are for the family.

**Interests**

| Field | Value |
|---|---|
| Referred by: | |

Please let us know who referred you to BCYC.

## Emergency Medical Information

| Field | Value |
|---|---|
| * Emergency Contact Name | |
| * Emergency Contact Phone | |
| Emergency Contact Relationship | |

## Boat Info (if you own a boat). The Fleet Captain will edit Slip & Insurance info

| Field | Value |
|---|---|
| Primary Boat - Name | |
| Primary Boat - Make | |
| Primary Boat - Length | |
| Primary Boat - Beam | |
| Primary Boat Registered In | |
| Primary Boat Registration # or Documented Vessel | |
| Primary Boat Registration Expiration | |
| Where do you keep your primary boat? | |
| Dinghy - Make & Name | |
| Dinghy - Length | |
| Boat #2 - Name | |
| Boat #2 - Make | |
| Boat #2 - Length | |
| Boat #2 - Beam | |
| Boat #2 Registered In | |
| Boat #2 Registration # or Documented Vessel | |
| Boat #2 Registration Expiration Date | |
| Do you own any other boats? Please describe | |

* I/we hereby agree to abide by the bylaws, rules and regulations of the Boca Ciega Yacht Club.
○ Yes
○ No

Did you attend BCYC Adult Sail School?
Clear selection
○ Yes
○ No

## New Member Info ONLY

* Reference Names and Phone Numbers

Please provide two reference names and phone numbers.

| Field | Input |
|---|---|
| * Have you or your spouse/domestic partner ever been convicted or plead Nolo Contendere to a felony? | ○ No <br> ○ Yes |
| If yes, please explain: | [ ] <br> Please explain: |
| * Current Employer | [ ] <br> Please provide the name of your current employer. If retired, please enter "Retired". |
| How Long? | [ ] <br> How long have you been with this employer? |
| Employer Address | [ ] |
| Employer City | [ ] |
| Employer State | [ ] |
| Employer Zip Code | [ ] |
| Employer Phone | [ ] |
| * I/we authorize the verification of the information in this application. | ○ Yes <br> ○ No |
| * I/we authorize a background check. | ○ Yes <br> ○ No |
| * Agreement to comply with BCYC Bylaws, Policies and Lease Agreement | ○ Yes <br> ○ No <br> Answering yes to this question means that as a BCYC member you agree to comply with BCYC's bylaws and policies as well as the terms of BCYC's lease with the City of Gulfport. These documents are available on BCYC's website. |
| * Agreement to comply with the City of Gulfport's Lease LiveAboard requirements | ○ Yes <br> ○ No <br> YES = You agree to Gulfport's prohibition of "living on board" defined by BCYC's lease with the City of Gulfport. LiveAboards are allowed if their boat is in a Marina or Gulfport mooring ball. Failure to comply is deemed an automatic resignation. |

[ Cancel ]                                                    [ Back ] [ Next ]