1/23/2020 Case 8:19-cv-00772-VMC-JSS Document 128-16 Filed 01/24/20 Page 1 of 29 PageID 2074

Mail - Samantha King - Outlook

12:33 PM Sat Nov 30 · LTE 45%

🔒 dropbox.com

B Spe County Fl.. Top 10 Min.. Adoptable.. BCYC / Bo.. BCYC / Bo.. BCYC / Bo.. Dropbo..

Minutes 2012 01 B.pdf

Edward Jones account to purchase a new jib crane for the Club. Yea 8 Nay 1 Motion passed.

8. Doug Fuller provided a recommendation for 5 other club projects. Doug moved that these projects be completed as soon as funds become available. Cathy Talisman seconded the motion. Projects had been approved last year, but funds never became available. Yea 9 Nay 1 Motion passed.

9. Doug Fuller moved that we order the jib crane now and take out a loan to pay for it Cathy Talisman seconded the motion. Discussion followed. Yea 0 Nay 8. Motion did not pass.

### New Business

1 .Debbie Vance indicated the nominating committee will be making its announcement/recommendation for a replacement for Bob Hall as Rear Commodore.

2. Don Rogers expressed dissatisfaction with the current maintenance company. He has received a bid/quote from a new company in the area. The new company has offered a great contract at just under $200. Don will contact the two companies and let them know that we acknowledge the need of a new contract and that we will not need the services of the current company any more will charge just under $200 per month for weekly visits to the club. Our current company charges a bit over $300.

3. ...

...Mike Mogavero has communicated with ROTC at USF and has volunteered to teach them sailing. They would like to use our Sunfish and Prams. Mike made a motion to use BCYC boats. Doug Fuller seconded the motion. Yea 8 Nay 0 Motion passed.

5. Doug Fuller suggested a way to bring in new members. Current members should bring prospective members to meetings and events to encourage joining. Incentives could be given to

*ROTC / USF*

current members if prospective members join; reduction in their dues, etc. Also, new members express interests, but we don't follow up on their interest in participating. We need to keep people involved.

6. Steve Conn volunteered to help Gerri with membership.

... Boat Parade and 4th of July.

Motion to adjourn ...

**Second:** Jeff Sterns
**All in favor** 10 **Time:** 10:00 p.m.

Respectfully, Sheri Ogorek

1:43 PM  Fri Nov 29       ..Il LTE 🔋 17% ⬜

‹   📖   A A     🔒 dropbox.com     ↻   ⬆   +   ⧉

Po   BCY(   Spectrum..   County, Fl..   Top 10 Min..   Adoptable...   BCYC / Bo...   BCYC / Bo...   ⊙ Dropbo...

‹   🗂      Minutes 2009 03 G.pdf      I←



# BOCA CIEGA YACHT CLUB
### General Meeting Agenda
#### 03/20/2009

**Merchandise** – Judy Trehy
New merchandise, bags, burgee.

**Security** - Steve Butcher
Report given by Janet Terrell - cameras have been installed and are operating by each entrances door to the club and to the office.
Plans to install a camera for the gate which can read the license plate, looking into cost.
Also looking into for the gate to automatically open, with electric sensor or swipe card, est. $2,000.
Janet showed the club where the cameras were in the club.

**Waterway Watch** - Glen Dobos
Old flairs, oil, gasoline, brochure available giving location where they can be discarded.

**Website** – Roy Young
Logon for members to the Website is BCYC, password is matey

**Birthdays** -  Carol Lynch
Party for Joyce Brady, need the name of a caterer,

**Any Other Reports?**

**Approval of February 2009 minutes:**

**Additions or changes to the :**

**All in favor : Yes Time:**

**OLD BUSINESS**
No Report

**NEW BUSINESS**
Use of the Club by Gulfport Elementary School from 12 to 4 pm on June 3rd, 2009.

**G OFFICER - Tony Angel**

**Motion to :**

**All in favor : Yes Time:**

◄    4 / 4   ▼     ⊖     ⊕     ⤢     🖶

1:23 PM   Sat Nov 30                                                                    LTE  35%

<   AA                          dropbox.com

Portal     BCYC / Boc...   Spectrum...   County Ho ...   Top 10 M in...   Adoptable...   BCYC / Boc...   BCYC / Boc...   BCYC / Boc ...   Dropbo...

**Details**

**Size**

94.9 KB

View all detail

**Raft Up** _ Shep Massar – No report
**Rhumb Runners –** No report

**Sailing School** - Barb Berkowitz - Jennifer Rogers reported for Barb, about 14 and school students graduated... to others coming out. The sunset cruise/float was had a party. Cruises are set for Feb 22, 23, 24.

**Sea Scouts –** Tony Angel – Tony reported the Sea Scouts are coming up to their biggest weekend of the year. Eckerd College and our Sea Scouts host the Cat's Point Regatta. They need boats to be volunteered for sleeping spaces for scouts. It's a great event for us to be sponsoring.

**Security** -John Utley- No report
**Small Boats -** Mark Rother – No report
**Waterway Watch -** Glenn Dobos – No report



## Not just sea scouts and families and leaders but Eckerd college non members too

**Website** _ Roy Young – Roy indicated there are several members already keeping things updated on the website. He would like to change the way some of our events are presented on the front page.

**Windword –** Jennifer Rogers – Jennifer thanked the members for sending in articles and pictures.

**Youth Sailing** - Joel Heyne – No report

**Boat Show** – Lee Nell – Lee asked for volunteers to help with the upcoming boat show. There will be a meeting Tuesday, October 23 at 6:00. The boat show will be held November 29 to December 2. He would

1:20 PM  Sat Nov 30                          🔒 oropbox com                              ·ıl LTE 📶 · 35% 🔋⎯

89.06 KB

View all deta

The one design regatta will be on November 10-11. He will send out a notice of races.

**Waterway Watch** - **Glenn** Dobos – No report.

**Website** – Roy Young – The website is up to date. There is a good weather link on our site.

**Windword** – Jennifer

Yacht Sailing - No report

### Ad Hoc Committee Reports

**Chamber of Commerce liaison** – Bob Newcomb – Thursday February 3rd the chamber will have a meeting at BCYC. Also in February there will be a ladies fishing tournament at BCYC. On November 8th the Gulfport Casino will have a "Casino Royale" night.

**Birthdays** - We need a person to take this over

↑ GULFPORT CITY

**Any Other Reports?**
Apricot will be done by November.
Chili Chow- Lee Nell said there is no need for donations this year since we have everything
doe... volunteers to man the booth for 2 hours. The boat show is on November 3 ... ... in
booth ... ... boat show.
He is selling ...

### OLD BUSINESS

### NEW BUSINESS

**Approval of prior month's minutes:** -yes

**Flag Officer** - Tony Angel - Several flags were prepared...some members were not present...cowards... flags were presented all in good fun!

There was a motion from Bob Newcomb and second from Cathy Talisman to adjourn.  Motion was approved. The meeting ended 9:20 p.m.

Respectfully,

Case 8:19-cv-00772-VMC-JSS   Document 128-16   Filed 01/24/20   Page 5 of 29 PageID 2078

Back                                              🗓 Add to my calendar

## Gulfport's 2016 Pink Flamingo Tour of Homes



Gulfport's 2016 Pink Flamingo Tour of Homes is fast-approaching, so mark your calendars **now**, for **March 5th** for this ever so popular event.  The tour starts at 11:00 a.m. and continues through 5:00 p.m. So come early and be prepared to enjoy a delightful time in this funky, artsy city where creativity abounds!

As always, tour-goers will experience a diverse group of homes reflecting the imagination, whimsy and charm that characterize Gulfport! Allow yourself some time to take a mid-point break and have a bite at any of Gulfport's many culinary spots just minutes away. Or, perhaps, at tour end, peruse some of the stunning gift shops and art galleries in town. Or, just relax and have a drink with friends in Gulfport, known for its hospitality and friendliness!

For ardent tour-goers, please be aware that the Pass-A-Grille tour, usually this time of year also, will not be held this year, so the Pink Flamingo is your only chance to get that "Fix" we all need!!!

Tickets are $20.00 in advance and $25.00 on the day of the event   They may be purchased on-line at. www.pinkflamingohometour.com   Tickets may also be purchased at the Gulfport Welcome Center (corner of Beach Boulevard and 31st Street S ) using cash, check or credit card and also at Beach Bazaar (3115 Beach Blvd. S.) using cash or check. Events in Gulfport typically sell out, so don't delay!  Get your tickets now!

Everyone, including ticket holders, will need to register at the Boca Ciega Yacht Club (4600 Tifton Drive S.) on the day of the event in order to receive your tour book with a map of the area and the addresses of the homes.
The event is sponsored by the Gulfport Area Chamber of Commerce

For questions or additional information, call Karen Love at 770-497-1139 or karenlovegfl@gmail.com



Secretary - Lisa Glaser
No report.

**Past Commodore –** Jimmy Meyer
The advisory board met in regards to the wet and dry slips. They advised on an individual basis not to pay for the wet slips but to pay for the dry slips. It was voted at the Board Meeting that we release the wet slips. The reason was that Gulfport Marina has many wet slips available at this time. BCYC will give up slip 1A. The city is _____

Board Reports

## Standing Committee Reports:

**Activities -** Leah Hunter
East Lake High School Drama Club will be hosting our covered dish tomorrow night. They will cook and serve dinner and entertain us. The cost is $5.00. It starts at 6:00 and the show is at 7:30. It may be R rated and hide your alcohol.

