UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

    Plaintiff,

v.                                                  Case No.: 8:19-cv-00772-VMC-JSS

BOCA CIEGA YACHT CLUB, INC.,

    Defendant.
_____/

## BCYC'S AMENDED EXHIBIT INDEX
## TO MOTION FOR SUMMARY JUDGMENT

| NUMBER | TITLE |
|---|---|
| EXHIBIT A | Deposition Transcript of Nicholas Southard |
| EXHIBIT A-1 | Exhibit 1 to Nicholas Southard's Deposition- Service Animal letter dated July 16 2018 |
| EXHIBIT A-2 | Exhibit 2 to Nicholas Southard's Deposition- E-mail dated January 22, 2019-Mr. Southard to Gulfport City Manager |
| EXHIBIT A-3 | Exhibit 3 to Nicholas Southard's Deposition- E-mail dated January 12, 2019- Gulfport City Manager to City Mayor |
| EXHIBIT A-4 | Exhibit 4 to Nicholas Southard's Deposition- E-mail dated January 15, 2019-Gulfport City Manager to Samantha Ring |
| EXHIBIT A-5 | Exhibit 5 to Nicholas Southard's Deposition- E-mail dated January 15, 2019-Samantha Ring to Gulfport City Manager |
| EXHIBIT A-6 | Exhibit 6 to Nicholas Southard's Deposition- E-mail dated January 23, 2019-Nicholas Southard to Gulfport Harbor Master |
| EXHIBIT A-7 | Exhibit 7 to Nicholas Southard's Deposition- E-mail notice of special Board meeting on |

| | |
|---|---|
| | January 31, 2019 to present motion for Ms. Ring's suspension from BCYC |
| EXHIBIT A-8 | Exhibit 8 to Nicholas Southard's Deposition- E-mail dated February 1, 2019-Nicholas Southard to Gulfport Harbor Master |
| EXHIBIT A-9 | Exhibit 9 to Nicholas Southard's Deposition- E-mail dated March 5, 2019-Nicholas Southard to City of Gulfport officials confirming meeting |
| EXHIBIT A-10 | Exhibit 10 to Nicholas Southard's Deposition- E-mail from City Mayor to other City of Gulfport officials, dated March 6, 2019 |
| EXHIBIT A-11 | Exhibit 11 to Nicholas Southard's Deposition- E-mail dated March 7, 2019- Nicholas Southard to City of Gulfport Harbor Master Denis Frain |
| EXHIBIT A-12 | Exhibit 12 to Nicholas Southard's Deposition- E-mail dated March 7, 2019- Samantha Ring to BCYC and City of Gulfport officials |
| EXHIBIT A-13 | Exhibit 13 to Nicholas Southard's Deposition- E-mail dated March 19, 2019- Nicholas Southard to City of Gulfport Harbor Master Denis Frain |
| EXHIBIT A-14 | Exhibit 14 to Nicholas Southard's Deposition- E-mail dated March 12, 2019- Nicholas Southard to City of Gulfport Harbor Master Denis Frain |
| EXHIBIT A-15 | Exhibit 15 to Nicholas Southard's Deposition- E-mail dated March 12, 2019- Nicholas Southard to City of Gulfport Harbor Master Denis Frain |
| EXHIBIT A-16 (Omitted from official transcript based on oral motion to strike) | [Omitted] Exhibit 16 to Nicholas Southard's deposition-Correspondence from defense counsel to client and adjuster in advance of agency conciliation |
| EXHIBIT A-17 | Exhibit 17 to Nicholas Southard's Deposition- E-mail dated April 9, 2019- Nicholas Southard to City of Gulfport Harbor Master Denis Frain |

| | |
|---|---|
| EXHIBIT A-18 | Exhibit 18 to Nicholas Southard's Deposition-Meeting minutes for special Board meeting held to present Ms. Ring's request for religious accommodation to the BCYC general membership |
| EXHIBIT A-19 | Exhibit 19 to Nicholas Southard's Deposition- E-mail dated January 14, 2019- BCYC member Jimmy Meyer to Nicholas Southard |
| EXHIBIT A-20 | Exhibit 20 to Nicholas Southard's Deposition-E-mail in favor of efforts to expel Samantha Ring from BCYC |
| EXHIBIT A-21 | Exhibit 21 to Nicholas Southard's Deposition-E-mail from Ray Lastra to Samantha Ring dated April 3, 2019 |
| EXHIBIT B | BCYC-IRS Confirmation Letter and Certificate of Incorporation from Florida Secretary of State |
| EXHIBIT C | Lease with City of Gulfport |
| EXHIBIT D | Deposition Transcript of Larry Brown |
| EXHIBIT D-1 | Exhibit 1 to Larry Brown's Deposition- Service Animal letter dated July 16 2018 |
| EXHIBIT D-2 | Exhibit 2 to Larry Brown's Deposition- Letter of Reprimand |
| EXHIBIT D-3 | Exhibit 3 to Larry Brown's Deposition- E-mail exchange between Larry Brown and Samantha Ring dated January 2, 2019 |
| EXHIBIT D-4 | Exhibit 4 to Larry Brown's Deposition- E-mail exchange between Larry Brown and Samantha Ring dated January 25, 2019 |
| EXHIBIT D-5 (DEFENSE EXHIBIT) | Exhibit 5 to Larry Brown's Deposition- Defense Exhibit- E-mail from Larry Brown to Samantha Ring dated December 24, 2018 |
| EXHIBIT E | Club By-Laws and Clubhouse Rules |

