RING, SAMANTHA (……………) ob: ……………

RING, SAMANTHA (i…………… dob: …………

BFR Bayfront HMA Medic Case 8:19-cv-00772-VMC-JSS Page 10/08/19 Page 1 of 1 PageID 1639

**BayfrontHealth**
Family Care

BAYFRONT FAMILY MEDICINE RESIDENCY
700 SIXTH STREET SOUTH FLR 3 ST
SAINT PETERSBURG, FL 33701-4815
Phone: (727) 893-6116, Fax: (727)553-7342

Date: 07/16/2018

Samantha Ring, DOB: ▮▮▮▮▮▮▮ Pasadena, 33707

To whom it may concern:

Samantha Ring is a patient under the care of our clinic. I am familiar with this patient's history and functional limitations, as well as her anaphylactic allergies. In order to help alleviate these functional limitations due to her anxiety and to assist with her allergies, I support Samantha's decision to have her service animal accompany her at all times. A specially trained service animal will help to mitigate her anxiety and prevent any risks with her anaphylactic allergies, improving her quality of life.

Sincerely,



**EXHIBIT A-1**

PENGAD 800-631-6989

EXHIBIT
9