From: City Manager, City of Gulfport, FL
To: DeMuth, Lesley; Roach, Lori
Subject: FW: BCYC
Date: Tuesday, January 22, 2019 8:20:25 AM
Attachments: General Membership.pdf
Mission and Standards.pdf

FYI –Reference recent BCYC Email and correspondence.

Thank you,

Jim

From: Nick Southard <n.southard@att.net>
Sent: Tuesday, January 22, 2019 7:49 AM
To: City Manager, City of Gulfport, FL <joreilly@mygulfport.us>
Subject: BCYC

Good morning Mr. Jim O'Reilly,
Again, I want to apologize for all of the troublesome emails you, Council members and the Mayor are receiving from these members. These harassment emails should be internal club business. I would add that we have referred the entire thing to our attorneys and are taking steps to deal these members as quickly as is reasonably possible and legal prudent.

On a happier note last week at our General Meeting after a few months of refinement the members passed the Standards of the BCYC Community which you will see below and will be printed in our new 2019 Directory. Additionally you will see in our Directory below the wording under General Membership.

Again thank you for your patience.
Sincerely,

Nick,
BCYC Commodore 2019

Nick J. Southard
106 25th Ave. N.E.
Saint Petersburg, Florida 33704
727-692-6098

**EXHIBIT A-2**

