This is a general announcement sent to all members.

I am calling a special board meeting on **Thursday, January 31, 2019**, at our Club House at **7:30 PM**. All club members are welcome to attend this meeting. A Board Director will be presenting a Motion of Suspension of Samantha Ring.

No further communications about this Special Board will be forthcoming.

Thank you!
**Nick Southard**
Commodore

Unsubscribe

**EXHIBIT A-7**

