From: Frain, Denis
To: City Manager, City of Gulfport, Fl
Subject: Fwd: Sail into February with Snag-A-Slip
Date: Friday, February 1, 2019 9:17:34 AM

Begin forwarded message:

> From: Nick Southard <n.southard@att.net>
> Date: February 1, 2019 at 8:19:00 AM EST
> To: "Frain, Denis" <dfrain@mygulfport.us>
> Subject: Re: Sail into February with Snag-A-Slip
>
> Samantha was suspended by a 12 to 4 vote.
> Ray was escorted off the club grounds by the Gulfport Police last night at the start of the meeting and the meeting only lasted and hour last night.
> Does Ray have a current Liability Insurance registered with you yet ?
> Thanks
>
> Nick J. Southard
> 106 25th Ave. N.E.
> Saint Petersburg, Florida 33704
> 727-692-6098
>
> Sent by IPad
>
> On Feb 1, 2019, at 8:11 AM, Frain, Denis <dfrain@mygulfport.us> wrote:
>
>> Nick
>> Thanks, they have been on me to join for a couple years , I will look into it again, how did it go last night?
>>
>> On Feb 1, 2019, at 8:08 AM, Nick Southard <n.southard@att.net> wrote:
>>
>>> Denis,
>>> This might be something Gulfport might want to participate in ?
>>> Nick
>>>
>>> Nick J. Southard
>>> 106 25th Ave. N.E.
>>> Saint Petersburg, Florida 33704
>>> 727-692-6098
>>>
>>> Sent by IPad
>>>
>>> Begin forwarded message:
>>>
>>>> From: Snag-A-Slip <hello@snagaslip.com>
>>>> Date: February 1, 2019 at 8:04:08 AM EST
>>>> To: <commodore@sailbcyc.org>
>>>> Subject: Sail into February with Snag-A-Slip
>>>> Reply-To: Snag-A-Slip <hello@snagaslip.com>

**EXHIBIT A-8**

