








**From:** City Manager, City of Gulfport, FL
**To:** "Nick Southard"
**Bcc:** City Manager, City of Gulfport, FL
**Subject:** RE: BCYC Commodore Southard (Mitch Moseley)
**Date:** Tuesday, March 5, 2019 8:42:07 AM

---

Thank you,

Jim

-----Original Message-----
From: Nick Southard <n.southard@att.net>
Sent: Tuesday, March 05, 2019 8:09 AM
To: City Manager, City of Gulfport, FL <joreilly@mygulfport.us>
Cc: Frain, Denis <dfrain@mygulfport.us>; Mather, David <dMather@mygulfport.us>
Subject: Re: BCYC Commodore Southard (Mitch Moseley)

Good morning,
Yes confirmed , I will see you gentlemen tomorrow at 2 pm.

Nick

Nick J. Southard
106 25th Ave. N.E.
Saint Petersburg, Florida 33704
727-692-6098

Sent by IPad

> On Mar 5, 2019, at 7:54 AM, City Manager, City of Gulfport, FL <joreilly@mygulfport.us> wrote:
>
> Commodore Southard,
>
> Thank you for your response.
>
> Wednesday, March 6th @ 2:00 PM works best for me.
>
> If this is convenient for you - please advise.
>
> Thank you,
>
> Jim
>
>
>
> James E. O'Reilly
> City Manager
> City of Gulfport
> 2401 53rd Street South
> Gulfport, Florida 33707
> (727) 893-1009
>
>
> Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in

**EXHIBIT A-9**

