Case 8:19-cv-00772-VMC-JSS   Document 129-12   Filed 01/24/20   Page 1 of 1 PageID 2237

From: Frain, Denis
To: Nick Southard
Subject: RE: Wizard plugged into 110VAC outlet city pays for
Date: Thursday, March 7, 2019 1:45:32 PM

Thank you!

E-mail sent

From: Nick Southard [mailto:n.southard@att.net]
Sent: Thursday, March 7, 2019 1:34 PM
To: Frain, Denis <dfrain@mygulfport.us>
Subject: Fwd: Wizard plugged into 110VAC outlet city pays for

Hi Denis,
Have you had any conversation with Samantha about using 110 improperly? And didn't you have to replace her receptacle due to her using a electric heater that burnout the receptacle?
Thanks

Nick J. Southard
106 25th Ave. N.E.
Saint Petersburg, Florida 33704
727-692-6098

Sent by IPad

Begin forwarded message:

> From: Capt Sandbar USA <captsandbarusa@gmail.com>
> Date: January 22, 2019 at 11:02:30 AM EST
> To: "Nick Southard (BCYC 2011 Vice Commodore)" <n.southard@att.net>, "John McLeod (BCYC)" <jmcleodfl@gmail.com>
> Cc: "Sheri & Rick Ogorek (BCYC)" <ogoreks5@aol.com>
> Subject: Wizard plugged into 110VAC outlet city pays for
>
> Nick and John,
>
> Not more than a month ago Denis told us not to plug boats into the city paid electricity outlets. Tony at the marina said that they can be used temporarily to cut or drill something on the dock but not intended for members to get free electricity to their boat. This is a big issue with Denis and the board knows. Samantha is fully aware of this but continues to disregard the cities requests putting us once again in a bad position. These two photos were taken today after she left for work.
>
> Regards,
>
> Richard

**EXHIBIT A-11**

