**From:** Nick Southard
**To:** Frain, Denis
**Subject:** Fwd: BCYC - April General Meeting Change
**Date:** Tuesday, April 9, 2019 1:58:28 PM

FYI

Nick J. Southard
106 25th Ave. N.E.
Saint Petersburg, Florida 33704
727-692-6098

Sent by IPad

Begin forwarded message:

> **From:** Samantha Ring <SamanthaRing@outlook.com>
> **Date:** April 9, 2019 at 11:03:52 AM EDT
> **To:** Commodore <commodore@sailbcyc.org>, "allbcycboard@sailbcyc.org" <allbcycboard@sailbcyc.org>
> **Subject: Re: BCYC - April General Meeting Change**
>
> After some reflection I have decided that I will skip the first night of Seder in order to not inconvenience the members of the club. Since changing just the date of my vote did not seem to be an option, I guess we will leave it on the first night of Passover.
>
> Samantha Ring
>
> ---
>
> **From:** BCYC / Boca Ciega Yacht Club <webmaster@sailbcyc.org>
> **Sent:** Monday, April 8, 2019 5:12 PM
> **To:** Samantha Ring
> **Subject:** BCYC - April General Meeting Change
>
> To Samantha Ring,

**EXHIBIT A-17**

