\> 
\> Boca Ciega Yacht Club – Special Board Meeting 8 April 2019 @ 7:00 pm
\> Meeting Minutes
\> Reminder: Please turn down all cell phones during the meeting.
\> Roll Call (Secretary)
\> Present: Nick Southard, Sheri Ogorek, Don Rogers, Jenn Buckley, John McLeod, Beth Berkobein, Richard Walters, Picot Floyd, Nancy Bennett, Doug Fuller, Patty Tishuk, Nancy May- Hatch, Becky Gilmore, Tony Angel, Ruth Peterson
\> Absent: Larry Brown
\> We have quorum.
\> Visitors
\> Welcome: members, Board of Directors. Are there any Visitors? If so, please identify yourself and your reason for visiting.
\> No visitors present.
\> Commodore's Report
\> Nick Southard: Good evening, everyone.
\> This is a difficult time for the club. We have already passed the resolution for the expulsion of Samantha Ring. I'm going to read something before we get to the discussion.
\> Samantha Ring has filed two charges with PCOHR (Pinellas County Office of Human Rights) against BCYC. The first complaint was regarding an ADA service animal and the second complaint was regarding retaliation for her expulsion. Both of these charges have been combined and these will be addressed by our attorneys by the end of this week. These are moving forward.
\> Samantha Ring has also filed a lawsuit with the United States District Court Middle District of Florida, Tampa Division. These allegations are similar to those files with the PCOHR.
\> Tonight, we are trying to avoid any other charges from _Samantha as she has now asked, since she is to be proclaiming to be of the Jewish faith,_ that we move our General Membership meeting from April 19th to another date, to avoid the beginning of the Jewish Passover Celebration (which begins on April 19th and ends April 27th).
\> Now, to my recollection, I don't believe that the Club has ever changed the date of a General Meeting in the history of the Club. However, the club members never anticipated such actions as Samantha Ring has demonstrated over the years with her poor behavior.
\> Since these are very unusual times for our Club, I am recommending the following: I would like for us to offer Samantha three dates to choose for the General Meeting and she would have up to 24hrs to pick one of the dates. If she fails to pick one of these dates then the General Meeting will remain the same, on April 19th. The two alternate dates are Friday, April 26th which is still part
\> Passover, or Monday, April 29th which is not part of Passover. (Keeping the original date of Friday, April 19th is the third option.) This is what I am recommending for the good of the club, to try to facilitate the religious needs of the member in question, and this is in our best interests and after speaking with our attorneys.
\> Do I have a motion? A discussion will follow.
\> Initial Motion
\> Who: Beth Berkobein
\> I move that we discuss changing the General
\> Membership Meeting to April 26th or April 29th.
\> Moved to Discussion
\> General discussion:
\> Seconded by Richard Walters
\>     In 50 years, BCYC has never altered its schedule to accommodate a religious

**EXHIBIT A-18**

EXHIBIT 18