Elisabeth A. Fontugne

From:
Sent:          Nick Southard <n.southard@att.net>
To:            Monday, January 14, 2019 12:43 PM
Subject:       Jimmy Meyer
               Re: Ms Ring

Thank Jimmy it will be enter into the files pertaining to Samantha/Piper.'
ThankYou
Nick


Nick J. Southard
106  25th  Ave.  N.E.
Saint Petersburg, Florida 33704
727-692-6098


Sent by IPad

> On Jan 14, 2019, at 12:32 PM, Jimmy Meyer <jvmeyer@aol.com> wrote:
>
>
> Mr Commodore,
> I would like to make you aware of an occurrence I observed first hand.  I was going to remain silent about
this because I have no personal animosity against Ms Ring and I didn't feel a need to "pile on", but recent
events have prompted me to reconsider.
>
> On Sunday, December 23rd, at 10:15 AM I was at the club. I am certain of the date and time, because I was
there for an appointment to show my boat to a prospective buyer.  I was walking in the main gate and saw
Samantha coming up from the dock area with an armload of "stuff" and her dog Piper.  Piper saw something,
and jerked away from her, running across the parking lot trailing his leash.  The dog did not respond to
Samantha's verbal orders to return to her.  Piper then engaged in a "standoff" with the club cat, maintaining a
distance of about 6 feet from the cat.  Samantha then saw me, and ran after Piper, shouting at me... "sorry,
sorry, sorry".  Piper continued to ignore her verbal commands, and didn't budge from his "standoff" pose until
Samantha caught up with him, and took the leash, pulling the dog away.
>
> Although I was still a Board member at that time, I did not interact with her, and continued on to my
appointment.
>
> Jimmy Meyer
> Sent from my Verizon 4G LTE Tablet


**EXHIBIT A-19**

1

PENGAD 800-631-6989   EXHIBIT
19
Southard 10/14/19