**Subject:** Hate to be the bearer of bad news...
**From:** Rey Lastra <reylastra@comcast.net>
**Date:** Wed, Apr 03, 2019 8:14 pm
**To:** Sam <sam@samantharing.com>

Take a look at what came thru my mail today. It was not sent to me. It was forwarded...

This is a reminder that we will be having a meeting of people that are willing to make calls to BCYC members encouraging them to come to the next General meeting to vote to expel Samantha Ring. We will have scripts of what to say when you call. The meeting will be at 7:00 pm on Thursday at BCYC.

Here are the people I am suggesting we ask to call other members.

If you are not able to call, just let me know.

Tony & Gerri Angel (new members & some lifetime members)

Lee Nell

Doug

John McCloud

Garth (racers)

Joye (women's groups)

Richard

Don & Jenn Rogers

Beth

Jenn B.

Marty

Nick

**EXHIBIT A-21**

