

**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
PO Box 2508
Cincinnati, OH 45201

**Date:**
July 25, 2019
**Person to contact:**
Name: K. Gleason
**Toll-free telephone**
877-829-5500

RICHARD RISK

SOUTH PASADENA, FL 33707

Dear Sir or Madam:

We're responding to your request of June 8, 2019, about the tax-exempt status of BOCA CIEGA YACHT CLUB INC.

We issued a determination letter in September 1952, granting this organization exemption from federal income tax under Internal Revenue Code Section 501(c)( 7).

Because this organization is not described in Internal Revenue Code Section 170(c), contributions to it are not tax deductible.

If an organization fails to file an annual return or notice for three consecutive years, its tax-exempt status is revoked by operation of law. This is stated in IRC Section 6033(j)(1). The revocation is effective on the filing due date of the third annual return or notice. For more information about filing requirements, you can visit our website at www.irs.gov/eo.

If you have questions, call 877-829-5500 between 8 a.m. and 5 p.m., local time, Monday through Friday (Alaska and Hawaii follow Pacific time).
Thank you for your cooperation.

Sincerely,

*Stephen A. Martin*

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

**EXHIBIT B**



# State of Florida
## Office of Secretary of State

I, **Tom Adams,** Secretary of State of the State of Florida, do hereby certify that the above and foregoing is a true and correct copy of

CERTIFICATE OF REINCORPORATION TO CERTIFICATE OF INCORPORATION OF SUNSHINE CITY BOAT CLUB, INC., --- the original Charter having been filed in the Circuit Court of Pinellas County, Florida, on the 28th day of May, A. D., 1940, according to documents filed in this office, --- REINCORPORATING under the corporate name of

BOCA CIEGA YACHT CLUB, INC.,

a corporation not for profit, organized and existing under the Laws of the State of Florida, filed by the Secretary of State on the 10th day of February, A. D., 1966, pursuant to Chapter 617, Florida Statutes, as shown by the records of this office.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the 10th day of February, A. D. 19 66.

Secretary of State

