

4600 Tifton Drive South    Gulfport, FL 33711    (727) 321 7295



Reference: Not following club rules/ by-laws                February 10, 2016

Dear Samantha,

As you know at the February Board meeting a Motion was presented to recommend your expulsion from BCYC. And, as recommended and voted on by the board I have put together the Motion to Expel you from the club. Please see following documentation (NoticeToSamanthaRing.pdf).

The next Board meeting is on March 7th and begins at 7:30pm.

Under section 1.04 Expulsion of members: If the board agrees with me it will then go to the general membership for a vote. You do have the right to appeal to the board on your behalf.

I am sorry it has come to this but the club has tried to resolve this with you to no avail.

Respectfully,


Don Rogers BCYC Fleet Captain
C.C. BCYC Officers, Board, Denis Frain Director of Marina Operations & Tony Fields

p.s. This notice will also be sent via email and by certified mail, even though previous letters that were sent to both the address in the directory and the address in our database were returned as "not deliverable as addressed" See exhibit G, pg 18-19 in the aforementioned file.

**EXHIBIT G**


**EXHIBIT R**

## Motion to Recommend Expulsion of Ms. Samantha Ring

Boca Ciega Yacht Club's lease with the City of Gulfport contains several clauses that are relevant to this matter.  If members do not abide by these lease provisions and if the Club does not enforce its policies relating to those provisions, the Club could be found to be in violation of its lease, which could have serious consequences for the Club and its future in Gulfport.

One section of the Gulfport/BCYC Lease (hereinafter Lease), after describing what we know as the "T-Docks" and defining them as "transient storage," provides as follows:  *No vessel shall be allowed to remain in the transient storage described herein for a period of more than three (3) days in any thirty (30) day period.*  See Lease at Paragraph 4 (j).

In another section, the Lease provides, in part, that:  *Lessee and its members shall not allow any person to live aboard any vessel docked or anchored within the subject premises* ….  See Lease, Paragraph 9.  [Note that this paragraph goes on to provide an exception for one live-aboard in the BCYC basin.  During the period in question here, either the live-aboard position was occupied, or Ms. Ring had not applied to go through BCYC's process for filling that one live-aboard position.  See BCYC By-laws, Article IX.]

The Lease also provides at paragraph 4.(b):  … *Except as otherwise specifically provided in this Lease, Lessee's members shall be subject to the same terms and conditions, and rules and regulations applicable to other slip lessees in Lessor's municipal marina.*

The Gulfport City municipal marina rules and regulations, which are published in BCYC's Directory, state, at paragraph 4:  *Living aboard any boat or vessel is prohibited.*

BCYC Waterfront Policies provide, at Section M. Board of Directors and Fleet Captain Responsibilities, Subsection 5. C.  *The Fleet Captain is responsible for enforcement of Club policy pertaining to slips and docks.  Club policy includes those contractual responsibilities we have with the City of Gulfport.*

At Section D.2.H.2. the BCYC Waterfront Policies echo the Lease requirements, as follows: *The 'T-docks' are for overnight and/or weekend use, not to exceed three days within a thirty day period.*

At all times relevant hereto, BCYC Clubhouse Policies have required that all pets on the BCYC property *"…must be on a leash at all times."*

According to BCYC's Mission Statement, one of our Club objectives is "…*to promote fellowship and camaraderie among the members"* … of BCYC.  Another Club objective is to be an integral part of the Community of Gulfport. [BCYC Bylaws, Mission Statement, 3, 4.]

Under those same Bylaws, a "Member in Good Standing" is defined as a member who "…[c]omplies with all BCYC Bylaws and Policies" and who "[c]onducts himself/herself in accordance with the acceptable standards of the BCYC community."  [BCYC Bylaws, Definitions, 6. b) & c)]

Under Article III of the Bylaws, the BCYC Board of Directors consists of the Flag Officers and other elected Directors, and, under Section 3.02, has the *"… authority and responsibility to conduct, manage, and control … the affairs of the Club… ."*

Under Article I, Section 1.04 of the Bylaws, the Board has the authority to recommend to the general membership that a member be expelled if that member is alleged to have violated the BCYC Bylaws.  [BCYC Bylaws, Article I – Membership, Section 1.04 – Expulsion of Members]

This motion is that the Board recommend to the members of Boca Ciega Yacht Club that we expel Ms. Samantha Ring from BCYC for repeatedly, willfully, and continually violating one or more of the BCYC rules and policies, rather than conducting herself in accordance with those By-laws and policies.  Rather than helping BCYC to become an integral part of the Gulfport community, her behavior has potentially jeopardized BCYC's standing in it.  Various BCYC Flag Officers have counseled Ms. Ring about her rules violations, yet she continues to disregard the rules she evidently finds inconvenient or beneath her.  Ms. Ring has acted and continued to act in ways that inhibit, rather than promote, fellowship and camaraderie among the members.  Thus, Ms. Ring has consistently failed to conduct herself in accordance with acceptable standards of the BCYC community, in violation of the BCYC By-laws, and her expulsion is thereby warranted.

