UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

                Plaintiff,                Case No. 8:19-cv-00772-VCM-JSS

vs.

BOCA CIEGA YACHT CLUB, INC.,

                Defendant.
_____/

**APPENDIX of EXHIBITS to PLAINTIFF'S RESPONSE to**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT No. | DESCRIPTION |
|---|---|
| 25 | SR Affidavit in Support of Response to D's |
| 26 | BCYC's Responses to RFPD2 |
| 27 | BCYC's Email Xchg re "Improved" Call Script |
| 28 | BCYC's Email Xchg re "Improved" Call Script |
| 29 | Vol II Deposition Transcript BCYC Commodore Southard[1] |
| 30 | Ad re One Design Race (Food Charges & Lodging) |
| 31 | Voter Reg, License & Address REDACTED |
| 32 | Masson Email Debunking Claim of Electricity Theft |
| 33 | Windword 80th Ann Club Purpose Feb 2020 |

---

[1] That Commodore Southard's deposition transcript was in two volumes was an inadvertent omission.