UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

          Plaintiff,          Case No. 8:19-cv-00772-VCM-JSS

vs.

BOCA CIEGA YACHT CLUB, INC.,

          Defendant.

_____/

**AFFIDAVIT OF SAMANATHA RING**
**IN SUPPORT OF RESPONSE TO SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, SAMANTHA RING declares as follows:

1. My name is Samantha Ring. I am over the age of 18 years, have personal knowledge of the facts and matters contained below, and am otherwise competent to testify as those facts and matters.

2. In addition to a key lock, there is a key pad both outside and inside the gate at the entrance of the parking lot shared for use by both marina slip renters and the BCYC facilities. The code for it is four digits (i.e., "4123") and it has been those same four digits during the entire twelve years I was a member.

3. This gate is rarely, if ever, locked, and even if locked, the gate code (1-2-3 with a 4 in front) has been so freely shared by members with non-members, visitors, guests, unknowns, and members of the general public the code is common knowledge.

4. So even if one doesn't have a key, one has unfettered entrance into the property BCYC leases from the City of Gulfport. That includes former members.

5. The "locks" on the doors to the clubhouse also have a code option ("bottom top middle" is the entry sequence). A key isn't needed to access the clubhouse if one has the door code.

6. Only one key is given per BCYC member household or family, even if there is more than one person in a family or household.

7. The code to the clubhouse key pad, like the gate key pad code, has never been changed in the twelve years I was a member.

8. Gate and door codes are given to all members. Consequently these codes are known to all past and present members (even those that quit), as well as anyone they have given it to, including their guests and visitors (and their guests' guests and guests' visitors), along with all the others who frequent BCYC, including but not limited to Sea Scouts, Florida Women's Sailing Association Members, Tampa Bay Sailing Squadron, and on and on. The clubhouse door code is also common knowledge and anyone who knows it has unfettered access to the clubhouse, just like the gate key pad code is common knowledge and allows anyone unfettered access to the BCYC facilities. "Anyone" is just that: anyone, including members of the public and unknown people.

9. This is why so many members don't use or carry a key: they don't need one. This is also why I said that "although BCYC gives members a key when they join, or at least they did in 2007, it is mostly symbolic."

10. Further sayeth the Affiant naught.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31 day of January, 2020.

_____
Samantha Ring



CELENA ZEKRI
Notary Public - State of Florida
Commission # FF 985499
My Comm. Expires Aug 16, 2020