# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SAMANTHA RING,

    **Plaintiff,**

v.                                                     Case No.: 8:19-cv-00772-VMC-JSS

BOCA CIEGA YACHT CLUB, INC.,

    **Defendant.**

_____/

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

In accordance with Federal Rule of Civil Procedure 34, Defendant Boca Ciega Yacht Club, Inc. ("BCYC") hereby responds to Plaintiff's Second Request for Production:

1. All documents exchanged between BCYC and EDWARDS INVESTIGATIVE GROUP, LLC, 8994 Seminole Blvd., Suite 8, Seminole, FL 33772 and Thomas Edwards regarding the Plaintiff, including but not limited to her background, residence, and her dog, and including, but not limited to, instructions, assignments, scope of investigation, payment, notes, logs, background provided, and preliminary, draft reports, and invasion of privacy.

    **RESPONSE:**

    **None other than the investigative report dated January 9, 2019 and the corresponding invoice, which have already been produced to Plaintiff.**

2. The complete "Call Party" "script" and all communications circulated by and among BCYC members and its Board members and Flag Committee regarding the Call Party and the script.

**RESPONSE:**

**Copies of all documents responsive to this Request are attached.**

3. All written procedures and policies for BCYC's new member application process, from start to admission, in 2007, 2018, and in 2019.

**RESPONSE:**

**BCYC's By-Laws detail the membership application process. The By-Laws were updated more than once in 2018. All applicable versions of the By-Laws are attached.**

**In 2007, the new member application process was not formally documented. As for the application itself, based on BCYC's reasonable investigation conducted to date, the BCYC membership application from 2007 is still encapsulated in the current online application. None of the original questions that appeared in this application in 2007 were removed. The only change that was made to the application over the years was the addition of the following questions/fields:**

- **Preferred Phone**
- **Gender of Primary Member**
- **Spouse/Partner Preferred Phone**
- **Gender of Spouse/Partner**
- **Spouse/Partner Other Phone**
- **Spouse/Partner Email**

4. All documents pertaining to the Plaintiff's application for membership in BCYC, including any Background Check performed.

**RESPONSE:**

**None other than Ms. Ring's Wild Apricot membership profile, which has already been produced to Plaintiff.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2019, I furnished a true and correct copy of the foregoing via e-mail to: Ms. Marcy I. LaHart, Esq., c/o Marcy I. LaHart, P.A., 207 S.E. Tuscawilla Rd., Minacopy, FL 32667, (352) 545-7001 (T), (888) 400-1464 (F), marcy@floridaanimallawyer.com; and Ms. Deneze Venza, c/o Venza Law, PLLC, 931 Village Blvd., #905-322, West Palm Beach, FL 33409, (561) 596-6329 (T), dvenza@venzalawpllc.com, Attorneys for Plaintiff.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Boca Ciega Yacht Club, Inc.*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail: brian.rubenstein@csklegal.com
Secondary e-mail: elisabeth.fontugne@csklegal.com
Alternate e-mails: patricia.toney@csklegal.com
hollis.simmons@csklegal.com

By: s/ Elisabeth A Fontugne
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
ELISABETH A FONTUGNE
Florida Bar No.: 115954