**Gmail**

**Jenn B <jsb.bcyc@gmail.com>**

## Fwd: Script

5 messages

---

**John McLeod** <jmcleodfl@gmail.com>                                    Fri, Mar 1, 2019 at 1:41 PM
To: Nancy May-Hach <secretary@sailbcyc.org>


---------- Forwarded message ---------
From: **John McLeod** <jmcleodfl@gmail.com>
Date: Thu, Feb 28, 2019 at 7:31 PM
Subject: Re: Script
To: Doug Fuller <dougfuller@tampabay.rr.com>


Try this version

On Thu, Feb 28, 2019 at 6:55 PM Doug Fuller <dougfuller@tampabay.rr.com> wrote:

> John,
>
> I cannot open your file. Can you email it to me in at 'Word" document.
>
> Thanks,
>
> Doug
>
>
> **From:** John McLeod [mailto:jmcleodfl@gmail.com]
> **Sent:** Thursday, February 28, 2019 6:45 PM
> **To:** dougfuller@tampabay.rr.com
> **Subject:** Script
>
>
> I made some minor changes attached my revision.

---

 **Telephone calling script.docx**
16K

---

**Doug Fuller** <dougfuller@tampabay.rr.com>                              Fri, Mar 1, 2019 at 5:08 PM
To: secretary@sailbcyc.org


Here is what Lee had to say.

Doug


**From:** Lee Nell [mailto:leenell3@gmail.com]
**Sent:** Friday, March 01, 2019 5:04 PM

**To:** Doug Fuller
**Subject:** Re: FW: Script

Well, you guys decide what you want to do and how.  I strongly believe we need to mention the lease, the fact that the club is dead if we don't get one, and that she (SR) is an impediment to our ability to get a lease we can live with.

Lee

On Fri, Mar 1, 2019 at 4:08 PM Doug Fuller <dougfuller@tampabay.rr.com> wrote:

> I talked to Jenn B. She is very knowledgeable about this type things. She suggested we need to cut the 4 minute presenta  on to about 1 minute.
>
> She also suggested we talk about only one subject. The subject would be her dis-honesty with the City and us.
>
> She is going to take a be   er   look and will send here results to me. I will sent these on to her as soon as she makes her sugges  ons.
>
> This will probably be the first part of the week.
>
> Doug
>
>
> **From:** Lee Nell [mailto:leenell3@gmail.com]
> **Sent:** Friday, March 01, 2019 2:27 PM
> **To:** Doug Fuller
> **Subject:** Re: FW: Script

I did some editing.  See what you and John think of it, and if it's ok with you guys, please pass it along to Nick.

Lee

On Fri, Mar 1, 2019 at 11:50 AM Doug Fuller <dougfuller@tampabay.rr.com> wrote:

> Lee,
>
> John said he made a few changes, but did not send a version showing the changes.
>
> Anyway, please look this over and make any suggested changes and I will then send it on to Nick.
>
> [Quoted text hidden]

**Jenn B** <jsb.bcyc@gmail.com>                                                          Sat, Mar 2, 2019 at 9:30 PM
To: Doug Fuller <dougfuller@tampabay.rr.com>

After the collective conversation last night, I believe that this script needs to be scrapped for a new one. The new one needs to follow whatever is presented in the motion to expel (which hasn't been written yet) which will also include the list of violations as back-up documentation (including a timeline).

This would then follow the basic principle of "one voice" - we all need to speak as one - and it will eliminate any of the "well, this person said this, and that person said that..." and will prevent any equivocating. I recommend that the script be developed in parallel with the motion to expel since they should mirror each other. I believe that Lee and Nick are already working towards this anyway, but please feel free to talk to Lee, John, and/or Nick.

I'm happy to help wordsmith this but since it's already heading down the right path, it makes sense to ask the group of people who are working on the one, to also work on the other. :-)

----
Jenn Buckley
jsb.bcyc@gmail.com
(813) 323-5852

[Quoted text hidden]

**Doug Fuller** <dougfuller@tampabay.rr.com>                                             Sun, Mar 3, 2019 at 1:17 PM
To: Jenn B <jsb.bcyc@gmail.com>

Jenn,

I agree with what you are saying.

Can you please pass this on to Nick, as he is the one that will make it happen.

Thanks,

Doug

[Quoted text hidden]

**Jenn B** <jsb.bcyc@gmail.com>                                                          Sun, Mar 3, 2019 at 8:55 PM
To: commodore@sailbcyc.org

FYI -

Doug and John approached me about this on Friday afternoon. Please see my comments below to Doug: I think this needs to go to Lee and whoever else is working on the "prelude" and timeline to ensure that everything is in lockstep. I'm willing to help if needed.

----
Jenn Buckley
jsb.bcyc@gmail.com
(813) 323-5852

[Quoted text hidden]

 **Telephone calling script.docx**
16K