

Jenn B <jsb.bcyc@gmail.com>

## Script for calling
3 messages

**Doug Fuller** <dougfuller@tampabay.rr.com>      Wed, Apr 3, 2019 at 12:03 PM
To: Jenn Buckley <jsb.bcyc@gmail.com>

Jenn,

Lee wrote a very good script, but it was way too long. Here is what I came up with.

If you have different ideas, please share them.

We may need better directions as to how to get to the 90 page report.

## Propose Script

I am calling on behalf of BCYC

We have a very important vote coming up at the Friday, April19 General Meeting

We need your attendance and vote to expel Samantha Ring.

This person has done many harmful things and is doing serious harm to the club. We need to renew our lease and the City does not want to discuss renewing this lease until we get the members that are live-a- boards out. All the past commodores and all but one board member recommend this expulsion

If you want to see all the reasons this is happening, go to the members section of the BCYC web site and look for the minutes of the last board meeting on April 1.  At the end of the minutes section, you will see a 90 page document that outlines what she has done wrong over the past years.

Can you come to the meeting? Are you willing to vote to expel Samantha Ring?

Thank you

Doug

**Jenn B** <jsb.bcyc@gmail.com>  
To: Doug Fuller <dougfuller@tampabay.rr.com>
    Wed, Apr 3, 2019 at 12:21 PM

I won't be able to look at anything/put anything together until I get home late tonight. I'll forward you the minutes which has the 90-pages in it (it's also online).

[Quoted text hidden]

--

----
Jenn Buckley  
jsb.bcyc@gmail.com  
(813) 323-5852

**Doug Fuller** <dougfuller@tampabay.rr.com>  
To: Jenn B <jsb.bcyc@gmail.com>
    Thu, Apr 4, 2019 at 9:59 AM

It looks like I may be in trouble over this. It seems that Keating and the "other side" is aware of the meeting we are planning and are upset about it.

I am not sure what to do about it. I called Lee, but he has not called back yet.

Doug

[Quoted text hidden]