## Page 152

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,
          Plaintiff,
v.                    Case No.: 8:19-cv-00772-VCM-JSS
BOCA CIEGA YACHT CLUB, INC.,

          Defendant.
_____/

VOLUME II
DEPOSITION OF:
NICK SOUTHARD

TAKEN BY:   Attorney for Plaintiff

DATE:       October 14, 2019

TIME:       12:56 p.m. - 7:16 p.m.

PLACE:      Executive Reporting Service
            13555 Automobile Boulevard
            Clearwater, Florida 33762

Examination of the witness taken before:
Jerry Lefler RPR CRR CM
Executive Reporting Service
Ulmerton Business Center
13555 Automobile Boulevard, Suite 100
Clearwater, Florida 33762

## Page 153

1   APPEARANCES:
2
3   DENESE VENZA, ESQ.
    Venza Law, PLLC
4   931 Village Boulevard, #905-322
    West Palm Beach, Florida 33409
5   Dvenza@venzalawpllc.com
6   MARCY I. LAHART, ESQ.
    Marcy I. Lahart, P.A.
7   207 SE Tuscawilla Road
    Micanopy, Florida 32667
8   Marcy@floridaanimallawyer.com
9   Counsel for Plaintiff
10  ELISABETH FONTUNGE, ESQ.
    Cole, Scott & Kissane
11  4301 West Boy Scout Boulevard, #400
    Tampa, Florida 33607
12  Elisabeth.Fontunge@csklegal.com
13  Counsel for Defendant
14
15
16
17
18
19
20
21
22
23
24
25

## Page 154

1                   I N D E X
2                                          PAGE
3   Direct Examination by Ms. Venza (Cont'd)    155
    Cross-Examination by Ms. Fontunge           242
4   Redirect Examination by Ms. Venza           251
    Recross-Examination by Ms. Fontunge         258
5   Redirect Examination by Ms. Venza           260
    Certificate of Reporter Oath                264
6   Certificate of Court Reporter               265
    Errata Sheet                                266
7   Read and Sign Letter                        267
8             EXHIBIT INDEX
9                            MARK
10  6   Email January 23, 2019 at 9:44:49 am    155
11  7   General announcement                    166
12  8   Email of February 1, 2019 9:17:34 am    168
13  9   Email of March 6, 2019 at 5:01:45 pm    173
14  10  Email from City Manager                 180
15  11  Email of March 7, 2019 at 1:45:32 pm    183
16  12  Email string March 7, 2019 at 4:48:18 pm  188
17  13  Email March 19, 2019 at 12:32:30 pm     190
18  14  Email March 12, 2019 at 4:07:39 pm      192
19  15  Email March 12, 2019 at 5:53:53 pm      194
20  16  Email from Elisabeth A. Fontunge        196
21  17  Email string, April 9, 2019 at 1:58:28 pm  205
22  18  Minutes of special meeting              210
23  19  Email January 14, 2019 12:43 pm         220
24  20  Document about people making calls      224
25  21  Note from Rey Lastra                    262

## Page 155

1             P R O C E E D I N G S
2        MS. VENZA:  I'm going to move on to the next
3   exhibit, which would be Exhibit 6.
4        (Plaintiff's Exhibit 6 was marked for
5   identification.)
6        DIRECT EXAMINATION (Cont'd)
7   BY MS. VENZA:
8    Q.  Did you have a chance to look at that?
9    A.  Yes.
10   Q.  In Exhibit 6 is an email at the very top from
11  Denis Frain or Fran?
12   A.  Yes.
13   Q.  To Tony Fields and George Pinizzotto.  Is that
14  pretty accurate, even if I mispronounced that last name?
15   A.  Yes.
16   Q.  The Denis Frain, is that the Denis who's being
17  referred to in Deposition Exhibit, I think maybe 3?  It
18  was the Jim O'Reilly's email to the Mayor that said,
19  "Denis, David and I met with Commodore this past
20  Tuesday."  And you did not recall who Denis was.
21   A.  Right.
22   Q.  Okay.  So do we now know who Denis was?
23   A.  Yes.
24   Q.  Who is that?
25   A.  He is the Harbor Master of Gulfport.

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)
867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 156

1    Q.  What is that?
2    A.  He's in charge of the marine district for
3  Gulfport.
4    Q.  He works for the city?
5    A.  Yes.
6    Q.  Below it, in the body of that email, it's from
7  Nicholas Joseph Southard.  That would be you, correct?
8    A.  Yes.
9    Q.  Dated Wednesday, January 23rd, 2019, 8:30 a.m.,
10  and it's to Denis, correct?
11    A.  Yes.
12    Q.  So it was an email you were sending to Denis.
13    A.  Yes.
14    Q.  And that then Denis sent on to somebody else,
15  apparently, in the city, correct?
16    A.  Yes.
17    Q.  In the body of the email from you to Denis, it
18  states, "Denis, the plot thickens!"  Correct?
19    A.  Yes.
20    Q.  And you are referring to, I believe -- And
21  correct me if I'm wrong -- a forwarded message at the
22  bottom.  Would that be fair?
23    A.  Yes.
24    Q.  And that forwarded message being, is from Jenn
25  B.  Is Jenn B. the Jenn -- What's her last name?

Page 157

1    A.  Buckley.
2    Q.  Buckley, who had the compelling information?
3  Is that the same Jenn B.?
4    A.  Yes.
5    Q.  And it's dated January 22nd, 2019, at 5:26 p.m.
6  And it's to Nick and Betty Southard.  So it's to you and
7  your wife, correct?
8    A.  That's how it appears, yes.
9    Q.  Although that email address Nsouthard@att.net,
10  is that a different email address?
11    A.  It's the same one.  It does not go to Betty
12  Southard, though.
13    Q.  Does your wife hold any administrative
14  positions in the yacht club?
15    A.  No.
16    Q.  Has she ever?
17    A.  Merchandise.
18    Q.  Is that a committee?
19    A.  Yes.
20    Q.  And that's selling things like T-shirts and
21  stuff with the club's logo on it?
22    A.  Right.
23    Q.  So then the email that all started this was
24  from Jenn to you, and it says, "So I'm helping Sheri and
25  Jenn with the directory."

Page 158

1    Is she referring to a different Jenn?  It has
2  one "n."  Is that a different Jenn?
3    A.  Jenn is our Windward -- at that time, she was
4  working on the website as well.
5    Q.  January 2019?
6    A.  Right.  Jenn Rogers.
7    Q.  Okay.  So the Jenn Buckley is referring to a
8  Jenn Rogers in the body of this, and she is stating --
9  "she" being Jenn Buckley -- Buckley stating, "so I'm
10  helping Sheri and Jenn Rogers with the Directory and
11  when I pulled the membership data to clean up and
12  standardize it I found some odd information.  So I
13  looked into it and I found this," highlighted.  "Also
14  the home address she listed is the same as Ray
15  Rodriguez.
16    And the subject line of this email is "FYI-
17  SR's profile page."  Did I read that correctly?
18    A.  Yes.
19    Q.  Pretty fair to assume that SR is Samantha Ring?
20    A.  Yes.
21    Q.  Okay.  Do you know what this is in reference
22  to, "Also the home address she listed is the same as Ray
23  Rodriguez"?  What's that all about?
24    A.  It's another address she gave where she's
25  living at.  And we know from Ray Rodriguez's wife

Page 159

1  that -- and from her children that actually stay there
2  occasionally that she has never spent a night there.  So
3  it was misleading information that was actually her
4  address.
5    Q.  What's the significance of this?
6    A.  The significance of this?  It's part of being
7  accountable to what you say.  Basically lying.
8    Q.  So in January 2019, Samantha Ring's address is
9  suddenly important?
10    A.  Yes.
11    Q.  Okay.  Is that because she had filed a claim
12  with the Pinellas County Office of Human Resources for
13  discrimination by the Boca Ciega Yacht Club?
14    MS. FONTUGNE:  Objection.
15    THE DEPONENT:  No.
16  BY MS. VENZA:
17    Q.  Is that because she said she was -- she had
18  filed her federal lawsuit against Boca Ciega Yacht Club?
19    THE DEPONENT:  No.
20    MS. FONTUGNE:  Objection.
21  BY MS. VENZA:
22    Q.  And you felt it prudent to forward this to
23  Denis Frain, correct?
24    A.  Yes.
25    Q.  And you in fact said, "The plot thickens,"

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 160

1 correct?
2 A. Yes.
3 Q. Did you ever ask Samantha Ring about the home
4 address she listed, or the allegations of Ray
5 Rodriguez's wife?
6 A. At this time, we no longer talked. As I said
7 previously, I referred everything to attorneys. This
8 has to do with the investigation.
9 Q. So at this point, January 22nd, the answer is
10 "No," you never discussed this with her. Is that a
11 correct statement?
12 A. Yes.
13 Q. Did you talk to Ray Rodriguez about this?
14 A. No.
15 Q. Anything to stop you from talking to Ray
16 Rodriguez about it?
17 A. No.
18 Q. Why did you forward this to Denis Frain?
19 A. As being the Harbor Master, he's responsible
20 for the slips and the slip rentals. By her claiming
21 that she lived in Gulfport gave her a discount for her
22 slip.
23 Q. Do you mention anything in the forward about
24 slip rentals and fees? Is that stated anywhere in your
25 forward to Denis?

Page 161

1 A. I don't recall.
2 Q. Well, I'm looking at it. Does it state
3 anywhere --
4 A. No.
5 Q. Okay.
6 A. Not on the email.
7 Q. But instead, it states, "The plot thickens."
8 What did you mean by that? What plot?
9 A. The plot of multiple addresses that were given
10 by Samantha.
11 Q. What do you mean by "plot"? How is that a
12 plot?
13 A. Deceive, lie to the city.
14 Q. Well, there's --
15 A. It's my --
16 Q. There's plots to a story, right?
17 A. Yeah. There's a story. That's what I'm
18 saying: There's a story.
19 Q. This is a story. And it's to deceive.
20 This is also around the time that you decided
21 to unilaterally hire a private investigator, right?
22 A. Yes.
23 MS. FONTUNE: Objection.
24 BY MS. VENZA:
25 Q. Denis Frain was not a Boca Ciega Yacht Club

Page 162

1 member, correct?
2 A. Correct.
3 Q. So you were purposely forwarding internal club
4 business to others, correct?
5 MS. FONTUNE: Objection.
6 THE DEPONENT: As he represents the city,
7 and also helped negotiating our lease, he's part
8 of it, I felt an obligation to let him know what
9 was going on.
10 BY MS. VENZA:
11 Q. So your position about internal club member
12 business being internal club member business is only
13 when it suits Boca Ciega Yacht Club's needs, correct?
14 A. The Commodore has that discretion.
15 MS. FONTUNE: Objection.
16 BY MS. VENZA:
17 Q. I didn't hear you.
18 A. The Commodore has that discretion.
19 Q. So that's a "Yes"?
20 A. Yes.
21 Q. In your discretion, you can do that.
22 A. Yes.
23 Q. Okay. At the time of January 22nd, 2019, do
24 you know if Ray Rodriguez's wife lived -- do you know
25 where she lived?

Page 163

1 A. Yes.
2 Q. How do you know where she lived?
3 A. I seen her physically at that address, as well
4 as she has an address in the directory that's the same
5 as where she lives, physically lives at.
6 Q. What's the address?
7 A. I don't have it memorized. Sorry.
8 Q. So you saw Mrs. Rodriguez at --
9 A. Actually, her name is Ann Nu.
10 Q. Ann --
11 A. Ann Nu is her name.
12 Q. You saw Ann Nu at a physical address.
13 A. Where she says she resides at, yes.
14 Q. In January 2019.
15 A. Yes.
16 Q. And you saw her there. So you saw her outside.
17 A. I seen her in the past there. Not particularly
18 that date.
19 Q. So you saw her at a physical house, and so you
20 assumed that she lived there based on that.
21 A. No, I didn't assume that. She already had it
22 in the directory where she lived at.
23 Q. A couple can be married and separate, correct?
24 A. You asked me where she lived at. That's where
25 she said.

3 (Pages 160 to 163)

Executive Reporting Service

Page 164

1    Q.  And now I'm asking you a new question.  A
2  couple can be married and separate, correct?
3    A.  Yes.
4    Q.  Okay.  And then they could live in separate
5  residences, correct?
6    A.  Yes.
7    Q.  And they can have children together and have
8  custody exchange of those children, correct?
9    A.  Yes.
10    Q.  And so it's possible that Ray Rodriguez and his
11  wife had become separated and Mrs. -- or Ann was taking
12  the children over to the house she once shared with
13  Mr. Rodriguez but no longer shared with him.  Possible,
14  correct?
15    MS. FONTUNE:  Objection.
16    THE DEPONENT:  I don't know.
17  BY MS. VENZA:
18    Q.  So you just made an assumption as to where
19  Mrs. Rodriguez lived on January 22nd, 2019, correct?
20    MS. FONTUGNE:  Objection.
21    THE DEPONENT:  No.  It wasn't an assumption.
22  That's where she lived at.
23  BY MS. VENZA:
24    Q.  And you only knew that because you saw her.
25    A.  I've seen her there.

Page 165

1    Q.  Prior to January 22nd.
2    A.  Yes.
3    Q.  Okay.  And so on January 21st, her and her
4  husband could have said, "That's it, we're done" and
5  separated.  Possible?
6    MS. FONTUGNE:  Objection.
7  BY MS. VENZA:
8    Q.  Correct?
9    A.  The plot thickens here.
10    Q.  Okay.  Bottom line is, you don't know.  You
11  want to know, and you want to say what you want to say,
12  but the truth is, you don't know where Mrs. Rodriguez
13  lived for a fact on January 22nd.
14    MS. FONTUGNE:  Objection.
15    THE DEPONENT:  No.
16  BY MS. VENZA:
17    Q.  That's a fair statement by me?
18    A.  I won't say it's fair.  I'll say no, I don't --
19    Q.  Okay.
20    A.  Sorry.  Would it help that we have a letter
21  from her stating that Samantha's never spent the night
22  at that house, based on her daughter being there?
23    Q.  You're outside of the question.  I know you
24  want to ask me a question, but it's my job to ask you
25  questions.

Page 166

1    A.  I just asked you if it would be helpful.
2    Q.  Is that in an affidavit?
3    A.  It's in -- yes.
4    Q.  So that's among one of the ones.  So you did
5  help solicit that affidavit?
6    A.  Sure.
7    Q.  Do you know if there's any bad feelings by
8  Mrs. Rodriguez against Samantha Ring?
9    MS. FONTUGNE:  Objection.
10    THE DEPONENT:  I do not know.
11  BY MS. VENZA:
12    Q.  Could that be something added to the plot?
13    A.  It would.
14    MS. FONTUGNE:  Objection.
15    MS. VENZA:  I'm going to show you what I'd
16  like to have marked as deposition Exhibit 7.
17    (Plaintiff's Exhibit 7 was marked for
18  identification.)
19  BY MS. VENZA:
20    Q.  Did you have a chance?  Exhibit 7 is -- I don't
21  know what it is.  I don't know if it's -- it looks like
22  an email that's been blanked out.  Does that appear to
23  be an email?
24    A.  Yes.
25    Q.  It looks like it's a general email, or it's a

Page 167

1  group email.  Is that fair?
2    A.  To all members, yes.
3    Q.  It says, "This is a general announcement sent
4  to all members," correct?
5    A.  Yes.
6    Q.  And I'm going to continue reading.  "I am
7  calling a special board meeting on Thursday, January
8  31st, 2019, at our clubhouse at 7:30 p.m.  All club
9  members are welcome to attend this meeting.  A Board of
10  Director will be presenting a Motion of Suspension of
11  Samantha Ring.  No further communications about this
12  special board will be forthcoming.  Thank you, Nicholas
13  Joseph Southard, Commodore."
14    Did I read that correctly?
15    A.  Yes.
16    Q.  Why were you having a, quote, "special
17  meeting"?
18    A.  That's what we have -- that's in our rules and
19  bylaws.  When you're going to bring someone up for
20  suspension, you call a special board meeting.
21    Q.  And this was sent to Samantha Ring as well?
22    A.  Yes, I'm sure it was.
23    Q.  You're sure, because you're saying that it was
24  to all members, and she was a member at that time,
25  correct?

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 168

1    A.  Yes.
2    Q.  So she should -- whether she actually received
3  it or didn't, she should have received it, correct?
4    A.  Yes.
5    Q.  And all -- it states in there "All club members
6  are welcome to attend this meeting," correct?
7    A.  Yes.
8    Q.  So Samantha Ring was welcome to this meeting?
9    A.  Yes.
10   Q.  And she would have been welcome to that
11  meeting?
12   A.  Yes.
13      MS. VENZA:  I'm going to draw your attention
14  to Deposition Exhibit 8.
15      (Plaintiff's Exhibit 8 was marked for
16  identification.)
17  BY MS. VENZA:
18   Q.  To help you out, the part in the middle that
19  starts out on February 21st, 2019, I'm not going to be
20  asking you about that.
21   A.  All right.  Okay.
22   Q.  So Deposition Exhibit 8 is an email forwarded
23  originally from -- it was an email from you to Denis
24  Frain.  That's the center of it, correct?
25   A.  Right.

Page 169

1    Q.  It's dated February 1st, 2019.  Subject: Re:
2  Sale into February with Snag-A-Slip, correct?
3    A.  Right.
4    Q.  It states, "Samantha was suspended by a 12-4
5  vote."  Did I read that correctly?
6    A.  Yes.
7    Q.  Now I'm confused.  So, 12 to 4 vote.  Vote of
8  the board of -- the board of Directors?
9    A.  Yes.
10   Q.  And I thought that we only had 15 people.
11  There was 8 board members and 7 Flag members, so that's
12  15, right?
13   A.  Right.
14   Q.  Is that a typo in there?
15   A.  It must be.  Yes.
16   Q.  So, what was the vote?
17   A.  I don't recall now.
18   Q.  That would be somewhere in meeting minutes?
19   A.  Yes.
20   Q.  And expulsion -- In a 3/18/2019 communication,
21  it's reported that by a 12 to 1 vote Samantha Ring was
22  expelled."  Is a 12 to 1 vote possible?
23   A.  Well, it depends on how many people that shows
24  up.  Yes, it's possible.
25   Q.  Continuing on with that email, it states "Ray

Page 170

1  was escorted off the club ground by the Gulfport Police
2  last night at the start of meeting and the meeting only
3  lasted and hour last night."
4      Then it asks, "Does Ray have a current
5  liability insurance registered with you yet?  Thanks,
6  Nicholas Joseph Southard."  Did I read that correctly?
7    A.  Yes.
8    Q.  Ray was escorted off the club grounds by the
9  Gulfport police.  Is "Ray" Ray Rodriguez?
10      MS. LAHART:  He's asking you if that's Ray
11  Rodriguez that was escorted off?
12      THE DEPONENT:  Well, yes.  Sorry.  I was
13  waiting for the rest of it.  I'm sorry.
14  BY MS. VENZA:
15   Q.  I wasn't looking at you.
16      Was Ray Rodriguez a member of Boca Ciega Yacht
17  Club on February 1st, 2019?
18   A.  I'm not sure.
19   Q.  Was he short $15 on his membership payment at
20  that time?
21   A.  He might have been.
22   Q.  And that membership would have been due the
23  30th of the preceding month, January 30th, based on your
24  testimony earlier.
25   A.  Yeah.

Page 171

1    Q.  So this is February 1st, the 31st.  So he's two
2  days late, correct?
3    A.  Yes.
4    Q.  And was it anticipated that Ray would have
5  spoken at that meeting and vouched for Samantha Ring's
6  residency?
7    A.  No.
8      MS. FONTUGNE:  Objection.
9  BY MS. VENZA:
10   Q.  That's -- The question is over.  Okay.
11      Why was Ray escorted off the club grounds?
12   A.  Life-threatening.
13   Q.  Is it because he was late on his membership
14  dues by two days --
15   A.  No.
16   Q.  -- and it was contended that he was no longer a
17  member?
18   A.  No.
19      MS. FONTUGNE:  Objection.
20  BY MS. VENZA:
21   Q.  Life-threatening.  I'll let you explain it.  Go
22  ahead.
23   A.  We have lots of documentation where he's
24  threatened members of the club physically, verbally, and
25  we felt he had made threats about coming that evening,

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)

867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 172

1  and we did not want any disruption in the meeting.
2      Q.  So when he got there, he's escorted off the
3  club grounds by the police and nothing had even
4  transpired?
5      A.  The meeting had started and the police
6  department was called ahead of time, because I had other
7  members of the board that were basically scared of Ray.
8      Q.  So before he was escorted off the grounds on
9  February 1st, 2019, whatever time the meeting started,
10  before he's escorted off, had he done anything or said
11  anything?
12      MS. FONTUGNE:  Objection.
13      THE DEPONENT:  I don't recall.  Just we
14  didn't want him there because of previous threats
15  he's made.
16  BY MS. VENZA:
17      Q.  If there had been a disruption, that would have
18  been reflected in your meeting minutes, correct?
19      A.  We prevented that.  Correct.
20      Q.  So there wasn't anything.  So he wasn't
21  yelling; he wasn't shouting.  There was no verbal threat
22  made at the meeting, or physical threat made at that
23  meeting, correct?
24      MS. FONTUGNE:  Objection.
25      THE WITNESS:  I'm not sure.

Page 173

1  BY MS. VENZA:
2      Q.  If there had been, it would be reflected in
3  your meeting minutes --
4      A.  Only if the meeting started, it would be
5  reflected.
6      Q.  Let me finish my question.
7      If there had been any of those things -- And
8  I'll insert your addition.  If the meeting had actually
9  started and there had been any of those things -- "those
10  things" being a verbal threat, verbal threat, a physical
11  threat, yelling, or any disruption by Mr. Rodriguez,
12  that would be reflected in the meeting minutes, correct?
13      A.  Yes.
14      Q.  Nonetheless, it was anticipated that
15  Mr. Rodriguez was going to speak on behalf of Samantha
16  Ring and vouch for her residency; is that correct?
17      A.  No.
18      MS. FONTUGNE:  Objection.
19      MS. VENZA:  I'm going to move on to the next
20  exhibit.
21      (Plaintiff's Exhibit 9 was marked for
22  identification.)
23  BY MS. VENZA:
24      Q.  Are you aware that Ann and Ray Rodriguez
25  divorced March 16th, 2016?

