Case 8:19-cv-00772-VMC-JSS Document 135-7 Filed 01/31/20 Page 1 of 1 PageID 2942

sailbcyc.org

ELA (... | Episode 51... | ada and b... | Tropical D... | ClassDojo... | The On...

## 2019 One Design Championships
## November 9th - 10th, 2019



Start **11/09/2019**
10:00 AM
End **11/10/2019**
8:30 PM
Location **Boca Ciega Yacht Club**
Registered 15 registrants

**Registration**
(depends on selected options)

**Base fee:**
- **BCYC Member - One Person Boat – $55.00**
  1 Dinner/1 Apparel
  $10 discount applied for BCYC Members
- **BCYC Member - Two Person Boat – $65.00**
  2 Dinners, 1 Apparel $10 discount applied for BCYC Members
- **BCYC Two Person Boat - BCYC Capri – $65.00**
  Catalina Capri 16.5 (BCYC Club Boat for members only) Limit 6
  2 Dinners, 1 Apparel
  $10 discount applied for BCYC Members
- **Non-BCYC Member One Person Boat – $65.00**
  Open to the Public, 1 Dinner & 1 Apparel
- **Non-BCYC Member Two Person Boat – $75.00**
  Open to the public, 2 Dinners & 1 Apparel

  



[Register]

For two days in November, we race Sunfish, Capris, and other one design boats out on Boca Ciega Bay.

### Notice of Race - 2019

1. **RULES**

   1.1 The regatta will be governed by the rules as defined in *The Racing Rules of Sailing*.

   1.2 Each competitor shall sail in accordance with class rules and format.

2. **ELIGIBILITY AND ENTRY**

   2.1 The regatta is open to One-Design classes featuring: Capri 16.5 K, Daysailers, Windmills, Sunfish, and Mutineers sailors.

   2.2 Eligible boats may register and pay on line at www.sailbcyc.org by November 9th, 2019. Follow links to One-Design Championship
   Regatta.

   2.3 Walk up Registrations will be allowed on the first race day until 10:00 AM. Only cash or checks will be accepted at this time and made payable to: BCYC; One-Design Regatta.

3. **FEES**

   3.1 Two Person boat/Capri (2 dinners, 1 apparel) BCYC Member - $65
       One Person boat (1 dinner, 1 apparel) BCYC Member - $55
       Two Person boat (2 dinners, 1 apparel) Non-BCYC Member - $75
       One Person boat (1 dinner, 1 apparel) Non-BCYC Member - $65
       Additional dinners and apparel available

   3.2 A $10 fee will be added to first race day registrations.

4. **SCHEDULE**

   4.1 Saturday, November 9
       9:00AM to 10:00 AM Registration and Continental Breakfast
       10:00 AM Skippers Meeting
       NOON First Class Flag
       6:00 PM Dinner Party

   4.2 Sunday, November 10
       9:30 AM First Class Flag
       Awards and Daiquiris to follow

5. **SAILING INSTRUCTIONS**

   5.1 Sailing instructions will be available at check-in.

6. **VENUE**

   6.1 The regatta will take place in beautiful Boca Ciega Bay. The course
       will be set to the south west of the club.