

**Thanks for paying by AutoPay.**

..92 will be charged to your card on Mar 08

Please see the News and Notices section on page 2 for important information and changes
policies.

PO Box 629023 El Dorado Hills, CA 95762





**VOTER INFORMATION** / *INFORMACIÓN DEL VOTANTE*
DEBORAH CLARK
SUPERVISOR OF ELECTIONS
**PINELLAS COUNTY, FLORIDA**

**Voter Name and Address**/*Nombre y Dirección del Votante*

RING, SAMANTHA AVIVA
2815 TIFTON ST S
GULFPORT FL 33711

Party/*Partido*
NPA

Precinct/*Precinto*
218

Polling Place/*Centro de Votación*
**Lions Club of Gulfport Florida**
**4630 Tifton Dr. S., Gulfport**

Your polling place for a city/town election may be different. *El centro de votación que le*

PO Box 54977
Los Angeles, CA 90054-0977

SAMANTHA RING
2815 TIFTON S ST
GULFPORT, FL 33711-3647

Presorted
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
Sprint

705463984  00000035292  000000000000  000000352923