## Postell, Lisa A

**From:** Samantha Ring <samantharing@outlook.com>
**Sent:** Monday, March 04, 2019 11:53 AM
**To:** Postell, Lisa A; Taylor, Ronisha C
**Cc:** Marcy LaHart
**Subject:** Fw: Member

Again- the suspension was issued to me with no reprimand or warning for things other members have done and AFTER I filed a complaint with your office.

Samantha Ring

---

**From:** James Masson <beachologist@hotmail.com>
**Sent:** Monday, March 4, 2019 7:43 AM
**To:** allbcycboard@sailbcyc.org
**Cc:** Samantha Ring
**Subject:** Member

Dear Board,

This is a brief statement that is a matter of club record. Last year Samantha Ring was never issued, even a verbal warning, for her conduct that fell under the purview of the Fleet Captain. In fact she strived to follow the our rules and policies the best she could. I did not notice her improper use of electricity and I did notice the improper use of electricity by multiple other slip occupants who were warned.

Respectfully Submitted,
James Masson

1