# Windword

*Boca Ciega Yacht Club*

**February 2020**

## Change of Watch 2019-2020










www.sailbcyc.org

**2020 Installation Banquet**
Details and photos inside

# Your 2020 Flag Officers


Cathy Talisman
Commodore


Roger Gilmore
Vice Commodore


Jenn Buckley
Rear Commodore


Lisa Glaser
Secretary


Lezlee Kramer
Treasurer


Marty Southard
Assistant Treasurer


James Masson
Fleet Captain


Nick Southard
Who?

## Mixer's Adventures





*" Went to the saloon, knocked back a couple root beers. Then I went to check out local talent. The sheriff took exception to my carousing."*



11

## 80th Anniversary Committee

Submitted by Jenn Buckley

While this is BCYC's 55th anniversary in Gulfport, it is also our 80th anniversary as a boating club based in South Pinellas County. Eighty years is a major accomplishment worth celebrating and it is important to recognize what we have achieved as a whole. The purpose of this committee is to advertise for and recruit new members, participate more fully in Gulfport activities, demonstrate our value to the community at large, and to celebrate this important milestone.

This is about much more than just recruiting and celebrating. We have an image problem in this community. Any member who thinks that BCYC will look the same in five years as it looked five years ago, is deluding themselves. We have to change how we are perceived here in Gulfport, and we need to work hard on changing perceptions. Too few in the community know our story, what we have done in the community, what we continue to do in the community, and the value that we bring to Gulfport. Too many see us as classist, rich, and snobbish, labeling our club as a standard, stereotypical "yacht club" full of elitist, entitled individuals who have taken over a portion of their local community.

The question then becomes, how do we change these negative perceptions? We tell our story and we include facts to dispel some long-standing myths about our lease deal with the city. We share our detailed history in a way that dissipates the misinformation that has been spread far and wide in the last few years. We participate more fully in the local Gulfport community to reach a wider audience. We become a trusted partner to the City of Gulfport. We demonstrate our value as a local club that gives back to the community it resides in. And we do this carefully, thoughtfully, deliberately, and in a non-threatening way; in a way that allows our voice to be heard, to let our words resonate with clarity and facts.

More importantly, we need to be become a more indispensable part of the boating community in the larger marina complex. Our current reality is that we are no longer "just" a sailing club. With the installation of the boat lifts, we're already seeing more power boats and non-members around. There's nothing wrong with that but we need to both acknowledge this reality and work with it rather than against it. We need to think outside our physical borders because they've shrunk. Instead of thinking smaller, we need to be thinking bigger and embrace a return to our roots as a boating club. We've already started by adding Paddle Sports and Fish & Grab as standing committees that have strong followings (even if the catches are small).

Over the next few weeks and months, you'll see some new advertising, recruiting efforts, and participation in community events, and learn more about the rich history of BCYC. This is going to be a year-long, "all in" kind of effort and we're going to need everyone's help. As far as I'm concerned, every member of BCYC is a member of this committee and I've already collected quite a few great ideas from those who shared their thoughts so if you have ideas or suggestions, please feel free to share. If you're interested in helping out at any community events, please let me know. More details to come!

## Rear Commodore Report

Submitted by Jenn Buckley, 2020 Rear Commodore

Our first work day of the new decade saw us taking down the Christmas decorations, scrubbing the clubhouse from top to bottom, cleaning and reorganizing the storage closet (aka the storeroom), scrubbing the bathrooms and kitchen, cleaning out the fridges (sort of), putting down ant killer wherever needed, pulling weeds, sweeping the patio, trimming the mangroves (carefully), trimming a few trees, and TONS of landscaping!

The new retaining wall is complete, the landscaped areas are almost ready for new plants, and everything was watered to the happy satisfaction of the plants.

Thanks goes out to: Caryn McDermott, Harold Small, Lori Russo, Roger Gilmore, Gyb Spilsbury, Kathy Maechtle, Juli Jacoby, Bill Parker, John Bentley, Kathy Longacre, Gary Rhoads, Ellen White, Bob White, Dianne Benedetti, John Russo, Mixer O'Keefe, Mike Cook, Alder Allensworth, Terri Mitchell, Sheri Ogorek, Susan McQuillan, Bob Trehy, Paul Lachance, Gary Herr, Trish Small, Lisa Glaser, and Paul Stiffler.

If I missed your name, please remember to sign in! Thank you!

