UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

     Plaintiff,

v.                                                    Case No.: 8:19-cv-00772-VMC-JSS

BOCA CIEGA YACHT CLUB, INC.,

     Defendant.

_____/

### DECLARATION OF GERRI ANGEL IN SUPPORT OF BCYC'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

     I, GERRI ANGEL, hereby make this declaration under 28 U.S.C. §1746 in support of BCYC's Response to Plaintiff Samantha Ring's Motion for Summary Judgment:

     1.     My name is Gerri Angel. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and am otherwise competent to make this declaration under penalty of perjury.

     2.     I have been a member of the Boca Ciega Yacht Club (BCYC) since 1993.

     3.     I have also served as Chair of the BCYC Membership Committee during the past twelve years, and continue to serve BCYC in this same capacity.

     4.     Since 2016, three to six BCYC members, including myself, have served on the BCYC Membership Committee. Since 2016, there have always been at least three BCYC members, including myself, serving on the BCYC Membership Committee.

**EXHIBIT J**

5.      Prospective members of BCYC may submit an application either online through BCYC's website or in person. During the past three years, the majority of membership applications received by BCYC have been submitted online.

6.      As Chair of the BCYC Membership Committee, I receive all of the online applications submitted by prospective Club members.

7.      Prospective members may apply individually or as a household. The fees associated with submitting an individual or a household application to BCYC are the same. A household consists of two adults along with any minor children who live under the same roof.

8.      Upon receiving applications from prospective members, I save them, then send them to Mr. Thomas Edwards of Edwards Investigative Group, LLC so that he can perform a background check on each applicant.

9.      Mr. Edwards has been performing background checks on prospective BCYC members since 2017.

10.     In performing these background checks for BCYC, Mr. Edwards focuses on the following factors:

a)  Address verification;

b)  Criminal background check;

c)  Employment check.

Mr. Edwards does not check the credit history of prospective applicants.

11.     The purpose of address verification is to ensure that a prospective applicant has a valid, land-based address, and is therefore less likely to live on his/ her boat without permission if admitted to membership. If the applicant is part of a household, Mr. Edwards

verifies that all of the people in the household live at the same land-based address. Mr. Edwards also determines whether a homestead exemption was claimed for the property corresponding to the address provided by the applicant. The purpose of verifying addresses is to weed out any potential unauthorized liveaboards.

12.     In applying for membership in BCYC, applicants certify that they are aware of the Club's prohibition on unauthorized liveaboards, and pledge to abide by this restriction. Applicants also certify that they will follow all of BCYC's By-Laws and Rules if they are admitted to membership.

13.     In running a criminal background check on each applicant, Mr. Edwards focuses on prior felonies and sexual crimes or offenses. Because BCYC sponsors a Sea Scout troupe through some of its members, any applicant whose criminal background check includes any prior felonies and/or sexual offenses is excluded from membership in BCYC.

14.     Finally, Mr. Edwards checks applicants' employment history. The purpose of this verification is just to confirm that the applicant will be able to pay membership dues.

15.     Once Mr. Edwards completes the background checks and sends me the results, I call all applicants who have not been screened out to invite them to interview night.

16.     During interview night, the applicants meet with me and the other members of BCYC's Membership Committee in person at the BCYC Clubhouse.

17.     During interview night, I give prospective members a history of the Club. I also go over BCYC's mission statement, and explain the Club's objectives: To promote safe boating activities, promote instruction and education in safe boating and all nautical activities,

promote fellowship and camaraderie among the members, and be an integral part of the Community of Gulfport.

18.     During interview night, I explain that BCYC is a Club of volunteers. BCYC members are expected to participate in Club activities and work for the good of the Club. Members are expected to show up on scheduled Saturday "work days," to clean and complete needed tasks in the Clubhouse as well as the surrounding grounds. Members are also expected to attend the Board meeting and general meeting held on a monthly basis.

19.     During interview night, I also go over the main points of the Lease between BCYC and the City of Gulfport with prospective Club members. The applicants must understand the Lease and agree to abide by its terms. We also go over all of BCYC's By-Laws and rules with the applicants. We make sure they understand that by becoming a member of the Club, they are agreeing to abide by the Lease terms and follow all of BCYC's By-Laws and rules. We want to make sure that they will follow all of these policies if they are admitted to membership.

20.     At the end of this discussion, we ask the prospective members to write down what they expect from the Club if they become members, and what they will bring to the Club if they are admitted as members.

21.     While BCYC does not require that prospective members have any prior knowledge of sailing, boating, or nautical terms, we still ascertain whether they have a desire to learn during interview night. If an applicant has no interest in things maritime, then BCYC is not the right fit for the applicant.

COLE, SCOTT & KISSANE, P.A.
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX

22.     During interview night, we ask applicants why they decided to join BCYC. If they own any boats, we want to make sure that they are not trying to join the Club just to have a place to store their boats.

23.     Other than providing information about the Club and making sure that prospective members know in advance what will be expected of them if they are admitted to membership, we meet with the applicants in person to determine whether they would be a good fit for the Club.

24.     At the first Board meeting held after interview night, I read the names of the applicants out loud. The applicants themselves do not attend this Board meeting.

25.     Reading the names of the applicants out loud provides members with an opportunity to object to the applicants in advance of the next general meeting.

26.     If a particular applicant is objected to at the Board meeting, I call the applicant and let the applicant know about the objection. I then invite the applicant to come to the next Board meeting to respond to the objection.

27.     As for the applicants who received no objections at the Board meeting, I call them and ask them to come to the next general meeting to be presented to the BCYC membership.

28.     At the next BCYC general meeting, I present all of the applicants, reading their names, providing background information about them as well as their reasons for joining BCYC, and then calling for a vote. All in favor of admitting the applicants to BCYC vote "aye," and all against vote "nay."

29.     Because the BCYC Membership Committee solicits objections at the Board meeting in advance, the applicants who report to the general meeting are usually voted in by the general membership.

30.     The purpose of the BCYC Membership Committee is to select applicants who are of good moral character, have a genuine interest in promoting the goals of the Club, and are willing to work for the good of the Club and the surrounding community.

31.     In 2017 and in 2018, I have chosen not to invite certain applicants to interview night on occasion, based on the results of the background check and the observations that I made during my initial telephone conversations with these applicants. Whenever this happened, I contacted these applicants, telling them that BCYC was not a good fit for them.

32.     In 2017 and in 2018, I have decided not to invite certain applicants to the next general meeting following interview night on occasion, based on my observations as well as the observations made by my fellow BCYC Membership Committee members during interview night. Whenever this happened, I contacted these applicants, telling them that BCYC was not a good fit for them.

33.     In 2017 and in 2018, I have received objections to certain applicants after reading their names aloud at the Board meeting on occasion. Whenever this happened, I contacted these applicants, informing them of the objections and inviting them to the next Board meeting to respond.

34.     The selection process implemented by the BCYC Membership Committee is designed to weed out applicants who have a criminal history and would potentially place Sea Scouts at risk of harm; to weed out applicants who plan to live aboard their boats without

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX

permission, or just use the BCYC basin as a storage area for their boats; and to weed out applicants who have no real interest in contributing to the Club and furthering its mission.

35.     I am not, nor have I ever been an employee of BCYC. As Chair of the Membership Committee, I am and remain a volunteer of BCYC. Since I joined BCYC in 1993, I have always been a volunteer of BCYC.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2/6/2020_____.


Signed: ___*Gerri Angel*___.

GERRI ANGEL

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX