UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

       Plaintiff,                        Case No. 8:19-cv-00772-VCM-JSS

vs.

BOCA CIEGA YACHT CLUB, INC.,

       Defendant.
_____/

**JOINT STIPULATION THAT WHETHER BOCA CIEGA YACHT CLUB IS A "PRIVATE CLUB" IS A QUESTION OF LAW**

COMES NOW Plaintiff, SAMANTHA RING ["Plaintiff"], and Defendant, BOCA CIEGA YACHT CLUB, Inc. ["Defendant"], by and through undersigned counsel and pursuant to the Court's March 20, 2020, Order, and jointly stipulate and agree that whether Boca Ciega Yacht Club, Inc. qualifies for the private club exemption as a "public accommodation" under 42 U.S.C. § 12181(7) of the Americans with Disabilities Act ("ADA") is a question of law to be determined by the Court. *Pike v. Heron Cay Homeowners Ass'n*, No. 16-cv-14308-MIDDLEBROOKS, 2017 U.S. Dist. LEXIS 46811 (S.D. Fla. Mar. 24, 2017), citing *United States v. Richberg*, 398 F.2d 523, 526 (5th Cir. 1968) (whether an entity is exempt from anti-discrimination provisions is a question of law once the underlying facts have been determined); accord *Wright v. Cork Club*, 315 F. Supp. 1143, 1150 n.15 (S.D. Tex. 1970).

Dated:  March 24, 2020                                    Respectfully submitted,

*Counsel for Plaintiff:*                                  *Counsel for Defendant:*

By: *s/ Marcy LaHart*                                     By: *s/ Brian Rubenstein*
MARCY I. LAHART, P.A.                                     COLE, SCOTT & KISSANE, P.A.
Marcy I. LaHart, Esq.                                     Brian Rubenstein, Esq.
Florida Bar No. 0967009                                   Florida Bar No. 16997
207 SE Tuscawilla Road                                    4301 West Boy Scout Boulevard, Ste 400
Micanopy, FL 32667                                        Tampa, FL 33607
 (352) 545-7001                                           (813) 864-9324
marcy@floridaanimallawyer.com                             brian.rubenstein@csklegal.com


By: *s/ Denese Venza*                                     By: *s/ Elisabeth Fontugne*
VENZA LAW, PLLC                                           COLE, SCOTT & KISSANE, P.A.
Denese Venza, Esq.                                        Elisabeth Fontugne, Esq.
Florida Bar No. 0599220                                   Florida Bar No. 115954
931 Village Boulevard, #905-322                           4301 West Boy Scout Boulevard, Ste 400
West Palm Beach, FL 33409                                 Tampa, FL 33607
(561) 596-6329                                            (813) 864-9324
dvenza@venzalawpllc.com                                   elisabeth.fontugne@csklegal.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2020, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    BY: *s/Marcy LaHart*
                                                    Marcy LaHart, Esq.

4