UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA RING,

    Plaintiff,

v.                                Case No.: 8:19-cv-772-T-33JSS

BOCA CIEGA YACHT CLUB, INC.,

    Defendant.
_____/

**AFFIDAVIT OF BRIAN D. RUBENSTEIN IN SUPPORT OF DEFENDANT BCYC'S BILL OF COSTS**

STATE OF FLORIDA         )

COUNTY OF HILLSBOROUGH   )

    BRIAN D. RUBENSTEIN, swears and attests to the following:

1. My name is Brian D. Rubenstein and I am an attorney at the law firm of Cole, Scott & Kissane, P.A. who represents Defendant, Boca Ciega Yacht Club, Inc. ("Defendant" or "BCYC"), in this case. I am an attorney of record for Defendant.

2. I reviewed the applicable billing documentation, records and supporting invoices in this case and certify that all of the taxable costs stated on Defendant's Bill of Costs are accurate and were necessarily obtained for use in this case, and were included on billing invoices for the case.

3. All costs incurred with respect to copies of certain records and depositions were necessarily obtained for use in this case including, but not limited to, in support of summary judgment and various other motions and opposition briefs that were filed in this case. These costs include copies of Plaintiff's medical records regarding her

medical condition she put at issue in the case, deposition transcripts and associated costs of depositions taken by the parties in this case including transcript fees, expedited transcript fees in two instances where transcripts needed to be expedited as they were necessary for immediate use in case and not for the mere convenience of Defendant, court reporter appearance fees and conference room fees for depositions.

4. I have given these statements in this affidavit freely and voluntarily, and the statements made by me are based on my personal knowledge.

Dated this 10th day of April, 2020.

*Brian Rubenstein*
Brian D. Rubenstein

Sworn to and Subscribed before me on April 10, 2020 *by Brian Rubenstein, whom I personally know, this 10th day of April 2020.*

_____
Notary Public Signature

JOANNE GONZALEZ
Notary Public Print Name

My Commission Expires: _____



JOANNE GONZALEZ
MY COMMISSION # GG 932514
EXPIRES: October 23, 2021
Bonded Thru Notary Public Underwriters

-2-
COLE, SCOTT & KISSANE, P.A.
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX