**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAMANTHA RING,

    Plaintiff,

v.                                     Case No.: 8:19-cv-772-T-33JSS

BOCA CIEGA YACHT CLUB, INC.,

    Defendant.
_____/

**ITEMIZATION OF DEFENDANT**
**BCYC'S BILL OF COSTS**

**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case**

| |
|---|
| 10/14/19 – Deposition of Nick Southard – United Reporting Inc. - $1,003.75 (deposition transcript costs) |
| 10/14/19 – Deposition of Larry Brown – United Reporting Inc. - $637.95 (deposition transcript costs) |
| 10/15/19 – Deposition of Samantha Ring – Esquire Deposition Solutions - $1,109.00 (deposition transcript costs) |
| 10/15/19 – Deposition of Samantha Ring – Esquire Deposition Solutions - $522.50 (court reporter appearance costs) |
| 11/18/19 – Deposition of Dena Collins – Esquire Deposition Solutions - $524.30 (court reporter appearance and transcript costs) |
| 12/4/19 – Deposition of Andres Santayana, M.D. – Esquire Deposition Solutions - $1,355.26 (court reporter appearance and transcript costs) |
| 1/2/2020 – Deposition of Dawn Scheu – Esquire Deposition Solutions - $139.00 (court reporter appearance/conference costs) |
| 1/2/2020 – Deposition of Dawn Scheu – Esquire Deposition Solutions - $400.48 (deposition transcript costs) |
| **Subtotal $5,692.24** |

**Costs for copies of records necessarily obtained for use in this case**

| |
|---|
| 11/6/19 - Ciox Health – Lee Physicians Group – copies of Ms. Ring's medical records - $33.25 |

| |
|---|
| 11/7/19 - Labrador Primary Care Center – copies of Ms. Ring's medical records - $73.25 |
| 11/11/19 - Ciox Health – St. Anthony's Hospital – copies of Ms. Ring's medical records - $233.00 |
| **Subtotal $339.50** |

# Grand Total $6,031.74