# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice INV1601986**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 11/20/2019 |
| Terms | Net 30 |
| Due Date | 12/20/2019 |

| | |
|---|---|
| Client Number | C01814 |
| Esquire Office | Tampa |
| Proceeding Type | Backorder |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 1917.1078 |
| Client Claim/Matter # | T1900633 |
| Date of Loss | |

**Bill To**
Cole, Scott, & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

**Services Provided For**
Cole Scott & Kissane - Tampa
Fontugne, Elisabeth
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/15/2019 | J4644764 | St. Petersburg, FLORIDA | SAMANTHA RING VS. BOCA CIEGA YACHT CLUB, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI | Samantha Ring | 237 | 4.45 | 1,054.65 |
| CONDENSED TRANSCRIPT | Samantha Ring | 1 | 20.00 | 20.00 |
| EXHIBITS B&W | Samantha Ring | 17 | 0.55 | 9.35 |
| PROCESSING & COMPLIANCE | Samantha Ring | 1 | 25.00 | 25.00 |

*Representing Client: Cole Scott & Kissane - Miami : Cole Scott & Kissane - Tampa*

| | |
|---|---|
| Subtotal | 1,109.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 1,109.00 |
| Amount Due | $1,109.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Cole Scott & Kissane - Tampa |
| Client # | C01814 |
| Invoice # | INV1601986 |
| Invoice Date | 11/20/2019 |
| Due Date | 12/20/2019 |
| Amount Due | $ 1,109.00 |

# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice INV1613322**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 12/10/2019 |
| Terms | Net 30 |
| Due Date | 1/9/2020 |

| | |
|---|---|
| Client Number | C01814 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 1917.1078 |
| Client Claim/Matter # | T1900633 |
| Date of Loss | |

**Bill To**
Cole, Scott, & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

**Services Provided For**
Cole Scott & Kissane - Tampa
Rubenstein, Brian
4301 West Boy Scout Boulevard
Suite 400
Tampa FL 33607

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/4/2019 | J4737593 | St. Petersburg, FLORIDA | SAMANTHA RING VS. BOCA CIEGA YACHT CLUB, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Andres Santayana, M.D. | 1 | 105.00 | 105.00 |
| APP FEE: ADDITIONAL HOURS | Andres Santayana, M.D. | 2 | 70.00 | 140.00 |
| TRANSCRIPT - O&1-WI | Andres Santayana, M.D. | 131 | 4.45 | 582.95 |
| 3 DAY EXPEDITE | Andres Santayana, M.D. | | | 466.36 |
| EXHIBITS B&W | Andres Santayana, M.D. | 29 | 0.55 | 15.95 |
| CONDENSED TRANSCRIPT | Andres Santayana, M.D. | 1 | 20.00 | 20.00 |
| PROCESSING & COMPLIANCE | Andres Santayana, M.D. | 1 | 25.00 | 25.00 |

*Representing Client: Cole Scott & Kissane - Miami : Cole Scott & Kissane - Tampa*

| | |
|---|---|
| Subtotal | 1,355.26 |
| Shipping Cost (n/a) | 0.00 |
| Total | 1,355.26 |
| Amount Due | $1,355.26 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Cole Scott & Kissane - Tampa |
| Client # | C01814 |
| Invoice # | INV1613322 |
| Invoice Date | 12/10/2019 |
| Due Date | 1/9/2020 |
| Amount Due | $ 1,355.26 |

# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice INV1631614**

2700 Centennial Tower  
101 Marietta Street  
Atlanta GA 30303  
888-486-4044  
www.esquiresolutions.com  
Tax ID # 45-3463120

| | |
|---|---|
| Date | 1/9/2020 |
| Terms | Net 30 |
| Due Date | 2/8/2020 |

| | |
|---|---|
| Client Number | C01814 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 1917.1078 |
| Client Claim/Matter # | T1900633 |
| Date of Loss | |

**Bill To**  
Cole, Scott, & Kissane, P.A.  
4301 West Boy Scout Blvd., Suite 400  
Tampa FL 33607

**Services Provided For**  
Cole Scott & Kissane - Tampa  
Fontugne, Elisabeth  
4301 West Boy Scout Blvd., Suite 400  
Tampa FL 33607

