UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:19-CV-00772-T-33JSS

SAMANTHA RING,

    Plaintiff,

vs.

BOCA CIEGA YACHT CLUB,

    Defendant.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff SAMANTHA RING, in the above referenced case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Order granting Defendant Boca Ciega Yacht Club's Motion for Summary Judgment entered in this action on March 27, 2020.

Respectfully Submitted on 24th day of April, 2018.

    MARCY I. LAHART, P.A.
    /s/Marcy LaHart
    Marcy I. LaHart, Esq.
    207 SE Tuscawilla Road
    Micanopy, FL 32667
    Florida Bar No. 0967009
    Phone 352-545-7001
    Facsimile 888-400-1464
    marcy@floridaanimallawyer.com

## CERTIFICIATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2019 a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECP.

    BY: /s/ Marcy LaHart