**Annual Open House -** Jean Proach
Jean is looking for positions that are on a sign-up sheet. She needs boats to take _____. She needs a raffle, ride and trash coordinators, _____

**Audit -** Debbie Vance
No report.

**Blessing of the Fleet –** Guy O'Conner
It will be held on April 16 at 4 PM followed by a photo cruise and dinner back at the club.

**Capital Budget -** Doug Fuller
No report.



**Chaplain -**Andy Bell
Andy Bell resigned from the club. We will need a new chaplain.

**Cruising –** Richard Walters
The Big Boat Cruise will be September 15-19 on the Carnival Inspiration. The

1/23/2020                                           BCYC / Boca Ciega Yacht Club - Club Calendar

Show details

Deadline for Windword

| | |
|---|---|
| When | **02/26/2020** 12:00 PM |

Content & Photos must be sent to
windword@sailbcyc.org by **NOON** on the following
dates to make the printer's deadline for
publication:

- January 22
- February 26
- March 25
- April 22
- May 20
- June 24

Show details

Live Music at BCYC Friday Night Open Mic

| | |
|---|---|
| When | **02/28/2020** 7:30 PM - 10:00 PM |
| Location | BCYC Back Patio |

Just a bunch of musicians getting together to jam.
Audience is welcome!

**Live Music at BCYC Friday Night Open Mic**

Enjoy our beautiful BCYC patio **with music at 7:30 PM**

Musicians gather at 7:00 pm to set up. Music starts as
soon as we are plugged in and powered up. BYO
beverages and/or snacks. Clean up your own mess.

This won't be quite as slick as last Saturday night. (hey

Show details

| | |
|---|---|
| When | **02/29/2020** 4:00 PM - 9:00 PM |
| Location | Waterfront, Porch, Kitchen |

Hosted by Larry Brown.

Show details

| | |
|---|---|
| When | **03/02/2020** 8:00 AM - 6:00 PM |
| Location | BCYC |

Rhumb Runners will host a FWSA Interclub Regatta on
Monday, March 2nd, 2019, for Sunfish only.

St Patrick's Day theme - More details to follow!

Show details

Set up & Decorate for Wedding

| | |
|---|---|
| When | **03/06/2020** 6:30 PM - 7:30 PM |

# Kathy & Gary will be cleaning and decorating
# the clubhouse for their wedding on
# Saturday, March 7th.

# Please be respectful and leave

Show details

| | | |
|---|---|---|
| When | **03/07/2020** | This date is reserved for Gary Rhoads and Kathy Longacre's wedding, which will be a private event. |
| | 8:00 AM - 11:00 PM | |
| Location | BCYC Clubhouse, Patio, Porch | |

More details regarding when and which parts
of the club
will be utilized as the planning progresses.

<u>Show details</u>

| | | |
|---|---|---|
| When | **03/09/2020** | **Full Moon Sail Out - March 9th!** |
| | 6:00 PM - 11:00 PM | |
| Location | Clubhouse, Boca Ciega Bay | This month it's the "Warm" Moon! |

Captain's Meeting in the Clubhouse at 6:15 pm

Sail out will be just before sunset...
 Sunset - 7:36 pm
 Moon Rise - 7:48 pm

<u>Show details</u>

| | | |
|---|---|---|
| When | **03/13/2020** | Just a bunch of musicians getting together to jam. Audience is welcome! |
| | 7:30 PM - 10:00 PM | |
| Location | BCYC Back Patio | **Live Music at BCYC Friday Night Open Mic** |

Enjoy our beautiful BCYC patio **with music at 7:30 PM**

Musicians gather at 7:00 pm to set up. Music starts as
soon as we are plugged in and powered up. BYO
beverages and/or snacks. Clean up your own mess

This won't be quite as slick as last Saturday night. (hey

<u>Show details</u>

| | | |
|---|---|---|
| Start | **03/14/2020** | This month, our cruise will take us to _____! |
| | 9:00 AM | |
| End | 03/15/2020 | The Skipper's Meeting will be held on Saturday morning at **9:00 am**. |
| | 5:00 PM | |
| Location | BCYC Club House & then onwards | **Anyone** who is planning on going on a cruise should attend the Skipper's Meeting because this is where decisions are made: |

 ○ routes are selected,
 ○ timing is calculated,
 ○ weather is discussed,

<u>Show details</u>

| | | |
|---|---|---|
| When | **03/21/2020** | **Fish & Grab Meeting** |
| | 12:30 PM - 1:30 PM | **Saturday's after Work Day** |
| Location | BCYC Patio | **on the patio** |

**approximately 12:30pm - 1:30 pm**

Join us for an informal gathering of fishing wannabes/novices/intermediates/experts to talk about fishing and plan for events

March Monthly Covered Dish Dinner (& Jam)

| When | **03/21/2020** |
|------|----------------|
|      | 6:00 PM - 10:00 PM |
| Location | BCYC Club House |

Monthly Potluck Dinners are sponsored by different members and sometimes have a theme.

Happy hour/appetizers are usually starts around 6:00 pm and dinner is usually "served" at 7:00 pm.

**Please check back closer to the date to see what the theme/meal will be and to verify the timing.**

For specific details, please contact the Activities Chair, activities@sailbcyc.org

Show details

Windword Deadline

| When | **03/25/2020** |
|------|----------------|
|      | 12:00 PM |

Content & Photos must be sent to windword@sailbcyc.org by **NOON** on the following dates to make the printer's deadline for publication:

- January 22
- February 26
- March 25
- April 22
- May 20
- June 24

Show details

Live Music at BCYC Friday Night Open Mic

| When | **03/27/2020** |
|------|----------------|
|      | 7:30 PM - 10:00 PM |
| Location | BCYC Back Patio |

Just a bunch of musicians getting together to jam. Audience is welcome!

**Live Music at BCYC Friday Night Open Mic**

Enjoy our beautiful BCYC patio **with music at 7:30 PM**

Musicians gather at 7:00 pm to set up. Music starts as soon as we are plugged in and powered up. BYO beverages and/or snacks. Clean up your own mess.

This won't be quite as slick as last Saturday night (hey

Show details

FWSA Rainbow Regatta

| When | **03/30/2020** |
|------|----------------|
|      | 9:00 AM - 5:00 PM |
| Location | TBD |

FWSA Rainbow Regatta  hosted by Dinghy Dames

Drop off on 3/29

Contact rhumbrunners@sailbcyc.org

Show details

BCYC Single Hander (Sat/Sun)

Case 8:19-cv-00772-VMC-JSS   Document 128-16   Filed 01/24/20   Page 10 of 29 PageID 2083

| | | |
|---|---|---|
| When | **04/04/2020**<br>9:00 AM - 5:00 PM | This is a placeholder for BCYC's Annual Open House event (Fun Day).  More details to follow. |
| Location | BCYC | |

Show details

Fun Day: Placeholder (to Do #)

| | | |
|---|---|---|
| When | **04/04/2020**<br>11:00 AM - 4:00 PM | **April 4, 2020**<br>**BCYC FUNDAY!** |
| Location | BCYC Clubhouse, grounds and surrounding waters | BCYC invites Gulfport and the surrounding community to the club for a day of sailboat rides, other fun activities, and free hot dogs and sodas. |

*Members - we need boats to sign up to provide free rides!*

**Captain's Meeting at the clubhouse at 11:00 am**

Show details

Monthly Full Moon Sail Out

| | | |
|---|---|---|
| When | **04/07/2020**<br>6:00 PM - 11:00 PM | **Full Moon Sail Out - April 7th!** |
| Location | Clubhouse, Boca Ciega Bay | This month it's the "Pink" Moon! |

Captain's Meeting in the Clubhouse at 6:15 pm

Sail out will be just before sunset...

Sunset - 7:52 pm
Moon Rise - 7:39 pm

Show details

April Cruise

| | | |
|---|---|---|
| Start | **04/11/2020**<br>9:00 AM | This month, our cruise will take us to _____! |
| End | 04/12/2020<br>5:00 PM | The Skipper's Meeting will be held on Saturday morning at **9:00 am**. |
| Location | BCYC Club House & then onwards | **Anyone** who is planning on going on a cruise should attend the Skipper's Meeting because this is where decisions are made:<br>○ routes are selected,<br>○ timing is calculated,<br>○ weather is discussed, |

Show details

Spring 2020 Adult Sail School

| | | |
|---|---|---|
| Start | **04/15/2020**<br>6:30 PM | Spring Adult Sail School Schedule |
| End | 04/29/2020<br>9:00 PM | ○ Three classroom sessions:<br> ▪ Three Wednesday nights: April 15th, 22nd, 29th<br> ▪ 6:30pm - 9:00pm |
| Location | Boca Ciega Yacht Club, 4600 Tifton Dr S, Gulfport, FL 33711 | ○ Each student chooses either afternoon or morning (no mix and match) sessions:<br> ▪ Two Saturdays: April 18th & 25th<br> ▪ Mornings from 8:00 am - 12:00 pm |
| Spaces left | 11 | |

Register

Show details

Case 8:19-cv-00772-VMC-JSS   Document 128-16   Filed 01/24/20   Page 11 of 29 PageID 2084

dates to make the printer's deadline for publication:

- January 22
- February 26
- March 25
- April 22
- May 20
- June 24

Show details

Florida Women's Sailing Association meeting & luncheon

| | |
|---|---|
| When | **05/21/2020** |
| | 9:00 AM - 1:00 PM |
| Location | TBD |

### Florida Women's Sailing Association meeting and luncheon

*Who:* Hosted by the "Windlasses"

*When:* May 21st, 2020

*Where:* TBD

- TBD
- TBD
- TBD

Show details

Full Moon Sail Out - June 5th!

| | |
|---|---|
| When | **06/05/2020** |
| | 6:30 PM - 11:00 PM |
| Location | Clubhouse, Boca Ciega Bay |

### Full Moon Sail Out - June 5th!

This month it's the "Strawberry" Moon!