| EXHIBIT F | Deposition Transcript of Samantha Ring |
|---|---|
| EXHIBIT F-1 | Exhibit 1 to Samantha Ring's Deposition- Three pages of medical records produced by Ms. Ring in discovery |
| EXHIBIT F-2 | Exhibit 2 to Samantha Ring's Deposition- BCYC Lease with the City of Gulfport |
| EXHIBIT F-3 | Exhibit 3 to Samantha Ring's Deposition- Notice of Voluntary Dismissal without Prejudice of administrative complaint, filed with the Florida Division of Administrative Hearings |
| EXHIBIT F-4 | Exhibit 4 to Samantha Ring's Deposition- Order entered by the Florida Division of Administrative Hearings, closing Ms. Ring's file and relinquishing jurisdiction to the Pinellas County Office of Human Rights (PCOHR) |
| EXHIBIT F-5 | Exhibit 5 to Samantha Ring's Deposition- Investigative Note prepared by Pinellas County Office of Human Rights Investigator Alana Lewis after interviewing Samantha Ring in connection with another charge of discrimination filed with this same agency against BCYC |
| EXHIBIT F-6 (PLAINTIFF EXHIBIT) | Exhibit 6 to Samantha Ring's Deposition- Plaintiff Exhibit-Drawing made by Samantha Ring in deposition to depict the location of doors and windows in the BCYC Clubhouse |
| EXHIBIT F-7 (PLAINTIFF EXHIBIT) | Exhibit 6 to Samantha Ring's Deposition- Plaintiff Exhibit-Drawing made by Samantha Ring in deposition to depict her location while walking dog Piper in relation to the BCYC Clubhouse and parking lot, to illustrate an incident discussed during her deposition |
| EXHIBIT F-8 (ERRATA SHEET) | Exhibit 8 to Samantha Ring's Deposition- Errata Sheet-Samantha Ring |

| EXHIBIT G | Motion for Expulsion February 10, 2016 |
|---|---|
| EXHIBIT H | Deposition Transcript of Dr. Andres Santayana, MD |
| EXHIBIT H-1 | Exhibit 1 to Dr. Santayana's Deposition- Florida Medical License Verification |
| EXHIBIT H-2 | Exhibit 2 to Dr. Santayana's Deposition- Progress note dated July 16, 2018 |
| EXHIBIT H-3 | Exhibit 3 to Dr. Santayana's Deposition- Service Animal note dated July 16, 2018 |
| EXHIBIT H-4 | Exhibit 4 to Dr. Santayana's Deposition- Progress note dated July 18, 2018 |
| EXHIBIT H-5 | Exhibit 5 to Dr. Santayana's Deposition- Progress note dated August 8, 2018 |
| EXHIBIT H-6 | Exhibit 6 to Dr. Santayana's Deposition- Progress note dated November 30, 2018 |
| EXHIBIT H-7 | Exhibit 7 to Dr. Santayana's Deposition- Progress note dated March 14, 2019 |
| EXHIBIT H-8 | Exhibit 8 to Dr. Santayana's Deposition- Service Animal note dated April 1, 2019 |
| EXHIBIT H-9 | Exhibit 9 to Dr. Santayana's Deposition- Plaintiff's expert disclosures dated October 23, 2019 |
| EXHIBIT I | Deposition Transcript of Dena Collins as Corporate Representative for Bay Point Middle School |
| EXHIBIT I-1 | Exhibit 1 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School-Subpoena for Deposition |
| EXHIBIT I-2 | Exhibit 2 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring Employee Information Form dated August 29, 2016 |
| EXHIBIT I-3 | Exhibit 3 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring Leave History |

|  | record with Pinellas County Public School District |
|---|---|
| EXHIBIT I-4 | Exhibit 4 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring Teacher Verification Form dated September 10, 2015 |
| EXHIBIT I-5 | Exhibit 5 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring Cumulative Personnel Record with the Pinellas County School Board as of 2015 |
| EXHIBIT I-6 | Exhibit 6 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring-Office of Professional Standards Case Report dated November 27, 2017 |
| EXHIBIT I-7-1 | Exhibit 7-1 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring Complete Personnel File from Pinellas County School Board- pages 1 through 124 |
| EXHIBIT I-7-2 | Exhibit 7-2 to Ms. Collins' Deposition as corporate representative of Bay Point Middle School- Samantha Ring Complete Personnel File from Pinellas County School Board- pages 125 through 250 |

Dated this 24th Day of January, 2020.

        Respectfully submitted,

        <u>s/ Elisabeth A Fontugne</u>
        BRIAN RUBENSTEIN
        Florida Bar No.:  16997
        ELISABETH A FONTUGNE
        Florida Bar No.:  115954

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court, using the CM/ECF system, which will send a notice of electronic filing to: Ms. Marcy I. LaHart, Esq., c/o Marcy I. LaHart, P.A., 207 S.E. Tuscawilla Rd., Minacopy, FL 32667, (352) 545-7001 (T), (888) 400-1464 (F), marcy@floridaanimallawyer.com; and Ms. Deneze Venza, c/o Venza Law, PLLC, 931 Village Blvd., #905-322, West Palm Beach, FL 33409, (561) 596-6329 (T), dvenza@venzalawpllc.com.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Boca Ciega Yacht Club, Inc.*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail: brian.rubenstein@csklegal.com
Secondary e-mail: elisabeth.fontugne@csklegal.com
Alternate e-mail: patricia.toney@csklegal.com
hollis.simmons@csklegal.com

By:   s/ Elisabeth A Fontugne
       BRIAN D. RUBENSTEIN
       Florida Bar No.: 16997
       ELISABETH A FONTUGNE
       Florida Bar No.: 115954