The attached bill of particulars sets forth the specific bases for this motion.  While Ms. Ring has violated a number of BCYC rules and policies, this motion is not based on any one specific violation.  Rather, this motion is based upon Ms. Ring's continual, repeated, willful violation of rules, seemingly whenever she sees fit.

Nearly a year ago, a similar motion was prepared to expel Ms. Ring because of, among other things, her boorish behavior, both publicly and in private, against some other BCYC members and officers.  After a counseling session with three Flag Officers, however, she mended her ways for a period of several months, and the motion was never brought forward.  However, after violating additional rules, she has reverted to form, sending an e-mail to a variety of members calling our current Fleet Captain "mean spirited," a "cruel person," and "unfair and inreasonable" *[sic]*, in response to his recent letter.  Her e-mail claims several times that she has not broken one single rule when the fact is that she had done so, and indeed she broke another rule (again) a week prior to sending that e-mail.

For these reasons, we move that the Board recommend to the general membership that Ms. Samantha Ring be expelled from the Boca Ciega Yacht Club.

# Bill of Particulars

August, 2014:

     Samantha Ring hosted the Bollywood pot-luck dinner. Over a week later, two other members discovered some of that unique food in the warmer, covered with flies and maggots and creating a horrible stench. While these members were cleaning up this mess, which ultimately required five treatments with a 50% solution of Clorox, Samantha entered the clubhouse and was advised about the nauseating condition in which she had left the kitchen. Even though one of the members told her that they were still in the midst of cleaning up the mess, Samantha replied, "Oh," and nonchalantly left the clubhouse. She never acknowledged having any responsibility for this situation whatsoever, and she never apologized in any way either for the mess for which she was responsible or for not helping to clean it up when she had the opportunity.

November, 2014:

     As a boat instructor during a previous Sail School session, Ms. Ring had difficulty with the boat one day, and as a result, the student sailing with her quit the class. Sail School Director Jonathan Gillespie recommended to Sail School Curriculum Director Dan Chesnut that he, Dan, meet with Ms. Ring to discuss the matter. During that discussion, Ms. Ring stated that she had erred during the on-the-water session, suggested that she should not be an instructor until she had more instruction herself, and asked Dan Chesnut to provide that instruction. Dan agreed with her points and offered to help. As evidenced by her hugging Dan at the end of the meeting, Ms. Ring appeared to have understood the necessity of the meeting and accepted the resolution.

Subsequently, however, Ms. Ring told Dan she was angry that he had met with her, saying that in her opinion, it was not his business to do so. Then in November, Ms. Ring publicly criticized Dan for having had that meeting and said to others that she would not volunteer for Sail School again unless and until Dan apologized to her. Her comments were ironic considering that it was Samantha's own idea that she should not volunteer to be a boat instructor until she had further instruction, of which she never availed herself.

2014 Boat Parade:

     Earlier in the year, Samantha took on the responsibility of chairing the committee for the annual Christmas lighted boat parade. She volunteered at a Friday night general meeting but then showed up on Saturday at the Rhumb Runners meeting, insisting that the Rhumb Runners take on all the responsibilities. When the Rhumb Runners declined, as it was Samantha who had volunteered herself, she played the victim card. Barb Meyer told her that the list of sponsors was already in place, so all she had to do was just contact the people/businesses on that list. Barb also noted that the people in the past had been able to complete the tasks alone and that Barb herself had done so alone several times.