Page 174

1      MS. FONTUGNE:  Objection.
2      THE DEPONENT:  No.
3  BY MS. VENZA:
4      Q.  Do you have any reason to dispute the accuracy
5  of public records?
6      MS. FONTUGNE:  Objection.
7      THE DEPONENT:  No.
8  BY MS. VENZA:
9      Q.  And that her address --
10      MS. RING:  I have it right here.
11  BY MS. VENZA:
12      Q.  Her address is 4625 29th Avenue S.  Do you have
13  any reason to dispute that?
14      MS. FONTUGNE:  Objection.
15  BY MS. VENZA:
16      Q.  As it is reported in the public records?
17      A.  No.
18      Q.  Now going to Exhibit 9, have you had a chance
19  to look at that?
20      A.  Yes.
21      Q.  Exhibit 9 is a series of emails.  Oh, sorry.
22  Let me go back.
23      You also forwarded -- back and forth to the
24  previous exhibit.  That was an email regarding -- the
25  email before about Ray being escorted off the club

Page 175

1  grounds you forwarded to Denis Frain, correct?
2      A.  Yes.
3      Q.  You actually sent it to Denis Frain, correct?
4      A.  Yes.
5      Q.  And that was because why?
6      MS. FONTUGNE:  Objection.
7      THE DEPONENT:  Again, he has concerns about
8  the slip rental from Samantha Ring.  He has
9  concerns about Ray Rodriguez, who is a
10  contractor, independent contractor, that either
11  has a license or doesn't have a license.  And
12  that's why I asked the question.  He --
13  BY MS. VENZA:
14      Q.  Does this --
15      A.  Go ahead.
16      Q.  Does this email that you sent to Denis Frain on
17  February 1st, 2019, say anything about slip rentals?
18      A.  No.
19      Q.  Does it say anything about Ray Rodriguez and
20  his occupation?
21      A.  No.
22      Q.  What's the meaning of this, "Does Ray have a
23  current liability insurance registered with you yet?"
24  What's that mean?
25      A.  Well, anyone that comes on the property of

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 176

1    Gulfport Marina must have insurance to work on a boat.
2           As of that time, he had not had -- he did not
3    have a current insurance registration, and he's coming
4    and working on boats in our yard, which is not -- it's
5    against the law or the rights of the marina.
6           I mean, they have rules and regulations, and
7    that's --
8       Q.  And the law, you're referring to like state
9    laws as well?
10      A.  No.  It's really just the marina.
11      Q.  The marina.  Who's the marina's law.  The
12   county?
13      A.  Gulfport.
14      Q.  Gulfport County.
15          You were concerned.  You wanted to make sure
16   that -- you were concerned about Ray Rodriguez and you
17   wanted to make sure that when he worked on boats, he was
18   carrying insurance.  Is that what you're telling me?
19      A.  Yes.
20      Q.  Because the bigger concern was whether or not
21   Ray Rodriguez was in compliance with the law.
22          MS. FONTUNGE:  Objection.
23   BY MS. VENZA:
24      Q.  Correct?
25      A.  Compliance with the rules and regulations of

Page 177

1    the marina.
2       Q.  Which are laws.  Rules and regulations are law,
3    correct?
4           MS. FONTUNGE:  Objection.
5    BY MS. VENZA:
6       Q.  Is that a "Yes"?
7       A.  Yes.
8       Q.  Move on to the next exhibit.
9           Exhibit 9 is a series of emails.  And I believe
10   we could start -- I'm not sure where to start.
11          I think on the bottom, it starts off on
12   March 5th, 2019, at 7:44 a.m. City Manager to you,
13   Commodore Southard.  "Thank you for your response."  I
14   did start too soon.
15          "Wednesday, March 6th at 2 p.m. works best for
16   me.  If this is convenient for you, please advise.
17   Thank you, Jim."  That's from James O'Reilly to you.
18          And above that is an email from you, Tuesday,
19   March 5th, 8:09:57.  So that's after this one to the
20   City Manager.  The City Manager is Jim O'Reilly.  You
21   cc'd Denis Frain.  "Subject:  BCYC Commodore Southard
22   (Mitch Mosley.)"
23          Who's Mitch Mosley?  What's that in reference
24   to?
25      A.  I think that individual had to do with the wild

Page 178

1    bird sanctuary.
2       Q.  So you were -- then it states in your email,
3    original email, "Good morning.  Yes, confirmed.  I will
4    see you gentlemen tomorrow at 2 p.m.  Nick."
5           Did I read that correctly?
6       A.  Yes.
7       Q.  And then there's another email at the top from
8    the City Manager to Nicholas Joseph Southard, BCYC, City
9    Manager.  That would be Jim O'Reilly.  And it states,
10   "Thank you, Jim."  Correct?
11      A.  Yes.
12      Q.  Bottom line, you guys were going to have a
13   meeting on March 6th at two o'clock.  Is that fair?
14      A.  Yes.
15      Q.  And are you telling me that it had to do with
16   Mitch Mosley and the wild bird sanctuary?
17      A.  Right.
18      Q.  What did that have to do with the club?
19      A.  He had concerns the club was not trying to help
20   injured birds.  He wrote --
21      Q.  "He," Mitch Mosley?
22      A.  Yes.
23      Q.  So he wrote something to you or to the club
24   about his --
25      A.  Actually, I believe he wrote something to the

Page 179

1    city and copied me, and I turned around and called him
2    and we talked.  And I wanted to follow up my
3    conversation back to the City Manager what our
4    discussion was.
5       Q.  So you're telling me that this gentleman
6    contacted the city first, and not the club.
7       A.  I think I was copied all at the same time.
8       Q.  Okay.
9       A.  But it referred to the club.
10      Q.  So your understanding is that an individual
11   member --
12      A.  No, this is not a member.
13      Q.  Oh, this is somebody outside of the club?
14      A.  Right.
15      Q.  Okay.  So this was not internal club business?
16      A.  Not, internal.  External.
17      Q.  So this was another thorn in the renewal of the
18   lease --
19          MS. FONTUNGE:  Objection.
20   BY MS. VENZA:
21      Q.  -- if you will.
22      A.  It was just bad social media.
23      Q.  So the club is going to look bad.
24      A.  Right.
25      Q.  It's going to be a problem.

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 180

1    A.  Right.
2    Q.  Maybe not get its lease renewed.
3        MS. FONTUNGE:  Objection.
4        THE DEPONENT:  Well, we're still there.
5    Yes.
6        MS. VENZA:  Moving on to the next exhibit,
7    which we'll mark as Deposition Exhibit 10.
8        (Plaintiff's Exhibit 10 was marked for
9    identification.)
10   BY MS. VENZA:
11   Q.  Exhibit 10 is from -- an email from Sam
12   Henderson to City Manager, Jim O'Reilly.  Cc'd is Denis
13   Frain, the Harbor Master.  "Subject: Re: BCYC has
14   restricted access to the marina parking lot/bot docks."
15   Dated Wednesday, March 6th, 2019, 5:01:45 p.m.
16       At the very bottom, it's an email, what looks
17   to be was an email from Samantha Ring to the City
18   Manager on March 5th, 2019, at 8:39 p.m.  Samantha Ring
19   wrote, "It seems that the gate code has been changed and
20   marina clients are not able to have access to their
21   boats.  I need the gate code.  Samantha Ring."
22       Did I read that accurately?
23   A.  Yes.
24   Q.  And then after that, it appears to be
25   Samantha's email sent to the Mayor with the subject of

Page 181

1    the Mayor's email to everyone stating, "Hey, all.  I
2    don't know if this is accurate, but if BCYC is creating
3    a problem, we can find a new tenant that pays more and
4    causes fewer headaches."  Did I read that correctly?
5    A.  Yes.
6    Q.  So it sounds like Boca Ciega Yacht Club might
7    lose its lease.
8    A.  That's a good assumption.
9    Q.  And had the gate code been changed by Boca
10   Ciega Yacht Club?
11   A.  Not to my knowledge, no.
12   Q.  Did Boca Ciega Yacht Club do anything to
13   restrict Ms. Ring's access to the club?
14   A.  No.
15   Q.  On March 5th, 2019, she was still a member of
16   the club, correct?
17   A.  Yes.  A member or not member, it doesn't make
18   any difference.  We don't own the slips there.  She has
19   the right to be at her boat.  So we didn't keep her from
20   getting to her boat.
21   Q.  Well, the Mayor assumed immediately that it was
22   Boca Ciega Yacht Club creating the problem.  Do you see
23   that?
24   A.  Yeah.  I wonder why.
25       MS. FONTUNGE:  Objection.

Page 182

1    BY MS. VENZA:
2    Q.  So she was -- "She," Samantha Ring was
3    reporting to them that the gate code has been changed
4    and marina clients aren't able to have access to the
5    boats.  "I need the gate code."  That's all she said.
6    She didn't say anything about the club, did she?
7    A.  Not in this email, no.
8    Q.  But in Sam Henderson's email he immediately
9    spoke of Boca Ciega Yacht Club creating the problem,
10   true?
11   A.  Very true.
12       MS. VENZA:  Okay.  Let's go to the next
13   exhibit.
14   BY MS. VENZA:
15   Q.  When Samantha Ring was suspended, there was a
16   dossier of purported infractions and rule violations by
17   her that was presented in support of her expulsion.
18   Would that be an accurate statement?
19       MS. FONTUNGE:  Objection.
20       THE DEPONENT:  I'm sorry.  Would you restate
21   that?
22   BY MS. VENZA:
23   Q.  There was a compilation -- I used the term
24   "dossier" -- of purported violations of rules she had
25   violated and things she had done wrong at Boca Ciega

Page 183

1    Yacht Club that was the represented basis as to why she
2    should be expelled.
3    A.  Yes.
4    Q.  Would that be a fair statement?  Okay.
5        Aside from the issues regarding Piper, okay --
6    And I use that term loosely.  Aside from anything
7    relating to Piper, had any of those other infractions
8    that made up that compilation been given to Ms. Ring
9    before?  Had she been told about them?
10   A.  I think -- yes.
11   Q.  Had she been given a Notice of Reprimand?
12   A.  That I don't recall.
13       MS. VENZA:  Can you mark this deposition
14   Exhibit 11.
15       (Plaintiff's Exhibit 11 was marked for
16   identification.)
17       THE WITNESS:  Okay.
18   BY MS. VENZA:
19   Q.  It's an email forward from you to Denis Frain,
20   correct, in the middle of the page?
21   A.  Yes.
22   Q.  And you're talking about Samantha's usage of
23   electricity, correct?
24   A.  Yes.
25   Q.  Again you're sharing internal business with

8 (Pages 180 to 183)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                        867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 184

1   non-club members, correct?
2       MS. FONTUGNE:  Objection.
3       THE WITNESS:  Sharing with part of the
4   landlord.
5   BY MS. VENZA:
6       Q.  Why?
7       MS. FONTUGNE:  Objection.
8       THE DEPONENT:  Why?  It goes back to the
9   standards of the BCYC community.  Accountability.
10  And it's showing that she's been using, at no
11  charge, electricity.
12  BY MS. VENZA:
13      Q.  Does it say anything about using electric at no
14  charge?
15      A.  Well --
16      Q.  Let's read it.
17      A.  It doesn't have to, because they don't charge
18  for 110.  No one gets charged for 110.
19      Q.  Let me read it aloud.  "Hi Denis."  This is an
20  email from you to Denis Frain.  "Hi Denis.  Have you had
21  any conversation with Samantha about using 110
22  improperly?  Didn't you have to replace her receptacle
23  due to her using an electric heater that burnt out the
24  receptacle?  Thanks."  Did I read that correctly?
25      A.  Yes.

Page 185

1       Q.  Does it mention anything about taking
2   electricity that wasn't hers?
3       A.  If you have a blown-out receptacle --
4       Q.  Please answer my question.
5       A.  No.
6       Q.  So this email does not -- Strike that.
7           You in particular, Boca Ciega Yacht Club, has
8   represented that Samantha Ring stole electricity; is
9   that correct?
10      A.  Yes.
11      Q.  And the stolen electricity was purportedly from
12  an outlet that is available at the end of the marina?
13      A.  No.
14      Q.  Where -- It's available where?
15      A.  At each individual's dock.
16      Q.  And is it an outlet?
17      A.  Yes.
18      Q.  Is that a fair description?
19      A.  Yes.
20      Q.  That she had plugged into an outlet that wasn't
21  hers.  Is that what the --
22      A.  No.
23      Q.  -- nugget of she's stealing electricity came
24  from?
25      A.  No.

Page 186

1       Q.  Where does the allegation that she's, quote,
2   "stealing" electricity come from?
3       A.  When you leave it there more than just doing
4   light maintenance on your boat.
5       Q.  Leaving "it," a plug?
6       A.  Right, the plug.
7       Q.  Okay.  So if you plug into an outlet at the end
8   of the dock, that's a dock, and that electricity is paid
9   for by the city?
10      A.  Right.
11      Q.  Okay.  And so people who rent a slip -- And
12  they don't have to be members, correct?
13      A.  Correct.
14      Q.  So anybody who rents a slip can plug in at the
15  end of their dock to do whatever they're going to do on
16  the boat?
17      A.  Light maintenance, yes.
18      Q.  And either you and/or the Boca Ciega Yacht Club
19  said that she had plugged in to a slip that wasn't hers?
20      A.  I don't recall that.
21      Q.  So she's stealing it why?  What was the
22  stealing allegation from?
23      A.  Because we saw it, a line going into her boat
24  from a 110 while she's not there.  Also we heard that
25  the receptacle had to be replaced a few times.

Page 187

1       Q.  Before you identified that email we have been
2   talking about her stealing.  So she was stealing because
3   she had it plugged into a 110 receptacle and it's not a
4   110?
5       A.  She had it plugged in.
6       MS. FONTUGNE:  Objection.
7       THE DEPONENT:  It was longer than just a few
8   hours.  It was overnight.
9   BY MS. VENZA:
10      Q.  So this is a different matter.
11          So she's stealing -- Boca Ciega Yacht Club's
12  description -- because she had a plug in an outlet
13  longer than you thought it was appropriate.
14      A.  Yes.
15      Q.  And so that became described as "stealing."  Is
16  that right?
17      A.  Yes.
18      Q.  Any other club members ever use an outlet and
19  plug it in longer than Boca Ciega Yacht Club thought was
20  appropriate?
21      A.  Yes.
22      Q.  And they were branded "thieves"?
23      A.  They were warned.
24      Q.  And they were branded "thieves"?
25      A.  They were warned.

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 188

1    Q. Was there written documentation about that
2  individual, stating that they had been stealing
3  electricity?
4    A. I don't recall that, no.
5    MS. VENZA: We'll move on to the next exhibit.
6    (Plaintiff's Exhibit 12 was marked for
7  identification.)
8  BY MS. VENZA:
9    Q. I'm going to be directing your attention to the
10 center. It starts on March 4th.
11   A. Okay.
12   Q. Let me know when you've had a chance to read
13 that.
14   A. I read it.
15   Q. I'm going to read it aloud to you. It's the
16 center of that page of emails. The middle dated -- or
17 stating, "On March 4th, 2019 at 10:43 a.m., James
18 Masson, beachologist" -- Who is James Masson or Masson?
19   A. He was last year's Fleet Captain, I believe.
20   Q. What's a Fleet Captain?
21   A. He's responsible for the docks and so on.
22   Q. Help me out. For the uneducated in boating,
23 what does that mean, "help out with the docks"?
24   A. He's responsible to make sure that the T docks
25 are being used "X" amount of the days out of the month

Page 189

1  by the members. He's there to make sure the boats are
2  tied up tidy at the docks. He's also responsible for
3  the smaller boats, keeping them in shape, so on.
4  Anything to do with the boats themselves.
5    Q. So the boats on the docks, is that the slips?
6    A. Right.
7    Q. Are slips part of the dock? Is he looking at
8  people to see if they're plugged in improperly?
9    A. He does inspections, yes.
10   Q. So he'd be the one who would know if somebody
11 was plugging in too long.
12   A. He should, yes.
13   Q. And what Boca Ciega Yacht Club calls when it
14 says Samantha Ring is stealing, he would know about
15 that, correct?
16   A. He should, yes.
17   Q. I'm going to read aloud. It is an email from
18 James Masson. "Dear Board. This is a brief statement
19 that is a matter of club record. Last year Samantha
20 Ring was never issued even a verbal warning for her
21 conduct that fell under the purview of the Fleet
22 Captain. In fact, she strived to follow our rules and
23 policies the best she could. I did not notice her
24 improper use of electricity and I did not notice the
25 improper use of electricity by multiple other slip

Page 190

1  occupants who were warned. Respectfully submitted,
2  James Masson." Did I read that correctly?
3    A. Yes.
4    Q. Okay. So the Fleet Captain, who should be the
5  one who knows, in 2018 didn't see Samantha Ring doing
6  anything improper. Is that fair?
7    A. Yes.
8    Q. And he knows as a matter of club record that
9  she wasn't even issued a verbal warning for any conduct
10 that was within a Fleet Captain's duty and obligations.
11   A. So he states.
12   MS. FONTUNGE: Objection.
13 BY MS. VENZA:
14   Q. Do you have reason to doubt what he's stating
15 there?
16   MS. FONTUNGE: Objection.
17   THE DEPONENT: I have no reason to believe
18 either.
19 BY MS. VENZA:
20   Q. You have no reason to doubt.
21   A. No.
22   MS. VENZA: Go to the next exhibit which
23 I'll hand you, Deposition Exhibit 13.
24   (Plaintiff's Exhibit 13 was marked for
25 identification.)

Page 191

1    THE DEPONENT: Okay.
2  BY MS. VENZA:
3    Q. It's an email from you, Nicholas Joseph
4  Southard, to Denis Frain. "Subject: Samantha new
5  address. Date: Tuesday, March 19th, 2019, at
6  12:32:30 p.m."
7    It states "Hi Denis. I will be sending a
8  certified letter and signed receipt requested to
9  Samantha concerning her upcoming expulsion
10 recommendation by the board. I need her current address
11 that she has given you. Thanks, Nick."
12   Did I read that correctly?
13   A. Yes.
14   Q. You had hired a private investigator in January
15 of 2019, right, to investigate Samantha Ring's
16 residency, correct?
17   A. Yes.
18   Q. And you are going to outside sources -- By the
19 way, the private investigator was someone who was not a
20 member of the Boca Ciega Yacht Club, correct?
21   A. Correct.
22   Q. You were going, on March 19th, again to the
23 city to ask about her address, correct?
24   A. Yes.
25   Q. Why were you going to them? Why was it a

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 192

1 current address that she was giving you?  What was the
2 situation?
3     A.  Only because I believe she had moved one more
4 time.  We wanted to make sure we had the current
5 address.  And I think she did.
6     Q.  So you understood it was possible that she
7 could have moved from January to March.  She could have
8 moved from one address to another.
9     A.  I believe she had, yes.
10     Q.  And when one moves and has more than one
11 address, there's nothing wrong with that.
12         MS. FONTUGNE:  Objection.
13         THE DEPONENT:  No.  I just wanted to make
14 sure that the letter got to her.
15 BY MS. VENZA:
16     Q.  I understand.  The next exhibit, deposition
17 Exhibit 14.
18         (Plaintiff's Exhibit 14 was marked for
19 identification.)
20 BY MS. VENZA:
21     Q.  Help you out.  I'm only going to be asking you
22 from about the middle of the page up, from, "I probably
23 won't be there on Thursday" upward.
24     A.  Okay.
25     Q.  Exhibit 14 is two emails.  One is from you to

Page 193

1 Denis Frain forwarding an email from Samantha Ring.
2 Fair statement?
3     A.  Yes.
4     Q.  And the forwarded message is from Samantha Ring
5 dated March 12th, 2019, to all BCYC board at
6 SailBCYC.org.
7         Is that a group at Boca Ciega Yacht Club?  Is
8 that like a general -- is that all members?  Do you get
9 all members by sending it to that email address?
10     A.  That's just all board members.
11     Q.  That's all board members.  So Samantha sent an
12 email on March 12th to all board members, "Subject:  I
13 might not make it on Thursday.  My blood pressure is
14 crazy high.  I probably won't be there Thursday."
15         Did I read that correctly?
16     A.  Yes.
17     Q.  That's regarding a meeting -- I'm sorry.  Was
18 it a meeting that was planned to be held?
19     A.  Yes.
20     Q.  That would have been the suspension meeting?
21     A.  Yes.
22     Q.  And that was Samantha advising the board that
23 she couldn't be there due to health reasons --
24     A.  Uh-huh.
25     Q.  -- correct?

Page 194

1     A.  Yes.
2     Q.  And you forwarded that email that same day,
3 immediately thereafter -- She sent it at 3:57 and you
4 sent it at 4:07 to Denis Frain, correct?
5     A.  Yes.
6     Q.  And you stated, "For your records," correct?
7     A.  Right.
8     Q.  What record?
9     A.  For the records I knew he was going to forward
10 on to the city, Jim O'Reilly, to keep him abreast of the
11 situation.
12     Q.  So, again you're sharing internal club business
13 to an outside source.
14     A.  To the landlord, correct.
15     Q.  Demonstrating that there's still problems with
16 the club.
17         MS. FONTUGNE:  Objection.
18         THE DEPONENT:  No.  Just "For your
19 information."
20         MS. VENZA:  I'm going to draw your attention
21 to the next exhibit to be marked as deposition
22 Exhibit 15.
23         (Plaintiff's Exhibit 15 was marked for
24 identification.)
25         THE DEPONENT:  Okay.

Page 195

1 BY MS. VENZA:
2     Q.  Exhibit 15 is an email from Samantha Ring to
3 you that you ultimately forwarded to Denis Frain,
4 correct?
5     A.  Yes.
6     Q.  The original email is from Samantha Ring dated
7 March 12th, 2019, at 5:47 p.m. to you, "Subject:
8 Forward:  I might not make it on Thursday.  My blood
9 pressure is crazy high."
10         It seems to be a continuation of the previous
11 exhibit, correct?
12     A.  Yes.
13     Q.  And in it, she states, "I've been advised to"
14 -- typographical error -- "go to the meeting for health
15 reasons.  I'm calling tomorrow to make yet another
16 doctor appointment regarding my blood pressure for
17 either tomorrow or Thursday.  I hope the board decides
18 to drop the suspension and exonerates me.  While you may
19 not like me, this suspension was unfair at best.  I'm
20 not quitting the club.  I'm going to see what the board
21 decides, but the direction the boards takes on Thursday
22 night is a big decision.  I think you understand that.
23 I hope you use your leadership skills to make things
24 work in the best interest of everyone.  Samantha."
25         Did I read that correctly?

11 (Pages 192 to 195)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)
867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 196

1    A.  Yes.
2    Q.  And you then forwarded that email to, again,
3  Denis Frain, Subject: The same subject.  And you didn't
4  write any text, but you put two question marks.  Did I
5  read that correctly?
6    A.  Yes.
7    Q.  What were those question marks about?  You were
8  doubting her attendance?
9    A.  I think because it's the same thing she said
10  earlier.  But it's just a guess.  I'm not sure.
11    Q.  You don't know why?  So you don't know what
12  that means, so you don't know why you forwarded it to
13  Denis?
14    A.  Just to keep him abreast.  The same thing.
15  This is just a repeat of the previous one, email, about
16  her blood pressure.
17    Q.  So you felt it was important to keep him
18  abreast as to whether or not she was going to attend the
19  meeting?
20    A.  Yes.
21    MS. VENZA:  I'm going to draw your attention
22  to the next exhibit.
23    (Plaintiff's Exhibit 16 was marked for
24  identification.)
25    MS. VENZA:  This is a two-page exhibit.

Page 197

1  Deposition Exhibit 16.
2    MS. FONTUGNE:  I'm going to object to this
3  exhibit.  I have no idea how this exhibit ended
4  up in your hands.  It's obviously an exhibit
5  that's an email from counsel to the client.
6    MS. LAHART:  I got it in a public records
7  request.  It's a public record.  It's no longer
8  covered by attorney/client privilege.
9    MS. FONTUGNE:  So given the title at the top
10  of the email, where does that come into public
11  records?  Where is the rest of this email, then,
12  that you received through a public records
13  request?
14    MS. LAHART:  I believe I provided you all of
15  the public records that I received from the City
16  of Gulfport.  It would be there.
17    MS. FONTUGNE:  I haven't seen anything.  Can
18  you please send them again?
19    MS. VENZA:  You can do your own public
20  records request and see what they send you.
21  BY MS. VENZA:
22    Q.  Have you had a chance to read Exhibit 16?
23    A.  I'm not willing to comment on it.
24    Q.  I'm going to ask you some questions and then
25  we'll get to whether you're going to refuse to answer me

Page 198

1  or not, and the basis for same.
2    MS. FONTUGNE:  I'm going to instruct my
3  client not to answer, on the basis that we don't
4  have any proof that this was produced in response
5  to a public records request.
6    MS. LAHART:  How else would I have gotten
7  it?
8    MS. FONTUGNE:  I'm not sure.  But I think
9  that you've got to show me something more than an
10  email that's only got our email addresses on it.
11    MS. LAHART:  I don't have to show you
12  anything.
13    MS. VENZA:  In any event, you can all object
14  when you're going to object.  I'm going to ask my
15  question.
16  BY MS. VENZA:
17    Q.  Deposition Exhibit 16 is an email from
18  Elisabeth Fontugne --
19    MS. FONTUGNE:  Wrong.  Fontugne.
20    MS. VENZA:  -- Fontugne to Nicholas Joseph
21  Southard, and then a forward -- and then a
22  response.
23  BY MS. VENZA:
24    Q.  So it's an email from your counsel to you, and
25  your response.  Is that correct?  Mr. Southard.

Page 199

1    A.  Yes.
2    Q.  And on July 15th, 2019, at 5:40 p.m.,
3  Ms. Fontugne sent you an email stating, "Dear Nick.
4  Good afternoon.  I hope that this message finds you
5  well.  As you may recall, we cleared August 23rd, 2019,
6  on everyone's calendar for this conciliation with the
7  PCOHR.  Late last week, the PCOHR investigator inquired
8  whether we could move the conciliation to July, given
9  that Ms. Ring is a school teacher.  By way of
10  background, the academic year starts on August 14th in
11  the Pinellas County School System.  Given the difficulty
12  of coordinating everyone's schedule, we indicated that a
13  date in July would not be feasible, and again requested
14  August 23rd.  In her response today, the PCOHR
15  investigator stated that August 1, 2019 (Thursday) and
16  August 2nd, 2019, (Friday) were the only dates on which
17  Ms. Ring and her counsel would be available for
18  conciliation.  If we could not proceed to conciliation
19  on one of these dates, then Ms. Ring and her counsel
20  would opt not to participate, at which point the agency
21  could enter a formal finding of reasonable cause.  While
22  this struck me as an ultimatum of sorts, it is still
23  worthwhile to proceed to conciliation, even if only to
24  gain a even keener sense of opposing counsel's strategy
25  and Ms. Ring's current demand."