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/2/2020 | J4850668 | Pinckney, MICHIGAN | SAMANTHA RING V BOCA SIEGA YACHT CLUB INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR TKDWN | Dawn Scheu | 1 | 65.00 | 65.00 |
| APP FEE: ADDITIONAL HOURS TKDWN | Dawn Scheu | 1 | 65.00 | 65.00 |
| TELECONFERENCE | Dawn Scheu | 60 | 0.15 | 9.00 |

*Representing Client: Cole Scott & Kissane - Miami : Cole Scott & Kissane - Tampa*

| | |
|---|---|
| Subtotal | 139.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 139.00 |
| Amount Due | $139.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**  
Esquire Deposition Solutions, LLC  
Lockbox 846099  
1950 N. Stemmons Freeway  
Suite 5010  
Dallas, TX 75208

| | |
|---|---|
| Client Name | Cole Scott & Kissane - Tampa |
| Client # | C01814 |
| Invoice # | INV1631614 |
| Invoice Date | 1/9/2020 |
| Due Date | 2/8/2020 |
| Amount Due | $ 139.00 |

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV1633716**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 1/14/2020 |
| Terms | Net 30 |
| Due Date | 2/13/2020 |

| | |
|---|---|
| Client Number | C01814 |
| Esquire Office | Tampa |
| Proceeding Type | Backorder |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 1917.1078 |
| Client Claim/Matter # | T1900633 |
| Date of Loss | |

**Bill To**
Cole, Scott, & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

**Services Provided For**
Cole Scott & Kissane - Tampa
Fontugne, Elisabeth
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/2/2020 | J4956428 | Pinckney, MICHIGAN | SAMANTHA RING V BOCA SIEGA YACHT CLUB INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI | Dawn D. Scheu | 54 | 3.60 | 194.40 |
| 4 DAY EXPEDITE | Dawn D. Scheu | | | 136.08 |
| CONDENSED TRANSCRIPT | Dawn D. Scheu | 1 | 25.00 | 25.00 |
| PROCESSING & COMPLIANCE | Dawn D. Scheu | 1 | 45.00 | 45.00 |

*Representing Client: Cole Scott & Kissane - Miami : Cole Scott & Kissane - Tampa*

| | |
|---|---|
| Subtotal | 400.48 |
| Shipping Cost (n/a) | 0.00 |
| Total | 400.48 |
| Amount Due | $400.48 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Cole Scott & Kissane - Tampa |
| Client # | C01814 |
| Invoice # | INV1633716 |
| Invoice Date | 1/14/2020 |
| Due Date | 2/13/2020 |
| Amount Due | $ 400.48 |

# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV1578248**

| | |
|---|---|
| Date | 10/16/2019 |
| Terms | Net 30 |
| Due Date | 11/15/2019 |

| | |
|---|---|
| Client Number | C01814 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 1917.1078 |
| Client Claim/Matter # | T1900633 |
| Date of Loss | |

**Bill To**
Cole, Scott, & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

**Services Provided For**
Cole Scott & Kissane - Tampa
Fontugne, Elisabeth
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/15/2019 | J4555258 | St. Petersburg, FLORIDA | SAMANTHA RING VS. BOCA CIEGA YACHT CLUB, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR TKDWN | Samantha Ring | 1 | 110.00 | 110.00 |
| APP FEE: ADDITIONAL HOURS TKDWN | Samantha Ring | 5.5 | 75.00 | 412.50 |

*Representing Client: Cole Scott & Kissane - Miami : Cole Scott & Kissane - Tampa*

| | |
|---|---|
| Subtotal | 522.50 |
| Shipping Cost (n/a) | 0.00 |
| Total | 522.50 |
| Amount Due | $522.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Cole Scott & Kissane - Tampa |
| Client # | C01814 |
| Invoice # | INV1578248 |
| Invoice Date | 10/16/2019 |
| Due Date | 11/15/2019 |
| Amount Due | $ 522.50 |

# ESQUIRE
DEPOSITION SOLUTIONS

## Invoice INV1609393

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 12/3/2019 |
| Terms | Net 30 |
| Due Date | 1/2/2020 |

| | |
|---|---|
| Client Number | C01814 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 1917.1078 |
| Client Claim/Matter # | T1900633 |
| Date of Loss | |

**Bill To**
Cole, Scott, & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa FL 33607

**Services Provided For**
Cole Scott & Kissane - Tampa
Rubenstein, Brian
4301 West Boy Scout Boulevard
Suite 400
Tampa FL 33607