Captain's Meeting in the Clubhouse at 6:45 pm

Sail out will be just before sunset...

Sunset - 8:24 pm
Moon Rise - 8:32 pm

Show details

June Cruise

| | |
|---|---|
| Start | **06/06/2020** |
| | 9:00 AM |
| End | 06/07/2020 |
| | 5:00 PM |
| Location | BCYC Club House & then onwards |

This month, our cruise will take us to _____!

The Skipper's Meeting will be held on Saturday morning at **9:00 am.**

**Anyone** who is planning on going on a cruise should attend the Skipper's Meeting because this is where decisions are made:
- routes are selected,
- timing is calculated,
- weather is discussed,

Show details

Fish & Grab Meeting

| | |
|---|---|
| When | **06/20/2020** |
| | 12:30 PM - 1:30 PM |
| Location | BCYC Patio |

### Fish & Grab Meeting
### Saturday's after Work Day
### on the patio
### approximately 12:30pm - 1:30 pm

Join us for an informal gathering of fishing wannabes/novices/intermediates/experts to talk about fishing and plan for events

Sail out will be just before sunset...

Sunset - 5:46 pm
Moon Rise - 5:57 pm

Show details

## Past events

| | |
|---|---|
| 01/22/2020 | Deadline for Windword |
| 01/18/2020 | January Potluck - Flag Officer's Dinner |
| 01/18/2020 | Rhumb Runners Advisory Board Meeting |
| 01/17/2020 | Sea Tow Presentation |
| 01/15/2020 | Rhumb Runners: FWSA Meeting & Luncheon |
| 01/11/2020 | Matt Maloy - Private Birthday Party |
| 01/11/2020 | January Cruise - Mandalay Channel |
| 01/10/2020 | January Sunset/Full Moon Sail Out |
| 01/04/2020 | 2020 Installation Banquet - Change of Watch |
| 12/31/2019 | BCYC New Year's Hootenanny |
| 12/27/2019 | Live Music at BCYC Friday Night Open Mic |
| 12/14/2019 | 2019 Lighted Christmas Boat Parade |
| 12/12/2019 | Rhumb Runners Annual Holiday Party |
| 12/11/2019 | December Sunset/Full Moon Sail Out |
| 12/10/2019 | America's Boating Club Annual Meeting / Holiday Potluck |
| 12/06/2019 | Live Music at BCYC Friday Night Open Mic |
| 11/24/2019 | Rhumb Runners Racing - Last Fall Race & Turkey Party |
| 11/22/2019 | Live Music at BCYC Friday Night Open Mic |
| 11/16/2019 | Wineglass Painting & Wine Tasting (Potluck) |
| 11/16/2019 | Fish & Grab Meeting |
| 11/16/2019 | Rhumb Runners Advisory Board Meeting |
| 11/15/2019 | New Member Reception |
| 11/13/2019 | CANCELLED!! Fish & Grab Kingfish Tournament |
| 11/11/2019 | November Sunset/Full Moon Sail Out |
| 11/11/2019 | Gulfport Historical Society: Armistace Day |
| 11/09/2019 | The One Design Championship 2019 |
| 11/09/2019 | November Cruise - Terra Ceia |
| 11/08/2019 | Live Music at BCYC Friday Night Open Mic |
| 11/06/2019 | FWSA Championship Regatta |
| 11/01/2019 | 2019 Cat's Point Regatta |
| 10/31/2019 | Band Practice |
| 10/27/2019 | Rhumb Runners Racing - Halloween Race |
| 10/26/2019 | Mack 'n' Gnaw Race |
| 10/25/2019 | Live Music at BCYC Friday Night Open Mic |
| 10/19/2019 | October Monthly Covered Dish Dinner (Potluck) |
| 10/19/2019 | Fish & Grab Meeting |
| 10/17/2019 | Band Practice |
| 10/13/2019 | October Sunset/Full Moon Sail Out |
| 10/12/2019 | Greater Tampa Bay Area Commodore's Cup |
| 10/11/2019 | Live Music at BCYC Friday Night Open Mic |

Case 8:19-cv-00772-VMC-JSS   Document 128-16   Filed 01/24/20   Page 13 of 29 PageID 2086

| 10/10/2019 | Audit Committee Meeting |
|---|---|
| 10/05/2019 | October Cruise - Beer Can Island |
| 10/04/2019 | Band Practice |
| 10/02/2019 | Fall 2019 Adult Sail School |
| 09/27/2019 | Live Music at BCYC Friday Night Open Mic |
| 09/21/2019 | September Monthly Covered Dish Dinner (Potluck) |
| 09/21/2019 | Fish & Grab Meeting |
| 09/17/2019 | Rhumb Runners: FWSA Meeting & Luncheon |
| 09/13/2019 | Porch Jam |
| 09/13/2019 | September Sunset/Full Moon Sail Out |
| 09/07/2019 | September Cruise - The Club at Treasure Island |
| 09/06/2019 | Porch Jam |
| 08/25/2019 | Rhumb Runners - Sunfish/Pram Sailing Day |
| 08/24/2019 | Rhumb Runners - Capri Sailing Day |
| 08/17/2019 | August Monthly Covered Dish Dinner (Potluck) |
| 08/17/2019 | Fish & Grab Meeting |
| 08/16/2019 | Sea Scouts Fundraising Dinner |
| 08/15/2019 | August Sunset/Full Moon Sail Out |
| 08/11/2019 | Fish & Grab Expedition (part 2) |
| 08/10/2019 | Fish & Grab Expedition (in two parts) |
| 08/10/2019 | Scott Sharlow's Private B-day Event |
| 08/03/2019 | August Cruise - Cruise to BCYC! |
| 07/20/2019 | July Monthly Covered Dish Dinner (Potluck) |
| 07/20/2019 | Fish & Grab Meeting |
| 07/19/2019 | New Member Reception |
| 07/16/2019 | July Sunset/Full Moon Sail Out |
| 07/14/2019 | Fish & Grab "Scallop Grab" |
| 07/06/2019 | July Cruise - CANCELED |
| 07/04/2019 | 4th July Boat Parade |
| 07/04/2019 | Shep's Family BBQ |
| 06/29/2019 | 2019 Gaboon Race |
| 06/22/2019 | Chica Loca! June Monthly Covered Dish Dinner (Potluck) |
| 06/22/2019 | Fish & Grab Meeting |
| 06/21/2019 | Rhumb Runners - Speaker Placeholder |
| 06/21/2019 | An Intimate Look at Egmont Key and its History |
| 06/17/2019 | June Sunset/Full Moon Sail Out |
| 06/17/2019 | 2019 Youth Sailing Program Registration |
| 06/15/2019 | Fish & Grab Expedition - Part 2 (of 2) |
| 06/14/2019 | Fish & Grab Expedition - Part 1 (of 2) |
| 06/03/2019 | BCYC Hosts the Gulfport Business Mixer |
| 06/01/2019 | June Cruise - Twin Dolphins |
| 05/25/2019 | 2019 Raft-Up - Saturday Night Dinner |
| 05/25/2019 | 2019 Memorial Day Sunday Raft-Up (Boat Registration) |
| 05/25/2019 | 2019 Raft-Up Stowaway Sign-up |
| 05/24/2019 | 2019 Raft-Up Volunteers |
| 05/18/2019 | May Monthly Covered Dish Dinner (Potluck) |

| | |
|---|---|
| 05/18/2019 | Paddle Sports - Windsurfer 101 |
| 05/18/2019 | Fish & Grab Meeting |
| 05/18/2019 | Sail School Make-Up Day |
| 05/16/2019 | May Sunset/Full Moon Sail Out |
| 05/15/2019 | Bone Island Regatta - Key West |
| 05/04/2019 | Blessing of the Fleet |
| 05/04/2019 | May Cruise - Seafood Shack |
| 05/01/2019 | Spring 2019 Adult Sail School |
| 04/27/2019 | Rhumb Runner's Women's Racing |
| 04/26/2019 | Friday Night Open Mic |
| 04/20/2019 | April Monthly Covered Dish Dinner (Potluck) |
| 04/20/2019 | Paddle Sports Meeting |
| 04/20/2019 | Fish & Grab Meeting |
| 04/18/2019 | April Sunset/Full Moon Sail Out |
| 04/13/2019 | Friday Night Open Mic |
| 04/13/2019 | Fun Day: Register My Boat! |
| 04/13/2019 | BCYC Annual Open House (Fun Day) |
| 04/08/2019 | Special BCYC Board Meeting |
| 04/06/2019 | April Cruise - DeSoto Point |
| 03/30/2019 | First Bi-Annual BCYC Kingfish Tournament |
| 03/30/2019 | Fish & Grab Expedition |
| 03/29/2019 | Friday Night Open Mic |
| 03/24/2019 | Fish & Grab Seminar |
| 03/22/2019 | Paint Your Own Wine Glass |
| 03/20/2019 | March Sunset/Full Moon Sail Out |
| 03/16/2019 | March Monthly Covered Dish Dinner (Potluck) |
| 03/12/2019 | Tuesday Night Race Series |
| 03/08/2019 | Friday Night Open Mic |
| 03/02/2019 | March Cruise - Compass Island |
| 02/23/2019 | Celestial Navigation w/ Chris Kreitlein |
| 02/23/2019 | Fish & Grab Expedition |
| 02/19/2019 | Sunset/Full Moon Sail Out |
| 02/18/2019 | Rhumb Runners / FWSA Interclub Regatta |
| 02/16/2019 | February Monthly Covered Dish Dinner (Potluck) |
| 02/15/2019 | Presentation by Ann Weaver, Ph.D. - "Secrets Behind the Dolphin Smile (hosted by Rhumb Runners) |
| 02/10/2019 | Fish & Grab: Cast Net Demonstration |
| 02/09/2019 | Memorial Service for Stan Chesnut |
| 02/02/2019 | February Cruise - Beer Can Island |
| 01/27/2019 | 2019 Rhumb Runners Winter Race Series |
| 01/23/2019 | Windword Newsletter Deadline |
| 01/21/2019 | Sunset/Full Moon Sail Out |
| 01/19/2019 | January Monthly Covered Dish Dinner (Potluck) |
| 01/19/2019 | Rhumb Runners Monthly Meeting |
| 01/19/2019 | Rhumb Runners Advisory Board Meeting |
| 01/19/2019 | BCYC Monthly Workday |
| 01/18/2019 | BCYC General Membership Meeting |