Richard Walters has devoted himself to numerous club projects. He ran the Xmas Boat Parade prior to Sam doing it. Basically he had compiled a huge resource of contacts and ideas about the Boat Parade and gave it all to Sam when she took it over. And then she promptly lost the

entire package.  Luckily Richard had retained copies.  Then she dropped the ball on contacting sponsors and tried to get Richard and others to do the work for her when time was running out.  Several members stepped up to complete this important task, or the Boat Parade would have been a complete failure.  Beyond that, it is traditional, not to mention courteous and just smart business, to send letters of thanks to the parade sponsors, and to publish a note of thanks in the Gabber.  Samantha simply ignored that task, and someone else had to do it.  Then, in the planning stage for the following year's parade, the e-mailed responses from parade registrants were being sent automatically to the previous year's parade chair, Samantha Ring.  Not only did Ms. Ring not advise the current chair that she was receiving these-mails, she also did not forward them to the new chairpersons.  And more inexplicably, she merely deleted them without any further concern on her part.

February, 2015:

Ms. Ring brought her very large, very furry dog into the February pot-luck dinner, a special night to honor one of our long-time members who has been ailing.  The BCYC meeting room was very crowded, in part because of the large number of people at the dinner and in part because the tables had been pushed more closely together to allow room for the Irish band and dancers.  Samantha's large dog, therefore, was encroaching into the already narrow walkway near her table.  In addition, a number of members had expressed to the BCYC Activity Chair (Joye Swisher) and hostess of the dinner that they were uncomfortable eating in a room where there was such a large, furry dog.  Thus, the Chair asked Samantha to remove the dog from the dining room, but Samantha refused.  Although Ms. Ring did move the dog to a spot under the table, that then required the folks at the table to move their chairs out a bit, with the result that the encroachment issue was not resolved, and neither was the issue of some members' objections to the dog's presence while they were eating.  However, because this was a special evening and any further discussion would have been disruptive, the Chair dropped the matter in favor of not upsetting our honored guest.

The next day, Samantha approached the Chair (Joye Swisher) saying that she would not come to another dinner unless she could bring her dog.  At that point, another member who had been simply enjoying his morning coffee before being confronted with this unpleasantness said to Ms. Ring that club rules prohibited bringing dogs into the dining room.  Apparently, that had been a policy at one time, but was no longer the rule.  Shortly thereafter, Samantha returned to the patio table and launched into a tirade against the Chair (not the member who had offered the incorrect opinion), complete with wagging a finger in the Chair's face while reading from the club policies at a very loud volume.  Ms. Ring's manner and volume was so extreme that another small dog there hopped into her owner's lap, quivering.  More telling, the Chair's husband (David Swisher) felt compelled to rise and come to his wife's defense, cautioning Samantha not to speak to the Chair with that tone or manner, as Samantha stalked off.  Samantha returned again and harangued the Chair one more time briefly and then left again and did not return.  At that point, two members who had been sitting 25 yards away came to the patio table to make sure that everyone was ok after such an unpleasant and unnecessarily nasty exchange.

March, 2015:

As noted on the face of this Motion, the BCYC lease with the City of Gulfport as well as the Gulfport Marina rules and regulations, prohibit individuals from living aboard their boats in the Gulfport Marina or in the BCYC basin, aside from the one live-aboard provided for in the BCYC lease. Samantha Ring is not that one designated live-aboard person. She did, however, chafe about the traditional standard of 72 hours aboard, as articulated by the former Fleet Captain, (Dan Chesnut) beyond which one would be considered to be living aboard his or her boat. She also continually attempted to interpret that standard to her advantage. Still, understanding that Ms. Ring had experienced some domestic turmoil, the Fleet Captain at that time did not strictly enforce this rule, despite periodic reports that Samantha was living on her boat.

Late in February, two club members reported to the Fleet Captain, who is responsible for enforcing BCYC rules relating to the waterfront, that Samantha was living on her boat in excess of any standard. Both reported seeing her on the boat, seeing lights on in her boat, and hearing her voice coming from the boat during evening and late night hours. Seeing Samantha's car in the BCYC parking lot overnight is a regular occurrence.

Thus, in early March, Dan Chesnut met with Samantha to go over the time(s) she was living on her boat. When her own numbers showed that she had stayed overnight on the boat more often than had been agreed at New Year's, she immediately interrupted and changed the subject. The next day, Ms. Ring said she was moving her boat to the municipal marina.

A few days later, in a conversation with Dan Chesnut, the Gulfport Marina Harbormaster Denis Frain mentioned that Samantha had inquired about moving her boat to the marina and said their conversation had raised a number of red flags for him. He then asked directly whether Samantha was living aboard her boat. Dan said she was, as had been reported by the two members and as had been admitted to by Samantha in her prior conversation with Dan.

Shortly afterwards, Samantha called Dan, furious at him for telling Denis the truth. She claimed that it was none of his business and said he had slandered her. Having heard enough of that tirade, Dan hung up, whereupon Samantha called back and left a message that he was a back-stabber.