12  (Pages 196 to 199)

Executive Reporting Service

Page 200

1    Did I read that correctly?
2        MS. FONTUGNE:  I'm going to move to strike
3    that entire paragraph on the basis that counsel
4    hasn't proven that they obtained this email
5    through a public records request.
6    BY MS. VENZA:
7        Q.   Did I read that correctly?
8        MS. FONTUGNE:  I'm going to instruct you not
9    to answer.
10   BY MS. VENZA:
11       Q.   Are you going to not --
12       A.   No comment.
13       Q.   Are you not answering my questions based on
14   your counsel's instructions not to answer?
15       A.   Yes.
16       MS. VENZA:  And you are instructing him not to
17   answer?  And what is your ground?
18       MS. FONTUGNE:  Because this is a
19   communication that's clearly protected by the
20   attorney/client privilege, and you have not
21   offered any evidence to show us that the
22   privilege was waived.
23           There's no indication that this was
24   produced in response to a public records request.
25   All of the email addresses on the top, none of

Page 201

1    them are from city officials.
2            So absent more information that allows
3    us to determine whether the privilege was waived,
4    I'm going to object to everything, and I'm going
5    to move to strike the entire paragraph that was
6    read from this email that was clearly from
7    counsel to Mr. Southard, who is a representative
8    of Boca Ciega Yacht Club.
9        MS. VENZA:  And so you won't even agree with
10   whether I read that accurately?
11       THE DEPONENT:  I'll take my counsel's
12   advice.  No.
13   BY MS. VENZA:
14       Q.   Would you agree that counsel is explaining that
15   participation in conciliation is not in good faith?
16   There's no intention of actually resolving the matter,
17   but to gain an even keener sense of opposing counsel's
18   strategy and Ms. Ring's current demand?
19       MS. FONTUGNE:  I'm again going to instruct
20   you not to answer.
21       THE WITNESS:  I will not answer the
22   question, based on my attorney.
23   BY MS. VENZA:
24       Q.   And your response to her was, that same day,
25   July 15th, 2019, from you to her, cc Patel Ajay -- Do

Page 202

1    you know who that is, Mr. Southard?
2        A.   Ajay.
3        MS. FONTUGNE:  I'm going to instruct you not
4    to answer.
5    BY MS. VENZA:
6        Q.   Are you not answering my question based on your
7    counsel's instructions?
8        A.   Yes, ma'am, I'm not.
9        Q.   Do you know who Patricia A. Toney is?
10       MS. FONTUGNE:  I'm going to instruct you
11   again not to answer.
12   BY MS. VENZA:
13       Q.   You're not answering based on your attorney's
14   instructions; is that correct?
15       A.   That's correct.
16       Q.   Okay.  Do you know who Hollis Simmons is,
17   Mr. Southard?
18       MS. FONTUGNE:  I'm going to instruct you
19   again not to answer.
20   BY MS. VENZA:
21       Q.   And again you're not answering based on
22   counsel's instructions?
23       A.   That's right.
24       Q.   And you responded, "Either day at the moment,"
25   which was in response to her requests about

Page 203

1    availability.  "Either day at the moment I can
2    accommodate with Ring.  However this will be my last
3    accommodation for Ring.  The best, Nick."
4        Did I read that correctly?
5        MS. FONTUGNE:  I'm going to instruct you
6    again not to answer.
7    BY MS. VENZA:
8        Q.   Sir, are you not answering based on your
9    counsel's instructions?
10       A.   That's correct.
11       MS. VENZA:  Just so you know, when we do
12   bring this before the Court and we pursue costs
13   and have you come back here again, it is based on
14   your counsel's actions today.  Okay.
15   BY MS. VENZA:
16       Q.   Moving on to the next exhibit, then, since --
17   is it fair to say we could summarize quickly, you're not
18   going to answer any questions about that email?
19       A.   That's correct.
20       Q.   And that it will be based on your presumption
21   that anytime I ask a question about Exhibit 16, your
22   counsel is going to jump in and instruct you not to
23   answer?
24       MS. FONTUGNE:  Objection.
25   BY MS. VENZA:

13 (Pages 200 to 203)

Executive Reporting Service

Page 204

1    Q.  Is that fair?  Because we could sit here -- I
2  could ask you sentence by sentence, and we'll be here
3  all day.
4    A.  That's fair.
5    Q.  Okay.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 205

1    MS. VENZA:  Moving on.  Deposition Exhibit
2  17.
3    (Plaintiff's Exhibit 17 was marked for
4  identification.)
5    MS. VENZA:  While he's reading that,
6  Ms. Fontugne, have you done an independent public
7  records request?
8    Have you done a public records request.
9    MS. FONTUGNE:  No, I have not.
10    THE DEPONENT:  Okay.
11  BY MS. VENZA:
12    Q.  Exhibit 17 is two emails, one from Samantha
13  Ring to you, and then a forward of that email.  Is that
14  a fair statement?
15    A.  Yes.
16    Q.  The originating email is from Samantha Ring
17  dated April 9th, 2019, 11 a.m., approximately, to
18  Commodore, all BCYC board and all BCYC board -- I guess
19  just a double email.
20    So one to Commodore at Boca Ciega Yacht Club
21  and one to all board members at the Sail Boca Ciega
22  Yacht Club.  Is that accurate?
23    A.  Yes.
24    Q.  "Subject.  Re: BCYC April General meeting
25  change."  And she states, "After some reflection, I've

Page 206

1  decided that I will skip the first night of Seder in
2  order to not inconvenience the members of the club.
3  Since changing just the date of my vote did not seem to
4  be an option, I guess we will leave it on the first
5  night of Passover.  Samantha Ring."
6    Did I read that correctly?
7    A.  Yes.
8    Q.  Okay.  And then you forwarded that email to
9  Nick -- I'm sorry.  You forwarded that email to Denis
10  Frain on Tuesday, April 9th, 2019, at approximately
11  1:58:28 p.m., correct?
12    A.  Yes.
13    Q.  And you stated "FYI."
14    A.  Right.
15    Q.  You didn't sign it with any ending.  Just your
16  name, Nick J. Southard, correct?
17    A.  Right.
18    Q.  You didn't sign it "Best," did you?
19    A.  No.
20    Q.  Why were you forwarding this email to Denis
21  Frain, a non-Boca Ciega Yacht Club member?
22    A.  As he is aware, we did try to accommodate
23  Ms. Ring.  We actually were -- We actually agreed to
24  move our General meeting to accommodate her.  And he's
25  aware of that.

Page 207

1    And then I forward on to him saying that she
2  does not want that.  Just keep him in the loop.  Because
3  what I tell him I think is going to go straight to the
4  sea.
5    Q.  And whether she's going to a meeting on one
6  date or another date, how is that significant to the
7  city?
8    A.  Well, we've never changed a board meeting,
9  ever, to accommodate an individual, but we did this
10  time.
11    Q.  Why?
12    A.  Because we wanted to be fair.
13    Q.  Because --
14    A.  And we have other Jewish members in our club as
15  well.
16    Q.  So to be fair -- So this had to be religious
17  reasons?
18    A.  Yes.
19    Q.  Your understanding, was that based on a
20  conflict with the date of a meeting, a religious
21  holiday --
22    A.  Right.
23    Q.  -- that Ms. Ring couldn't attend.  That was
24  your understanding, correct?
25    A.  Right.

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 208

1      Q.   So you wanted to accommodate her religion?
2      A.   And offer her another date.
3      Q.   Okay.  Because religious accommodation is
4  something provided by civil rights, correct?
5      MS. FONTUGNE:  Objection.
6      THE DEPONENT:  I'm not sure if it is or not.
7  BY MS. VENZA:
8      Q.   So why the sudden interest in accommodating?
9      A.   I guess because I'm a Christian and I believe
10  people have their right to their own faith.
11     Q.   And you had never in the history of the club
12  ever changed a meeting date?
13     A.   Not for a General meeting, to my knowledge, we
14  never had.
15     Q.   You said 80 years, right?  Eighty years it's
16  been going on?
17     A.   That's correct.
18     Q.   In all those 80 years, in all the members that
19  have come through the doors, 200 a year, no one else has
20  ever had a religious conflict?
21     A.   I can only speak --
22     MS. FONTUGNE:  Objection.
23     THE DEPONENT:  -- for the years that I
24  worked -- that I've been a member of the
25  club.

Page 209

1  BY MS. VENZA:
2      Q.   Okay.  And you've been a member of the club,
3  was it --
4      A.   2004.
5      Q.   So we're talking 15 years?
6      A.   Right.
7      Q.   During those 15 years, no one had any religious
8  conflict on any date --
9      A.   To my knowledge, no.
10     Q.   -- that they brought to your attention.
11     A.   No.
12     Q.   Did you ever deny Denis Frain the right -- I'm
13  not sure "the right."  Did you ever deny Denis Frain's
14  attendance as a guest of a Boca Ciega Yacht Club member
15  at a meeting?
16     A.   Would you repeat that question, please?
17     Q.   Okay.  Denis Frain.
18     A.   Right.
19     Q.   Okay.  Was he ever denied access to a meeting
20  at Boca Ciega Yacht Club?
21     A.   Not to my knowledge.
22     Q.   Do you have any recollection of an incident
23  where Samantha Ring requested to bring Mr. Frain as a
24  guest to a meeting?
25     A.   I don't recall that request.

Page 210

1      Q.   This Exhibit 17 is dated April 9th, 2019,
2  correct?  I just want to confirm that date, April 9th,
3  2019.
4          Tuesday, April 9th, 2019, 1:58:28 p.m. is your
5  email forward, correct?
6      A.   On -- You're talking about the one I can't
7  speak about.
8      Q.   Hers is in the middle.  I'm having trouble too.
9          Her email to you is April 9th, 2019, at
10  11:03:52 a.m., correct?  Exhibit 17.  Dead center.
11     A.   Oh, 17.
12     Q.   I'm sorry.  Exhibit 17, dead center.  Her email
13  to you, April 9th, 2019, 11:03:52 am, correct?
14     A.   Yes.
15     Q.   You forwarded it that same day, Tuesday, April
16  9th, correct?
17     A.   Yes.
18     MS. VENZA:  Now I'll draw your attention to --
19  I'm going to ask to be marked as deposition
20  Exhibit 18.
21     (Plaintiff's Exhibit 18 was marked for
22  identification.)
23     THE DEPONENT:  Okay.  These are minutes of
24  the meeting.
25  BY MS. VENZA:

Page 211

1      Q.   Deposition Exhibit 18, what is it?
2      A.   It's the minutes of a special meeting.
3      Q.   Okay.
4      A.   Board meeting.
5      Q.   And that meeting occurred April 8th, 2019, at
6  7 p.m.?
7      A.   Yes.
8      Q.   Do you have and reason to dispute that?
9      A.   No.
10     Q.   And that's just a mere five hours after your
11  April -- Sorry.  Strike that.  I'll get to that in a
12  second.  No, actually before.
13          So this is April 8th, 2019, 7 p.m., which is
14  the day -- half a day before your April 9th, 2019,
15  forward we just talked about in Exhibit 17 about the
16  request to accommodate and moving a meeting date for
17  religious reasons.
18     A.   Okay.
19     Q.   Right?  This is the day before.
20     A.   Yeah.
21     Q.   Okay.  We go through some introductions.
22  "Please set down cell phones."  We have a quorum.
23  Visitors welcome.  No visitors present.  It starts a
24  little halfway down, Commodore's report.  "Nicholas
25  Joseph Southard:  Good evening everyone."

15 (Pages 208 to 211)

Executive Reporting Service

Page 212

1 Did I read that accurately?
2     A.  Yes.
3     Q.  That's reflecting you speaking during the
4 meeting.  Is that fair?
5     A.  Yes.
6     Q.  And you stated, "this is a difficult time for
7 the club.  We've already passed the resolution for the
8 final expulsion of Samantha Ring."
9         MS. FONTUGNE:  Objection.  The word "final"
10 is not in the document.  And also where's the
11 rest of the document?  We need the whole meeting
12 minutes.
13         MS. VENZA:  Okay.  I apologize if I misread
14 it.  I'm tired at this point.  I think everyone
15 here.
16         MS. FONTUGNE:  Where's the rest of the
17 meeting minutes?
18         MS. VENZA:  I'll tell you what.  If I had
19 all of it, it would be attached, as we did with
20 the other exhibit.
21         Whatever is -- but I also can select
22 whatever exhibit and read whatever selection I
23 want as part of my deposition.  If you want to go
24 further, you can.
25         In any event, I'm going to continue with

Page 213

1 the meeting minutes, which are going to be
2 available to you as counsel of Boca Ciega Yacht
3 Club.
4         MS. FONTUGNE:  So, we're going to just lodge
5 an objection on the basis that this exhibit is
6 incomplete.  It's just partial meeting minutes.
7 And that's all.
8         MS. VENZA:  These are beyond form at this
9 point.
10         MS. RING:  You can pull them up online.
11 BY MS. VENZA:
12     Q.  "Nicholas Joseph Southard:  Good evening
13 everyone.  This is a difficult time for the club.  We've
14 already passed the resolution for the expulsion of
15 Samantha Ring."  Did I read that correctly?
16     A.  Yes.
17     Q.  Explain that.  "We already passed the
18 resolution."  So, what's the resolution?  When does that
19 occur?
20     A.  That occurred at the previous board meeting.
21     Q.  And that was just among the board members?
22     A.  The board, right.
23     Q.  Something you've already explained to me before
24 in another scenario.  It goes before the board.  They
25 had the resolution.  They said, "yep, we're going to

Page 214

1 kick her out.  We're going to vote to kick her out."
2 And then you took it to the General meeting.
3     A.  Well, that was our game plan, right.
4     Q.  Okay.  Dropping down, right in the middle, it
5 reads, "Samantha Ring has filed two charges with PCOHR,
6 Pinellas County Office of Human Rights, against BCYC.
7 The first complaint was regarding an ADA service animal,
8 and the second complaint was regarding retaliation for
9 her expulsion.  Both of these charges have been combined
10 and these will be addressed by our attorneys by the end
11 of this week.  These are moving forward.  Samantha Ring
12 has also filed a lawsuit with the United States District
13 Court, Middle District of Florida, Tampa Division.
14 These allegations are similar to those filed with the
15 PCOHR."
16         Did I read that correctly?
17     A.  Yes.
18     Q.  Did you later represent in other meeting
19 minutes and or publications that Samantha Ring and/or
20 her attorney had dismissed the Pinellas County Office of
21 Human rights -- I'm sorry.
22         Did you represent that the Pinellas County
23 Office of Human rights had dismissed her complaint?
24     A.  Not at this time.
25     Q.  No.  Later.  My question was -- Taking your

Page 215

1 mind off of Exhibit 18 for a minute.
2         At a later time, in either later meeting
3 minutes or --
4     A.  Yes.
5     Q.  -- in some other publication, did you represent
6 that the Pinellas County Office of Human rights had
7 dismissed the complaint filed by Ms. Ring?
8     A.  That's correct.
9         MS. FONTUGNE:  Objection.
10 BY MS. VENZA:
11     Q.  And that is an incorrect statement as to what
12 transpired.
13         MS. FONTUGNE:  Objection.
14         THE DEPONENT:  Okay.
15 BY MS. VENZA:
16     Q.  Do you agree with me there's a difference
17 between PCOHR dismissing a complaint and one being
18 withdrawn by the petitioner, or complainant?
19     A.  Yes.
20     Q.  Just like a ticket, going to traffic court, if
21 you will.  If you go in front of the judge and the judge
22 says, "Dismissed," that's very different than the
23 prosecutors -- I'm sorry -- yes, the prosecutor saying,
24 the officer saying, "Withdrawn," not going after anybody.
25         MS. FONTUGNE:  Objection.

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 216

1    THE DEPONENT:  Yes.
2    BY MS. VENZA:
3    Q.  Okay.  And your representation that PCOHR had
4    dismissed Ms. Ring's charges against BCYC was in a
5    General meeting, correct?
6    MS. FONTUGNE:  Objection.
7    THE DEPONENT:  I'm not sure, to be honest
8    with you.  I mean, I'm just not sure.
9    BY MS. VENZA:
10   Q.  And if you agree with me, as you did, that
11   there's a distinction between a dismissal and a
12   withdrawal, representing that there had been a dismissal
13   is a misrepresentation.
14   MS. FONTUGNE:  Objection.
15   BY MS. VENZA:
16   Q.  Correct?
17   A.  I'm not an attorney.  I might have misspoke.
18   I'm a layman to this.
19   Q.  This isn't a legal term.
20   A.  Well, I just figured that it's no longer in the
21   process.  It's been stopped.  We're not moving forward
22   on it.  You're not moving forward on it.
23   Q.  So instead of the word "misrepresentation,"
24   would you agree that it's inaccurate to say --
25   A.  Yes.

Page 217

1    Q.  Okay.
2    MS. FONTUGNE:  Objection.
3    BY MS. VENZA:
4    Q.  Continuing on, it states, right in the dead
5    center now, "Tonight we're trying to avoid any other
6    charges from" -- And this is bold, italicized and
7    underlined.  It is the only text in this meeting minutes
8    which has all three emphasis.  "Samantha as she has now
9    asked, since she is to be proclaiming to be of the
10   Jewish faith."  That part, end of highlighting, "that we
11   move our general membership meeting from April 19th to
12   another date to avoid the beginning of the Jewish
13   Passover celebration which begins on April 19th and ends
14   April 27th."
15   Did I read that correctly?
16   A.  Yes.
17   Q.  And did I describe correctly the emphasis that
18   was put upon the statement that, "Samantha as she has
19   now asked since she's to be proclaiming of the Jewish
20   faith"?
21   A.  Yes.
22   Q.  And those are -- the meeting minutes are trying
23   to reflect your emphasis during the meeting about those
24   sentiments.  Is that fair?
25   MS. FONTUGNE:  Objection.

Page 218

1    THE DEPONENT:  I didn't write the minutes.
2    The secretary did.  That's her own opinion, not
3    mine.
4    BY MS. VENZA:
5    Q.  The second -- Who's your secretary, Boca Ciega
6    Yacht Club's secretary?
7    A.  Jenn Buckley.
8    Q.  Related to Jenn Buckley?
9    A.  Uh-huh.
10   Q.  That's "Yes"?
11   A.  Yes.
12   Q.  Do you agree, does Jim Buckley(sic) do a good
13   job?
14   MS. FONTUGNE:  Objection.
15   THE DEPONENT:  In my opinion, yes.
16   BY MS. VENZA:
17   Q.  And in your time with Boca Ciega Yacht Club,
18   working with him, have you believed that he strives to
19   do a good job?
20   A.  It's a "she."
21   Q.  She.
22   MS. FONTUGNE:  Objection.
23   THE DEPONENT:  Yes, I do.
24   BY MS. VENZA:
25   Q.  And so on this occasion that she would include

Page 219

1    an emphasis like that to reflect an emphasis that she
2    observed?
3    A.  I don't know.  I've seen the minutes.  It
4    didn't really stand out in front of me.  But that's not
5    my job.
6    Q.  I'm sorry.  What didn't?
7    A.  I read it.  I didn't see it as the way you did.
8    But yeah, it's highlighted.
9    Q.  Is there anywhere on this text excerpt of
10   Exhibit 18, anywhere else that is in bold?
11   A.  No.
12   Q.  Is there anywhere else that has underlining?
13   A.  No.
14   Q.  Is there anywhere else that has italics?
15   A.  No.
16   Q.  Okay.  So that would be the meeting minutes
17   creator, who we've said is Buckley.
18   A.  Yes, that's her.
19   Q.  Okay.  Would be the one to have done that.
20   A.  Yes.
21   Q.  Okay.  In any event, the words -- forget
22   whether they're emphasized or not.  Take that out of the
23   picture.
24   It states that "Samantha as has now asked since
25   she's proclaiming to be of Jewish faith."

17  (Pages 216 to 219)

Executive Reporting Service

Page 220

1     Were you questioning what religion she was?
2         MS. FONTUGNE:  Objection.
3         THE DEPONENT:  No.
4     BY MS. VENZA:
5     Q.   "Proclaiming" sounds a lot like someone is
6     pretending.
7         MS. FONTUGNE:  Objection.
8         THE DEPONENT:  No.
9     BY MS. VENZA:
10    Q.   Because this is just several hours before
11    you're sending an email to Denis Frain about how
12    accommodating the club is going to be for religious
13    reasons.
14    A.   That's correct.
15    Q.   Okay.  But you had no doubt on April 8th, 2019,
16    at 7 p.m. that Samantha Ring was of the Jewish faith.
17    Is that what you're telling us?
18    A.   I had no reason to challenge it.
19    Q.   Did you have any reason to doubt it?
20    A.   No.
21        MS. FONTUGNE:  Objection.
22        MS. VENZA:  The next exhibit.  Mark it as
23    deposition Exhibit 19.
24        (Plaintiff's Exhibit 19 was marked for
25    identification.)

Page 221

1         THE DEPONENT:  Okay.
2     BY MS. VENZA:
3     Q.   It's an email forward from Jimmy Meyer.  I'm
4     sorry.  It's an email to Jimmy Meyer to you, and your
5     response to him, correct?
6     A.   Yes.
7     Q.   There's a cat in the club it's referencing.  Is
8     there a club cat?
9     A.   There is.
10    Q.   So there is a cat that is an animal that is --
11    runs around in the clubhouse.  Is that true?
12    A.   Yes.
13    Q.   So is it a club pet?
14        MS. FONTUGNE:  Objection.
15        THE DEPONENT:  Pet, mascot.  Yes.
16    BY MS. VENZA:
17    Q.   Is it -- Okay.  So mascot.  But it's allowed in
18    the clubhouse?
19    A.   Yes.
20    Q.   Isn't that a violation of the rules?
21    A.   Not for that cat.
22        MS. FONTUGNE:  Objection.
23    BY MS. VENZA:
24    Q.   Why not?  It's a special cat?
25    A.   Yes.  That cat is a hunter, and we have

Page 222

1     rodents.
2     Q.   No one takes ownership of the cat?
3     A.   Not really.  It's like a community thing.
4     Occasionally one person one year will be responsible for
5     its shots or whatever.
6     Q.   What's the cat's name?
7     A.   Mia.
8     Q.   How long has the cat been there, as far as you
9     know?
10    A.   That cat's been there four years, five years.
11    Prior to that, we had Matty in there 15 years.
12    Q.   So you had a cat, and it's used for, you're
13    saying, rodent control?
14    A.   Really, yes.
15    Q.   Because the clubhouse can't be protected from
16    the outside elements.  Is that fair?
17    A.   Well, the doors are left open, yes.
18    Q.   The doors are left open and rodents come in?
19    A.   Right.
20    Q.   Insects come in?
21    A.   As we're not -- we have no heat or AC, so
22    things are open.
23    Q.   So it's a correct statement by me:  All kinds
24    of things come in, rodents, insects?
25    A.   Yes.  Which we have pest control.

Page 223

1     Q.   That's all I need with that exhibit.
2         Do you have any reason to dispute that Ms. Ring
3     has a disability?
4         MS. FONTUGNE:  Objection.
5         THE WITNESS:  I have no reason to dispute
6     it.
7     BY MS. VENZA:
8     Q.   You're not a doctor, correct?
9     A.   No.
10    Q.   You don't have any medical training?
11    A.   No.
12    Q.   There's -- I can show you this.  The March
13    19th, 2019 letter from the Board of Directors to
14    Samantha Ring talking about her expulsion.
15        Do you see that?  It was previously, and
16    multiple times over, attached as an exhibit to the
17    complaint, most recently as Exhibit F to the Second
18    Amended Complaint.
19        I just want to draw your attention to the 12-1
20    vote.
21    A.   Okay.
22    Q.   Do you see that?  So, how could we explain the
23    different numbers in the board voting?
24    A.   Well --
25    Q.   The board voting --

18 (Pages 220 to 223)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)

867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 224

1    A.  I can't explain -- I think the other one was a
2  misquote when I said 14-2, whatever it was.  It ended up
3  being 16.
4         But we don't always have members, board members
5  that show up, so the count will be different.  If it's a
6  full house, it will be 15-0.  Anything less than that
7  would be people not attending.
8    Q.  So do you have a minimum number you need to
9  vote?
10   A.  We have a quorum, yes.
11       MS. VENZA:  I'm done with that exhibit.  I'm
12  going to ask the court reporter to mark deposition
13  Exhibit 20.
14       (Plaintiff's Exhibit 20 was marked for
15  identification.)
16       THE DEPONENT:  Okay.
17  BY MS. VENZA:
18   Q.  Were you a proponent of the campaign to have
19  Samantha Ring expelled?
20       MS. FONTUNE:  Objection.
21       THE DEPONENT:  No.
22  BY MS. VENZA:
23   Q.  Were you someone who participated in writing a
24  script of what people were to say when they called to
25  have Samantha Ring voted out?

Page 225

1    A.  No.
2    Q.  I'm going to read Exhibit 20.  "This is a
3  reminder that we will be having a meeting of people that
4  are willing to make calls to BCYC members encouraging
5  them to vote to the next General meeting to vote to
6  expel Samantha Ring.  I don't know what I said.
7  Encouraging them to come to the income General meeting
8  to vote to expel Samantha Ring.  We will have scripts of
9  what to say when you call.  The meeting will be at
10  7:00 p.m. on Thursday at BCYC."
11       Do you have any information or knowledge about
12  this meeting?
13   A.  I had heard about it.
14   Q.  Was this meeting not -- it said the "General
15  meeting."  Is this not the General meeting?
16   A.  This is for the General meeting.
17   Q.  Did you attend the General meetings?
18   A.  I'm the Commodore.  Yes.
19   Q.  Okay.  And --
20   A.  This was going on by the members.
21   Q.  Do you have any knowledge about the scripts?
22   A.  I had heard about them, but I haven't actually
23  seen the scripts, per se.
24   Q.  See at the bottom very bottom it says "Thanks,
25  Doug"?