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/18/2019 | J4646660 | ST. PETERSBURG, FLORIDA | SAMANTHA RING VS. BOCA CIEGA YACHT CLUB, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Dena M. Collins | 1 | 105.00 | 105.00 |
| TRANSCRIPT - O&1-WI | Dena M. Collins | 50 | 4.45 | 222.50 |
| CONDENSED TRANSCRIPT | Dena M. Collins | 1 | 20.00 | 20.00 |
| EXHIBITS B&W | Dena M. Collins | 276 | 0.55 | 151.80 |
| PROCESSING & COMPLIANCE | Dena M. Collins | 1 | 25.00 | 25.00 |

*Representing Client: Cole Scott & Kissane - Miami : Cole Scott & Kissane - Tampa*

| | |
|---|---|
| Subtotal | 524.30 |
| Shipping Cost (n/a) | 0.00 |
| Total | 524.30 |
| Amount Due | $524.30 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Cole Scott & Kissane - Tampa |
| Client # | C01814 |
| Invoice # | INV1609393 |
| Invoice Date | 12/3/2019 |
| Due Date | 1/2/2020 |
| Amount Due | $ 524.30 |

# F A X   S H E E T

| | |
|---|---|
| Date: | Nov-07-2019 01:57:26 |
| To: | LAWYER |
| Subject: | Patient Document |
| Fax Number: | 813-286-2900 |
| To Company: | |
| From Name: | HODGE, RN, PATRICIA |
| From Company: | LABRADOR PRIMARY CARE CENTER |
| From Facility: | LABRADOR PRIMARY CARE CENTER |
| Support Contact: | 727-381-8006 |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**



**LABRADOR**
PRIMARY CARE CENTER

Date: 11 / 7 /2019                   FAX # (813) 286 - 2900

## PRE-PAYMENT REQUEST

Entity requesting records: Cole, Scott & Kissane, PA

PATIENT NAME: Samantha Ring          DOB: ▓▓▓▓▓▓

Case/ID#: File 1917, 1078-00

### Number of Pages in Total:

Pages 1-25 x $1.00          Pages: 25         $25

Pages 26-99 x $0.25         Pages: 93         $48.25

Cost of Postage (mail only)                   $

TOTAL:                                        $73.25

Please make check payable to **Labrador Primary Care Center**, or for your convenience you may call to make a credit card payment by phone @ 727-381-8006.

Thank you,

*[signature]*

Patty Hodge
Director of Operations

6775 Crosswinds Drive North, St. Petersburg, Fl 33710     Ph (727) 381-8006     Fax (727) 381-9629

# I N V O I C E

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258258 | 12/2/2019 | 324843 |
| **Job Date** | **Case No.** ||
| 10/14/2019 | 819CV00772VCMJSS ||
| **Case Name** |||
| Ring, Samantha vs. Boca Ciega Yacht Club, Inc. |||
| **Payment Terms** |||
| Due upon receipt |||

Elisabeth Fontugne, Esq.
Cole, Scott & Kissane, P.A.-Tampa
4301 West Boy Scout Boulevard
Suite 400
Tampa FL  33607

Deposition Of:

| | | | | |
|---|---:|---|---:|---:|
| Larry Brown (Back order) | 105.00 Pages | @ | 5.25 | 551.25 |
| Exhibit | 9.00 | @ | 0.30 | 2.70 |
| Word Index | 16.00 Pages | @ | 5.25 | 84.00 |
| E-mailed | | | 0.00 | 0.00 |
| **TOTAL DUE >>>** | | | | **$637.95** |

Original and One Certified Copy
AE/Lefler
Sent via email on 12-2-19 to: Elisabeth.Fontugne@csklegal.com, hollis.simmons@csklegal.com
United Reporting, Inc., acting as agent for Executive Reporting Service
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.
**Invoice inquiries call: (727) 823-4155**

**Tax ID:** 55-0793657                                                                        Phone: (813) 289-9300    Fax:(813) 286-2900

*Please detach bottom portion and return with payment.*

Elisabeth Fontugne, Esq.
Cole, Scott & Kissane, P.A.-Tampa
4301 West Boy Scout Boulevard
Suite 400
Tampa FL  33607

| | | |
|---|---|---|
| Invoice No. | : | 258258 |
| Invoice Date | : | 12/2/2019 |
| **Total Due** | : | **$637.95** |

| | | |
|---|---|---|
| Job No. | : | 324843 |
| BU ID | : | ERS |
| Case No. | : | 819CV00772VCMJSS |
| Case Name | : | Ring, Samantha vs. Boca Ciega Yacht Club, Inc. |