Case 8:19-cv-00772-VMC-JSS    Document 128-16    Filed 01/24/20    Page 15 of 29 PageID 2088

| | |
|---|---|
| 01/12/2019 | January Cruise - Terra Cela |
| 01/12/2019 | January Cruise - Skipper's Meeting |
| 01/08/2019 | Monthly Membership Interview Meeting |
| 01/08/2019 | 2019 BCYC Club Racing - Meeting |
| 01/07/2019 | BCYC Monthly Board Meeting |
| 01/05/2019 | 2019 Installation Banquet |
| 12/31/2018 | BCYC New Year's Hootenanny |
| 12/29/2018 | Hootenanny Band Practice |
| 12/27/2018 | Hootenanny Band Practice |
| 12/16/2018 | Post Pursuit Race |
| 12/15/2018 | Discover BCYC! Event |
| 12/13/2018 | Rhumb Runners Annual Holiday Party |
| 12/11/2018 | [PRIVATE EVENT] America's Boating Club Annual Meeting / Holiday Potluck |
| 12/08/2018 | 2018 Lighted Christmas Boat Parade |
| 11/29/2018 | 2018 St Pete Boat Show |
| 11/24/2018 | Wedding Party from GYC |
| 11/21/2018 | 2018 Thanksgiving Cruise! |
| 11/17/2018 | November Monthly Covered Dish Dinner (Potluck) |
| 11/17/2018 | Rhumb Runners Advisory Board Meeting |
| 11/10/2018 | The One Design Championship 2018 |
| 11/10/2018 | November Cruise - Location TBD |
| 11/02/2018 | 2018 Cat's Point Regatta |
| 11/01/2018 | Audit Committee Meeting |
| 10/28/2018 | Rhumb Runners Fall Race Series for Sunfish/Prams & Capris |
| 10/24/2018 | October Full Moon Sunset/Moonrise Sail Out |
| 10/23/2018 | America's Boating Club (formerly St. Pete Sail & Power Squadron) Committee Meeting |
| 10/20/2018 | October Monthly Covered Dish Dinner (Potluck) |
| 10/14/2018 | Rhumb Runners Fall Race Series for Sunfish/Prams |
| 10/10/2018 | Fall 2018 Adult Sail School |
| 10/06/2018 | Bay Sailors Pirate Party (Private Event) |
| 10/06/2018 | October Cruise - Seafood Shack (Cortez) |
| 09/30/2018 | Rhumb Runners Fall Race Series for Sunfish/Prams & Capris |
| 09/28/2018 | Rhumb Runners Social Event (Shuffleboard) |
| 09/21/2018 | Presentation by Ann Weaver, Ph.D. - "Secrets Behind the Dolphin Smile (hosted by Rhumb Runners) |
| 09/16/2018 | Rhumb Runners Fall Race Series for Sunfish/Prams & Capris |
| 09/08/2018 | September Cruise - Location TBD |
| 09/02/2018 | 2018 Raft-Up Stowaway Sign-up |
| 09/02/2018 | 2018 Labor Day Sunday Raft-Up |
| 09/01/2018 | 2018 Raft-Up - Saturday Night Dinner |
| 08/31/2018 | 2018 Raft-Up Volunteers |
| 08/25/2018 | Rhumb Runners - Sailing Education Weekend |
| 08/18/2018 | August Monthly Covered Dish Dinner (Potluck) |
| 08/18/2018 | Rhumb Runners Advisory Board Meeting |
| 08/04/2018 | August Cruise - Little Harbor |
| 08/02/2018 | Audit Committee Meeting |

Case 8:19-cv-00772-VMC-JSS   Document 128-16   Filed 01/24/20   Page 16 of 29 PageID 2089

| | |
|---|---|
| 07/21/2018 | July Covered Dish Dinner Poolside Barbecue! |
| 07/06/2018 | July Cruise - Tarpon Springs |
| 07/04/2018 | 4th July Boat Parade |
| 06/30/2018 | Gaboon Race |
| 06/16/2018 | June Monthly Covered Dish Dinner (Potluck) |
| 06/15/2018 | Ryan Sutherland Presentation re: Indonesia |
| 06/11/2018 | Youth Sail School |
| 06/11/2018 | 2018 Youth Sailing Program |
| 06/09/2018 | June Cruise - Regatta Point |
| 06/09/2018 | Tampa Sailing Squadron - Annual Memorial Day Cruise to BCYC |
| 06/03/2018 | Club Race Rain Day (Skippers Meeting) |
| 05/29/2018 | Sunset/Full Moon Sail Out |
| 05/19/2018 | May Monthly Covered Dish Dinner (Potluck) |
| 05/12/2018 | May Cruise - Mandalay Anchorage behind Clearwater Beach |
| 05/05/2018 | BCYC Fun Day 2018 |
| 05/03/2018 | Audit Committee Meeting |
| 04/28/2018 | 6th Annual Women's Challenge Regatta |
| 04/24/2018 | Great loop Presentation |
| 04/21/2018 | April Monthly Covered Dish Dinner (Potluck) |
| 04/09/2018 | Rhumb Runners host the Rainbow Regatta! |
| 04/07/2018 | April Cruise - Location TBD |
| 03/24/2018 | Blessing of the Fleet |
| 03/17/2018 | March Monthly Covered Dish Dinner (Potluck) |
| 03/16/2018 | Alder Allensworth, Presentation-"Prevail celebrate the journey," |
| 03/10/2018 | Daysailers Midwinters |
| 03/03/2018 | March Cruise - Beer Can Island |
| 03/01/2018 | March Sunset/Full Moon Rise Sail Out |
| 02/17/2018 | February Monthly Covered Dish Dinner (Potluck) |
| 02/03/2018 | February Cruise - Seafood Shack |
| 02/01/2018 | Audit Committee Meeting |
| 01/30/2018 | January Sunset/Full Moon Rise Sail Out |
| 01/24/2018 | Windword Newsletter Deadline |
| 01/21/2018 | 2018 Spring/Summer PHRF Racing Series |
| 01/20/2018 | January Monthly Covered Dish Dinner (Potluck) |
| 01/20/2018 | Rhumb Runners Monthly Meeting |
| 01/20/2018 | 2018 BCYC Monthly Workday |
| 01/19/2018 | BCYC General Membership Meeting |
| 01/14/2018 | 2018 Rhumb Runners Winter Race Series |
| 01/09/2018 | 2018 Membership Interview Meeting |
| 01/08/2018 | 2018 BCYC Monthly Board Meeting |
| 01/06/2018 | 2018 BCYC Installation Banquet |
| 12/31/2017 | 2017-2018 New Year's Hootenanny |
| 12/17/2017 | 2nd Annual Impromptu Race |
| 12/13/2017 | US Sail & Power Squadron Annual Meeting |
| 12/09/2017 | 2017 Lighted Christmas Boat Parade |
| 12/07/2017 | Rhumb Runners - Visit to Ringling Museum |