On March 23rd, Dan sent Samantha an e-mail in the hope of resolving the entire matter of her living aboard, which he noted had attracted the attention of some club members. Dan's note said he believed that the club may have to initiate action regarding her violation of the live-aboard rules, which could lead to a fine for Samantha. However, Dan offered to help Samantha come into compliance with BCYC waterfront policies if they could sit down and, with her cooperation, work together to resolve the matter. (See Exhibit A, page 9)

In response, Samantha sent Dan a string of eight threatening e-mails over the next six hours. She denied over and over that she lives aboard her boat, despite her previous admission that she slept aboard her boat, *Magic*, in excess of any standard, either the shorter traditional period or the longer one to which she agreed at New Year's. In these eight e-mails, Samantha: threatened five times to sue; claimed that Dan had slandered or slandered and libeled her (3 times); claimed that he was condescending (once) and harassed her (thrice); threatened to subpoena other members (twice) who were his "spies" at the club; claimed his behavior was pathetic (once); and included veiled threats (thrice), presumably that she would sue. In another

e-mail, Samantha claimed that Dan is singling her out because she had the nerve to run for a seat on the BCYC Board, and she once again took the opportunity to complain that the nominating committee put her name up in small letters in an effort to humiliate her.  Interestingly, at other times Samantha has stated that Dan is doing all of this because she planned to move her boat to the municipal marina, claiming, incorrectly, that Dan called the Gulfport Harbormaster to keep her from moving her boat there.  That did not happen.  Finally, one of Samantha's major complaints is that Dan gave her only two days' notice of the opportunity to meet with him which was not adequate in view of her travel and busy schedule.  In fact, as she admits elsewhere, she planned to be at the clubhouse the one night Dan proposed for a meeting, but Samantha declined to agree to a meeting unless she first consulted with an attorney.  These vituperative e-mails continued into the next day, March 24th, and they have to be seen to be believed.  (Exhibit B, pages 10-14)

The e-mails finally ended after Samantha emailed Commodore Shep Massar as well as emailing Dan one last time. First she emailed Shep complaining about Dan's handling of her situation, stating again (and again incorrectly) that Dan had called Harbormaster Frain to prejudice her ability to rent a slip at the municipal marina, and asking Shep to make a plan to resolve the matter, offering her own advice about how that plan should look.  Commodore Massar pointed out that as Fleet Captain, Dan was responsible for handling these matters and was only trying to gain Samantha's cooperation in doing his job.  Shep noted that Samantha had her facts wrong regarding the call between Dan and Denis, and he recommended that Samantha may want to seek competent legal advice about slander before continuing to threaten to sue over that issue.  Finally, Shep recommended that Samantha be less combative and more cooperative with Dan in trying to resolve the matter.  (Exhibit C, page 15)

On a final email to Dan Chesnut, Samantha responded to Shep's email by sending an e-mail to "Dear King Dan" begging for his "royal forgiveness."  Her e-mail goes on for several more sentences with unnecessary sarcasm in her attempts to belittle our Fleet Captain.  She ends with another threat to sue the club if we fine her in accordance with BCYC procedures.  (Exhibit D, page 16)

Nor is Samantha's inappropriate behavior limited to club members.  On Wednesday, March 25th, the morning before the second class meeting of sail school, Samantha decided to take her complaints more public by putting several notes on the white board in front of the classroom. One said "Beware – there are club members who submit logs to Dan (so he says).  Too bad they can't give them to me so I can refute them."  Another said that everyone seems to want to know her every move, and so she listed her travel schedule until early April.  (Exhibit E, page 16)  Thankfully, our Vice Commodore happened upon this note and erased it before sail school class time.

Later that day, Dan invited a visitor to have a look at our wet slips, during which time he encountered Samantha who, appropriately, asked him what he was doing.  At that point, Dan appeared and mentioned that the visitor was with him and it was okay for him to be looking at the docks.  Samantha replied to the visitor, "That's 'King Dan' and whatever he says goes."  She continued muttering about King Dan as she walked away.

Despite all of this nastiness and vituperation directed against Dan Chesnut for doing his job, and despite all of Ms. Ring's denials while she was doing that, the fact is that Ms. Ring has admitted to at least several BCYC officers that she was living aboard her boat.  She did so nearly a year

before this matter surfaced, and she did so during a counseling session with three officers in April.