Page 226

1    A.  Yes.
2    Q.  Do you know who that is referring to?
3    A.  Doug is a board member.
4    Q.  So as a -- this is sent by a board member, and
5  the board member was soliciting members and expressly
6  states "encouraging them to come to the next General
7  meeting to vote to expel Samantha Ring," correct?
8        MS. FONTUNE:  Objection.
9  BY MS. VENZA:
10   Q.  That's what it states, correct?
11   A.  That's what it states, yes.
12       MS. FONTUNE:  Objection.
13  BY MS. VENZA:
14   Q.  "And we will have scripts."  "We," being that
15  he's a board member, he's referring to the board.
16       "We will have scripts of what to say when you
17  call," correct?
18       MS. FONTUNE:  Objection.
19       THE DEPONENT:  No.  There's other people
20  that are not on the board who had the same
21  feelings as this board member did, so I wouldn't
22  say this is just from the board, no.
23  BY MS. VENZA:
24   Q.  Do you have any knowledge or information about
25  the scripts?

Page 227

1    A.  No.
2    Q.  Do you know whether that was contrived
3  information that was being circulated so that everybody
4  had the same story?
5        MS. FONTUNE:  Objection.
6        THE DEPONENT:  No.
7  BY MS. VENZA:
8    Q.  You don't know?
9    A.  I don't know, other than whatever points were
10  brought out over the last few meetings, that he wanted
11  to make sure that all the club members were aware of
12  what has happened over the past 45 days during this
13  process.
14   Q.  The bottom line:  You don't know what was in
15  the scripts.
16   A.  No.
17   Q.  Okay.  So we're speculating.  Okay.
18       Here are the people -- I'm reading now from
19  Exhibit 20.  "Here are the people I am suggesting we ask
20  to call other members.  If you're not able to call, just
21  let me know."  Names:  Tony and Gerri Angel?
22       Gerri, by the way is G-E-R-R-I.  New members
23  and some lifetime members.  Lee Nell, Doug, John
24  McCloud, Garth (racers), Joye (women's groups) Richard,
25  Don and Jenn Rogers, Beth, Jenn B., Marty, Nick,

19 (Pages 224 to 227)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 228

1   Jonathan Cornwell."
2       Did I read that correctly?
3   A. Yes.
4       Q. And do you know why that group of people was
5   being recommended or being suggested to call other
6   members?
7       A. No. And I never called a member.
8   MS. VENZA: Okay. Thank you.
9   BY MS. VENZA:
10      Q. On October 7th, 2019, you had a board meeting,
11  correct?
12      A. Yes.
13      Q. Meeting minutes were taken, correct?
14      A. Yes.
15      Q. At that time, the Assistant Treasurer brought
16  to the attention that you had 14 members who were
17  overdue but have not been charged a late fee. Do you
18  recall that?
19      A. Vaguely, yes.
20      Q. What are the current number of members in BCYC?
21      A. It ranges from between 180 and 200.
22      Q. So you have a PR and Advertising Committee?
23      A. We did.
24      Q. BCYC has that.
25      A. We did. That person resigned. Jonathan

Page 229

1   Cornwell.
2       Q. You still have that committee?
3       A. They're --
4       Q. The club actually does?
5       A. No. The committee is nonfunctional.
6       Q. It states that -- on October --
7       A. It's open, which means we don't have a
8   committee chairperson.
9       Q. October 7th of 2019, it is listed as among the
10  committees that were in existence, correct?
11      A. Right.
12      Q. And it states that it was open, and you're
13  explaining to me now that's because the committee member
14  had left?
15      A. The chairperson did, yes.
16      Q. I'm sorry. The chairperson. Not unlike the
17  person who preceded you as Rear Commodore.
18      MS. FONTUGNE: Objection.
19  BY MS. VENZA:
20      Q. Somebody left a post.
21      A. Right.
22      Q. You actually have a Refreshments and Birthday
23  Committee, correct?
24      A. We do. My lovely wife.
25      Q. She remembers all the birthdays?

Page 230

1       A. Well, she has a cheat sheet. Actually it's
2   posted in the Windward.
3       Q. On October 9th, 2019 -- I'm sorry -- October
4   7th, 2019, "For the good of the club. Tony Angel
5   brought to the attention of the board that there was a
6   person, Elisabeth Hendricks, who was reprimanded for
7   allowing someone to live aboard her boat. Annie
8   Davidson spent the last two weeks sleeping on
9   Elizabeth's boat. In the last few days Annie was seen
10  moving a fan and personal items off the boat. What are
11  we going to do about this? We NEED to be consistent."
12      Do you remember that --
13      A. Yes.
14      Q. -- matter being brought to the attention?
15      So the club understood and recognized that
16  there was an inconsistency within it in terms of its
17  application --
18      A. No.
19      Q. -- of live-aboards.
20      A. No, we did not recognize that. I think if
21  you --
22      Q. Tony Angel said, "We NEED," and "NEED" was
23  emphasized, all capital letters. "We NEED to be
24  consistent." So he was explaining that there had not
25  been consistency in the past, correct?

Page 231

1       MS. FONTUGNE: Objection.
2       THE DEPONENT: What's the date on that? I'm
3   sorry.
4   BY MS. VENZA:
5       Q. That's okay. October 7th, 2019.
6       A. That could be correct, yes.
7       Q. And the Gabber -- Going back to that. The
8   Gabber is what again? It's just a newsletter in the
9   community?
10      A. It's a magazine that comes out weekly, with
11  advertisements.
12      Q. To the public.
13      A. To the public.
14      Q. It's not internal, like the Wind --
15      A. Windward is for club members. The Gabber is
16  for the Gulfport community.
17      Q. And on October 7th, 2019, you wanted to -- you
18  were questioning the club members about whether a letter
19  by you to the Gulfport Mayor should be printed in the
20  Gabber; is that right?
21      A. Yes.
22      Q. So you wanted to take internal business matters
23  of the club and put them out to the public.
24      MS. FONTUGNE: Objection.
25      THE DEPONENT: That's what I asked the

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

## Page 232

1    board, but we decided not to.
2    BY MS. VENZA:
3        Q.  But you were considering it?
4        A.  I opened it up for discussion.  I didn't
5    consider it.  I just opened it up for discussion.
6        Q.  On September 30th, 2019, an attorney was hired
7    by Boca Ciega Yacht Club to review the amended and
8    restated Articles of Incorporation.  Is that correct?
9        A.  Yes.
10       Q.  And that attorney's whole job was just simply
11   to make sure -- And I'm reading from his letter -- "met
12   all of the requirements of the State of Florida for a
13   not for profit corporation and the requirements of the
14   Internal Revenue Service as an organization exempt from
15   Section 501(c)7 of the Internal Revenue Code."
16       My question is, it was for tax reasons, if you
17   will, that that attorney was hired, this particular
18   attorney, in reviewing your Articles of Incorporation,
19   was for the purpose of ensuring conformity with not for
20   profit tax requirements.
21       MS. FONTUGNE:  Objection.
22       THE DEPONENT:  Not entirely, no.  It was --
23   That's part of it.  But also looked to make sure
24   that it was laid out properly for Articles of
25   Incorporation.  Not just taxes, but everything

## Page 233

1    else that's involved in creating the articles.
2        It hadn't been done since 1965, I believe.
3    BY MS. VENZA:
4        Q.  Your Articles of Incorporation?
5        A.  That's the last time it's been reviewed.
6        Q.  By an attorney.
7        A.  I don't know.  I wasn't there.  But it's the
8    last time we filed.  Let me put it that way.
9        Q.  You said the "last time it was reviewed."  The
10   last time Articles of Incorporation were filed was in
11   1965?
12       A.  Right.  That's the last one.
13       Q.  And you're presuming that an attorney looked at
14   them before they were filed.
15       MS. FONTUGNE:  Objection.
16       THE DEPONENT:  Yes.
17   BY MS. VENZA:
18       Q.  So the last time it was looked at in 1965 --
19   I'm sorry.  The last time they were looked at was in
20   1965.  Possibly the last time an attorney looked at them
21   was in 1965, is what you're saying, correct?
22       A.  Right.
23       MS. FONTUGNE:  Objection.
24   BY MS. VENZA:
25       Q.  Do you know if Mr. -- the attorney, Mr. Spoor,

## Page 234

1    S-P-O-O-R, was retained for the purposes of evaluating
2    whether the articles -- the amended articles were in
3    compliance with federal law?
4        A.  Yes.
5        Q.  He was retained for that purpose?
6        MS. FONTUGNE:  Objection.
7        THE DEPONENT:  Right.
8    BY MS. VENZA:
9        Q.  He doesn't mention anything.  And I'll attach
10   the exhibit if I need to.  September 30th, he doesn't
11   mention that, correct?
12       A.  Correct.
13       Q.  He is just talking about tax compliance and
14   IRS -- Internal Revenue Code, correct?
15       A.  Yes.
16       MS. VENZA:  Give me a second.  We can take a
17   break and I'm going to confer with her.
18       (Recess held at this time.)
19   BY MS. VENZA:
20       Q.  Have you seen the investigative report by
21   Jeffrey Lorik, the Pinellas County Office of Human
22   Resources?  It's dated May 29th, 2019.
23       A.  I'm not sure if I have or not.
24       Q.  I only have one copy.  I'd just ask you to just
25   look at it to tell me if you have seen that before.

## Page 235

1        A.  I don't recall seeing this, no.
2        Q.  As far as you know, has this been relayed to
3    you -- "this" being the investigative report and the
4    findings -- has this been relayed to you by anyone?
5        A.  Not to my knowledge, no.
6        Q.  The Pinellas County Office of Human Resources
7    didn't send you a copy.
8        A.  No.
9        Q.  Were you aware that on May 29th, 2019, in the
10   report, that the investigator stated, "It has been found
11   that PCOHR has authority to investigate BCYC as a place
12   of public accommodation."
13       In other words, that it had determined that the
14   club was not exempt, it was not a private club?  Were
15   you aware of that?
16       MS. FONTUGNE:  Objection.
17       THE DEPONENT:  I don't recall.
18   BY MS. VENZA:
19       Q.  Have you heard that there had been a
20   determination that the club was not a private club?
21       MS. FONTUGNE:  Objection.
22       THE DEPONENT:  Concerning Samantha Ring's
23   case?
24   BY MS. VENZA:
25       Q.  Or in any ways.

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 236

1    A.  No.
2    Q.  In any case.
3    A.  I only heard it's allegations.  Nothing's been
4  proven.
5    Q.  Okay.  So my question is about Pinellas County
6  Office of Human rights has done an investigation.  You
7  are aware of that, correct?
8    A.  Yes.
9    Q.  Okay.  Were you aware that they concluded,
10  based on their investigation, that Samantha Ring or
11  anybody else, it didn't matter, that Boca Ciega Yacht
12  Club was not a private club?
13    A.  No.
14       MS. FONTUGNE:  Objection.
15  BY MS. VENZA:
16    Q.  You were not aware of that, is what you're
17  telling me.
18    A.  That's correct.
19    Q.  Okay.  Were you aware that the PCOHR had stated
20  and determined on May 29th, 2019, that, "Based upon the
21  available evidence, there's reasonable cause to believe
22  that an unlawful act of discrimination based on
23  disability has occurred."
24       MS. FONTUGNE:  Objection.
25  BY MS. VENZA:

Page 237

1    Q.  Were you aware of that?
2    A.  I know that the total argument was not in our
3  favor.  That's all I know.
4    Q.  Okay.  So did you share that fact, that it was
5  not in your favor, with the members of the club?
6    A.  No.
7    Q.  Did you seek to obtain a copy of that report?
8    A.  No.
9    Q.  Did you share it with board members?
10    A.  No.
11    Q.  Why not?
12    A.  Because we're in litigation.
13       MS. FONTUGNE:  Objection.
14  BY MS. VENZA:
15    Q.  And so --
16    A.  So I don't disclose that.  Only with my
17  attorney at that time.
18    Q.  "That" being the findings whether it's a
19  private --
20    A.  I didn't -- I did not discuss with board
21  members ongoing litigation that's occurring until we got
22  final judgment.
23    Q.  Was there a call party?  A party of members --
24  with regard to Exhibit 20, was there a party where the
25  members were going to get together and thus call the

Page 238

1  other members and use this script, and that party was
2  called a "call party"?
3    A.  I'm not sure.  I know I wasn't invited.
4    Q.  Okay.  Well --
5       MS. RING:  I think his name is on there.
6  BY MS. VENZA:
7    Q.  Had you heard about such an event?
8    A.  I might have, yes.  I've heard a lot of
9  different things going on at that time.  A lot of things
10  were swirling.
11    Q.  Well, your name -- if you look at Exhibit 20,
12  among the names suggested by Doug, one of the board
13  members, to call other members was "Nick."  Is there any
14  other "Nick"?
15    A.  I'm the only "Nick," but he didn't ask me about
16  this.
17    Q.  Who's making the decisions about this
18  litigation for Boca Ciega Yacht Club?
19    A.  I am.
20    Q.  Do you have to get approval by the board?
21    A.  Not until I get a final decision on the
22  outcome.
23    Q.  What do you mean?
24    A.  Everything's in our attorney's hands right now.
25    Q.  Well, if the attorney said right now --

Page 239

1       MS. FONTUGNE:  Objection.
2  BY MS. VENZA:
3    Q.  "You can stand up on the table can do a jig and
4  make this go away" --
5       MS. FONTUGNE:  Object to counsel's question.
6  BY MS. VENZA:
7    Q.  Would that be up to you?
8    A.  Would I jig?  Probably.
9    Q.  So that would be up to you.
10    A.  Yes.
11    Q.  Were you aware, or did you participate in
12  scripts that were given to members at the actual
13  physical meeting where it was voted -- where Ms. Ring's
14  expulsion was voted on?
15    A.  You have to repeat the question.  I'm sorry.
16    Q.  Were you aware or did you participate in the
17  drafting of scripts that were given to members of Boca
18  Ciega Yacht Club --
19    A.  No, I was not involved in any --
20    Q.  Are you aware of such scripting being given to
21  members?  I've just got to get the question out.
22    A.  Okay.
23    Q.  Were you aware of scripts being given to
24  members of Boca Ciega Yacht Club to read at the, I
25  believe it was the April 2019 expulsion meeting?

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                              867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 240

1    A.  I believe I was aware, yes.
2    Q.  How did you learn about it?
3    A.  Just heard people talking about that they
4  wanted to make sure they got the facts out.
5    Q.  "Heard people," just other members?
6    A.  Other members.
7    Q.  Any names you can think of?
8    A.  No, not really.
9    Q.  They wanted to get the facts out.  I don't
10  understand what that means.  They wanted to put in
11  written form what they wanted people to say?
12    A.  No.  Well, what they wanted to bring out is
13  facts as far as what the charges are being brought out,
14  giving their questions or their thoughts on the charges
15  being brought out.  Just wanted to make sure they got it
16  straight.  Trying to be accurate, that's all.
17    Q.  People are allowed -- Let's break it down.  At
18  a meeting, members are allowed to speak; is that right?
19    A.  Yes.
20    Q.  It's a limited time frame that they can speak?
21    A.  We try to, yes.
22    Q.  How long?  Like two minutes?
23    A.  Two minutes.
24    Q.  And you have 180 to -- 180 to 200 members.  Can
25  every single one speak if they want to?

Page 241

1        MS. FONTUGNE:  Objection.
2        THE DEPONENT:  Not if it's on the same thing
3    that's already been stated.
4  BY MS. VENZA:
5    Q.  So if the issue is Samantha Ring and expulsion,
6  how many people can speak about that?
7        MS. FONTUGNE:  Objection.
8        THE DEPONENT:  As many that has something
9    new to say.
10  BY MS. VENZA:
11    Q.  And so the purpose of the scripts was to have
12  as many things presented as possible to make her look
13  bad.
14        MS. FONTUGNE:  Objection.
15        THE DEPONENT:  No.  Just give the facts.
16  BY MS. VENZA:
17    Q.  Were any facts in support of her not being
18  expelled given?
19    A.  Not that I'm aware of.
20    Q.  Have you -- At any other meeting, have scripts
21  been given out to other members to read?
22    A.  I'm not aware of it.
23    Q.  And 15 years you've been with --
24    A.  I'm not aware of it.
25    Q.  -- the Boca Ciega Yacht Club, right?

Page 242

1    A.  Right.
2        MS. VENZA:  I'm done.  But that's for right
3    now.  Unless your counsel has questions.
4        MS. FONTUGNE:  I just have a few follow-ups
5    for you.
6        You said something about a video.  Are
7    you going to be doing any -- showing him a video
8    or anything like that?  I just want to clarify
9    before I --
10        MS. VENZA:  I had no intention of doing so.
11        MS. FONTUGNE:  Okay.  I just heard something
12    about a video, so I was asking.
13        MS. VENZA:  We can leave right now.  If you
14    didn't ask any questions, we'd be done.
15        MS. FONTUGNE:  Well, no, that's all right.
16    I'll ask my questions.
17        CROSS-EXAMINATION
18  BY MS. FONTUGNE:
19    Q.  Mr. Southard, at the beginning of this
20  deposition many hours ago you were asked about --
21        MS. VENZA:  I'm going to object.
22  BY MS. FONTUGNE:
23    Q.  -- the Boca Ciega Yacht Club application for
24  membership.  Do you remember that?
25    A.  Yes.

Page 243

1    Q.  Okay.  And so based on your long membership in
2  the club and your recollection of the application, there
3  are no questions on the application concerning race,
4  correct?
5    A.  That's correct.
6    Q.  And there are no questions on that application
7  concerning an applicant's religion, are there?
8    A.  No.
9    Q.  And there's no question on that application
10  concerning an applicant's disability status, is there?
11    A.  No.
12    Q.  Now, are there questions on that application
13  about an applicant's felony convictions?
14    A.  Yes.
15    Q.  All right.  And so you also testified later
16  that once an applicant becomes a member, the applicant
17  gets a key to the clubhouse.  Is that right?
18    A.  Yes.
19    Q.  With that key to the clubhouse, a member of the
20  club can enter the clubhouse and leave the clubhouse
21  whenever they want; is that right?
22    A.  Yes.
23    Q.  Now, I want to clarify a few things on the
24  record where there was a lot of confusion about dates.
25        You were asked about a proposed amendment to

23 (Pages 240 to 243)

Executive Reporting Service

Page 244

1    the bylaws regarding capping membership of the club to
2    250 members.  Do you remember that?
3        A.  Yes.
4        Q.  That amendment, was that discussed in 2018 or
5    was that presented in 2019?
6        A.  I believe in 2019.
7        Q.  Okay.  And then you were also asked about
8    membership dues and about late fees and when late fees
9    are assessed.  Do you remember that earlier?
10       A.  Yes.
11       Q.  Okay.  And so you testified that late fees are
12   assessed 10 days after the original due date when a
13   member has not paid the dues, correct?
14       A.  Yes.
15       Q.  But at that point after that 10-day period,
16   that member is not suspended for membership, correct?
17       A.  That's correct.
18       Q.  Instead, the automatic suspension from
19   membership would occur after 30 days from the due date
20   for the dues goes by, correct?
21       A.  That's correct.
22       Q.  Now, during this deposition you were asked a
23   number of questions about Ray Rodriguez.  Do you
24   remember that?
25       A.  Yes.

Page 245

1        Q.  Has Ray Rodriguez made any claim in this
2    particular suit?
3        A.  Not to my knowledge.
4        Q.  Okay.  And you were asked a lot of questions
5    about Ann Nu's address.  Is Ann Nu a party to this
6    lawsuit that we're here to discuss today?
7        A.  No.
8        Q.  Has Boca Ciega Yacht Club ever rented out the
9    clubhouse to the public for a specific function or event
10   that did not involve any members?
11       A.  No.
12       Q.  Has the City of Gulfport ever used the
13   clubhouse for a specific function or event?
14       A.  Not to my knowledge.
15       Q.  Are any board members of Boca Ciega Yacht Club
16   also City Council members for the City of Gulfport?
17       A.  No.
18       Q.  Are there any City Council members for the City
19   of Gulfport who are members of Boca Ciega Yacht Club?
20       A.  No.
21       Q.  You were presented with a number of exhibits.
22   And we will not go through all of them, because they're
23   lengthy.  I just wanted to clarify a few little things.
24            First of all, with respect to Exhibit Number
25   20, do you recall this exhibit?

Page 246

1        A.  Yes.
2        Q.  All right.  Looking at this exhibit, is there
3    any indication on this page of who this message was sent
4    to?
5        A.  No.
6        Q.  Is there any indication on this page that the
7    person named "Doug" who signed the message at the end
8    actually sent this message to anyone?
9        A.  No.
10       Q.  Now, as part of this deposition, Mr. Southard,
11   you were asked about a number of emails reflecting
12   communications from you to the city officials, and vice
13   versa.  Do you remember that?
14       A.  Yes.
15       Q.  Now, the club has a rule that there will only
16   be one authorized live-aboard in the basin surrounding
17   the club; is that right?
18       A.  That's right.
19       Q.  And that rule is a rule that's imposed by the
20   City of Gulfport as part of the club's lease with the
21   city, correct?
22       A.  Correct.
23       Q.  So if there's a concern that Ms. Ring was
24   living on her boat without permission, that's a concern
25   that also belongs to the City of Gulfport, correct?

Page 247

1        A.  Correct.
2        Q.  In Exhibit Number 10, there was an email dated
3    March 6th, 2019, an email that Ms. Ring had sent to the
4    City of Gulfport concerning somebody had changed the
5    gate code.
6            That gate code that we talked about, is that
7    code controlled by anyone from the club?
8        A.  Yes.
9        Q.  Who controls the gate code?
10       A.  Normally the Security Committee.
11       Q.  And who is on the Security Committee around
12   March 6th, 2019?
13       A.  Don Rogers.
14       Q.  Before seeing this email from Samantha Ring to
15   city officials that was marked as Exhibit 10, had you
16   heard anything from the city about anything about the
17   gate code being changed?
18       A.  No.
19       Q.  Had anyone who was a club member at that time
20   said anything to you, the Commodore, about the gate code
21   being changed around that time?
22       A.  No.
23       Q.  Do you remember receiving any other reports
24   from anyone about the gate code being changed and
25   members having trouble accessing their slips next to the

24 (Pages 244 to 247)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 248

1 clubhouse around this time?
2     A. No.
3     Q. Now, in Exhibit 11, you were shown an email
4 that had to do -- that was dated March 7th, 2019, and
5 that you had forwarded to Denis Frain, the Harbor
6 Master, concerning Ms. Ring using the 110 electricity
7 outlet on the dock. Do you remember this email?
8     A. Yes.
9     Q. Now, this email, it's an email that you
10 originally received from some other members of BCYC,
11 correct?
12     A. Yes.
13     Q. And this message was forwarded in its entirety
14 to the Harbor Master, Mr. Frain, correct?
15     A. Yes.
16     Q. And so as part of that forwarded message, Denis
17 Frain, the Harbor Master, also received the original
18 message that you received from these BCYC members,
19 correct?
20     A. Yes.
21     Q. Can you please read the original message that
22 was sent to you on the record?
23     MS. VENZA: What exhibit are you on?
24     MS. FONTGUNE: Eleven.
25     THE DEPONENT: From Captain Sandbar. "Nick

Page 249

1 and John, not more than a month ago Denis told us
2 not to plug boats into the city paid electricity
3 outlets. Tony at the marina said that they can
4 be used temporarily to cut out" -- I'm sorry --
5 "temporarily to cut or drill something on the
6 dock but not intended for members to get free
7 electricity to their boats. This is a big issue
8 with Denis and the board knows it. Samantha's
9 fully aware of this but continues to disregard
10 the city's request putting us once again in a bad
11 position. These two photos were taken today
12 after she left for work. Regards, Richard."
13 BY MS. FONTGUNE:
14     Q. Now, Mr. Southard, looking at this email
15 message, no photos are attached to the message that we
16 have before us today, correct, on Exhibit 11?
17     A. Correct.
18     Q. Okay. And this message in its entirety was
19 forwarded by you to Mr. Frain, correct?
20     A. Yes.
21     Q. Is the "Denis" referenced in the message that
22 you originally received from these other members the
23 same Denis Frain who is the Harbor Master for the City
24 of Gulfport?
25     A. Yes.