Remit To:  **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 754-263-5905**

# INVOICE

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221   Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 257561 | 11/19/2019 | 324843 |
| **Job Date** | **Case No.** | |
| 10/14/2019 | 819CV00772VCMJSS | |
| **Case Name** | | |
| Ring, Samantha vs. Boca Ciega Yacht Club, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elisabeth Fontugne, Esq.
Cole, Scott & Kissane, P.A.-Tampa
4301 West Boy Scout Boulevard
Suite 400
Tampa FL  33607

Deposition Of:

| | | | | |
|---|---|---|---|---|
| Nick Southard (Back order) | 267.00 Pages | @ | 3.25 | 867.75 |
| Exhibit | 20.00 | @ | 0.30 | 6.00 |
| Word Index | 40.00 Pages | @ | 3.25 | 130.00 |
| E-mailed | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$1,003.75** |

One Certified Copy
AE/Lefler
Sent via email on 11-19-19 to: Elisabeth.Fontugne@csklegal.com; hollis.simmons@csklegal.com
United Reporting, Inc., acting as agent for Executive Reporting Service
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.
**Invoice inquiries call: (727) 823-4155**

**Tax ID:** 55-0793657

Phone: (813) 289-9300   Fax:(813) 286-2900

*Please detach bottom portion and return with payment.*

Elisabeth Fontugne, Esq.
Cole, Scott & Kissane, P.A.-Tampa
4301 West Boy Scout Boulevard
Suite 400
Tampa FL  33607

| | | |
|---|---|---|
| Invoice No. | : | 257561 |
| Invoice Date | : | 11/19/2019 |
| **Total Due** | : | **$1,003.75** |

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 754-263-5905**

| | | |
|---|---|---|
| Job No. | : | 324843 |
| BU ID | : | ERS |
| Case No. | : | 819CV00772VCMJSS |
| Case Name | : | Ring, Samantha vs. Boca Ciega Yacht Club, Inc. |

| | | |
|---|---|---|
| **Ciox Health**<br>P.O. Box 409740<br>Atlanta, Georgia 30384-9740<br>Fed Tax ID 58 - 2659941<br>1-800-367-1500 | <br>**INVOICE** | Invoice #:  **0290168975**<br>Date:  **11/06/2019**<br>Customer #:  **1530141** |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ELISABETH A FONTUGNE<br>COLE SCOTT AND KISSANE PA<br>4301 W BOY SCOUT BLVD<br>STE 400<br>TAMPA,FL 33607-5712 | ELISABETH A FONTUGNE<br>COLE SCOTT AND KISSANE PA<br>4301 W BOY SCOUT BLVD<br>STE 400<br>TAMPA,FL 33607-5712 | LEE PHYSICIANS GROUP<br>636 DEL PRADO BLVD<br>CAPE CORAL,FL 33990-2695 |

**Requested By:**   COLE SCOTT AND KISSANE PA          **DOB :**   
**Patient Name:**    RING SAMANTHA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Per Page Copy (Paper) 1 | 33 | 0.25 | 8.25 |
| Subtotal | | | 33.25 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 33.25 |
| Balance Due | | | 33.25 |

**Terms: Net 30 days**          **Please remit this amount : $33.25(USD)**

---- ✂ ----

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

| Invoice #:  **0290168975** |
|---|
| Check # _____ |
| Payment Amount $ _____ |

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.



**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**INVOICE**

| Invoice #: | 0290553962 |
| Date: | 11/11/2019 |
| Customer #: | 1530141 |

**Ship to:**
COLE SCOTT AND KISSANE PA
COLE SCOTT AND KISSANE PA
4301 W BOY SCOUT BLVD
STE 400
TAMPA,FL 33607-5712

**Bill to:**
COLE SCOTT AND KISSANE PA
COLE SCOTT AND KISSANE PA
4301 W BOY SCOUT BLVD
STE 400
TAMPA,FL 33607-5712

**Records from:**
ST ANTHONYS HOSPITAL
1200 SEVENTH AVENUE NORTH
ST PETERSBURG,FL 33705

**Requested By:** COLE SCOTT AND KISSANE PA
**Patient Name:** RING SAMANTHA
**DOB:** 

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 5.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 228 | 1.00 | 228.00 |
| Subtotal | | | 233.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 233.00 |
| Balance Due | | | 233.00 |

**Terms: Net 30 days**    **Please remit this amount : $233.00(USD)**

---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

Invoice #: 0290553962

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.