| | |
|---|---|
| 12/03/2017 | December Sunset/Full Moon Rise Sail Out |
| 11/30/2017 | Long Range Planning Committee Meeting |
| 11/22/2017 | Rhumb Runners Advisory Board Meeting |
| 11/19/2017 | BCYC Monthly Club Race - November 2017 |
| 11/18/2017 | November Monthly Covered Dish Dinner (Potluck) |
| 11/18/2017 | Rhumb Runners - November Monthly Meeting |
| 11/17/2017 | Lisa Glaser - Personal Thanksgiving Event |
| 11/11/2017 | The One Design Championships 2017 |
| 11/04/2017 | 2017 Cat's Point Regatta |
| 11/02/2017 | Audit Committee Meeting |
| 11/02/2017 | November Sunset/Full Moon Rise Sail Out |
| 10/28/2017 | Mack 'n' Gnaw Race |
| 10/25/2017 | Fall Sail School Sunset Sail Out |
| 10/22/2017 | Sunday Monthly Club Race - October 2017 |
| 10/21/2017 | October Monthly Covered Dish Dinner (Potluck) - "Halloween" |
| 10/21/2017 | Rhumb Runners - October Monthly Meeting |
| 10/09/2017 | Special BCYC Board Meeting |
| 10/07/2017 | October Cruise - Terra Cela |
| 10/05/2017 | October Sunset/Full Moon Rise Sail Out |
| 09/24/2017 | 2017 Rhumb Runners Fall Race Series |
| 09/23/2017 | September Monthly Covered Dish Dinner (Potluck) - "Under the Sea" |
| 09/23/2017 | Rhumb Runners - September Monthly Meeting |
| 09/07/2017 | Hurricane Preparedness - a presentation by Bruce Bingham |
| 09/03/2017 | 2017 Raft-Up Sunday Raft-Up |
| 09/03/2017 | 2017 Raft-Up Stowaway Sign-up |
| 09/02/2017 | 2017 Raft-Up - Saturday Night Dinner |
| 09/02/2017 | 2017 Raft-Up Captain's Meeting |
| 09/01/2017 | 2017 Raft-Up Volunteers |
| 08/27/2017 | Rhumb Runners Sunfish Day |
| 08/26/2017 | Rhumb Runners Pram Day |
| 08/23/2017 | Rhumb Runners Advisory Board Meeting |
| 08/19/2017 | August Monthly Covered Dish Dinner (Potluck) |
| 08/19/2017 | Rhumb Runners - August Monthly Meeting |
| 08/12/2017 | Sea Scouts - Camille Dodson Achievement Celebration |
| 08/06/2017 | August Sunset/Full Moon Rise Sail Out |
| 08/05/2017 | August Cruise - Regatta Point |
| 08/03/2017 | Audit Committee Meeting |
| 07/22/2017 | July Monthly Covered Dish Dinner (Potluck) |
| 07/22/2017 | Rhumb Runners - July Monthly Meeting |
| 07/08/2017 | July Sunset/Full Moon Rise Sail Out |
| 07/08/2017 | Baby Shower (Guy O'Connor) |
| 07/08/2017 | July Cruise - Magnuson Marina Cove OR Regatta Point - TBD |
| 07/04/2017 | 4th July Boat Parade |
| 07/04/2017 | Watermelon Race |
| 07/01/2017 | Gaboon Race / Skippers Meeting |
| 06/17/2017 | June Monthly Covered Dish Dinner (Potluck) |

| 06/17/2017 | Rhumb Runners - June Monthly Meeting |
| 06/09/2017 | June Sunset/Full Moon Rise Sail Out |
| 06/03/2017 | June Cruise - Twin Dolphin Marina |
| 06/03/2017 | Intermediate Celestial Navigation Class |
| 05/31/2017 | Spring II - Sail School Sunset Sailout |
| 05/27/2017 | TSS Cruise to BCYC |
| 05/27/2017 | May Cruise - TBA |
| 05/20/2017 | May Monthly Covered Dish Dinner (Potluck) |
| 05/13/2017 | 2017 Blessing of the Fleet |
| 05/13/2017 | Rhumb Runners - Weeki Wachee Springs |
| 05/10/2017 | May Sunset/Full Moon Rise Sail Out |
| 05/07/2017 | BCYC Fun Day - Volunteer Registration Sunday |
| 05/06/2017 | BCYC Fun Day |
| 05/06/2017 | BCYC Fun Day - Volunteer Registration Saturday |
| 05/05/2017 | BCYC Fun Day - Volunteer Registration Friday |
| 05/04/2017 | Audit Committee Meeting |
| 05/04/2017 | Rhumb Runners - Play in the Park "Hairspray" |
| 04/22/2017 | April Monthly Covered Dish Dinner (Potluck) |
| 04/16/2017 | Easter Sunday |
| 04/10/2017 | April Sunset/Full Moon Rise Sail Out |
| 04/09/2017 | Last Spring Series Sunfish Race |
| 04/01/2017 | April Cruise - Desoto Point |
| 03/29/2017 | Spring I - Sail School Sunset Sailout |
| 03/18/2017 | March Monthly Covered Dish Dinner (Potluck) |
| 03/12/2017 | Spring Time Change |
| 03/11/2017 | March Sunset/Full Moon Rise Sail Out |
| 03/08/2017 | Spring-I 2017 Adult Sail School |
| 03/04/2017 | March Cruise - TBD!! |
| 03/04/2017 | Celestial Navigation w/ Chris Kreitlein |
| 03/02/2017 | Bahamas Cruise Meeting (last one) |
| 02/28/2017 | A "Weather for Sailors" presentation by Dan Chestnut |
| 02/25/2017 | Sail School Train-the-Trainer Water Session |
| 02/23/2017 | Audit Committee Meeting |
| 02/21/2017 | Long Range Planning Committee Meeting |
| 02/18/2017 | February Monthly Covered Dish Dinner (Potluck) |
| 02/18/2017 | Bahamas Cruise Meeting |
| 02/16/2017 | "Cruising the Bahamas" - a presentation by Bill Cullen |
| 02/11/2017 | February Cruise - TSS |
| 02/10/2017 | February Sunset/Full Moon Rise Sail Out |
| 02/09/2017 | Sail School Volunteer General Meeting |
| 02/05/2017 | 2017 Super Bowl Party |
| 02/02/2017 | Board & Committe Chair Info Session |
| 01/29/2017 | 2017 Rhumb Runners Winter Race Series |
| 01/25/2017 | Windword Newsletter Deadline |
| 01/22/2017 | 2017 Spring/Summer PHRF Racing Series |
| 01/21/2017 | January Monthly Potluck- Officer's Dinner |

| 01/21/2017 | Info Meeting - Sailing to the Bahamas 2 |
| 01/21/2017 | 2017 Monthly Workday |
| 01/20/2017 | BCYC General Membership Meeting |
| 01/11/2017 | Sunset/Full Moon Rise Sail Out |
| 01/10/2017 | 2017 Membership Interview Meeting |
| 01/09/2017 | Info Meeting - Sailing to the Bahamas |
| 01/02/2017 | 2017 Monthly Board Meeting |
| 12/31/2016 | New Year's Hootenanny 2016-2017 |
| 12/31/2016 | Discover BCYC! |
| 12/31/2016 | Discover BCYC! |
| 12/17/2016 | Impromptu Race |
| 12/14/2016 | US Sail & Power Squadron Annual Meeting |
| 12/10/2016 | 2016 Lighted Christmas Boat Parade |
| 12/03/2016 | Dale George X-mas Dance Party |
| 11/30/2016 | Boat Show Volunteer Sign-Up |
| 11/20/2016 | Club Race Day (Skippers Meeting) |
| 11/19/2016 | November Monthly Potluck |
| 11/18/2016 | Sea Scouts Dinner Fundraiser |
| 11/18/2016 | Sheri Ogorek & Co. |
| 11/07/2016 | 2nd Boat Parade Volunteer meeting |
| 11/04/2016 | 2016 Cat's Point Regatta |
| 11/01/2016 | Boat Show Volunteer Meeting |
| 10/29/2016 | Mack-N-Gnaw Race |
| 10/26/2016 | Sail School Sunset Sailout |
| 10/23/2016 | Club Race Day (Skippers Meeting) |
| 10/22/2016 | October Monthly Potluck |
| 10/21/2016 | Sea Scouts Lasagna Dinner Fundraiser |
| 10/17/2016 | Boat Parade Volunteer meeting |
| 10/16/2016 | Fall Sail School Check-Out |
| 10/09/2016 | Sunfish Practice for the Rhumb Runners |
| 10/05/2016 | Fall 2016 Adult Sail School |
| 10/02/2016 | Sail School Volunteer Meeting |
| 10/02/2016 | Sunfish Class for the Rhumb Runners |
| 10/01/2016 | Scallywags of BCYC Fall 2016 Rock The Boats Tour! |
| 10/01/2016 | TSS Rumgatta/Scallywags Cruise |
| 09/26/2016 | Municipal Marina Community Workshop Meeting |
| 09/25/2016 | Rhumb Runner Sunfish Sunday |
| 09/24/2016 | Scallywags of BCYC Fall 2016 Rock The Boats Tour! |
| 09/24/2016 | Sail School Boat Instructor Train-the-Trainer |
| 09/18/2016 | Club Race Day (Skippers Meeting) |
| 09/17/2016 | September Monthly Potluck |
| 09/10/2016 | Little Harbor Marina Cruise |
| 09/04/2016 | 2016 Raft-Up Stowaway Sign-up |
| 09/04/2016 | 2016 Raft-Up Sunday Raft-Up |
| 09/03/2016 | 2016 Raft-Up - Saturday Night Dinner |
| 09/03/2016 | 2016 Raft-Up Captain's Meeting |

1/23/2020                                BCYC / Boca Ciega Yacht Club - Club Calendar