Summer/Fall, 2015

During this time, Samantha was seen on the security tapes taking supplies from the cabinet outside of the store room.  She took and used nine or ten of those expensive, giant trash bags and used them when cleaning out her boat.  Some weeks later, after being confronted about this matter, Samantha bought a large package of large trash bags to give to the club.  While we credit her for attempting to replace the bags she took, the ones she bought were significantly smaller in size and in thickness and in cost.  Moreover, when she posted pictures on Facebook about her life living on a boat, the paper dishes shown in the pictures were the ones used by the club.  When confronted about the dishes, she removed the pictures from Facebook.

August, 2015

It is worth noting that by letter dated July 25, 2015, the Gulfport Harbormaster had advised BCYC that we were not satisfactorily enforcing the restrictions limiting use of the T-docks to three days per thirty day period.  The marina staff walk the docks most mornings, and they record the vessels that are tied up there.

On Sunday, August 2, 2015, then Fleet Captain Dan Chesnut advised Ms. Ring that her boat had been tied up at the T-dock for two days and that her allotted time for staying would expire the next night.  She said she would move her boat by Tuesday morning.  Nevertheless, her boat was still tied up on the T-dock on Wednesday morning, August 5th.

At that point, Dan began consulting with other Flag Officers about sending a letter of non-compliance to Samantha, but she had left the dock sometime on Wednesday, so it was decided to send her a letter warning her about the violation.  That duty fell to Commodore Shep Massar, who sent a letter advising Samantha again of the "3 days in a 30-day period" rule for T-dock use.

December, 2015

Samantha, as she had in August, signed up for four days of use on the T-dock at the end of the month.  She then added 4 more days. As it turned out, she actually stayed on the dock for up to 8 days. (Exhibit F, page 17) When confronted with this, Samantha said that Harbormaster Frain had approved her longer stay.  In calling the Harbormaster, Dan learned that Mr. Frain had said no such thing.  Further, the Harbormaster said it was up to BCYC to police its T-docks and enforce the rules.  When confronted with this news, Samantha then said that she was using three days from another member, with his permission.  No one knows where this idea came from as there is no policy that states that one member can use another member's T-dock days.

Her argument for the extended stay was "Engine Trouble". "As I (Don Rogers) was coming into the basin on December 31st to dock my boat, I noticed her engine was running (water coming out of the exhaust) as most boats do when running. After finishing docking I noticed that her engine was still in fact running. This was observed for approximately 15 or more minutes of time, so it appears there really was no engine running problem. In addition she had left debris

on the dock from wood repairs that were being done on her boat. Obviously not just running problems."

On January 3rd 2016 Samantha was observed (by Tony Angel) taking things out of her boat and putting them on the dock. She explained that she was cleaning out her boat. This was now the 8th day of her being on the dock after being told by Dan Chestnut & Don Rogers that she had already over stayed her 3 days and needed to move out of the basin. After a bit of a discussion with Tony she finally did move out of the basin.

While Samantha's boat was on the T-dock, another one of her nonmember friends showed up, unaccompanied, and was hanging around in the parking lot. He said he was at BCYC to "help the club" and to help Samantha get her boat's motor running, but he was there in the parking lot for 20 to 30 minutes with no Samantha in sight.

January, 2016

Late in the day on Sunday, January 24, 2016, after the day's sailing races, Samantha's dog Piper was sitting alone in the screen porch, leashed to a table leg. Samantha was nowhere to be seen. Shortly, Piper began barking, and Samantha then came and took control of her.

A short time later, Samantha took off Piper's leash out in the parking lot, and she and another member walked with their dogs from near the boat ramp, through the parking lot, to and through the far west gate to the docks. During the entire time, Samantha's dog Piper was running loose, unrestrained, without a leash. Samantha and the dogs all disappeared from view, through the mangroves, and I lost sight of them.

Samantha had previously been counseled to have her dog on her leash and under her control because of at least one previous incident when her dog was not in hand, escaped, and badly frightened another dog. On Saturday, January 30th, Piper again was leashed to a table leg or something else for a time, with Samantha nowhere in sight.

Summary

To reiterate, the aforementioned infractions show a repetitive and willful disregard by Ms Ring for BCYC by-laws and policies and our lease with the City of Gulfport, specifically our rules against living aboard, exceeding allotted time on the T-docks, disregarding leash laws, and failing to promote camaraderie and fellowship with the membership, board and officers of the club.

## Exhibit A

To:  Samantha, Shep, Lee

From:  Dan

March 23, 2:21 p.m.