Page 250

1     Q. Now, Mr. Southard, earlier in your deposition
2 you were asked about the investigative report that had
3 been prepared at your request by Edwards investigating.
4 Do you remember that?
5     A. Yes.
6     Q. Was the date of that report ever placed on to
7 the record at that time? Were you ever asked about the
8 date of that report?
9     A. I don't recall.
10     Q. Now, you were asked about some partial board
11 meeting minutes that were introduced as Exhibit 18. Do
12 you remember that?
13     A. Yes.
14     Q. Would you agree with me that when you're
15 speaking of somebody who's got a particular religious
16 faith, in common parlance you would say that that person
17 is proclaiming his or her faith? Do you agree with me?
18     A. Yes.
19     Q. And finally, you were asked about scripts that
20 were being used at the expulsion meeting for Ms. Ring,
21 which was held on April 19th, 2019. Do you remember
22 that?
23     A. Yes.
24     Q. Now, this was a meeting where members were
25 going to speak to the general membership and to the

Page 251

1 board about Ms. Ring and the reasons for her expulsion,
2 correct?
3     A. Correct.
4     Q. Doesn't it stand to reason that somebody giving
5 a speech would prepare a script in advance so as to be
6 able to convey the whole message to the meeting?
7     A. Yes.
8     MS. FONTGUNE: I don't have any more
9 questions.
10     REDIRECT EXAMINATION
11 BY MS. VENZA:
12     Q. The scripts, someone who is going to give a
13 speech maybe has a speech writer, maybe prepares the
14 speech themselves, correct?
15     MS. FONTGUNE: Objection.
16     THE DEPONENT: Yes.
17 BY MS. VENZA:
18     Q. And the scripts we're talking about is that
19 members -- some people were preparing statements for
20 other members of the club to say, correct?
21     A. Could be.
22     Q. That's what is going on with the scripts.
23     A. Could be, yes.
24     Q. It was, as you testified earlier, that it was
25 because members of the board wanted to tell other

25 (Pages 248 to 251)

Executive Reporting Service

Page 252

1  members of the board what to say and how to say it.
2      MS. VENZA: Objection.
3      THE DEPONENT: More to be -- more for
4  clarity.
5  BY MS. VENZA:
6      Q. But the bottom line is, that's what was going
7  on. They were -- whether you want to say they helped
8  them say it better, some members of the board were
9  giving a script so that another member of the board is
10  being told what to say and how to say it.
11      MS. FONTUGNE: Objection.
12      THE DEPONENT: Possibly.
13  BY MS. VENZA:
14      Q. Did Samantha Ring's use of electricity have
15  anything to do with her disability?
16      MS. FONTUGNE: Objection.
17  BY MS. VENZA:
18      Q. Or whether she has a disability under the ADA
19  or does not have a disability under the ADA?
20      MS. FONTUGNE: Objection.
21      THE DEPONENT: I don't know. I don't think
22  so.
23  BY MS. VENZA:
24      Q. Have anything to do with a service animal?
25      A. Not to my knowledge, no.

Page 253

1      Q. Have anything to do with the status of the club
2  as private or not private?
3      MS. FONTUGNE: Objection.
4      THE DEPONENT: It violates our policy with
5  the city.
6  BY MS. VENZA:
7      Q. But it doesn't determine whether you are a
8  private club or a public club, not whether you get your
9  lease renewed.
10      A. No.
11      MS. FONTUGNE: Objection.
12  BY MS. VENZA:
13      Q. If Boca Ciega Yacht Club is discriminating,
14  that is a concern of the city, correct?
15      MS. FONTUGNE: Objection.
16      THE DEPONENT: It's a concern of the club.
17  BY MS. VENZA:
18      Q. And it's a concern of the city.
19      A. I would think so.
20      MS. FONTUGNE: Objection.
21  BY MS. VENZA:
22      Q. Your counsel asked a question and said at any
23  time, that the club -- at any time, was the club renting
24  for events that did not involve club members? And the
25  answer to that is "Yes."

Page 254

1      You said there could be two people, neither of
2  whom are board members, who are getting married and
3  invite a whole host of guests who are not club members.
4  They only need to have the sponsorship of a club member,
5  correct?
6      A. We're not charging for anything.
7      MS. FONTUGNE: Objection.
8      THE DEPONENT: We're not charging for
9  anything.
10  BY MS. VENZA:
11      Q. Okay. I stand corrected. So that isn't
12  "renting." Do they rent the club at any time?
13      A. No.
14      Q. So they never rent the club?
15      A. That's correct.
16      Q. So it's a question of using the club. So they
17  don't rent the club. So these people that get married,
18  sometimes they have a D.J.
19      A. Could.
20      Q. And might the D.J. plug into something to get
21  the electricity going?
22      A. Yes.
23      Q. That might be use that might go on for several
24  hours. Is that fair?
25      A. Yes.

Page 255

1      Q. You might have lights going. Is that fair?
2      A. Yes.
3      Q. Some people might bring fans? I don't mean
4  these kind of fans. I mean the fans.
5      A. Yeah.
6      Q. And they're going to plug it in and use
7  electricity. Is that fair?
8      A. Yes.
9      Q. And they didn't pay any rent, though, right?
10      A. No.
11      Q. So they're not paying any fees towards
12  electricity, right?
13      A. No.
14      Q. Is that a correct statement by me?
15      A. Yes.
16      Q. With regard to the rats, okay, Mia the cat and
17  the other predecessor cats that go after the rats, do
18  those rats have keys?
19      A. I haven't seen any have any.
20      Q. So my point being that the doors are open to
21  the clubhouse. Rats are getting in there.
22      People bigger than rats can get in there if the
23  doors are open, right?
24      MS. FONTUGNE: Objection.
25      THE WITNESS: Yes. But we have security for

26 (Pages 252 to 255)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)                                    867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 256

1    that. Hammers for that.
2    BY MS. VENZA:
3        Q. But the doors are open.
4        A. And we're not worried about liability with a
5    rat.
6        Q. Okay. But the doors are open.
7        A. They can be. They're only open if a member is
8    there. That's club policy.
9        Q. But the doors are open.
10       A. If a member is there, yes.
11       Q. Okay. Thank you.
12       A. Sure.
13           MS. FONTUGNE: I've got one more question.
14           MS. VENZA: Sorry.
15           MS. FONTUGNE: Did you have a question?
16   BY MS. VENZA:
17       Q. Insects come in and out of the open doors,
18   correct?
19           MS. FONTUGNE: Objection.
20           THE DEPONENT: Sure.
21       Q. Bees are insects?
22       A. I guess so.
23           MS. FONTUGNE: Objection.
24           THE DEPONENT: Yes.
25   BY MS. VENZA:

Page 257

1        Q. My esteemed co-counsel raised a good point.
2           Just because a plug is plugged into a wall
3    outlet does not mean anything is being powered or used.
4           MS. FONTUGNE: Objection.
5    BY MS. VENZA:
6        Q. Is that fair?
7        A. That's why I asked the question of Denis Frain,
8    "Has there been any receptacles been replaced?" And his
9    answer says "several." So yes, it can mean it's being
10   used.
11       Q. But it can mean it's not being used.
12       A. That's correct.
13       Q. I could plug in my phone but have it turned
14   off.
15       A. That's why we ask that you unplug it after
16   you're done.
17       Q. But if a plug is seen inserted into an outlet,
18   it does not necessarily mean that electricity is coming
19   out of it.
20       A. No.
21       Q. That's a correct statement by me?
22       A. Yeah.
23           MS. VENZA: Okay. Thank you.
24           MS. FONTUGNE: I have a follow-up to that
25   want.

Page 258

1                   RECROSS-EXAMINATION
2    BY MS. FONTUGNE:
3        Q. Ms. Ring's boat that was seen on that day by
4    these two members who reported the use of electricity,
5    that boat belongs to her, correct?
6        A. Yes.
7        Q. A boat by the name of "Wizard"?
8        A. I believe so.
9        Q. Absent an emergency situation, like a weather
10   situation like a hurricane, does any other member of
11   BCYC have the prerogative to go aboard Ms. Ring's boat,
12   Wizard, without her permission to see whether
13   electricity is actually being used?
14       A. No.
15       Q. Okay. Now, earlier in this deposition you were
16   asked about whether you had any reason to doubt that
17   Ms. Ring had a disability. Do you remember that
18   question?
19       A. Yes.
20       Q. As we stand here today, do you have any
21   evidence that Ms. Ring has a disability?
22       A. No.
23       Q. Since you've known Ms. Ring, have you seen
24   Ms. Ring in the clubhouse while she was a member?
25       A. I'm sorry. Repeat the question.

Page 259

1        Q. Okay. Actually, strike that. Let me give you
2    a better question.
3           During the time that Ms. Ring was a member, did
4    you ever hear about or see Ms. Ring get stung by a bee
5    inside the Boca Ciega Yacht Club clubhouse?
6        A. No.
7        Q. Did you ever hear of or see Ms. Ring have an
8    allergic reaction to sunflowers or sunflower oil inside
9    the Boca Ciega Yacht Club clubhouse?
10       A. No.
11       Q. Did you ever hear about the paramedics being
12   called to provide assistance to Ms. Ring because of an
13   allergic reaction or any other medical condition at the
14   Boca Ciega Yacht Club clubhouse?
15       A. Not to my knowledge.
16           MS. LAHART: This is beyond the scope of
17   redirect.
18           MS. FONTUGNE: No, I don't think so. You
19   asked about disability. I'm allowed to inquire.
20           MS. LAHART: It was like four hours ago.
21   BY MS. FONTUGNE:
22       Q. Mr. Southard, have you ever witnessed Ms. Ring
23   have a panic attack in all the time that she was a club
24   member?
25       A. I don't recall, no.

27 (Pages 256 to 259)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)

867e4e90-9146-484b-8ae2-18b95be5e4a9

Page 260

```
 1      MS. FONTUNGE:  No further questions.
 2          REDIRECT EXAMINATION
 3  BY MS. VENZA:
 4      Q.  Your counsel asked about or made a big -- I
 5  think it was Exhibit 20, and an email -- the script
 6  email.  The email -- the email about -- I'll just read
 7  it.  From the gentleman named Doug.  We were determining
 8  who Doug was.  Named everybody, named somebody named
 9  "Nick," that email.  She was questioning -- we don't
10  know the source.  There's only an excerpt from it.
11      MS. FONTUNGE:  Objection.
12  BY MS. VENZA:
13      Q.  That email read, "This is a reminder" -- This
14  is from Doug.  "This is a reminder that we'll be having
15  a meeting of people that are willing to make calls to
16  BCYC members encouraging them to come to the next
17  General meeting to vote to expel Samantha Ring.  We will
18  have scripts of what to say when you call.  The meeting
19  will be at 7:00 p.m. on Thursday at BCYC."  And that's
20  referring to the call party.  "Here are the people I'm
21  suggesting we ask to call other members.  If you're not
22  able to call, just let me know."
23          And they were Tony and Gerri Angel, Lee Nell,
24  Doug, John McCloud, Garther (racers), Joye, J-O-Y-E
25  (women's groups), Richard, Don and Jenn Rogers, Beth,
```

Page 261

```
 1  Marty, Nick -- you -- Jonathan Cornwell.  "Please attend
 2  this meeting if you can.  If you know of others that are
 3  willing to call, please let me know.  Thanks, Doug."
 4      That -- I'm going to hand you in a minute -- is
 5  an email that was forwarded to Samantha Ring.
 6      Do you know who Rey Lastra is?  R-E-Y
 7  L-A-S-T-R-A.
 8      A.  I do not, no.
 9      Q.  Do you have any reason to dispute that he's a
10  member of Boca Ciega Yacht Club?
11      A.  The doors are closed here.  No, I'm just
12  kidding.
13          I don't know that individual is.
14      Q.  Do you have any reason to dispute he's a member
15  of Boca Ciega Yacht Club?
16      A.  I can't say one way or another.
17      MS. FONTUGNE:  Objection.
18      THE DEPONENT:  I don't recall that person's
19  name.
20  BY MS. VENZA:
21      Q.  I'm going to hand you -- And we're going to
22  attach that as an exhibit.  That will be Exhibit 21.
23  That shows that that was -- "that" being the earlier
24  exhibit, was a forward of an email.
25      A.  Okay.
```

Page 262

```
 1      (Plaintiff's Exhibit 21 was marked for
 2  identification.)
 3      MS. VENZA:  That's all I have.
 4      MS. FONTUNGE:  Okay.
 5      COURT REPORTER:  Read or waive?
 6      MS. FONTUNGE:  We'll read.
 7      MS. VENZA:  I want to put on the record our
 8  reservation of right to continue this deposition.
 9  I'm not closing it now.  To continue this
10  deposition, because the defendant did not provide
11  responses to interrogatories and requests for
12  production of documents that were due on
13  October 9th.
14      Unverified material was sent yesterday
15  evening, when counsel knew that both myself and
16  co-counsel were driving from our home offices to
17  this part of the state for the depositions.  We
18  did not have time to even review them.
19      But regardless of that, they were
20  unverified, and thus, according to the 11th
21  Circuit, they're meaningless.
22      It appears to be at this time that
23  counsel now has responses, which she's going to
24  go over with the deponent, Mr. Southard, and have
25  him verify same and then provide it to us.
```

Page 263

```
 1      This is after the conclusion of the
 2  deposition.  Therefore, we reserve the right to
 3  depose him further and we are leaving this
 4  deposition open.
 5      MS. FONTUNGE:  And I'm going to object to
 6  all that on the basis that the answers were
 7  provided and that the only reason that they
 8  weren't verified yesterday was because the
 9  deposition was today and the deponent would be
10  here.
11      (Said deponent wished to read and sign the
12  deposition, and the taking of this deposition was
13  concluded at 7:16 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

28  (Pages 260 to 263)

Executive Reporting Service

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)

867e4e90-9146-484b-8ae2-18b95be5e4a9

## Page 264

```
 1          CERTIFICATE OF REPORTER OATH
 2
 3    STATE OF FLORIDA
 4
 5    COUNTY OF PINELLAS
 6
 7
 8           I, the undersigned authority, certify that
 9    Nicholas Joseph Southard personally appeared before me
10    on October 14, 2019, at 12:56 p.m., and was duly sworn.
11           WITNESS my hand and official seal this
12    October 14, 2019.
13
14
15
16
17
18
19
20       Jerry P. Lefler RPR CRR CM
         Notary expires May 17, 2022
21
22
23
24
25
```

## Page 265

```
 1          CERTIFICATE OF COURT REPORTER
 2
 3    STATE OF FLORIDA
 4
 5    COUNTY OF PINELLAS
 6
 7       I, Jerry P. Lefler, Court Reporter, certify that I
      was authorized to and did stenographically report the
 8    deposition of Nicholas Joseph Southard; that a review of
      the transcript was requested; and that the transcript is
 9    a true and correct record of my stenographic notes.
10       I FURTHER CERTIFY that I am not a relative,
      employee, or attorney, or counsel of the parties, nor am
11    I a relative or employee of any of the parties'
      attorneys or counsel connected with the action, nor am I
12    financially interested in the action.
13       DATED this October 14, 2019.
14
15
16
17
18
19
20       Jerry P. Lefler RPR CRR CM
21
22
23
24
25
```

## Page 266

```
 1    PLEASE ATTACH TO THE DEPOSITION OF: NICHOLAS JOSEPH
      SOUTHARD TAKEN ON OCTOBER 14, 2019, IN THE CASE OF RING
 2    VS BOCA CIEGA YACHT CLUB, INC.
 3          ERRATA SHEET
 4
      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES
 5
      Page No.   Line No.   Change      Reason
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
      Under penalties of perjury, I declare that I have
19    read the foregoing document and that the facts
      stated therein are true.
20
      _____
21    DATE      Nicholas Joseph Southard
                (10142019ns)
22
23
24
25
```

## Page 267