| | |
|---|---|
| 09/02/2016 | 2016 Raft-Up Volunteers |
| 08/21/2016 | Club Race Day (Skippers Meeting) |
| 08/20/2016 | August Monthly Potluck |
| 08/06/2016 | Twin Dolphin Marina Cruise |
| 07/23/2016 | Painting to Save the TaTas - Benefit for Breast Cancer |
| 07/23/2016 | Heyne Family |
| 07/17/2016 | Club Race Day (Skippers Meeting) |
| 07/16/2016 | July Monthly Potluck |
| 07/09/2016 | Private Party |
| 07/02/2016 | Little Harbor Marina Cruise |
| 06/20/2016 | 2016 Youth Sailing Program |
| 06/18/2016 | June Monthly Potluck |
| 06/07/2016 | Audit Committee Meeting |
| 06/06/2016 | Debriefing Meeting for the Women's Challenge Regatta |
| 06/04/2016 | New Destination! Twin Dolphin Cruise |
| 05/22/2016 | Club Race Day (Skippers Meeting) |
| 05/21/2016 | May Potluck is Vacationland at BCYC! |
| 05/20/2016 | Reciprocity Committee Meeting |
| 05/07/2016 | Compass Island Cruise |
| 04/30/2016 | 5th Annual Women's Challenge Regatta |
| 04/23/2016 | BCYC Fun Day |
| 04/23/2016 | BCYC Fun Day Volunteer Sign-Up |
| 04/20/2016 | Reciprocity Committee Meeting |
| 04/20/2016 | Sail School Sunset Sailout |
| 04/17/2016 | Club Race Day (Skippers Meeting) |
| 04/16/2016 | April Monthly Potluck |
| 04/16/2016 | Fun Day Volunteer Meeting |
| 04/15/2016 | Sea Scouts Fundraiser Dinner |
| 04/09/2016 | Terra Ceia Cruise |
| 04/09/2016 | 2016 Blessing of the Fleet |
| 03/21/2016 | Membership Committee Meeting |
| 03/20/2016 | Club Race Day (Skippers Meeting) |
| 03/19/2016 | March Monthly Potluck |
| 03/16/2016 | Spring 2016 Adult Sail School |
| 03/13/2016 | Celebration of Life: Ron Singerman |
| 03/12/2016 | Sail School Volunteer Sail Out (Bay Games) |
| 03/05/2016 | Gulfport's 2016 Pink Flamingo Tour of Homes |
| 03/05/2016 | Beer Can Island – Pine Key Cruise |
| 03/01/2016 | Membership Meeting |
| 02/28/2016 | Intermediate Celestial Navigation w/ Chris Kreitlein (Part II) |
| 02/27/2016 | Sail School Volunteer Sail Out |
| 02/27/2016 | Intermediate Celestial Navigation w/ Chris Kreitlein (Part I) |
| 02/21/2016 | Club Race Day (Skippers Meeting) |
| 02/19/2016 | Sea Scouts Mama's Lasagna Dinner Fundraiser |
| 02/14/2016 | Basic Celestial Navigation w/ Chris Kreitlein (Part II) |
| 02/13/2016 | The Scallywags play at Gasparilla Regatta |

| 02/13/2016 | Sail School Volunteer Sail Out |
| 02/13/2016 | Impromptu TSS Cruise |
| 02/13/2016 | Basic Celestial Navigation w/ Chris Kreitlein (Part I) |
| 02/07/2016 | 2016 Super Bowl Party |
| 02/06/2016 | Desoto Point Cruise |
| 02/05/2016 | 2016 March Bahamas Cruise Meeting |
| 02/02/2016 | Membership Meeting |
| 01/30/2016 | Sail School Volunteer Sail Out |
| 01/30/2016 | 2016 Board Training Session |
| 01/28/2016 | Scallywags Band Practice |
| 01/24/2016 | Rhumb Runners Sunfish Sundays |
| 01/23/2016 | Martin Wedding at BCYC |
| 01/20/2016 | Windword Newsletter Deadline |
| 01/17/2016 | Club Race Day (Skippers Meeting) |
| 01/16/2016 | BCYC Monthly Potluck |
| 01/16/2016 | 2016 Bahamas Cruise Meeting |
| 01/16/2016 | Rhumb Runners - Monthly Meeting |
| 01/16/2016 | BCYC Work Day |
| 01/16/2016 | Gulfport MLK Day of Service |
| 01/15/2016 | BCYC General Meeting |
| 01/12/2016 | Racing Seminar - Open to All |
| 01/09/2016 | Discover BCYC! |
| 01/04/2016 | BCYC Board Meeting |
| 01/02/2016 | Magnuson Hotel Marina Cove Cruise |
| 12/31/2015 | 2015 Hootenanny! |
| 12/30/2015 | Susan's Birthday Party |
| 12/23/2015 | Windword Newsletter Deadline |
| 12/19/2015 | Band Practice |
| 12/12/2015 | 2015 Lighted Christmas Boat Parade |
| 12/09/2015 | US Sail & Power Squadron Annual Meeting |
| 12/07/2015 | 2015 December BCYC Board Meeting |
| 12/05/2015 | Dale George X-mas Dance Party |
| 12/03/2015 | 2015 St Pete Boat Show |
| 12/01/2015 | 2015 St Pete Boat Show - Planning Meeting |
| 11/26/2015 | Community Thanksgiving Dinner |
| 11/25/2015 | Windword Newsletter Deadline |
| 11/22/2015 | Fall Racing series |
| 11/21/2015 | 2015 November Pot Luck Dinner |
| 11/21/2015 | Sunset Sail Out - Fall 2015 Sail School |
| 11/21/2015 | Rhumb Runners - Monthly Meeting |
| 11/21/2015 | November 2015 BCYC Work Day |
| 11/20/2015 | 2015 November BCYC General Meeting |
| 11/14/2015 | The One Design Championships 2015 |
| 11/12/2015 | Boat Parade Meeting |
| 11/06/2015 | Cat's Point Regatta |
| 11/02/2015 | 2015 November BCYC Board Meeting |

| 10/31/2015 | Joey Dale - Private Halloween Party |
| 10/31/2015 | Rain Check Cruise |
| 10/31/2015 | Sail School Weekend Make Up Weekend |
| 10/28/2015 | Sail School 5th Wed |
| 10/24/2015 | Rhumb Runners Arts & Crafts Show |
| 10/24/2015 | Sail School Weekend 4 |
| 10/22/2015 | Boat Parade Meeting |
| 10/21/2015 | Sail School 4th Wed |
| 10/21/2015 | Windword Newsletter Deadline |
| 10/18/2015 | Club Race #7&8 |
| 10/17/2015 | 2015 October Pot Luck Dinner |
| 10/17/2015 | Boat Parade Decorations Swap |
| 10/17/2015 | Rhumb Runners - Monthly Meeting |
| 10/17/2015 | October 2015 BCYC Work Day |
| 10/17/2015 | Sail School Weekend 3 |
| 10/16/2015 | 2015 October BCYC General Meeting |
| 10/14/2015 | Sail School 3rd Wed |
| 10/10/2015 | Sail School Weekend 2 |
| 10/08/2015 | USCG Requirements, Recommendations, & Tips to get you home safely |
| 10/07/2015 | Sail School 2nd Wed |
| 10/05/2015 | 2015 October BCYC Board Meeting |
| 10/03/2015 | Halloween Chili Cookoff Terra Ceia Cruise |
| 10/03/2015 | Sail School Weekend 1 |
| 09/30/2015 | Fall 2015 Adult Sail School |
| 09/23/2015 | Windword Newsletter Deadline |
| 09/20/2015 | Club Race |
| 09/19/2015 | 2015 September Pot Luck Dinner |
| 09/19/2015 | Rhumb Runners - Monthly Meeting |
| 09/19/2015 | September 2015 BCYC Work Day |
| 09/18/2015 | 2015 September BCYC General Meeting |
| 09/12/2015 | Little Harbor Marina Cruise |
| 09/09/2015 | Boat Parade Planning Session |
| 09/09/2015 | 30th Annual Christmas Boat Parade Planning Meeting |
| 09/05/2015 | 2015 Raft-Up - Saturday Night Dinner |
| 09/04/2015 | 2015 Raft-Up Volunteers |
| 09/01/2015 | 2015 September BCYC Board Meeting |
| 08/29/2015 | Celebration of Life - Janet Terrell |
| 08/26/2015 | Windword Newsletter Deadline |
| 08/23/2015 | Monthly Club Race |
| 08/22/2015 | 2015 August Pot Luck Dinner |
| 08/22/2015 | Rhumb Runners - Monthly Meeting |
| 08/22/2015 | Raft-Up Volunteer Meeting |
| 08/22/2015 | August 2015 BCYC Work Day |
| 08/21/2015 | 2015 August BCYC General Meeting |
| 08/10/2015 | 2015 August BCYC Board Meeting |
| 08/01/2015 | Twin Dolphin Marina Cruise |

| | |
|---|---|
| 07/22/2015 | Windword Newsletter Deadline |
| 07/18/2015 | 2015 July Pot Luck Dinner |
| 07/18/2015 | Rhumb Runners - Monthly Meeting |
| 07/18/2015 | Raft-Up Volunteer Meeting |
| 07/18/2015 | July 2015 BCYC Work Day |
| 07/17/2015 | 2015 July BCYC General Meeting |
| 07/11/2015 | Regatta Point Marina Cruise |
| 07/06/2015 | 2015 July BCYC Board Meeting |
| 06/29/2015 | 2015 Youth Sailing Program |
| 06/27/2015 | Raft-Up Volunteer Meeting |
| 06/24/2015 | Windword Newsletter Deadline |
| 06/21/2015 | Apollo Beach Sea Scouts |
| 06/20/2015 | 2015 June Pot Luck Dinner |
| 06/20/2015 | Rhumb Runners - Monthly Meeting |
| 06/20/2015 | June 2015 BCYC Work Day |
| 06/19/2015 | 2015 June BCYC General Meeting |
| 06/18/2015 | Sailing to Cuba |
| 06/15/2015 | By-Laws Review Committee |
| 06/13/2015 | Raft-Up Volunteer Meeting |
| 06/10/2015 | By-Law Revision Committee Meeting |
| 06/06/2015 | Beer Can Island/Pine Key Cruise |
| 06/01/2015 | 2015 June BCYC Board Meeting |
| 05/23/2015 | Tampa Sailing Squadron Sail-In |
| 05/23/2015 | Memorial Service for Jim Freeman |
| 05/20/2015 | Windword Newsletter Deadline |
| 05/16/2015 | 2015 May Pot Luck Dinner |
| 05/16/2015 | Raft-Up Volunteer Meeting |
| 05/16/2015 | May 2015 BCYC Work Day |
| 05/15/2015 | 2015 May BCYC General Meeting |
| 05/14/2015 | Alive Inside - Viewing & Discussion |
| 05/09/2015 | Women's Challenge Regatta |
| 05/07/2015 | Membership Committee Meeting |
| 05/05/2015 | Tuesday Evening Racing |
| 05/04/2015 | 2015 May BCYC Board Meeting |
| 05/03/2015 | Sail school sail out and potluck |
| 05/02/2015 | Welcome Home SV American Spirit II |
| 05/02/2015 | Welcome Back to Gulfport Cruise |
| 05/01/2015 | Cleanup for the Return of American Spirit II |
| 04/28/2015 | Tuesday Evening Racing |
| 04/25/2015 | 2015 Fun Day Open House |
| 04/25/2015 | Tampa Bay Hospice Cup/Morgan Invasion |
| 04/24/2015 | Fun Day Volunteer Meeting |
| 04/22/2015 | Adult Sail School - Sunset Sail Out |
| 04/22/2015 | Windword Newsletter Deadline |
| 04/21/2015 | Coastal Piloting Refresher |
| 04/21/2015 | Tuesday Evening Racing |