Samantha,

Over the past month you have attracted attention about living on your boat.  Several members have documented your pattern of staying over night on board in the BCYC basin.  At this point, the Board may have to take action soon, which could result in your receiving a fine.  Once again, I can resolve this for you, with a strong dose of cooperation on your part, so that you are in compliance with our Waterfront Policies.  Toward that preferable end, I invite you to meet with me tonight or tomorrow night so we can work together on this.

Please reply with your choice.

Dan Chesnut

Fleet Captain 2015

<u>Exhibit B</u>



**Samantha Ring**         Mar 23 (5 days ago)

to Dan, Shep, me

I am not in town until tomorrow night. I leave town again on Friday night and will not return until after spring break. Please know that if I am fined due to accusations that I am staying at the dock more than the allotted 72 hours I will seek remedy in the court system and those people will be supenead. Please have concrete documentation available at our meeting that I have been on magic at the dock and not just that my car has been at the clubhouse. Please know that I sometimes motor in to the dock a few times per month - so it may be that, unless theses people have been watching with binoculars and checking the dock after 9pm or 10pm and at 5:00am (the time I come in) that they are just making false assumptions.

I have tried to transfer to the Gulfport Marina and I am in that process. I feel that you taking it upon yourself to call Denis was tantamount to slander.

I have not one but two residences on Gulfport and while I was not able to stay at one of them for a period of time due to discriminatory laws in Florida - since same sex marriage has been legalized I am now able to access that home. In fact - I think the last time you harassed me regarding this I was in fact not at the marina but in my residence on 30th avenue.

Additionally - Please know that I do not always use my car and have on several occasions left my car at the clubhouse while staying elsewhere.

Finally is the fact that I have on many occasion left the dock at night and returned in the morning.

Again - it is my intention to leave the BCYC dock and go to the Gulfport marina.

Also - due to the face that I spend much of the week in Pine Island to be with my dog and have a large commute  - I need more than 24 hours notice for a meeting ... Why? Because I don't live at th dock.

I will check my calendar and get back with you regarding some times I will be in town and available. Although I will be at th clubhouse tomorrow night I prefer to not speak with you anymore until I consult with an attorney.

Dan - I feel that you single me out on a regular basis and I am sure it has much to do with the fact that had the nerve to run for office (which the board posted my name in small print in an effort to humiliate me for trying to run). I think you should tread lightly here - again .... The reason I was not able to transfer to gulfport marina was instigated by your accusations.

Samantha
Aboard *Magic*
in Boca Ciega Bay

**Samantha Ring**         Mar 23 (5 days ago)

to Dan, Shep, me

If you can do a phone meeting then April 1st will work for me. If you need a face to face then it will have to be after April 6th as I am NOT at the dock but in Pine Island or one of my two other residences.

Please send me dates, times, concrete proof of these allegations (not just hearsay). If people have been keeping a "log" regarding me - I want to know who and I want to know who else they have decided to keep a log on (and if they have not why not).

Again - it is too bad that the last time you harassed me about this (it seems I left my cabin light on and the companionway open and came back to a dead battery) - that you didn't walk or drive down the street toy home like I invited you to do. Today (and since Friday night) until tomorrow morning I am in Pine Island- please feel free to drive down here - actually I at the walmart so I can bring a receipt if needed.

I should not have to document my every move to you Mr. Chestnut. I will indulge you one time - send me the days/times and "proof" so that I can send a detailed explanation of my whereabouts along with documentation whenever possible.

You need to do this to everyone (have spies in the club "documenting" supposed infractions equally - I hope I am not the only

person that is receiving this honor. Again : please provide the names so if this goes to court I will know who needs to receive a supenea.

I am over your picking on me Mr. Chestnut - please know that as of your last call to me when I was on 30th ave - I am keeping a log of my treatment by you.

**Dan Chesnut** Mar 23 (5 days ago)

to Samantha, Shep, me

Samantha,

The manner in which you replied to the courtesy I extended you is not conducive to my taking time to help you. You need not take time for a meeting. I will take it up with the Board.

Dan



**Samantha Ring** Mar 23 (5 days ago)

to Dan, Shep, me

No- I would highly recommend that you honor your word and provide me with which of the two dates you have chosen. Further -I have a right to know what dates you are

**Samantha Ring** Mar 23 (5 days ago)

to Dan, Shep, me

I hit send before finishing please read complete:

> No- I would highly recommend that you honor your word and provide me with which of the two dates you have chosen. Further -I have a right to know what dates you are talking about. I am sorry if you cant handle someone asking for concrete dates and times and additionally if you can rede the fact that I am available at youth I and call.
The board meeting is forum with notes and discussion - if you choose to go straight to he board I will I  fact sue - because that us not how you do it for everyone.