```
 1          Executive Reporting Service
          13555 Automobile Boulevard, Suite 100
 2          Clearwater, Florida 33762
            (727) 823-4155
 3
                        November 14, 2019
 4
 5    ELISABETH FONTUGNE, ESQ.
      Cole, Scott & Kissane
 6    4301 West Boy Scout Boulevard, #400
      Tampa, Florida 33607
 7    Elisabeth.Fontugne@csklegal.com
 8    Re:  RING VS BOCA CIEGA YACHT CLUB, INC.
 9    Dear Ms. Fontugne:
10       The deposition of Nicholas Joseph Southard
      taken on October 14, 2019, in the above-styled case
11    is ready for review.  Please have your client make
      an appointment to review the transcript in our
12    office.
13       In the alternative, if you have ordered a copy
      of the transcript, and will be handling reading and
14    signing, have your client note any corrections on
      the errata sheet provided.
15       The review must be complete on or before
      December 15, 2019, and the errata sheet returned
16    to: Executive Reporting Service, 13555 Automobile
      Boulevard, Suite 100, Clearwater, Florida 33762, so
17    it may be included with the original transcript.
18       Please contact our office if there are any
      questions you may have.  Thank you for your prompt
19    and careful attention to this matter.
20          Sincerely,
21
22
23
24
25          Executive Reporting Service
```

Electronically signed by Jerry Lefler (101-146-393-3289)
Electronically signed by Jerry Lefler (101-146-393-3289)

867e4e90-9146-484b-8ae2-18b95be5e4a9

**A**

**a.m** 156:9
  177:12 188:17
  205:17 210:10
**able** 180:20
  182:4 227:20
  251:6 260:22
**aboard** 230:7
  258:11
**above-styled**
  267:10
**abreast** 194:10
  196:14,18
**absent** 201:2
  258:9
**AC** 222:21
**academic**
  199:10
**access** 180:14,20
  181:13 182:4
  209:19
**accessing**
  247:25
**accommodate**
  203:2 206:22
  206:24 207:9
  208:1 211:16
**accommodating**
  208:8 220:12
**accommodation**
  203:3 208:3
  235:12
**Accountability**
  184:9
**accountable**
  159:7
**accuracy** 174:4
**accurate** 155:14
  181:2 182:18
  205:22 240:16
**accurately**
  180:22 201:10
  212:1
**act** 236:22
**action** 265:11,12
**actions** 203:14
**actual** 239:12
**ADA** 214:7

252:18,19
**added** 166:12
**addition** 173:8
**address** 157:9
  157:10 158:14
  158:22,24
  159:4,8 160:4
  163:3,4,6,12
  174:9,12 191:5
  191:10,23
  192:1,5,8,11
  193:9 245:5
**addressed**
  214:10
**addresses** 161:9
  198:10 200:25
**administrative**
  157:13
**advance** 251:5
**advertisements**
  231:11
**Advertising**
  228:22
**advice** 201:12
**advise** 177:16
**advised** 195:13
**advising** 193:22
**affidavit** 166:2,5
**afternoon** 199:4
**agency** 199:20
**ago** 242:20
  249:1 259:20
**agree** 201:9,14
  215:16 216:10
  216:24 218:12
  250:14,17
**agreed** 206:23
**ahead** 171:22
  172:6 175:15
**Ajay** 201:25
  202:2
**allegation** 186:1
  186:22
**allegations**
  160:4 214:14
  236:3
**allergic** 259:8,13
**allowed** 221:17

240:17,18
  259:19
**allowing** 230:7
**allows** 201:2
**aloud** 184:19
  188:15 189:17
**alternative**
  267:12
**amended** 223:18
  232:7 234:2
**amendment**
  243:25 244:4
**amount** 188:25
**and/or** 186:18
  214:19
**Angel** 227:21
  230:4,22
  260:23
**animal** 214:7
  221:10 252:24
**Ann** 163:9,10,11
  163:12 164:11
  173:24 245:5,5
**Annie** 230:7,9
**announcement**
  154:11 167:3
**answer** 160:9
  185:4 197:25
  198:3 200:9,14
  200:17 201:20
  201:21 202:4
  202:11,19
  203:6,18,23
  253:25 257:9
**answering**
  200:13 202:6
  202:13,21
  203:8
**answers** 263:6
**anticipated**
  171:4 173:14
**anybody** 186:14
  215:24 236:11
**anytime** 203:21
**apologize**
  212:13
**apparently**
  156:15

**appear** 166:22
**APPEARAN...**
  153:1
**appeared** 264:9
**appears** 157:8
  180:24 262:22
**applicant**
  243:16,16
**applicant's**
  243:7,10,13
**application**
  230:17 242:23
  243:2,3,6,9,12
**appointment**
  195:16 267:11
**appropriate**
  187:13,20
**approval** 238:20
**approximately**
  205:17 206:10
**April** 154:21
  205:17,24
  206:10 210:1,2
  210:4,9,13,15
  211:5,11,13,14
  217:11,13,14
  220:15 239:25
  250:21
**argument** 237:2
**articles** 232:8,18
  232:24 233:1,4
  233:10 234:2,2
**Aside** 183:5,6
**asked** 163:24
  166:1 175:12
  217:9,19
  219:24 231:25
  242:20 243:25
  244:7,22 245:4
  246:11 250:2,7
  250:10,19
  253:22 257:7
  258:16 259:19
  260:4
**asking** 164:1
  168:20 170:10
  192:21 242:12
**asks** 170:4

**assessed** 244:9
  244:12
**assistance**
  259:12
**Assistant** 228:15
**assume** 158:19
  163:21
**assumed** 163:20
  181:21
**assumption**
  164:18,21
  181:8
**attach** 234:9
  261:22 266:1
**attached** 212:19
  223:16 249:15
**attack** 259:23
**attend** 167:9
  168:6 196:18
  207:23 225:17
  261:1
**attendance**
  196:8 209:14
**attending** 224:7
**attention** 168:13
  188:9 194:20
  196:21 209:10
  210:18 223:19
  228:16 230:5
  230:14 267:19
**attorney** 152:13
  201:22 214:20
  216:17 232:6
  232:17,18
  233:6,13,20,25
  237:17 238:25
  265:10
**attorney's**
  202:13 232:10
  238:24
**attorney/client**
  197:8 200:20
**attorneys** 160:7
  214:10 265:11
**August** 199:5,10
  199:14,15,16
**authority**
  235:11 264:8

**authorized**
246:16 265:7
**automatic**
244:18
**Automobile**
152:17,24
267:1,16
**availability**
203:1
**available** 185:12
185:14 199:17
213:2 236:21
**Avenue** 174:12
**avoid** 217:5,12
**aware** 173:24
206:22,25
227:11 235:9
235:15 236:7,9
236:16,19
237:1 239:11
239:16,20,23
240:1 241:19
241:22,24
249:9

**B**

**B** 156:25,25
157:3 227:25
**back** 174:22,23
179:3 184:8
203:13 231:7
**background**
199:10
**bad** 166:7
179:22,23
241:13 249:10
**based** 163:20
165:22 170:23
200:13 201:22
202:6,13,21
203:8,13,20
207:19 236:10
236:20,22
243:1
**basically** 159:7
172:7
**basin** 246:16
**basis** 183:1

198:1,3 200:3
213:5 263:6
**BCYC** 177:21
178:8 180:13
181:2 184:9
193:5 205:18
205:18,24
214:6 216:4
225:4,10
228:20,24
235:11 248:10
248:18 258:11
260:16,19
**Beach** 153:4
**beachologist**
188:18
**bee** 259:4
**Bees** 256:21
**beginning**
217:12 242:19
**begins** 217:13
**behalf** 173:15
**believe** 156:20
177:9 178:25
188:19 190:17
192:3,9 197:14
208:9 233:2
236:21 239:25
240:1 244:6
258:8
**believed** 218:18
**belongs** 246:25
258:5
**best** 177:15
189:23 195:19
195:24 203:3
206:18
**Beth** 227:25
260:25
**better** 252:8
259:2
**Betty** 157:6,11
**beyond** 213:8
259:16
**big** 195:22 249:7
260:4
**bigger** 176:20
255:22

**bird** 178:1,16
**birds** 178:20
**Birthday** 229:22
**birthdays**
229:25
**blanked** 166:22
**blood** 193:13
195:8,16
196:16
**blown-out** 185:3
**board** 167:7,9
167:12,20
169:8,8,11
172:7 189:18
191:10 193:5
193:10,11,12
193:22 195:17
195:20 205:18
205:18,21
207:8 211:4
213:20,21,22
213:24 223:13
223:23,25
224:4 226:3,4
226:5,15,15,20
226:21,22
228:10 230:5
232:1 237:9,20
238:12,20
245:15 249:8
250:10 251:1
251:25 252:1,8
252:9 254:2
**boards** 195:21
**boat** 176:1
181:19,20
186:4,16,23
230:7,9,10
246:24 258:3,5
258:7,11
**boating** 188:22
**boats** 176:4,17
180:21 182:5
189:1,3,4,5
249:2,7
**Boca** 152:6
159:13,18
161:25 162:13

170:16 181:6,9
181:12,22
182:9,25 185:7
186:18 187:11
187:19 189:13
191:20 193:7
201:8 205:20
205:21 209:14
209:20 213:2
218:5,17 232:7
236:11 238:18
239:17,24
241:25 242:23
245:8,15,19
253:13 259:5,9
259:14 261:10
261:15 266:2
267:7
**body** 156:6,17
158:8
**bold** 217:6
219:10
**bottom** 156:22
165:10 177:11
178:12 180:16
225:24,24
227:14 252:6
**Boulevard**
152:17,24
153:3,11 267:1
267:5,16
**Boy** 153:11
267:5
**branded** 187:22
187:24
**break** 234:17
240:17
**brief** 189:18
**bring** 167:19
203:12 209:23
240:12 255:3
**brought** 209:10
227:10 228:15
230:5,14
240:13,15
**Buckley** 157:1,2
158:7,9,9
218:7,8 219:17

**Buckley(sic)**
218:12
**burnt** 184:23
**business** 152:24
162:4,12,12
179:15 183:25
194:12 231:22
**bylaws** 167:19
244:1

**C**

**C** 155:1
**calendar** 199:6
**call** 167:20
225:9 226:17
227:20,20
228:5 237:23
237:25 238:2
238:13 260:18
260:20,21,22
261:3
**called** 172:6
179:1 224:24
228:7 238:2
259:12
**calling** 167:7
195:15
**calls** 154:24
189:13 225:4
260:15
**campaign**
224:18
**capital** 230:23
**capping** 244:1
**Captain** 188:19
188:20 189:22
190:4 248:25
**Captain's**
190:10
**careful** 267:19
**carrying** 176:18
**case** 152:5
235:23 236:2
266:1 267:10
**cat** 221:7,8,10
221:21,24,25
222:2,8,12
255:16

cat's 222:6,10
cats 255:17
cause 199:21
  236:21
causes 181:4
cc 201:25
cc'd 177:21
  180:12
celebration
  217:13
cell 211:22
center 152:24
  168:24 188:10
  188:16 210:10
  210:12 217:5
Certificate
  154:5,6 264:1
  265:1
certified 191:8
certify 264:8
  265:7,10
chairperson
  229:8,15,16
challenge
  220:18
chance 155:8
  166:20 174:18
  188:12 197:22
change 205:25
  266:5
changed 180:19
  181:9 182:3
  207:8 208:12
  247:4,17,21,24
CHANGES
  266:4
changing 206:3
charge 156:2
  184:11,14,17
charged 184:18
  228:17
charges 214:5,9
  216:4 217:6
  240:13,14
charging 254:6
  254:8
cheat 230:1
children 159:1

164:7,8,12
Christian 208:9
Ciega 152:6
  159:13,18
  161:25 162:13
  170:16 181:6
  181:10,12,22
  182:9,25 185:7
  186:18 187:11
  187:19 189:13
  191:20 193:7
  201:8 205:20
  205:21 206:21
  209:14,20
  213:2 218:5,17
  232:7 236:11
  238:18 239:18
  239:24 241:25
  242:23 245:8
  245:15,19
  253:13 259:5,9
  259:14 261:10
  261:15 266:2
  267:7
Circuit 262:21
circulated 227:3
city 154:14
  156:4,15
  161:13 162:6
  177:12,20,20
  178:8,8 179:1
  179:3,6 180:12
  180:17 186:9
  191:23 194:10
  197:15 201:1
  207:7 245:12
  245:16,16,18
  245:18 246:12
  246:20,21,25
  247:4,15,16
  249:2,23 253:5
  253:14,18
city's 249:10
civil 208:4
claim 159:11
  245:1
claiming 160:20
clarify 242:8

243:23 245:23
clarity 252:4
clean 158:11
cleared 199:5
clearly 200:19
  201:6
Clearwater
  152:17,25
  267:2,16
client 197:5
  198:3 267:10
  267:13
clients 180:20
  182:4
closed 261:11
closing 262:9
club 152:6
  157:14 159:13
  159:18 161:25
  162:3,11,12
  167:8 168:5
  170:1,8,17
  171:11,24
  172:3 174:25
  178:18,19,23
  179:6,9,13,15
  179:23 181:6
  181:10,12,13
  181:16,22
  182:6,9 183:1
  185:7 186:18
  187:18,19
  189:13,19
  190:8 191:20
  193:7 194:12
  194:16 195:20
  201:8 205:20
  205:22 206:2
  206:21 207:14
  208:11,25
  209:2,14,20
  212:7 213:3,13
  218:17 220:12
  221:7,8,13
  227:11 229:4
  230:4,15
  231:15,18,23
  232:7 235:14

235:14,20,20
  236:12,12
  237:5 238:18
  239:18,24
  241:25 242:23
  243:2,20 244:1
  245:8,15,19
  246:15,17
  247:7,19
  251:20 253:1,8
  253:8,13,16,23
  253:23,24
  254:3,4,12,14
  254:16,17
  256:8 259:5,9
  259:14,23
  261:10,15
  266:2 267:7
club's 157:21
  162:13 187:11
  218:6 246:20
clubhouse 167:8
  221:11,18
  222:15 243:17
  243:19,20,20
  245:9,13 248:1
  255:21 258:24
  259:5,9,14
CM 152:23
  264:20 265:20
co-counsel
  257:1 262:16
code 180:19,21
  181:9 182:3,5
  232:15 234:14
  247:5,6,7,9,17
  247:20,24
Cole 153:10
  267:5
combined 214:9
come 186:2
  197:10 203:13
  208:19 222:18
  222:20,24
  225:7 226:6
  256:17 260:16
comes 175:25
  231:10

coming 171:25
  176:3 257:18
comment
  197:23 200:12
committee
  157:18 228:22
  229:2,5,8,13
  229:23 247:10
  247:11
committees
  229:10
Commodore
  155:19 162:14
  162:18 167:13
  177:13,21
  205:18,20
  225:18 229:17
  247:20
Commodore's
  211:24
common 250:16
communication
  169:20 200:19
communicatio...
  167:11 246:12
community
  184:9 222:3
  231:9,16
compelling
  157:2
compilation
  182:23 183:8
complainant
  215:18
complaint 214:7
  214:8,23 215:7
  215:17 223:17
  223:18
complete 267:15
compliance
  176:21,25
  234:3,13
concern 176:20
  246:23,24
  253:14,16,18
concerned
  176:15,16
concerning

191:9 235:22
243:3,7,10
247:4 248:6
**concerns** 175:7
175:9 178:19
**conciliation**
199:6,8,18,18
199:23 201:15
**concluded** 236:9
263:13
**conclusion**
263:1
**condition**
259:13
**conduct** 189:21
190:9
**confer** 234:17
**confirm** 210:2
**confirmed** 178:3
**conflict** 207:20
208:20 209:8
**conformity**
232:19
**confused** 169:7
**confusion**
243:24
**connected**
265:11
**consider** 232:5
**considering**
232:3
**consistency**
230:25
**consistent**
230:11,24
**Cont'd** 154:3
155:6
**contact** 267:18
**contacted** 179:6
**contended**
171:16
**continuation**
195:10
**continue** 167:6
212:25 262:8,9
**continues** 249:9
**Continuing**
169:25 217:4

**contractor**
175:10,10
**contrived** 227:2
**control** 222:13
222:25
**controlled** 247:7
**controls** 247:9
**convenient**
177:16
**conversation**
179:3 184:21
**convey** 251:6
**convictions**
243:13
**coordinating**
199:12
**copied** 179:1,7
**copy** 234:24
235:7 237:7
267:12
**Cornwell** 228:1
229:1 261:1
**corporation**
232:13
**correct** 156:7,10
156:15,18,21
157:7 159:23
160:1,11 162:1
162:2,4,13
163:23 164:2,5
164:8,14,19
165:8 167:4,25
168:3,6,24
169:2 171:2
172:18,19,23
173:12,16
175:1,3 176:24
177:3 178:10
181:16 183:20
183:23 184:1
185:9 186:12
186:13 189:15
191:16,20,21
191:23 193:25
194:4,6,14
195:4,11
198:25 202:14
202:15 203:10

203:19 206:11
206:16 207:24
208:4,17 210:2
210:5,10,13,16
215:8 216:5,16
220:14 221:5
222:23 223:8
226:7,10,17
228:11,13
229:10,23
230:25 231:6
232:8 233:21
234:11,12,14
236:7,18 243:4
243:5 244:13
244:16,17,20
244:21 246:21
246:22,25
247:1 248:11
248:14,19
249:16,17,19
251:2,3,14,20
253:14 254:5
254:15 255:14
256:18 257:12
257:21 258:5
265:9
**corrected**
254:11
**corrections**
267:13
**correctly** 158:17
167:14 169:5
170:6 178:5
181:4 184:24
190:2 191:12
193:15 195:25
196:5 200:1,7
203:4 206:6
213:15 214:16
217:15,17
228:2
**costs** 203:12
**Council** 245:16
245:18
**counsel** 153:8,13
197:5 198:24
199:17,19

200:3 201:7,14
203:22 213:2
242:3 253:22
260:4 262:15
262:23 265:10
265:11
**counsel's** 199:24
200:14 201:11
201:17 202:7
202:22 203:9
203:14 239:5
**count** 224:5
**county** 159:12
176:12,14
199:11 214:6
214:20,22
215:6 234:21
235:6 236:5
264:5 265:5
**couple** 163:23
164:2
**court** 152:1
154:6 203:12
214:13 215:20
224:12 262:5
265:1,7
**covered** 197:8
**crazy** 193:14
195:9
**creating** 181:2
181:22 182:9
233:1
**creator** 219:17
**Cross-Examin...**
154:3 242:17
**CRR** 152:23
264:20 265:20
**current** 170:4
175:23 176:3
191:10 192:1,4
199:25 201:18
228:20
**custody** 164:8
**cut** 249:4,5

────── **D** ──────

**D** 154:1 155:1
**D.J** 254:18,20

**data** 158:11
**date** 152:14
163:18 191:5
199:13 206:3
207:6,6,20
208:2,12 209:8
210:2 211:16
217:12 231:2
244:12,19
250:6,8 266:21
**dated** 156:9
157:5 169:1
180:15 188:16
193:5 195:6
205:17 210:1
234:22 247:2
248:4 265:13
**dates** 199:16,19
243:24
**daughter** 165:22
**David** 155:19
**Davidson** 230:8
**day** 194:2
201:24 202:24
203:1 204:3
210:15 211:14
211:14,19
258:3
**days** 171:2,14
188:25 227:12
230:9 244:12
244:19
**dead** 210:10,12
217:4
**Dear** 189:18
199:3 267:8
**deceive** 161:13
161:19
**December**
267:15
**decided** 161:20
206:1 232:1
**decides** 195:17
195:21
**decision** 195:22
238:21
**decisions** 238:17
**declare** 266:18

153:13 262:10
**demand** 199:25
201:18
**Demonstrating**
194:15
**DENESE** 153:2
**denied** 209:19
**Denis** 155:11,16
155:16,19,20
155:22 156:10
156:12,14,17
156:18 159:23
160:18,25
161:25 168:23
175:1,3,16
177:21 180:12
183:19 184:19
184:20,20
191:4,7 193:1
194:4 195:3
196:3,13 206:9
206:20 209:12
209:13,17
220:11 248:5
248:16 249:1,8
249:21,23
257:7
**deny** 209:12,13
**department**
172:6
**depends** 169:23
**deponent**
159:15,19
162:6 164:16
164:21 165:15
166:10 170:12
172:13 174:2,7
175:7 180:4
182:20 184:8
187:7 190:17
191:1 192:13
194:18,25
201:11 205:10
208:6,23
210:23 215:14
216:1,7 218:1
218:15,23
220:3,8 221:1

221:15 224:16
224:21 226:19
227:6 231:2,25
232:22 233:16
234:7 235:17
235:22 241:2,8
241:15 248:25
251:16 252:3
252:12,21
253:4,16 254:8
256:20,24
261:18 262:24
263:9,11
**depose** 263:3
**deposition**
152:12 155:17
166:16 168:14
168:22 180:7
183:13 190:23
192:16 194:21
197:1 198:17
205:1 210:19
211:1 212:23
220:23 224:12
242:20 244:22
246:10 250:1
258:15 262:8
262:10 263:2,4
263:9,12,12
265:8 266:1
267:9
**depositions**
262:17
**describe** 217:17
**described**
187:15
**description**
185:18 187:12
**determination**
235:20
**determine** 201:3
253:7
**determined**
235:13 236:20
**determining**
260:7
**difference**
181:18 215:16

**different** 157:10
158:1,2 187:10
215:22 223:23
224:5 238:9
**difficult** 212:6
213:13
**difficulty** 199:11
**Direct** 154:3
155:6
**directing** 188:9
**direction** 195:21
**Director** 167:10
**Directors** 169:8
223:13
**directory**
157:25 158:10
163:4,22
**disability** 223:3
236:23 243:10
252:15,18,19
258:17,21
259:19
**disclose** 237:16
**discount** 160:21
**discretion**
162:14,18,21
**discriminating**
253:13
**discrimination**
159:13 236:22
**discuss** 237:20
245:6
**discussed**
160:10 244:4
**discussion** 179:4
232:4,5
**dismissal** 216:11
216:12
**dismissed**
214:20,23
215:7,22 216:4
**dismissing**
215:17
**dispute** 174:4,13
211:8 223:2,5
261:9,14
**disregard** 249:9
**disruption**

172:1,17
173:11
**distinction**
216:11
**district** 152:1,1
156:2 214:12
214:13
**Division** 152:2
214:13
**divorced** 173:25
**dock** 185:15
186:8,8,15
189:7 248:7
249:6
**docks** 180:14
188:21,23,24
189:2,5
**doctor** 195:16
223:8
**document**
154:24 212:10
212:11 266:19
**documentation**
171:23 188:1
**documents**
262:12
**doing** 186:3
190:5 242:7,10
**Don** 227:25
247:13 260:25
**doors** 208:19
222:17,18
255:20,23
256:3,6,9,17
261:11
**dossier** 182:16
182:24
**double** 205:19
**doubt** 190:14,20
220:15,19
258:16
**doubting** 196:8
**Doug** 225:25
226:3 227:23
238:12 246:7
260:7,8,14,24
261:3
**drafting** 239:17

**draw** 168:13
194:20 196:21
210:18 223:19
**drill** 249:5
**driving** 262:16
**drop** 195:18
**Dropping** 214:4
**due** 170:22
184:23 193:23
244:12,19
262:12
**dues** 171:14
244:8,13,20
**duly** 264:10
**duty** 190:10
**Dvenza@venz...**
153:4

**E**
**E** 154:1 155:1,1
**earlier** 170:24
196:10 244:9
250:1 251:24
258:15 261:23
**Edwards** 250:3
**Eighty** 208:15
**either** 175:10
186:18 190:18
195:17 202:24
203:1 215:2
**electric** 184:13
184:23
**electricity**
183:23 184:11
185:2,8,11,23
186:2,8 188:3
189:24,25
248:6 249:2,7
252:14 254:21
255:7,12
257:18 258:4
258:13
**elements** 222:16
**Eleven** 248:24
**Elisabeth**
153:10 154:20
198:18 230:6
267:4

Elisabeth.Fon...
153:12 267:6
**Elizabeth's**
230:9
**email** 154:10,12
154:13,14,15
154:16,17,18
154:19,20,21
154:23 155:10
155:18 156:6
156:12,17
157:9,10,23
158:16 161:6
166:22,23,25
167:1 168:22
168:23 169:25
174:24,25
175:16 177:18
178:2,3,7
180:11,16,17
180:25 181:1
182:7,8 183:19
184:20 185:6
187:1 189:17
191:3 193:1,9
193:12 194:2
195:2,6 196:2
196:15 197:5
197:10,11
198:10,10,17
198:24 199:3
200:4,25 201:6
203:18 205:13
205:16,19
206:8,9,20
210:5,9,12
220:11 221:3,4
247:2,3,14
248:3,7,9,9
249:14 260:5,6
260:6,6,9,13
261:5,24
**emails** 174:21
177:9 188:16
192:25 205:12
246:11
**emergency**
258:9

**emphasis** 217:8
217:17,23
219:1,1
**emphasized**
219:22 230:23
**employee**
265:10,11
**encouraging**
225:4,7 226:6
260:16
**ended** 197:3
224:2
**ends** 217:13
**ensuring** 232:19
**enter** 199:21
243:20 266:4
**entire** 200:3
201:5
**entirely** 232:22
**entirety** 248:13
249:18
**errata** 154:6
266:3 267:14
267:15
**error** 195:14
**escorted** 170:1,8
170:11 171:11
172:2,8,10
174:25
**ESQ** 153:2,5,10
267:4
**esteemed** 257:1
**evaluating**
234:1
**evening** 171:25
211:25 213:12
262:15
**event** 198:13
212:25 219:21
238:7 245:9,13
**events** 253:24
**everybody**
227:3 260:8
**everyone's**
199:6,12
**Everything's**
238:24
**evidence** 200:21

236:21 258:21
**Examination**
152:22 154:3,4
154:5 155:6
251:10 260:2
**excerpt** 219:9
260:10
**exchange** 164:8
**Executive**
152:16,23
267:1,16,24
**exempt** 232:14
235:14
**exhibit** 154:8
155:3,3,4,10
155:17 166:16
166:17,20
168:14,15,22
173:20,21
174:18,21,24
177:8,9 180:6
180:7,8,11
182:13 183:14
183:15 188:5,6
190:22,23,24
192:16,17,18
192:25 194:21
194:22,23
195:2,11
196:22,23,25
197:1,3,3,4,22
198:17 203:16
203:21 205:1,3
205:12 210:1
210:10,12,20
210:21 211:1
211:15 212:20
212:22 213:5
215:1 219:10
220:22,23,24
223:1,16,17
224:11,13,14
225:2 227:19
234:10 237:24
238:11 245:24
245:25 246:2
247:2,15 248:3
248:23 249:16

250:11 260:5
261:22,22,24
262:1
**exhibits** 245:21
**existence** 229:10
**exonerates**
195:18
**expel** 225:6,8
226:7 260:17
**expelled** 169:22
183:2 224:19
241:18
**expires** 264:20
**explain** 171:21
213:17 223:22
224:1
**explained**
213:23
**explaining**
201:14 229:13
230:24
**expressly** 226:5
**expulsion**
169:20 182:17
191:9 212:8
213:14 214:9
223:14 239:14
239:25 241:5
250:20 251:1
**External** 179:16

**F**

**F** 223:17
**fact** 159:25
165:13 189:22
237:4
**facts** 240:4,9,13
241:15,17
266:19
**fair** 156:22
158:19 165:17
165:18 167:1
178:13 183:4
185:18 190:6
193:2 203:17
204:1,4 205:14
207:12,16
212:4 217:24

222:16 254:24
255:1,7 257:6
**faith** 201:15
208:10 217:10
217:20 219:25
220:16 250:16
250:17
**fan** 230:10
**fans** 255:3,4,4
**far** 222:8 235:2
240:13
**favor** 237:3,5
**feasible** 199:13
**February**
154:12 168:19
169:1,2 170:17
171:1 172:9
175:17
**federal** 159:18
234:3
**fee** 228:17
**feelings** 166:7
226:21