Case 8:19-cv-00772-VMC-JSS    Document 128-16    Filed 01/24/20    Page 24 of 29 PageID 2097

| | |
|---|---|
| 04/19/2015 | Spring 2015 Racing Series |
| 04/18/2015 | 2015 April Pot Luck Dinner |
| 04/18/2015 | April 2015 BCYC Work Day |
| 04/18/2015 | Spring 2015 Adult Sail School - Makeup Weekend On the Water |
| 04/17/2015 | 2015 April BCYC General Meeting |
| 04/15/2015 | Spring 2015 Adult Sail School - 5th Wednesday |
| 04/14/2015 | Tuesday Evening Racing |
| 04/11/2015 | Blessing of the Fleet |
| 04/11/2015 | Spring 2015 Adult Sail School - 4th Weekend On the Water |
| 04/08/2015 | Spring 2015 Adult Sail School - 4th Wednesday |
| 04/07/2015 | Tuesday Evening Racing |
| 04/06/2015 | 2015 April BCYC Board Meeting |
| 04/04/2015 | Terra Ceia Cruise |
| 04/04/2015 | Spring 2015 Adult Sail School - 3rd Weekend On the Water |
| 04/01/2015 | Spring 2015 Adult Sail School - 3rd Wednesday |
| 03/31/2015 | Bylaws Review Committee |
| 03/31/2015 | Tuesday Evening Racing |
| 03/28/2015 | Spring 2015 Adult Sail School - 2nd Weekend On the Water |
| 03/25/2015 | Spring 2015 Adult Sail School - 2nd Wednesday |
| 03/25/2015 | Windword Newsletter Deadline |
| 03/24/2015 | Tuesday Evening Racing |
| 03/22/2015 | Spring 2015 Racing Series |
| 03/21/2015 | 2015 March Pot Luck Dinner |
| 03/21/2015 | Tortugas Q & A |
| 03/21/2015 | March 2015 BCYC Work Day |
| 03/21/2015 | Spring 2015 Adult Sail School - 1st Weekend On the Water |
| 03/20/2015 | 2015 March BCYC General Meeting |
| 03/20/2015 | Rhumb Runners' Guest Speaker |
| 03/18/2015 | Spring 2015 Adult Sail School |
| 03/17/2015 | By-Laws Review Committee |
| 03/17/2015 | Tuesday Evening Racing |
| 03/15/2015 | Rhumb Runners GOTB |
| 03/14/2015 | Rhumb Runners Arts & Crafts Show |
| 03/14/2015 | Sail School 1st Semi-Annual Bay Games |
| 03/07/2015 | Beer Can Island – Pine Key Cruise |
| 03/05/2015 | By-Laws Review Committee Meeting |
| 03/02/2015 | 2015 March BCYC Board Meeting |
| 03/01/2015 | Rhumb Runners GOTB |
| 02/28/2015 | Sail School Volunteer Sail Out |
| 02/28/2015 | Celestial Navigation, Prof. Chris Krehlen |
| 02/25/2015 | Windword Newsletter Deadline |
| 02/22/2015 | Spring 2015 Racing Series |
| 02/21/2015 | 2015 February Pot Luck Dinner |
| 02/21/2015 | February 2015 BCYC Work Day |
| 02/20/2015 | 2015 February BCYC General Meeting |
| 02/17/2015 | Take Your Cell Phone Racing |

Case 8:19-cv-00772-VMC-JSS    Document 128-16    Filed 01/24/20    Page 25 of 29 PageID 2098

| | |
|---|---|
| 02/15/2015 | Girls on the Beach |
| 02/14/2015 | Sail School Volunteer Sail Out |
| 02/07/2015 | Celebration of Life for Patricia Rose Cramer |
| 02/07/2015 | Desoto Point Cruise |
| 02/02/2015 | 2015 February BCYC Board Meeting |
| 02/01/2015 | 2015 Super Bowl Party |
| 02/01/2015 | Girls on the Beach |
| 02/01/2015 | Sail School Volunteer Sail Out |
| 01/25/2015 | Spring 2015 Racing Series |
| 01/25/2015 | Racing Rules of Sailing 2013-2014 |
| 01/24/2015 | 2015 BCYC Installation Banquet |
| 01/21/2015 | Windword Newsletter Deadline |
| 01/20/2015 | Tortugas Travelogue |
| 01/17/2015 | 2015 January Pot Luck Dinner |
| 01/17/2015 | Planning Meeting for Women's Challenge Regatta |
| 01/17/2015 | Membership Meeting |
| 01/17/2015 | January 2015 BCYC Work Day |
| 01/17/2015 | St. Petersburg Classic Regatta |
| 01/16/2015 | 2015 January BCYC General Meeting |
| 01/10/2015 | Magnuson Hotel Marina Cove Cruise |
| 01/05/2015 | 2015 January BCYC Board Meeting |
| 01/03/2015 | Discover BCYC! |
| 12/31/2014 | 2014 Hootenanny! |
| 12/20/2014 | Fantasy Island Cruise |
| 12/14/2014 | Post Sail School Sail Out #3 |
| 12/13/2014 | 2014 Lighted Christmas Boat Parade |
| 12/04/2014 | 2014 St Pete Boat Show |
| 12/02/2014 | Boat Show Volunteer Meeting |
| 12/01/2014 | 2014 December BCYC Board Meeting |
| 11/23/2014 | Sunday Club Race |
| 11/23/2014 | Thanksgiving Open Cruises |
| 11/22/2014 | 2014 November Pot Luck Dinner |
| 11/22/2014 | BCYC Work Day |
| 11/21/2014 | BCYC General Meeting |
| 11/19/2014 | Boat Show Volunteer Meeting |
| 11/16/2014 | Post Sail School Sail Out #2 - The Search Continues |
| 11/15/2014 | Pim Miranda's 80th Birthday party |
| 11/15/2014 | Maritime Service - Captain Elaine Miranda |
| 11/13/2014 | Boat Show Volunteer Meeting |
| 11/08/2014 | The One Design Championships |
| 11/06/2014 | Bruce in China |
| 11/06/2014 | Boat Show Volunteer Meeting |
| 11/04/2014 | BYOB Paint Night |
| 11/03/2014 | 2014 November BCYC Board Meeting |
| 11/02/2014 | Post Sail School Search for the Island Sail Out |
| 10/31/2014 | Sea Scout Cat's Point Regatta |

| Date | Event |
|------|-------|
| 10/28/2014 | 2014 Final Day of Evening Racing - Cat 16.5 |
| 10/25/2014 | Mack-N-Gnaw Race |
| 10/23/2014 | Boat Show Volunteer Meeting |
| 10/22/2014 | Fall 2014 Adult Sail School - Sunset Sail Out |
| 10/21/2014 | Evening Racing - Cat 16.5 |
| 10/19/2014 | Sunday Club Race |
| 10/18/2014 | 2014 October Pot Luck Dinner - Thriller |
| 10/18/2014 | Fall 2014 Adult Sail School - Makeup Weekend on the Water |
| 10/18/2014 | BCYC Work Day |
| 10/17/2014 | BCYC General Meeting |
| 10/17/2014 | BCYC Photo Shoot for the Directory |
| 10/15/2014 | Fall 2014 Adult Sail School - 5th Wednesday Night |
| 10/14/2014 | Evening Racing - Cat 16.5 |
| 10/11/2014 | Fall 2014 Adult Sail School - 4th Weekend on the Water |
| 10/09/2014 | Boat Show Volunteer Meeting |
| 10/08/2014 | Fall 2014 Adult Sail School - 4th Wednesday Night |
| 10/07/2014 | Evening Racing - Cat 16.5 |
| 10/06/2014 | 2014 October BCYC Board Meeting |
| 10/05/2014 | Girls on the Beach |
| 10/04/2014 | Terra Ceia Bay Chili Cook-off Cruise |
| 10/04/2014 | Fall 2014 Adult Sail School - 3rd Weekend on the Water |
| 10/01/2014 | Fall 2014 Adult Sail School - 3rd Wednesday Night |
| 09/27/2014 | Fall 2014 Adult Sail School - 2nd Weekend on the Water |
| 09/25/2014 | Boat Show Volunteer Meeting |
| 09/24/2014 | Fall 2014 Adult Sail School - 2nd Wednesday Night |
| 09/21/2014 | Sunday Club Race |
| 09/20/2014 | 2014 September Pot Luck Dinner - Laugh-In!! |
| 09/20/2014 | Fall 2014 Adult Sail School - 1st Weekend on the Water |
| 09/20/2014 | BCYC Work Day |
| 09/19/2014 | BCYC General Meeting |
| 09/19/2014 | An Intimate Look at Sailing for Women by Women |
| 09/17/2014 | Fall 2014 Adult Sail School |
| 09/13/2014 | Sail School Volunteers Orientation |
| 09/08/2014 | 2014 September BCYC Board Meeting |
| 09/06/2014 | Little Harbor Marina Cruise |
| 08/31/2014 | 2014 Raft-Up Stowaway Sign-up |
| 08/31/2014 | 2014 Raft-Up - Sunday Raft-Up |
| 08/30/2014 | 2014 Raft-Up - Saturday Night Dinner |
| 08/29/2014 | 2014 Raft-Up Volunteers |
| 08/17/2014 | Sunday Club Race |
| 08/16/2014 | 2014 August Pot Luck Dinner - Bollywood! |
| 08/16/2014 | Raft Up Volunteer Meeting |
| 08/16/2014 | BCYC Work Day |
| 08/15/2014 | BCYC General Meeting |
| 08/04/2014 | 2014 August BCYC Board Meeting |
| 08/02/2014 | Captain Elaine Miranda - Celebration of Life |