You are condescending and giving me a choice of two days with less than 48 hours notice during the workweek is inappropriate (unless you ha tile "king" before your name).

I find it ironic that this is happening right after I putmy name in for a transfer.

If you go to board before honoring your word I will in fact find the funds to take you to court for libel and slander.

Govern yourself accordingly

**Samantha Ring** Mar 23 (5 days ago)

to Dan, Shep, me

Shep - a note for you is at the bottom - please respond with your intentions so I can make plans for my next action

Please know that your refusal to give me dates that O can refute, refusal to reschedule in light off being out of town combined with your insistence of escalating by bringing these false accusations up at the board meeting just days after I told you I was moving my boat to another marina will be submitted as evidence that this is a punishment for trying to leave to BCYC marina (ironically me being out of town to face these allegations after I have already put in my name for the waiting list at another Marina making this a moot point) just underscores what this really is about.

Shep - I have told Dan that I put my name on the transfer list to another Marina. Dan then took it upon himself to call and insist that I live at the dock even though the city shows two addresses for me (one a house I own).

If not to shame me and punish me for transferring - the what is the point of this? If it is to keep me off the dock - I am moving .... Unfortunately Fan's actions have slowed that down- I was going to move last Monday but Dan was so insistent that Dennis had th city look up my house   Only  to find a code enforcement  (for bee removal)  that has to addressed before I can take my new slip (thank you Dan).

**Samantha Ring**     Mar 23 (5 days ago)

to Dan, shepmassar, Shep, me

To be clear : I had a slip at i
the Gulfport Marina but I cant move into it until I pay the code enforcement fine because Dan took it you  himself to call Dennis and allege that I am a live a board at the dock (I am allowed to be a liveaboard on my mooring ball) .... Where is it in Dan's duties to manage the Gulfport Marina?  This was not okay - because I can move into the slip for a few weeks now I want to have the dates that fan is referring to - or he can leaver alone while I try to fix the situation that he caused.  I am pissed off about it - and King Dan giving me a summons for today (when I am  it in town) or tomorrow (I have plans) with less than 48 hours notice because he feels like harassing me is not okay.

I offered two dates and asked to be provided with evidence .... Dan needs to back off ... What I did wrong was be polite enough to tell Dan I was due to move my boat last Monday.

And - I am not playing about the libel and slander - if Dan continues down this path he will force me to have no other option :/



**Samantha Ring**     Mar 24 (4 days ago)

to Dan, Shep, me

Dan - you summoned me while I am out of town and refused to send me documentation so we could discuss this matter as equals.

If you choose to bring this up at the board meeting because I refused to drop my life and come back to town to meet with you when you dictated or because you refuse to provide the dates of dates of the logs you claim you have then it becomes clear that you are in fact harassing me.

You offered to meet with me - then so it - but when I am in town and give me your "proof" first.

If this goes to the board meeting because you got in a toddy because I had the nerve to question you, the person who will look bad is you .... And with good cause.

Have the decency to meet with me when I am in town - unless YOU feel like driving to spine Island to meet.

**Samantha Ring**     Mar 24 (4 days ago)

to Dan, Shep, me

And you are not "helping me" - you "help" was calling to try to thwart my moving to another Marina ... Like everyone else is starting to do .... Look at the numbers  - since you have taken office people are leaving Dan

Mar 24 (4 days ago)

**Samantha Ring**     Mar 24 (4 days

ago)

to Dan, me, Shep

I gave my 15 day notice to the city- there .... Now leave me alone about it ....

Samantha
Aboard *Magic*
in Boca Ciega Bay

**Samantha Ring**
to Dan, Shep, me

Ou by April 7

You win - I a giving  up my slip at the dock - it isn't worth dealing with Dan and his accusations. I think it is crap that you refused to even give me proof and refused to have a meeting hen I am in town - but it clear the real point was to get rid of me ... I am sure your next plan will be to try to push me out of the club too .... Afterall we are trying to become the upper crust a real "yacht" club .... Sad

I have singed up fort three nights/month at the t dock

I also will pay my $15 dinghy slip

I will move out by April 7

Do a Happy dance

Exhibit C

On Mar 24, 2015 7:41 AM, "Samantha Ring" <samantharing@outlook.com> wrote:
I was supposed to move my boat last Monday and made the mistake of telling Dan before moving.