**fees** 160:24
244:8,8,11
255:11
**fell** 189:21
**felony** 243:13
**felt** 159:22 162:8
171:25 196:17
**fewer** 181:4
**Fields** 155:13
**figured** 216:20
**filed** 159:11,18
214:5,12,14
215:7 233:8,10
233:14
**final** 212:8,9
237:22 238:21
**finally** 250:19
**financially**
265:12
**find** 181:3
**finding** 199:21
**findings** 235:4
237:18
**finds** 199:4
**finish** 173:6

**first** 179:6 206:1
206:4 214:7
245:24
**five** 211:10
222:10
**Flag** 169:11
**Fleet** 188:19,20
189:21 190:4
190:10
**Florida** 152:1,17
152:25 153:4,7
153:11 214:13
232:12 264:3
265:3 267:2,6
267:16
**follow** 179:2
189:22
**follow-up**
257:24
**follow-ups**
242:4
**Fontugne**
153:10 154:3,4
154:20 159:14
159:20 161:23
162:5,15
164:15,20
165:6,14 166:9
166:14 171:8
171:19 172:12
172:24 173:18
174:1,6,14
175:6 176:22
177:4 179:19
180:3 181:25
182:19 184:2,7
187:6 190:12
190:16 192:12
194:17 197:2,9
197:17 198:2,8
198:18,19,19
198:20 199:3
200:2,8,18
201:19 202:3
202:10,18
203:5,24 205:6
205:9 208:5,22
212:9,16 213:4

215:9,13,25
216:6,14 217:2
217:25 218:14
218:22 220:2,7
220:21 221:14
221:22 223:4
224:20 226:8
226:12,18
227:5 229:18
231:1,24
232:21 233:15
233:23 234:6
235:16,21
236:14,24
237:13 239:1,5
241:1,7,14
242:4,11,15,18
242:22 248:24
249:13 251:8
251:15 252:2
252:11,16,20
253:3,11,15,20
254:7 255:24
256:13,15,19
256:23 257:4
257:24 258:2
259:18,21
260:1,11
261:17 262:4,6
263:5 267:4,8
**foregoing**
266:19
**forget** 219:21
**form** 213:8
240:11
**formal** 199:21
**forth** 174:23
**forthcoming**
167:12
**forward** 159:22
160:18,23,25
183:19 194:9
195:8 198:21
205:13 207:1
210:5 211:15
214:11 216:21
216:22 221:3
261:24

**forwarded**
156:21,24
168:22 174:23
175:1 193:4
194:2 195:3
196:2,12 206:8
206:9 210:15
248:5,13,16
249:19 261:5
**forwarding**
162:3 193:1
206:20
**found** 158:12,13
235:10
**four** 222:10
259:20
**Frain** 155:11,16
159:23 160:18
161:25 168:24
175:1,3,16
177:21 180:13
183:19 184:20
191:4 193:1
194:4 195:3
196:3 206:10
206:21 209:12
209:17,23
220:11 248:5
248:14,17
249:19,23
257:7
**Frain's** 209:13
**frame** 240:20
**Fran** 155:11
**free** 249:6
**Friday** 199:16
**front** 215:21
219:4
**full** 224:6
**fully** 249:9
**function** 245:9
245:13
**further** 167:11
212:24 260:1
263:3 265:10
**FYI** 206:13
**FYI-** 158:16

**G**

**G** 155:1
**G-E-R-R-I**
227:22
**Gabber** 231:7,8
231:15,20
**gain** 199:24
201:17
**game** 214:3
**Garth** 227:24
**Garther** 260:24
**gate** 180:19,21
181:9 182:3,5
247:5,6,9,17
247:20,24
**general** 154:11
166:25 167:3
193:8 205:24
206:24 208:13
214:2 216:5
217:11 225:5,7
225:14,15,16
225:17 226:6
250:25 260:17
**gentleman**
179:5 260:7
**gentlemen** 178:4
**George** 155:13
**Gerri** 227:21,22
260:23
**getting** 181:20
254:2 255:21
**give** 234:16
241:15 251:12
259:1
**given** 161:9
183:8,11
191:11 197:9
199:8,11
239:12,17,20
239:23 241:18
241:21
**giving** 192:1
240:14 251:4
252:9
**go** 157:11
171:21 174:22
175:15 182:12

190:22 195:14
207:3 211:21
212:23 215:21
239:4 245:22
254:23 255:17
258:11 262:24
**goes** 184:8
213:24 244:20
**going** 155:2
162:9 166:15
167:6,19
168:13,19
173:15,19
174:18 178:12
179:23,25
186:15,23
188:9,15
189:17 191:18
191:22,25
192:21 194:9
194:20 195:20
196:18,21
197:2,24,25
198:2,14,14
200:2,8,11
201:4,4,19
202:3,10,18
203:5,18,22
207:3,5 208:16
210:19 212:25
213:1,4,25
214:1 215:20
215:24 220:12
224:12 225:2
225:20 230:11
231:7 234:17
237:25 238:9
242:7,21
250:25 251:12
251:22 252:6
254:21 255:1,6
261:4,21,21
262:23 263:5
**good** 178:3
181:8 199:4
201:15 211:25
213:12 218:12
218:19 230:4

257:1
**gotten** 198:6
**ground** 170:1
  200:17
**grounds** 170:8
  171:11 172:3,8
  175:1
**group** 167:1
  193:7 228:4
**groups** 227:24
  260:25
**guess** 196:10
  205:18 206:4
  208:9 256:22
**guest** 209:14,24
**guests** 254:3
**Gulfport** 155:25
  156:3 160:21
  170:1,9 176:1
  176:13,14
  197:16 231:16
  231:19 245:12
  245:16,19
  246:20,25
  247:4 249:24
**guys** 178:12

**H**
**half** 211:14
**halfway** 211:24
**Hammers** 256:1
**hand** 190:23
  261:4,21
  264:11
**handling** 267:13
**hands** 197:4
  238:24
**happened**
  227:12
**Harbor** 155:25
  160:19 180:13
  248:5,14,17
  249:23
**headaches** 181:4
**health** 193:23
  195:14
**hear** 162:17
  259:4,7,11

**heard** 186:24
  225:13,22
  235:19 236:3
  238:7,8 240:3
  240:5 242:11
  247:16
**heat** 222:21
**heater** 184:23
**held** 193:18
  234:18 250:21
**help** 165:20
  166:5 168:18
  178:19 188:22
  188:23 192:21
**helped** 162:7
  252:7
**helpful** 166:1
**helping** 157:24
  158:10
**Henderson**
  180:12
**Henderson's**
  182:8
**Hendricks**
  230:6
**Hey** 181:1
**Hi** 184:19,20
  191:7
**high** 193:14
  195:9
**highlighted**
  158:13 219:8
**highlighting**
  217:10
**hire** 161:21
**hired** 191:14
  232:6,17
**history** 208:11
**hold** 157:13
**holiday** 207:21
**Hollis** 202:16
**home** 158:14,22
  160:3 262:16
**honest** 216:7
**hope** 195:17,23
  199:4
**host** 254:3
**hour** 170:3

**hours** 187:8
  211:10 220:10
  242:20 254:24
  259:20
**house** 163:19
  164:12 165:22
  224:6
**Human** 159:12
  214:6,21,23
  215:6 234:21
  235:6 236:6
**hunter** 221:25
**hurricane**
  258:10
**husband** 165:4

**I**
**idea** 197:3
**identification**
  155:5 166:18
  168:16 173:22
  180:9 183:16
  188:7 190:25
  192:19 194:24
  196:24 205:4
  210:22 220:25
  224:15 262:2
**identified** 187:1
**II** 152:11
**immediately**
  181:21 182:8
  194:3
**important** 159:9
  196:17
**imposed** 246:19
**improper**
  189:24,25
  190:6
**improperly**
  184:22 189:8
**inaccurate**
  216:24
**incident** 209:22
**include** 218:25
**included** 267:17
**income** 225:7
**incomplete**
  213:6

**inconsistency**
  230:16
**inconvenience**
  206:2
**Incorporation**
  232:8,18,25
  233:4,10
**incorrect** 215:11
**independent**
  175:10 205:6
**INDEX** 154:8
**indicated**
  199:12
**indication**
  200:23 246:3,6
**individual**
  177:25 179:10
  188:2 207:9
  261:13
**individual's**
  185:15
**information**
  157:2 158:12
  159:3 194:19
  201:2 225:11
  226:24 227:3
**infractions**
  182:16 183:7
**injured** 178:20
**inquire** 259:19
**inquired** 199:7
**insects** 222:20
  222:24 256:17
  256:21
**insert** 173:8
**inserted** 257:17
**inside** 259:5,8
**inspections**
  189:9
**instruct** 198:2
  200:8 201:19
  202:3,10,18
  203:5,22
**instructing**
  200:16
**instructions**
  200:14 202:7
  202:14,22

203:9
**insurance** 170:5
  175:23 176:1,3
  176:18
**intended** 249:6
**intention** 201:16
  242:10
**interest** 195:24
  208:8
**interested**
  265:12
**internal** 162:3
  162:11,12
  179:15,16
  183:25 194:12
  231:14,22
  232:14,15
  234:14
**interrogatories**
  262:11
**introduced**
  250:11
**introductions**
  211:21
**investigate**
  191:15 235:11
**investigating**
  250:3
**investigation**
  160:8 236:6,10
**investigative**
  234:20 235:3
  250:2
**investigator**
  161:21 191:14
  191:19 199:7
  199:15 235:10
**invite** 254:3
**invited** 238:3
**involve** 245:10
  253:24
**involved** 233:1
  239:19
**IRS** 234:14
**issue** 241:5
  249:7
**issued** 189:20
  190:9

**issues** 183:5
**italicized** 217:6
**italics** 219:14
**items** 230:10

**J**

**J** 206:16
**J-O-Y-E** 260:24
**James** 177:17
188:17,18
189:18 190:2
**January** 154:10
154:23 156:9
157:5 158:5
159:8 160:9
162:23 163:14
164:19 165:1,3
165:13 167:7
170:23 191:14
192:7
**Jeffrey** 234:21
**Jenn** 156:24,25
156:25 157:3
157:24,25
158:1,2,3,6,7,8
158:9,10 218:7
218:8 227:25
227:25 260:25
**Jerry** 152:23
264:20 265:7
265:20
**Jewish** 207:14
217:10,12,19
219:25 220:16
**jig** 239:3,8
**Jim** 155:18
177:17,20
178:9,10
180:12 194:10
218:12
**Jimmy** 221:3,4
**job** 165:24
218:13,19
219:5 232:10
**John** 227:23
249:1 260:24
**Jonathan** 228:1
228:25 261:1

**Joseph** 156:7
167:13 170:6
178:8 191:3
198:20 211:25
213:12 264:9
265:8 266:1,21
267:9
**Joye** 227:24
260:24
**judge** 215:21,21
**judgment**
237:22
**July** 199:2,8,13
201:25
**jump** 203:22

**K**

**keener** 199:24
201:17
**keep** 181:19
194:10 196:14
196:17 207:2
**keeping** 189:3
**key** 243:17,19
**keys** 255:18
**kick** 214:1,1
**kidding** 261:12
**kind** 255:4
**kinds** 222:23
**Kissane** 153:10
267:5
**knew** 164:24
194:9 262:15
**know** 155:22
158:21,25
162:8,24,24
163:2 164:16
165:10,11,12
165:23 166:7
166:10,21,21
181:2 188:12
189:10,14
196:11,11,12
202:1,9,16
203:11 219:3
222:9 225:6
226:2 227:2,8
227:9,14,21

228:4 233:7,25
235:2 237:2,3
238:3 252:21
260:10,22
261:2,3,6,13
**knowledge**
181:11 208:13
209:9,21
225:11,21
226:24 235:5
245:3,14
252:25 259:15
**known** 258:23
**knows** 190:5,8
249:8

**L**

**L-A-S-T-R-A**
261:7
**Lahart** 153:5,6
170:10 197:6
197:14 198:6
198:11 259:16
259:20
**laid** 232:24
**landlord** 184:4
194:14
**lasted** 170:3
**Lastra** 154:25
261:6
**late** 171:2,13
199:7 228:17
244:8,8,11
**law** 153:3 176:5
176:8,11,21
177:2 234:3
**laws** 176:9 177:2
**lawsuit** 159:18
214:12 245:6
**layman** 216:18
**leadership**
195:23
**learn** 240:2
**lease** 162:7
179:18 180:2
181:7 246:20
253:9
**leave** 186:3

206:4 242:13
243:20
**leaving** 186:5
263:3
**Lee** 227:23
260:23
**Lefler** 152:23
264:20 265:7
265:20
**left** 222:17,18
229:14,20
249:12
**legal** 216:19
**lengthy** 245:23
**Let's** 182:12
184:16 240:17
**letter** 154:7
165:20 191:8
192:14 223:13
231:18 232:11
**letters** 230:23
**liability** 170:5
175:23 256:4
**license** 175:11
175:11
**lie** 161:13
**Life-threateni...**
171:12,21
**lifetime** 227:23
**light** 186:4,17
**lights** 255:1
**limited** 240:20
**line** 158:16
165:10 178:12
186:23 227:14
252:6 266:5
**listed** 158:14,22
160:4 229:9
**litigation** 237:12
237:21 238:18
**little** 211:24
245:23
**live** 164:4 230:7
**live-aboard**
246:16
**live-aboards**
230:19
**lived** 160:21

162:24,25
163:2,20,22,24
164:19,22
165:13
**lives** 163:5,5
**living** 158:25
246:24
**lodge** 213:4
**logo** 157:21
**long** 189:11
222:8 240:22
243:1
**longer** 160:6
164:13 171:16
187:7,13,19
197:7 216:20
**look** 155:8
174:19 179:23
234:25 238:11
241:12
**looked** 158:13
232:23 233:13
233:18,19,20
**looking** 161:2
170:15 189:7
246:2 249:14
**looks** 166:21,25
180:16
**loop** 207:2
**loosely** 183:6
**Lorik** 234:21
**lose** 181:7
**lot** 220:5 238:8,9
243:24 245:4
**lot/bot** 180:14
**lots** 171:23
**lovely** 229:24
**lying** 159:7

**M**

**ma'am** 202:8
**magazine**
231:10
**maintenance**
186:4,17
**making** 154:24
238:17
**Manager** 154:14

177:12,20,20
178:8,9 179:3
180:12,18
**March** 154:13
154:15,16,17
154:18,19
173:25 177:12
177:15,19
178:13 180:15
180:18 181:15
188:10,17
191:5,22 192:7
193:5,12 195:7
223:12 247:3
247:12 248:4
**Marcy** 153:5,6
**Marcy@flori...**
153:7
**marina** 176:1,5
176:10,11
177:1 180:14
180:20 182:4
185:12 249:3
**marina's** 176:11
**marine** 156:2
**mark** 154:9
180:7 183:13
220:22 224:12
**marked** 155:4
166:16,17
168:15 173:21
180:8 183:15
188:6 190:24
192:18 194:21
194:23 196:23
205:3 210:19
210:21 220:24
224:14 247:15
262:1
**marks** 196:4,7
**married** 163:23
164:2 254:2,17
**Marty** 227:25
261:1
**mascot** 221:15
221:17
**Masson** 188:18
188:18,18

189:18 190:2
**Master** 155:25
160:19 180:13
248:6,14,17
249:23
**material** 262:14
**matter** 187:10
189:19 190:8
201:16 230:14
236:11 267:19
**matters** 231:22
**Matty** 222:11
**Mayor** 155:18
180:25 181:21
231:19
**Mayor's** 181:1
**McCloud**
227:24 260:24
**mean** 161:8,11
175:24 176:6
188:23 216:8
238:23 255:3,4
257:3,9,11,18
**meaning** 175:22
**meaningless**
262:21
**means** 196:12
229:7 240:10
**media** 179:22
**medical** 223:10
259:13
**meeting** 154:22
167:7,9,17,20
168:6,8,11
169:18 170:2,2
171:5 172:1,5
172:9,18,22,23
173:3,4,8,12
178:13 193:17
193:18,20
195:14 196:19
205:24 206:24
207:5,8,20
208:12,13
209:15,19,24
210:24 211:2,4
211:5,16 212:4
212:11,17

213:1,6,20
214:2,18 215:2
216:5 217:7,11
217:22,23
219:16 225:3,5
225:7,9,12,14
225:15,15,16
226:7 228:10
228:13 239:13
239:25 240:18
241:20 250:11
250:20,24
251:6 260:15
260:17,18
261:2
**meetings** 225:17
227:10
**member** 162:1
162:11,12
167:24 170:16
171:17 179:11
179:12 181:15
181:17,17
191:20 206:21
208:24 209:2
209:14 226:3,4
226:5,15,21
228:7 229:13
243:16,19
244:13,16
247:19 252:9
254:4 256:7,10
258:10,24
259:3,24
261:10,14
**members** 167:2
167:4,9,24
168:5 169:11
169:11 171:24
172:7 184:1
186:12 187:18
189:1 193:8,9
193:10,11,12
205:21 206:2
207:14 208:18
213:21 224:4,4
225:4,20 226:5
227:11,20,22

227:23 228:6
228:16,20
231:15,18
237:5,9,21,23
237:25 238:1
238:13,13
239:12,17,21
239:24 240:5,6
240:18,24
241:21 244:2
245:10,15,16
245:18,19
247:25 248:10
248:18 249:6
249:22 250:24
251:19,20,25
252:1,8 253:24
254:2,3 258:4
260:16,21
**membership**
158:11 170:19
170:22 171:13
217:11 242:24
243:1 244:1,8
244:16,19
250:25
**memorized**
163:7
**mention** 160:23
185:1 234:9,11
**Merchandise**
157:17
**mere** 211:10
**message** 156:21
156:24 193:4
199:4 246:3,7
246:8 248:13
248:16,18,21
249:15,15,18
249:21 251:6
**met** 155:19
232:11
**Meyer** 221:3,4
**Mia** 222:7
255:16
**Micanopy** 153:7
**middle** 152:1
168:18 183:20

188:16 192:22
210:8 214:4,13
**mind** 215:1
**mine** 218:3
**minimum** 224:8
**minute** 215:1
261:4
**minutes** 154:22
169:18 172:18
173:3,12
210:23 211:2
212:12,17
213:1,6 214:19
215:3 217:7,22
218:1 219:3,16
228:13 240:22
240:23 250:11
**misleading**
159:3
**mispronounced**
155:14
**misquote** 224:2
**misread** 212:13
**misrepresenta...**
216:13,23
**misspoke**
216:17
**Mitch** 177:22,23
178:16,21
**moment** 202:24
203:1
**month** 170:23
188:25 249:1
**morning** 178:3
**Mosley** 177:22
177:23 178:16
178:21
**Motion** 167:10
**move** 155:2
173:19 177:8
188:5 199:8
200:2 201:5
206:24 217:11
**moved** 192:3,7,8
**moves** 192:10
**moving** 180:6
203:16 205:1
211:16 214:11

216:21,22
230:10
**multiple** 161:9
189:25 223:16

**N**

**n** 154:1 155:1
158:2
**name** 155:14
156:25 163:9
163:11 206:16
222:6 238:5,11
258:7 261:19
**named** 246:7
260:7,8,8,8
**names** 227:21
238:12 240:7
**necessarily**
257:18
**need** 180:21
182:5 191:10
212:11 223:1
224:8 230:11
230:22,22,23
234:10 254:4
**needs** 162:13
**negotiating**
162:7
**neither** 254:1
**Nell** 227:23
260:23
**never** 159:2
160:10 165:21
189:20 207:8
208:11,14
228:7 254:14
**new** 164:1 181:3
191:4 227:22
241:9
**newsletter** 231:8
**Nicholas** 156:7
167:12 170:6
178:8 191:3
198:20 211:24
213:12 264:9
265:8 266:1,21
267:9
**Nick** 152:12

157:6 178:4
191:11 199:3
203:3 206:9,16
227:25 238:13
238:14,15
248:25 260:9
261:1
**night** 159:2
165:21 170:2,3
195:22 206:1,5
**non-Boca**
206:21
**non-club** 184:1
**nonfunctional**
229:5
**Normally**
247:10
**Notary** 264:20
**note** 154:25
267:13
**notes** 265:9
**Nothing's** 236:3
**notice** 183:11
189:23,24
**November**
267:3
**Nsouthard@a...**
157:9
**Nu** 163:9,11,12
245:5
**Nu's** 245:5
**nugget** 185:23
**number** 224:8
228:20 244:23
245:21,24
246:11 247:2
**numbers** 223:23

**O**

**O** 155:1
**o'clock** 178:13
**O'Reilly** 177:17
177:20 178:9
180:12 194:10
**O'Reilly's**
155:18
**Oath** 154:5
264:1

**object** 197:2
198:13,14
201:4 239:5
242:21 263:5
**objection**
159:14,20
161:23 162:5
162:15 164:15
164:20 165:6
165:14 166:9
166:14 171:8
171:19 172:12
172:24 173:18
174:1,6,14
175:6 176:22
177:4 179:19
180:3 181:25
182:19 184:2,7
187:6 190:12
190:16 192:12
194:17 203:24
208:5,22 212:9
213:5 215:9,13
215:25 216:6
216:14 217:2
217:25 218:14
218:22 220:2,7
220:21 221:14
221:22 223:4
224:20 226:8
226:12,18
227:5 229:18
231:1,24
232:21 233:15
233:23 234:6
235:16,21
236:14,24
237:13 239:1
241:1,7,14
251:15 252:2
252:11,16,20
253:3,11,15,20
254:7 255:24
256:19,23
257:4 260:11
261:17
**obligation** 162:8
**obligations**

190:10
**observed** 219:2
**obtain** 237:7
**obtained** 200:4
**obviously** 197:4
**occasion** 218:25
**occasionally**
159:2 222:4
**occupants** 190:1
**occupation**
175:20
**occur** 213:19
244:19
**occurred** 211:5
213:20 236:23
**occurring**
237:21
**October** 152:14
228:10 229:6,9
230:3,3 231:5
231:17 262:13
264:10,12
265:13 266:1
267:10
**odd** 158:12
**offer** 208:2
**offered** 200:21
**office** 159:12
214:6,20,23
215:6 234:21
235:6 236:6
267:11,18
**officer** 215:24
**offices** 262:16
**official** 264:11
**officials** 201:1
246:12 247:15
**Oh** 174:21
179:13 210:11
**oil** 259:8
**okay** 155:22
158:7,21
159:11 161:5
162:23 164:4
165:3,10,19
168:21 171:10
179:8,15
182:12 183:4,5

183:17 186:7
186:11 188:11
190:4 191:1
192:24 194:25
202:16 203:14
204:5 205:10
206:8 208:3
209:2,17,19
210:23 211:3
211:18,21
212:13 214:4
215:14 216:3
217:1 219:16
219:19,21
220:15 221:1
221:17 223:21
224:16 225:19
227:17,17
228:8 231:5
236:5,9,19
237:4 238:4
239:22 242:11
243:1 244:7,11
245:4 249:18
254:11 255:16
256:6,11
257:23 258:15
259:1 261:25
262:4
**once** 164:12
243:16 249:10
**ones** 166:4
**ongoing** 237:21
**online** 213:10
**open** 222:17,18
222:22 229:7
229:12 255:20
255:23 256:3,6
256:7,9,17
263:4
**opened** 232:4,5
**opinion** 218:2
218:15
**opposing** 199:24
201:17
**opt** 199:20
**option** 206:4
**order** 206:2

ordered 267:12
organization
  232:14
original 178:3
  195:6 244:12
  248:17,21
  267:17
originally
  168:23 248:10
  249:22
originating
  205:16
outcome 238:22
outlet 185:12,16
  185:20 186:7
  187:12,18
  248:7 257:3,17
outlets 249:3
outside 163:16
  165:23 179:13
  191:18 194:13
  222:16
overdue 228:17
overnight 187:8
ownership
  222:2

**P**

P 155:1 264:20
  265:7,20
P.A 153:6
p.m 152:15,15
  157:5 167:8
  177:15 178:4
  180:15,18
  191:6 195:7
  199:2 206:11
  210:4 211:6,13
  220:16 225:10
  260:19 263:13
  264:10
page 154:2
  158:17 183:20
  188:16 192:22
  246:3,6 266:5
paid 186:8
  244:13 249:2
Palm 153:4

panic 259:23
paragraph
  200:3 201:5
paramedics
  259:11
parking 180:14
parlance 250:16
part 159:6 162:7
  168:18 184:3
  189:7 212:23
  217:10 232:23
  246:10,20
  248:16 262:17
partial 213:6
  250:10
participate
  199:20 239:11
  239:16
participated
  224:23
participation
  201:15
particular 185:7
  232:17 245:2
  250:15
particularly
  163:17
parties 265:10
parties' 265:11
party 237:23,23
  237:24 238:1,2
  245:5 260:20
passed 212:7
  213:14,17
Passover 206:5
  217:13
Patel 201:25
Patricia 202:9
pay 255:9
paying 255:11
payment 170:19
pays 181:3
PCOHR 199:7,7
  199:14 214:5
  214:15 215:17
  216:3 235:11
  236:19
penalties 266:18

people 154:24
  169:10,23
  186:11 189:8
  208:10 224:7
  224:24 225:3
  226:19 227:18
  227:19 228:4
  240:3,5,11,17
  241:6 251:19
  254:1,17 255:3
  255:22 260:15
  260:20
period 244:15
perjury 266:18
permission
  246:24 258:12
person 222:4
  228:25 229:17
  230:6 246:7
  250:16
person's 261:18
personal 230:10
personally
  264:9
pest 222:25
pet 221:13,15
petitioner
  215:18
phone 257:13
phones 211:22
photos 249:11
  249:15
physical 163:12
  163:19 172:22
  173:10 239:13
physically 163:3
  163:5 171:24
picture 219:23
Pinellas 159:12
  199:11 214:6
  214:20,22
  215:6 234:21
  235:6 236:5
  264:5 265:5
Pinizzotto
  155:13
Piper 183:5,7
place 152:16

235:11
placed 250:6
Plaintiff 152:4
  152:13 153:8
Plaintiff's 155:4
  166:17 168:15
  173:21 180:8
  183:15 188:6
  190:24 192:18
  194:23 196:23
  205:3 210:21
  220:24 224:14
  262:1
plan 214:3
planned 193:18
please 177:16
  185:4 197:18
  209:16 211:22
  248:21 261:1,3
  266:1 267:10
  267:18
PLLC 153:3
plot 156:18
  159:25 161:7,8
  161:9,11,12
  165:9 166:12
plots 161:16
plug 186:5,6,7
  186:14 187:12
  187:19 249:2
  254:20 255:6
  257:2,13,17
plugged 185:20
  186:19 187:3,5
  189:8 257:2
plugging 189:11
pm 154:13,15,16
  154:17,18,19
  154:21,23
point 160:9
  199:20 212:14
  213:9 244:15
  255:20 257:1
points 227:9
police 170:1,9
  172:3,5
policies 189:23
policy 253:4

256:8
position 162:11
  249:11
positions 157:14
possible 164:10
  164:13 165:5
  169:22,24
  192:6 241:12
Possibly 233:20
  252:12
post 229:20
posted 230:2
powered 257:3
PR 228:22
preceded 229:17
preceding
  170:23
predecessor
  255:17
prepare 251:5
prepared 250:3
prepares 251:13
preparing
  251:19
prerogative
  258:11
present 211:23
presented
  182:17 241:12
  244:5 245:21
presenting
  167:10
pressure 193:13
  195:9,16
  196:16
presuming
  233:13
presumption
  203:20
pretending
  220:6
pretty 155:14
  158:19
prevented
  172:19
previous 172:14
  174:24 195:10
  196:15 213:20

previously
   160:7 223:15
printed 231:19
Prior 165:1
   222:11
private 161:21
   191:14,19
   235:14,20
   236:12 237:19
   253:2,2,8
privilege 197:8
   200:20,22
   201:3
probably 192:22
   193:14 239:8
problem 179:25
   181:3,22 182:9
problems
   194:15
proceed 199:18
   199:23
process 216:21
   227:13
proclaiming
   217:9,19
   219:25 220:5
   250:17
produced 198:4
   200:24
production
   262:12
profile 158:17
profit 232:13,20
prompt 267:18
proof 198:4
properly 232:24
property 175:25
proponent
   224:18
proposed
   243:25
prosecutor
   215:23
prosecutors
   215:23
protected
   200:19 222:15
proven 200:4

236:4
provide 259:12
   262:10,25
provided 197:14
   208:4 263:7
   267:14
prudent 159:22
public 174:5,16
   197:6,7,10,12
   197:15,19
   198:5 200:5,24
   205:6,8 231:12
   231:13,23
   235:12 245:9
   253:8
publication
   215:5
publications
   214:19
pull 213:10
pulled 158:11
purported
   182:16,24
purportedly
   185:11
purpose 232:19
   234:5 241:11
purposely 162:3
purposes 234:1