Case 8:19-cv-00772-VMC-JSS    Document 128-16    Filed 01/24/20    Page 27 of 29 PageID 2100

| | |
|---|---|
| 08/02/2014 | Twin Dolphin Marina Cruise |
| 07/20/2014 | Sunday Club Race |
| 07/19/2014 | Cheeseburger in Paradise - July Club Dinner Party |
| 07/19/2014 | BCYC Work Day |
| 07/18/2014 | BCYC General Meeting |
| 07/18/2014 | Sea Scout Dinner to support Youth Sailing |
| 07/12/2014 | Regatta Point Marina Cruise |
| 07/07/2014 | 2014 July BCYC Board Meeting |
| 07/04/2014 | Watermelon Regatta |
| 06/22/2014 | Sunday Club Race |
| 06/21/2014 | BCYC Work Day |
| 06/20/2014 | BCYC General Meeting |
| 06/16/2014 | 2014 Youth Sailing Program |
| 06/07/2014 | Little Harbor Marina Cruise |
| 06/02/2014 | 2014 June BCYC Board Meeting |
| 05/29/2014 | Raft Up Volunteer Meeting |
| 05/24/2014 | Extended Southbound Memorial Cruise |
| 05/18/2014 | Sunday Club Race |
| 05/17/2014 | Boat Inspections |
| 05/17/2014 | BCYC Work Day |
| 05/16/2014 | BCYC General Meeting |
| 05/14/2014 | Bone Island Regatta Key West |
| 05/10/2014 | Compass Island Cruise |
| 05/05/2014 | 2014 May BCYC Board Meeting |
| 05/03/2014 | 2014 Fun Day Open House |
| 05/02/2014 | Fun Day Volunteer Meeting |
| 04/23/2014 | Spring 2014 Adult Sail School Optional Sail Out |
| 04/20/2014 | Sunday Club Race |
| 04/19/2014 | April Covered Dish "Carnevale" |
| 04/19/2014 | BCYC Work Day |
| 04/16/2014 | Spring 2014 Adult Sail School -5 |
| 04/16/2014 | Bobbie Mensching Memorial Services |
| 04/13/2014 | Spring 2014 Adult Sail School Weekend 4 (D) |
| 04/13/2014 | Spring 2014 Adult Sail School Weekend 4 (C) |
| 04/12/2014 | Spring 2014 Adult Sail School Weekend 4 (B) |
| 04/12/2014 | 2014 Blessing of the Fleet |
| 04/12/2014 | Spring 2014 Adult Sail School Weekend 4 (A) |
| 04/09/2014 | Spring 2014 Adult Sail School -4 |
| 04/06/2014 | Spring 2014 Adult Sail School Weekend 3 (D) |
| 04/06/2014 | Spring 2014 Adult Sail School Weekend 3 (C) |
| 04/05/2014 | Spring 2014 Adult Sail School Weekend 3 (B) |
| 04/05/2014 | Desoto Point Cruise |
| 04/05/2014 | Spring 2014 Adult Sail School Weekend 3 (A) |
| 04/02/2014 | Spring 2014 Adult Sail School -3 |
| 03/30/2014 | Spring 2014 Adult Sail School Weekend 2 (D) |
| 03/30/2014 | Spring 2014 Adult Sail School Weekend 2 (C) |

Case 8:19-cv-00772-VMC-JSS    Document 128-16   Filed 01/24/20   Page 28 of 29 PageID 2101

| | |
|---|---|
| 03/29/2014 | Spring 2014 Adult Sail School Weekend 2 (B) |
| 03/29/2014 | Spring 2014 Adult Sail School Weekend 2 (A) |
| 03/26/2014 | Spring 2014 Adult Sail School -2 |
| 03/23/2014 | Spring 2014 Adult Sail School Weekend 1 (D) |
| 03/23/2014 | Sunday Club Race |
| 03/23/2014 | Spring 2014 Adult Sail School Weekend 1 (C) |
| 03/22/2014 | March Covered Dish |
| 03/22/2014 | Spring 2014 Adult Sail School Weekend 1 (B) |
| 03/22/2014 | Spring 2014 Adult Sail School Weekend 1 (A) |
| 03/21/2014 | BCYC General Meeting |
| 03/21/2014 | Tornados, Waterspouts and other monsters |
| 03/19/2014 | Spring 2014 Adult Sail School |
| 03/15/2014 | Sail School Volunteer Training |
| 03/08/2014 | Memorial for Mac McVean |
| 03/06/2014 | WEATHER for SAILORS |
| 03/01/2014 | Beer Can Island – Pine Key Cruise |
| 03/01/2014 | Sail School Volunteer Training |
| 02/23/2014 | Sunday Club Race |
| 02/22/2014 | February Covered Dish |
| 02/22/2014 | One Design Racing |
| 02/22/2014 | Sailboat Racing Rules and Tactics Workshop |
| 02/22/2014 | BCYC Work Day |
| 02/21/2014 | general meeting |
| 02/21/2014 | sea scouts dinner |
| 02/10/2014 | Bev Newcomb |
| 02/09/2014 | One Design Racing |
| 02/08/2014 | Super Bowl Party |
| 02/08/2014 | Sailboat Racing Rules and Tactics Workshop |
| 02/02/2014 | Super Bowl Party |
| 02/01/2014 | Magnuson Hotel Marina Cove Cruise |
| 01/25/2014 | One Design Racing |
| 01/25/2014 | Sailboat Racing Rules and Tactics Workshop |
| 01/19/2014 | Sunday Club Race |
| 01/18/2014 | January covered dish |
| 01/18/2014 | BCYC Work Day |
| 01/17/2014 | BCYC General Meeting |
| 01/14/2014 | Sail School Committe Meeting |
| 01/11/2014 | Discover BCYC! |
| 12/31/2013 | 2013 Hootenanny! |
| 12/25/2013 | Windword Newsletter Deadline |
| 12/18/2013 | Sea Scouts |
| 12/14/2013 | Annual Lighted Christmas Boat Parade |
| 12/11/2013 | Sea Scouts |
| 12/07/2013 | Weekend Cruise |
| 12/06/2013 | Private Swing Dance Club Meeting |
| 12/05/2013 | St Petersburg Power and Sailboat Show |

| | |
|---|---|
| 12/04/2013 | Sea Scouts |
| 11/28/2013 | THANKSGIVING |
| 11/27/2013 | Sea Scouts |
| 11/20/2013 | Sea Scouts |
| 11/20/2013 | Windword Newsletter Deadline |
| 11/16/2013 | BCYC Pot Luck Dinner |
| 11/16/2013 | BCYC Work Day |
| 11/15/2013 | BCYC General Meeting |
| 11/13/2013 | Sea Scouts |
| 11/09/2013 | One Design Regatta |
| 11/06/2013 | Sea Scouts |
| 11/01/2013 | Cat's Pointe Regatta |
| 10/30/2013 | Sea Scouts |
| 10/24/2013 | Weather for sailors: Forecasts: The Basics and Beyond |
| 10/23/2013 | Sea Scouts |
| 10/23/2013 | Windword Newsletter Deadline |
| 10/19/2013 | BCYC Pot Luck Dinner |
| 10/19/2013 | BCYC Work Day |
| 10/18/2013 | BCYC General Meeting |
| 10/16/2013 | Sea Scouts |
| 10/09/2013 | Sailing School Class |
| 10/09/2013 | Sea Scouts |
| 10/07/2013 | BCYC Board Meeting |
| 10/05/2013 | Cruise ~ Terra Ceia Bay & Chili Cook-off |
| 10/02/2013 | Sailing School Class |
| 10/02/2013 | Sea Scouts |
| 09/25/2013 | Sailing School Class |
| 09/25/2013 | Sea Scouts |
| 09/25/2013 | Windword Newsletter Deadline |
| 09/21/2013 | BCYC Pot Luck Dinner |
| 09/21/2013 | BCYC Work Day |
| 09/20/2013 | BCYC General Meeting |
| 09/18/2013 | Sailing School Class |
| 09/18/2013 | Sea Scouts |
| 09/11/2013 | Sailing School Class |
| 09/11/2013 | Adult Sail School - REGISTER TODAY! |
| 09/11/2013 | Sea Scouts |
| 09/04/2013 | Sea Scouts |
| 09/01/2013 | Raft-Up & Boat Registration |
| 08/31/2013 | Raft-Up: SATURDAY Dinner & Entertainment |
| 08/28/2013 | Sea Scouts |
| 08/21/2013 | Sea Scouts |
| 08/21/2013 | Windword Newsletter Deadline |
| 08/17/2013 | BCYC Work Day |
| 08/16/2013 | BCYC General Meeting |
| 08/14/2013 | Sea Scouts |