He then called Dennis and felt it was imperative to tell Dennis that I live on my boat and that Dennis should watch out. Dennis told Dan that I have a house in Gulfport but Dan (who cant understand that he isn't always right) insisted. Due to his insistence Dennis called the city - in that call it was found that's house has a code violation and fine of $500 and now I cant move to the Gulfport Marina until that fine is paid.

I am entitled to the dates that Fan says he has so I can refute them

I am entitled to have a meeting time when I am in town and with more than 48 hours notice.

I am over the click at the club and the rumours and gossip ... I am really over Fans condescending attitude.

Finally - this is not the first time Dan has done something like this. A few months back a club member wanted to sail on the Catalina's with me - Dan told that member that I was kicked out of sail school as a boat captain. That in itself is a long story / but I am over Dan .... And he needs to back off or pony up and give me the dates. I will not drop this like I did with his other actions.

Please respond with a plan.

My advice is to let Dan know that if he wants to accuse me of something then he needs to start with proof. I have proof that I have not been on Magic at the dock more than the 72 hours /week.  I just need to know his dates so I can pull my credit card receipts for use in Pine Island and other items if proof for when I am at my other homes.

Samantha
Aboard *Magic*
in Boca Ciega Bay


On March 24, 2015, ShepMassar wrote:

Samantha.  As Fleet Captain Dan is responsible for handling your matter, and he has been trying to do so.

With regard to "a plan" Dan was trying to enlist your cooperation to come up with a solution but your response clearly showed no indication of a desire to be cooperative.

Further, it appears you have your facts somewhat mixed up with regard to the incident with Dan and Denis. In spite of your repeated inaccurate email recitation of what happened, Dan never called Denis -- Denis, perhaps suspicious after speaking with you about your motives for moving your boat, called Dan to inquire. I have no need to inquire into the accuracy of the rest of your recitation of what happened, and have not done so.

And with regard to your repeated threats of suing someone for slander, I strongly suggest you seek competent legal advice before repeating such threats.

The issues surrounding your violation of the live-aboard policy are handled by the Fleet Captain. I suggest your "plan" be to resolve to be less combative and more cooperative, and contact the Fleet Captain.

ShepMassar
2015 Commodore

<u>Exhibit D</u>

From: "Samantha Ring" <samantharing@outlook.com>
Date: Mar 24, 2015 10:30 AM
Subject: Re: I would appreciate a resoonse
To: "ShepMassar" <shepmassar@gmail.com>, "Dan Chesnut" <chesnut314@gmail.com>

Dear King Dan - it is with great humility that I beg for your royal forgiveness - it seems you are king - good for you .... I am moving and am in the process of doing so - you, with all of your royal power helped guide the decision that has kept me from moving this past week (of course you were right to do that - no one should ever question your brilliance).

I would greatly appreciate it if you could give me the proof that you have (although you don't seem to have to it - some it seems you can say whatever you want with no backup) - my plan is to get as far away from your rule as possible. I hope you can find it In your royal heart to offer a small female lowly class pleb like myself the forgiveness I don't deserve for questioning your rule.

My goodness King Dan - I can only imagine how your relationships must be going with so much power and control - those are some lucky woman you have had under your thumb in your life!

Have a royally wonderful day with all of the power and control that you deserve.  I sure that people leaving the bcyc marina over the next year will have nothing to do with your ruling style.

Shep - i don't have words - i just sick ... So no proof and retaliation because I asked to have a meeting when I in town shows the direction we are going in.

Fine me if you want- I will take it to small claims - I have not been offered prerogative - have not been offered a meeting time when I am in town and am in the process of moving.



Exhibit F

**Exhibit G**



**Exhibit G page 2**

## Left Return Receipt Card

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Samantha Ring
    6800 Gulfport Blvd S #201-124
    South Pasadena FL 33707

9590 9403 0435 5163 1839 34

2. Article Number: 7015 3010 0001 2577 7589

COMPLETE THIS SECTION ON DELIVERY

A. Signature
  X _____
  ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Right Return Receipt Card

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Samantha Ring
    5414 30th Ave South
    Gulfport FL 33707

9590 9403 0325 5155 3397 01

2. Article Number: 7015 0640 0003 7235 4032

COMPLETE THIS SECTION ON DELIVERY

A. Signature
  X _____
  ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

CERTIFIED MAIL