pursue 203:12
purview 189:21
put 196:4
   217:18 231:23
   233:8 240:10
   262:7
putting 249:10

Q
question 164:1
   165:23,24
   171:10 173:6
   175:12 185:4
   196:4,7 198:15
   201:22 202:6
   203:21 209:16
   214:25 232:16
   236:5 239:5,15
   239:21 243:9

253:22 254:16
   256:13,15
   257:7 258:18
   258:25 259:2
questioning
   220:1 231:18
   260:9
questions
   165:25 197:24
   200:13 203:18
   240:14 242:3
   242:14,16
   243:3,6,12
   244:23 245:4
   251:9 260:1
   267:18
quickly 203:17
quitting 195:20
quorum 211:22
   224:10
quote 167:16
   186:1

R
R 155:1
R-E-Y 261:6
race 243:3
racers 227:24
   260:24
raised 257:1
ranges 228:21
rat 256:5
rats 255:16,17
   255:18,21,22
Ray 158:14,22
   158:25 160:4
   160:13,15
   162:24 164:10
   169:25 170:4,8
   170:9,9,10,16
   171:4,11 172:7
   173:24 174:25
   175:9,19,22
   176:16,21
   244:23 245:1
reaction 259:8
   259:13
read 154:7

158:17 167:14
   169:5 170:6
   178:5 180:22
   181:4 184:16
   184:19,24
   188:12,14,15
   189:17 190:2
   191:12 193:15
   195:25 196:5
   197:22 200:1,7
   201:6,10 203:4
   206:6 212:1,22
   213:15 214:16
   217:15 219:7
   225:2 228:2
   239:24 241:21
   248:21 260:6
   260:13 262:5,6
   263:11 266:19
reading 167:6
   205:5 227:18
   232:11 267:13
reads 214:5
ready 267:10
really 176:10
   219:4 222:3,14
   240:8
Rear 229:17
reason 174:4,13
   190:14,17,20
   211:8 220:18
   220:19 223:2,5
   251:4 258:16
   261:9,14 263:7
   266:5
reasonable
   199:21 236:21
reasons 193:23
   195:15 207:17
   211:17 220:13
   232:16 251:1
recall 155:20
   161:1 169:17
   172:13 183:12
   186:20 188:4
   199:5 209:25
   228:18 235:1
   235:17 245:25

250:9 259:25
   261:18
receipt 191:8
received 168:2,3
   197:12,15
   248:10,17,18
   249:22
receiving 247:23
receptacle
   184:22,24
   185:3 186:25
   187:3
receptacles
   257:8
Recess 234:18
recognize
   230:20
recognized
   230:15
recollection
   209:22 243:2
recommendat...
   191:10
recommended
   228:5
record 189:19
   190:8 194:8
   197:7 243:24
   248:22 250:7
   262:7 265:9
records 174:5
   174:16 194:6,9
   197:6,11,12,15
   197:20 198:5
   200:5,24 205:7
   205:8
Recross-Exa...
   154:4 258:1
redirect 154:4,5
   251:10 259:17
   260:2
reference
   158:21 177:23
referenced
   249:21
referencing
   221:7
referred 155:17

160:7 179:9
**referring** 156:20
158:1,7 176:8
226:2,15
260:20
**reflect** 217:23
219:1
**reflected** 172:18
173:2,5,12
**reflecting** 212:3
246:11
**reflection**
205:25
**Refreshments**
229:22
**refuse** 197:25
**regard** 237:24
255:16
**regarding**
174:24 183:5
193:17 195:16
214:7,8 244:1
**regardless**
262:19
**Regards** 249:12
**registered** 170:5
175:23
**registration**
176:3
**regulations**
176:6,25 177:2
**Related** 218:8
**relating** 183:7
**relative** 265:10
265:11
**relayed** 235:2,4
**religion** 208:1
220:1 243:7
**religious** 207:16
207:20 208:3
208:20 209:7
211:17 220:12
250:15
**remember**
230:12 242:24
244:2,9,24
246:13 247:23
248:7 250:4,12

250:21 258:17
**remembers**
229:25
**reminder** 225:3
260:13,14
**renewal** 179:17
**renewed** 180:2
253:9
**rent** 186:11
254:12,14,17
255:9
**rental** 175:8
**rentals** 160:20
160:24 175:17
**rented** 245:8
**renting** 253:23
254:12
**rents** 186:14
**repeat** 196:15
209:16 239:15
258:25
**replace** 184:22
**replaced** 186:25
257:8
**report** 211:24
234:20 235:3
235:10 237:7
250:2,6,8
265:7
**reported** 169:21
174:16 258:4
**reporter** 154:5,6
224:12 262:5
264:1 265:1,7
**reporting**
152:16,23
182:3 267:1,16
267:24
**reports** 247:23
**represent**
214:18,22
215:5
**representation**
216:3
**representative**
201:7
**represented**
183:1 185:8

**representing**
216:12
**represents**
162:6
**Reprimand**
183:11
**reprimanded**
230:6
**request** 197:7,13
197:20 198:5
200:5,24 205:7
205:8 209:25
211:16 249:10
250:3
**requested** 191:8
199:13 209:23
265:8
**requests** 202:25
262:11
**requirements**
232:12,13,20
**reservation**
262:8
**reserve** 263:2
**residences** 164:5
**residency** 171:6
173:16 191:16
**resides** 163:13
**resigned** 228:25
**resolution** 212:7
213:14,18,18
213:25
**resolving** 201:16
**Resources**
159:12 234:22
235:6
**respect** 245:24
**Respectfully**
190:1
**responded**
202:24
**response** 177:13
198:4,22,25
199:14 200:24
201:24 202:25
221:5
**responses**
262:11,23

**responsible**
160:19 188:21
188:24 189:2
222:4
**rest** 170:13
197:11 212:11
212:16
**restate** 182:20
**restated** 232:8
**restrict** 181:13
**restricted**
180:14
**retained** 234:1,5
**retaliation**
214:8
**returned** 267:15
**Revenue** 232:14
232:15 234:14
**review** 232:7
262:18 265:8
267:10,11,15
**reviewed** 233:5
233:9
**reviewing**
232:18
**Rey** 154:25
261:6
**Richard** 227:24
249:12 260:25
**right** 155:21
157:22 158:6
161:16,21
168:21,25
169:3,12,13
174:10 178:17
179:14,24
180:1 181:19
186:6,10
187:16 189:6
191:15 194:7
202:23 206:14
206:17 207:22
207:25 208:10
208:15 209:6
209:12,13,18
211:19 213:22
214:3,4 217:4
222:19 229:11

229:21 231:20
233:12,22
234:7 238:24
238:25 240:18
241:25 242:1,2
242:13,15
243:15,17,21
246:2,17,18
255:9,12,23
262:8 263:2
**rights** 176:5
208:4 214:6,21
214:23 215:6
236:6
**Ring** 152:3
158:19 160:3
166:8 167:11
167:21 168:8
169:21 173:16
174:10 175:8
180:17,18,21
182:2,15 183:8
185:8 189:14
189:20 190:5
193:1,4 195:2
195:6 199:9,17
199:19 203:2,3
205:13,16
206:5,23
207:23 209:23
212:8 213:10
213:15 214:5
214:11,19
215:7 220:16
223:2,14
224:19,25
225:6,8 226:7
236:10 238:5
241:5 246:23
247:3,14 248:6
250:20 251:1
258:17,21,23
258:24 259:3,4
259:7,12,22
260:17 261:5
266:1 267:7
**Ring's** 159:8
171:5 181:13

191:15 199:25
201:18 216:4
235:22 239:13
252:14 258:3
258:11
**Road** 153:6
**rodent** 222:13
**rodents** 222:1
222:18,24
**Rodriguez**
158:15,23
160:13,16
163:8 164:10
164:13,19
165:12 166:8
170:9,11,16
173:11,15,24
175:9,19
176:16,21
244:23 245:1
**Rodriguez's**
158:25 160:5
162:24
**Rogers** 158:6,8
158:10 227:25
247:13 260:25
**RPR** 152:23
264:20 265:20
**rule** 182:16
246:15,19,19
**rules** 167:18
176:6,25 177:2
182:24 189:22
221:20
**runs** 221:11

──────────
**S**
──────────

**S** 155:1 174:12
**S-P-O-O-R**
234:1
**Sail** 205:21
**SailBCYC.org**
193:6
**Sale** 169:2
**Sam** 180:11
182:8
**Samantha** 152:3
158:19 159:8

160:3 161:10
166:8 167:11
167:21 168:8
169:4,21 171:5
173:15 175:8
180:17,18,21
182:2,15
184:21 185:8
189:14,19
190:5 191:4,9
191:15 193:1,4
193:11,22
195:2,6,24
205:12,16
206:5 209:23
212:8 213:15
214:5,11,19
217:8,18
219:24 220:16
223:14 224:19
224:25 225:6,8
226:7 235:22
236:10 241:5
247:14 252:14
260:17 261:5
**Samantha's**
165:21 180:25
183:22 249:8
**sanctuary** 178:1
178:16
**Sandbar** 248:25
**saw** 163:8,12,16
163:16,19
164:24 186:23
**saying** 161:18
167:23 207:1
215:23,24
222:13 233:21
**says** 157:24
163:13 167:3
189:14 215:22
225:24 257:9
**scared** 172:7
**scenario** 213:24
**schedule** 199:12
**school** 199:9,11
**scope** 259:16
**Scott** 153:10

267:5
**Scout** 153:11
267:5
**script** 224:24
238:1 251:5
252:9 260:5
**scripting** 239:20
**scripts** 225:8,21
225:23 226:14
226:16,25
227:15 239:12
239:17,23
241:11,20
250:19 251:12
251:18,22
260:18
**se** 153:6 225:23
**sea** 207:4
**seal** 264:11
**second** 211:12
214:8 218:5
223:17 234:16
**secretary** 218:2
218:5,6
**Section** 232:15
**security** 247:10
247:11 255:25
**Seder** 206:1
**see** 178:4 181:22
189:8 190:5
195:20 197:20
219:7 223:15
223:22 225:24
258:12 259:4,7
**seeing** 235:1
247:14
**seek** 237:7
**seen** 163:3,17
164:25 197:17
219:3 225:23
230:9 234:20
234:25 255:19
257:17 258:3
258:23
**select** 212:21
**selection** 212:22
**selling** 157:20
**send** 197:18,20

235:7
**sending** 156:12
191:7 193:9
220:11
**sense** 199:24
201:17
**sent** 156:14
167:3,21 175:3
175:16 180:25
193:11 194:3,4
199:3 226:4
246:3,8 247:3
248:22 262:14
**sentence** 204:2,2
**sentiments**
217:24
**separate** 163:23
164:2,4
**separated**
164:11 165:5
**September**
232:6 234:10
**series** 174:21
177:9
**service** 152:16
152:23 214:7
232:14 252:24
267:1,16,24
**set** 211:22
**shape** 189:3
**share** 237:4,9
**shared** 164:12
164:13
**sharing** 183:25
184:3 194:12
**sheet** 154:6
230:1 266:3
267:14,15
**Sheri** 157:24
158:10
**short** 170:19
**shots** 222:5
**shouting** 172:21
**show** 166:15
198:9,11
200:21 223:12
224:5
**showing** 184:10

242:7
**shown** 248:3
**shows** 169:23
261:23
**sign** 154:7
206:15,18
263:11
**signed** 191:8
246:7
**significance**
159:5,6
**significant**
207:6
**signing** 267:13
**similar** 214:14
**Simmons**
202:16
**simply** 232:10
**Sincerely**
267:20
**single** 240:25
**Sir** 203:8
**sit** 204:1
**situation** 192:2
194:11 258:9
258:10
**skills** 195:23
**skip** 206:1
**sleeping** 230:8
**slip** 160:20,22
160:24 175:8
175:17 186:11
186:14,19
189:25
**slips** 160:20
181:18 189:5,7
247:25
**smaller** 189:3
**Snag-A-Slip**
169:2
**social** 179:22
**solicit** 166:5
**soliciting** 226:5
**somebody**
156:14 179:13
189:10 229:20
247:4 250:15
251:4 260:8

soon 177:14
sorry 163:7
  165:20 170:12
  170:13 174:21
  182:20 193:17
  206:9 210:12
  211:11 214:21
  215:23 219:6
  221:4 229:16
  230:3 231:3
  233:19 239:15
  249:4 256:14
  258:25
sorts 199:22
sounds 181:6
  220:5
source 194:13
  260:10
sources 191:18
Southard
  152:12 156:7
  157:6,12
  167:13 170:6
  177:13,21
  178:8 191:4
  198:21,25
  201:7 202:1,17
  206:16 211:25
  213:12 242:19
  246:10 249:14
  250:1 259:22
  262:24 264:9
  265:8 266:1,21
  267:9
speak 173:15
  208:21 210:7
  240:18,20,25
  241:6 250:25
speaking 212:3
  250:15
special 154:22
  167:7,12,16,20
  211:2 221:24
specific 245:9,13
speculating
  227:17
speech 251:5,13
  251:13,14

spent 159:2
  165:21 230:8
spoke 182:9
spoken 171:5
sponsorship
  254:4
Spoor 233:25
SR 158:19
SR's 158:17
stand 219:4
  239:3 251:4
  254:11 258:20
standardize
  158:12
standards 184:9
start 170:2
  177:10,10,14
started 157:23
  172:5,9 173:4
  173:9
starts 168:19
  177:11 188:10
  199:10 211:23
state 161:2
  176:8 232:12
  262:17 264:3
  265:3
stated 160:24
  194:6 199:15
  206:13 212:6
  235:10 236:19
  241:3 266:19
statement
  160:11 165:17
  182:18 183:4
  189:18 193:2
  205:14 215:11
  217:18 222:23
  255:14 257:21
statements
  251:19
states 152:1
  156:18 161:7
  168:5 169:4,25
  178:2,9 190:11
  191:7 195:13
  205:25 214:12
  217:4 219:24

226:6,10,11
  229:6,12
stating 158:8,9
  165:21 181:1
  188:2,17
  190:14 199:3
status 243:10
  253:1
stay 159:1
stealing 185:23
  186:2,21,22
  187:2,2,11,15
  188:2 189:14
stenographic
  265:9
stenographica...
  265:7
stole 185:8
stolen 185:11
stop 160:15
stopped 216:21
story 161:16,17
  161:18,19
  227:4
straight 207:3
  240:16
strategy 199:24
  201:18
strike 185:6
  200:2 201:5
  211:11 259:1
string 154:16,21
strived 189:22
strives 218:18
struck 199:22
stuff 157:21
stung 259:4
subject 158:16
  169:1 177:21
  180:13,25
  191:4 193:12
  195:7 196:3,3
  205:24
submitted 190:1
sudden 208:8
suddenly 159:9
suggested 228:5
  238:12

suggesting
  227:19 260:21
suit 245:2
Suite 152:24
  267:1,16
suits 162:13
summarize
  203:17
sunflower 259:8
sunflowers
  259:8
support 182:17
  241:17
sure 167:22,23
  170:18 172:25
  176:15,17
  177:10 188:24
  189:1 192:4,14
  196:10 198:8
  208:6 209:13
  216:7,8 227:11
  232:11,23
  234:23 238:3
  240:4,15
  256:12,20
surrounding
  246:16
suspended
  169:4 182:15
  244:16
suspension
  167:10,20
  193:20 195:18
  195:19 244:18
swirling 238:10
sworn 264:10
System 199:11

_____
T
T 188:24
T-shirts 157:20
table 239:3
take 201:11
  219:22 231:22
  234:16
taken 152:13,22
  228:13 249:11
  266:1 267:10

takes 195:21
  222:2
talk 160:13
talked 160:6
  179:2 211:15
  247:6
talking 160:15
  183:22 187:2
  209:5 210:6
  223:14 234:13
  240:3 251:18
Tampa 152:2
  153:11 214:13
  267:6
tax 232:16,20
  234:13
taxes 232:25
teacher 199:9
tell 207:3 212:18
  234:25 251:25
telling 176:18
  178:15 179:5
  220:17 236:17
temporarily
  249:4,5
tenant 181:3
term 182:23
  183:6 216:19
terms 230:16
testified 243:15
  244:11 251:24
testimony
  170:24
text 196:4 217:7
  219:9
Thank 167:12
  177:13,17
  178:10 228:8
  256:11 257:23
  267:18
Thanks 170:5
  184:24 191:11
  225:24 261:3
thickens 156:18
  159:25 161:7
  165:9
thieves 187:22
  187:24

**thing** 196:9,14
222:3 241:2
**things** 157:20
173:7,9,10
182:25 195:23
222:22,24
238:9,9 241:12
243:23 245:23
**think** 155:17
177:11,25
179:7 183:10
192:5 195:22
196:9 198:8
207:3 212:14
224:1 230:20
238:5 240:7
252:21 253:19
259:18 260:5
**thorn** 179:17
**thought** 169:10
187:13,19
**thoughts** 240:14
**threat** 172:21,22
173:10,10,11
**threatened**
171:24
**threats** 171:25
172:14
**three** 217:8
**Thursday** 167:7
192:23 193:13
193:14 195:8
195:17,21
199:15 225:10
260:19
**ticket** 215:20
**tidy** 189:2
**tied** 189:2
**time** 152:15
158:3 160:6
161:20 162:23
167:24 170:20
172:6,9 176:2
179:7 192:4
207:10 212:6
213:13 214:24
215:2 218:17
228:15 233:5,8

233:9,10,18,19
233:20 234:18
237:17 238:9
240:20 247:19
247:21 248:1
250:7 253:23
253:23 254:12
259:3,23
262:18,22
**times** 186:25
223:16
**tired** 212:14
**title** 197:9
**today** 199:14
203:14 245:6
249:11,16
258:20 263:9
**told** 183:9 249:1
252:10
**tomorrow** 178:4
195:15,17
**Toney** 202:9
**Tonight** 217:5
**Tony** 155:13
227:21 230:4
230:22 249:3
260:23
**top** 155:10 178:7
197:9 200:25
**total** 237:2
**traffic** 215:20
**training** 223:10
**transcript** 265:8
265:8 266:4
267:11,13,17
**transpired**
172:4 215:12
**Treasurer**
228:15
**trouble** 210:8
247:25
**true** 182:10,11
221:11 265:9
266:19
**truth** 165:12
**try** 206:22
240:21
**trying** 178:19

217:5,22
240:16
**Tuesday** 155:20
177:18 191:5
206:10 210:4
210:15
**turned** 179:1
257:13
**Tuscawilla**
153:6
**two** 171:1,14
178:13 192:25
196:4 205:12
214:5 230:8
240:22,23
249:11 254:1
258:4
**two-page** 196:25
**typo** 169:14
**typographical**
195:14

**U**

**Uh-huh** 193:24
218:9
**Ulmerton**
152:24
**ultimately** 195:3
**ultimatum**
199:22
**underlined**
217:7
**underlining**
219:12
**undersigned**
264:8
**understand**
192:16 195:22
240:10
**understanding**
179:10 207:19
207:24
**understood**
192:6 230:15
**uneducated**
188:22
**unfair** 195:19
**unilaterally**

161:21
**United** 152:1
214:12
**unlawful** 236:22
**unplug** 257:15
**unverified**
262:14,20
**upcoming** 191:9
**upward** 192:23
**usage** 183:22
**use** 183:6 187:18
189:24,25
195:23 238:1
252:14 254:23
255:6 258:4

**V**

**v** 152:5
**Vaguely** 228:19
**Venza** 153:2,3
154:3,4,5
155:2,7 159:16
159:21 161:24
162:10,16
164:17,23
165:7,16
166:11,15,19
168:13,17
170:14 171:9
171:20 172:16
173:1,19,23
174:3,8,11,15
175:13 176:23
177:5 179:20
180:6,10 182:1
182:12,14,22
183:13,18
184:5,12 187:9
188:5,8 190:13
190:19,22
191:2 192:15
192:20 194:20
195:1 196:21
196:25 197:19
197:21 198:13
198:16,20,23
200:6,10,16
201:9,13,23

202:5,12,20
203:7,11,15,25
205:1,5,11
208:7 209:1
210:18,25
212:13,18
213:8,11
215:10,15
216:2,9,15
217:3 218:4,16
218:24 220:4,9
220:22 221:2
221:16,23
223:7 224:11
224:17,22
226:9,13,23
227:7 228:8,9
229:19 231:4
232:2 233:3,17
233:24 234:8
234:16,19
235:18,24
236:15,25
237:14 238:6
239:2,6 241:4
241:10,16
242:2,10,13,21
248:23 251:11
251:17 252:5
252:13,17,23
253:6,12,17,21
254:10 256:2
256:14,16,25
257:5,23 260:3
260:12 261:20
262:3,7
**verbal** 172:21
173:10,10
189:20 190:9
**verbally** 171:24
**verified** 263:8
**verify** 262:25
**versa** 246:13
**vice** 246:12
**video** 242:6,7,12
**Village** 153:3
**violated** 182:25
**violates** 253:4

violation 221:20
violations
182:16,24
visitors 211:23
211:23
VOLUME
152:11
vote 169:5,7,7
169:16,21,22
206:3 214:1
223:20 224:9
225:5,5,8
226:7 260:17
voted 224:25
239:13,14
voting 223:23,25
vouch 173:16
vouched 171:5
VS 266:2 267:7

W
waiting 170:13
waive 262:5
waived 200:22
201:3
wall 257:2
want 165:11,11
165:11,24
172:1,14 207:2
210:2 212:23
212:23 223:19
240:25 242:8
243:21,23
252:7 257:25
262:7
wanted 176:15
176:17 179:2
192:4,13
207:12 208:1
227:10 231:17
231:22 240:4,9
240:10,11,12
240:15 245:23
251:25
warned 187:23
187:25 190:1
warning 189:20
190:9

wasn't 164:21
170:15 172:20
172:20,21
185:2,20
186:19 190:9
233:7 238:3
way 191:19
199:9 219:7
227:22 233:8
261:16
ways 235:25
we'll 180:7
188:5 197:25
204:2 260:14
262:6
we're 165:4
180:4 209:5
213:4,25 214:1
216:21 217:5
222:21 227:17
237:12 245:6
251:18 254:6,8
256:4 261:21
we've 207:8
212:7 213:13
219:17
weather 258:9
website 158:4
Wednesday
156:9 177:15
180:15
week 199:7
214:11
weekly 231:10
weeks 230:8
welcome 167:9
168:6,8,10
211:23
weren't 263:8
West 153:4,11
267:5
wife 157:7,13
158:25 160:5
162:24 164:11
229:24
wild 177:25
178:16
willing 197:23

225:4 260:15
261:3
Wind 231:14
Windward
158:3 230:2
231:15
wished 263:11
withdrawal
216:12
withdrawn
215:18,24
witness 152:22
172:25 183:17
184:3 201:21
223:5 255:25
264:11
witnessed
259:22
Wizard 258:7
258:12
women's 227:24
260:25
wonder 181:24
word 212:9
216:23
words 219:21
235:13
work 176:1
195:24 249:12
worked 176:17
208:24
working 158:4
176:4 218:18
works 156:4
177:15
worried 256:4
worthwhile
199:23
wouldn't 226:21
write 196:4
218:1 266:4
writer 251:13
writing 224:23
written 188:1
240:11
wrong 156:21
182:25 192:11
198:19

wrote 178:20,23
178:25 180:19

X
X 154:1 188:25

Y
yacht 152:6
157:14 159:13
159:18 161:25
162:13 170:16
181:6,10,12,22
182:9 183:1
185:7 186:18
187:11,19
189:13 191:20
193:7 201:8
205:20,22
206:21 209:14
209:20 213:2
218:6,17 232:7
236:11 238:18
239:18,24
241:25 242:23
245:8,15,19
253:13 259:5,9
259:14 261:10
261:15 266:2
267:7
yard 176:4
yeah 161:17
170:25 181:24
211:20 219:8
255:5 257:22
year 189:19
199:10 208:19
222:4
year's 188:19
years 208:15,15
208:18,23
209:5,7 222:10
222:10,11
241:23
yelling 172:21
173:11
yep 213:25
yesterday
262:14 263:8

Z

0

1
1 154:12 169:21
169:22 199:15
1:45:32 154:15
1:58:28 154:21
206:11 210:4
10 154:14 180:7
180:8,11
244:12 247:2
247:15
10-day 244:15
10:43 188:17
100 152:24
267:1,16
10142019ns
266:21
11 154:15
183:14,15
205:17 248:3
249:16
11:03:52 210:10
210:13
110 184:18,18
184:21 186:24
187:3,4 248:6
11th 262:20
12 154:16,18,19
169:7,21,22
188:6
12-1 223:19
12-4 169:4
12:32:30 154:17
191:6
12:43 154:23
12:56 152:15
264:10
12th 193:5,12
195:7
13 154:17
190:23,24
13555 152:17,24
267:1,16
14 152:14
154:18,23

Page 286

192:17,18,25
228:16 264:10
264:12 265:13
266:1 267:3,10
**14-2** 224:2
**14th** 199:10
**15** 154:19
169:10,12
170:19 194:22
194:23 195:2
209:5,7 222:11
241:23 267:15
**15-0** 224:6
**155** 154:3,10
**15th** 199:2
201:25
**16** 154:20
196:23 197:1
197:22 198:17
203:21 224:3
**166** 154:11
**168** 154:12
**16th** 173:25
**17** 154:21 205:2
205:3,12 210:1
210:10,11,12
211:15 264:20
**173** 154:13
**18** 154:22
210:20,21
211:1 215:1
219:10 250:11
**180** 154:14
228:21 240:24
240:24
**183** 154:15
**188** 154:16
**19** 154:17,23
220:23,24
**190** 154:17
**192** 154:18
**194** 154:19
**196** 154:20
**1965** 233:2,11
233:18,20,21
**19th** 191:5,22
217:11,13
223:13 250:21

**1st** 169:1 170:17
171:1 172:9
175:17

---

**2**

**2** 177:15 178:4
**20** 154:24
224:13,14
225:2 227:19
237:24 238:11
245:25 260:5
**200** 208:19
228:21 240:24
**2004** 209:4
**2016** 173:25
**2018** 190:5
244:4
**2019** 152:14
154:10,12,13
154:15,16,17
154:18,19,21
154:23 156:9
157:5 158:5
159:8 162:23
163:14 164:19
167:8 168:19
169:1 170:17
172:9 175:17
177:12 180:15
180:18 181:15
188:17 191:5
191:15 193:5
195:7 199:2,5
199:15,16
201:25 205:17
206:10 210:1,3
210:4,9,13
211:5,13,14
220:15 223:13
228:10 229:9
230:3,4 231:5
231:17 232:6
234:22 235:9
236:20 239:25
244:5,6 247:3
247:12 248:4
250:21 264:10
264:12 265:13

**266**:1 267:3,10
267:15
**2022** 264:20
**205** 154:21
**207** 153:6
**21** 154:25
261:22 262:1
**210** 154:22
**21st** 165:3
168:19
**220** 154:23
**224** 154:24
**22nd** 157:5
160:9 162:23
164:19 165:1
165:13
**23** 154:10
**23rd** 156:9
199:5,14
**242** 154:3
**250** 244:2
**251** 154:4
**258** 154:4
**260** 154:5
**262** 154:25
**264** 154:5
**265** 154:6
**266** 154:6
**267** 154:7
**27th** 217:14
**29th** 174:12
234:22 235:9
236:20
**2nd** 199:16

---

**3**

**3** 155:17
**3/18/2019**
169:20
**3:57** 194:3
**30** 244:19
**30th** 170:23,23
232:6 234:10
**31st** 167:8 171:1
**32667** 153:7
**33409** 153:4
**33607** 153:11
267:6

**33762** 152:17,25
267:2,16

---

**4**

**4** 169:7
**4:07** 194:4
**4:07:39** 154:18
**4:48:18** 154:16
**400** 153:11
267:5
**4301** 153:11
267:5
**45** 227:12
**4625** 174:12
**4th** 188:10,17

---

**5**

**5:01:45** 154:13
180:15
**5:26** 157:5
**5:40** 199:2
**5:47** 195:7
**5:53:53** 154:19
**501(c)7** 232:15
**5th** 177:12,19
180:18 181:15

---

**6**

**6** 154:10,13
155:3,4,10
**6th** 177:15
178:13 180:15
247:3,12

---

**7**

**7** 154:11,15,16
166:16,17,20
169:11 211:6
211:13 220:16
**7:00** 225:10
260:19
**7:16** 152:15
263:13
**7:30** 167:8
**7:44** 177:12
**727** 267:2
**7th** 228:10 229:9
230:4 231:5,17
248:4

---

**8**

**8** 154:12 168:14
168:15,22
169:11
**8:09:57** 177:19
**8:19-cv-00772...**
152:5
**8:30** 156:9
**8:39** 180:18
**80** 208:15,18
**823-4155** 267:2
**8th** 211:5,13
220:15

---

**9**

**9** 154:13,21
173:21 174:18
174:21 177:9
**9:17:34** 154:12
**9:44:49** 154:10
**905-322** 153:3
**931** 153:3
**9th** 205:17
206:10 210:1,2
210:4,9,13,16
211:14 230:3
262:13